UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
In Re: DEPARTMENT OF VETERANS    :
AFFAIRS (VA) DATA THEFT          :
LITIGATION                       :
_____  : Misc. Action No. 06-0506 (JR)
                                 : MDL Docket No. 1796
This Document Relates To:        :
ALL CASES                        :
```

ORDER

The Judicial Panel on Multidistrict Litigation, by order of November 3, 2006, transferred two cases to this jurisdiction to join one that had previously been filed here by Vietnam Veterans of America, *et al.*, and, pursuant to 28 U.S.C. § 1407, ordered them assigned to the undersigned judge "for coordinated or consolidated pretrial proceedings with the action already pending in [this] district."  This Court is still awaiting the receipt of files from the transferor courts, but it is not necessary to have those files before proceeding with certain matters.  The government has moved to dismiss in each of the three cases, and plaintiffs in Vietnam Veterans of America have cross-moved for summary judgment on Privacy Act violations.  It is in the interest of justice that these early dispositive motions be addressed and dealt with promptly.  It is accordingly

**ORDERED:**

1. The three actions listed in the margin,[1] and any related actions that may later be filed in, or transferred or removed to, this Court are consolidated for pretrial purposes.

2. The Clerk will maintain a master docket under the caption set forth above, and all pleadings, motions or other papers relating to these actions must be filed in the master docket only. When a document being filed pertains to all cases, the phrase "ALL CASES" shall appear immediately below the phrase "This Document Relates To." When the document pertains to fewer than all cases, the document shall list each case to which the document relates on a separate line below the phrase "This Document Relates To." The cases shall be designated by the last name of the first named plaintiff, followed by the individual civil action docket number assigned by the Clerk of this Court.

3. All papers shall be filed by electronic means, via the Case Management/Electronic Case Filing system (CM/ECF), pursuant to Local Rule Civil Rule 5.4. Service will be made only electronically, using CM/ECF. No attorney who has not obtained a CM/ECF password and entered an appearance electronically will be served with the filings of other parties or orders of the Court.

---

[1] Vietnam Veterans Of America, Inc., et al. v. R. James Nicholson, et al., 06cv1038 (JR); Hackett v. U.S. Department Of Veterans Affairs, 06cv1943 (JR); Rosato v. R. James Nicholson, 06cv1944 (JR).

      4.  All motions previously filed and docketed in any of the individual actions shall be administratively terminated without prejudice.  The government is expected to refile its motion to dismiss or for summary judgment in the master docket, and may do so with leave to file excess pages.  Vietnam Veterans of America is expected to refile its motion for summary judgment on Privacy Act violations in the master docket.  The parties' obligations to respond to those pending motions, or otherwise to respond to the pleadings in this case, are <u>stayed pending the issuance of a scheduling order</u>.  Not later than 30 days after the date of this order, counsel shall meet and confer (in person, telephonically or virtually), seek consensus for a proposed scheduling order that will govern the briefing and disposition of the anticipated refiled dispositive motions, and submit, if possible, an agreed scheduling order, or, if no agreement is possible, separate proposed scheduling orders.  Such submission is to be made no later than 45 days after the date of this order.

      5.  The Local Rules of this Court are posted on the Court's website, www.dcd.uscourts.gov.  The requirements of LCvR 83.2 are waived as to any attorney appearing in these actions who is duly admitted to practice before any United States District Court, and no parties to any of these actions shall be required to obtain local counsel in this District.  Hearings on motions

will be held only upon an order of the Court and upon such notice as the Court may direct.

6. Any orders, including protective orders, previously entered by any transferor district court shall remain in full force and effect unless modified by this Court upon motion. It is **SO ORDERED.**


                                              JAMES ROBERTSON
                                    United States District Judge