UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : : : : | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |
| This Document Relates To: Rosato: 06cv1944 (JR) | : : | APPEARANCE |

To the Clerk of this court and all parties of record:

Please enter the appearance of Mark D. Smilow as counsel in this case for plaintiffs Michael Rosato, Murry B. Moskowitz, and Bruce Ouellette.

Dated: January 24, 2007

\_\_\_\_N/A\_\_\_\_
BAR IDENTIFICATION

Mark D. Smilow (MS 2809)
WEISS & LURIE
551 Fifth Avenue, Suite 1600
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was served upon the following counsel of record via email and/or ECF on this 24th day of January, 2007:

Ori Lev, Esq.
Ori.Lev@usdoj.gov
U.S. Department of Justice
Civil Division/ Federal Programs Branch
Mail:  P.O. Box 883
         Washington, D.C. 20044
Street: 20 Massachusetts Ave., N.W.
         Room 7330
         Washington, D.C. 20001

*Department of Veterans Affairs, Secretary of Veterans Affairs R. James Nicholson in his official capacity, Deputy Secretary Gordon G. Mansfield in his official capacity, and Defendant John Doe in his official capacity.*

Douglas J. Rosinski
Doug.Rosinski@ogletreedeakins.com
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
1320 Main Street
Suite 600
Columbia, SC 29201

*Attorneys for Plaintiffs in Vietnam Veterans of America, Inc.: 06cv1038 (JR)*

Marc Mezibov
mmezibov@mezibovjenkins.com
Mezibov & Jenkins, Co. LPA
401 E. Court Street
Suite 600
Cincinnati, OH 45202

Jeffrey S. Goldenberg
jgoldenberg@mgsglaw.com
Murdock Goldenberg Schneider & Groh, LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202

*Attorneys for Plaintiffs in Hackett: 06cv1943 (JR)*

 

_____
Mark D. Smilow