UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            :
In Re: DEPARTMENT OF VETERANS      :
AFFAIRS (VA) DATA THEFT                    :
LITIGATION                                             :
_____:   Misc. Action No. 06-0506 (JR)
                                                            :   MDL Docket No. 1796
This Document Relates To:                    :
Vietnam Veterans of America, Inc.:        :
Case No. 1:06-cv-01038(JR)                  :
_____:

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.6(a) and the Court's January 23, 2007, Order, please enter the appearance of Donald A. Cockrill (S.C. Bar No. 1300) and Douglas J. Rosinski (D.C. Bar No. 461275) as counsel in this case for plaintiffs Vietnam Veterans of America, Inc., Citizen Soldier, Inc., National Gulf War Resource Center, Inc., Radiated Veterans of America, Inc., Veterans For Peace, Inc., Charles. L. Clark, David Cline, and James E. Malone and John Rowan.  Their contact information is:

| | |
|---|---|
| Donald A. Cockrill | Douglas J. Rosinski |
| Ogletree, Deakins, Nash, | Ogletree, Deakins, Nash, |
| Smoak & Stewart, P.C | Smoak & Stewart, P.C |
| 300 N. Main Street | 1320 Main St. |
| Greenville, SC 29602 | Columbia, SC 29201 |
| (864) 271-1300 | (803) 252-1300 |

Respectfully submitted,

_____/s/_____
Donald A. Cockrill (S.C. Bar No. 1300)
Douglas J. Rosinski (D.C. Bar No. 461275)
Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
1320 Main St.
Columbia, SC 29201-3266

Dated: February 2, 2007                      Attorneys for Plaintiffs