UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION ) ) ) ) ) This Document Relates To: ) ALL CASES ) ) | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |

NOTICE OF APPEARANCE

Pursuant Local Rule 83.6(a) and the Court's January 23, 2007 Order, please enter the appearance of David M. Glass, DC Bar No. 544549, 202-514-4469; Ori Lev, DC Bar No. 452565, 202-514-2395; and Heather R. Phillips, CA Bar No. 191620, 202-616-0679, as counsel of record for all defendants in these consolidated actions except John Doe in his individual capacity. Each of these counsel is located at the following address: United States Department of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Washington, DC 20044.

Dated: February 8, 2007.      Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


/s/ Ori Lev
DAVID M. GLASS, DC Bar 544549
ORI LEV, DC Bar 452565
HEATHER R. PHILLIPS, CA Bar 191620
Attorneys
United States Department of Justice
Civil Division/Federal Programs Branch

P.O. Box 883
Washington, DC 20044
phone: (202) 514-2395
fax:    (202) 318-7589
email:  ori.lev@usdoj.gov

*Attorneys for All Defendants Except John Doe in His Individual Capacity*