

**U.S. Department of Justice**

Federal Bureau of Investigation

**Press Release**

Baltimore Division, FBI
Contact: SA Michelle Crnkovich
410-277-6223

June 29, 2006

### STOLEN LAPTOP AND EXTERNAL HARD DRIVE RECOVERED

Baltimore, Maryland – The Veterans Administration OIG, the Federal Bureau of Investigation, and the Montgomery County Police Department announce the recovery of the stolen laptop computer and the external hard drive taken during a burglary on May 3, 2006. The electronic equipment contained sensitive information concerning over 26 million veterans and the recovery of the data has been of paramount concern. The protection of the sensitive data, and well being of those potentially affected, has made this investigation a number one priority for the investigating agencies. A preliminary review of the equipment by computer forensic teams determined that the database remains intact and has not been accessed since it was stolen. A thorough forensic examination is underway, and the results will be shared as soon as possible. The investigation is ongoing.

The Veterans Administration OIG, the Federal Bureau of Investigation, and the Montgomery County Police Department would like to thank the United States Park Police for their invaluable work in this case. Their efforts led to the recovery of the equipment.

######

Back to Press Releases

EXHIBIT
4