⍾AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Hackett, et al.

V.

US Department of Veterans Affairs, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:2006cv00114

Eastern District of Kentucky
**FILED**
JUL 1 4 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

TO: (Name and address of Defendant)

Gordon G. Mansfield, Officially and Individually
Deputy Secretary of the US Dep. of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc D. Mezibov
401 East Court Street
Suite 600
Cincinnati, OH 45202

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer                   June 5, 2006
CLERK                               DATE

Linda Grohws
(By) DEPUTY CLERK

EXHIBIT
tabbies
10

⍺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>June 5, 2006 |
| NAME OF SERVER *(PRINT)*<br>Stacy A. Hinners | TITLE<br>Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $5.12 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/06         *Stacy A. Hinners*
              Date                    Signature of Server

401 East Court Street, Suite 500, Cincinnati, OH 45202
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

