UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, et al.,<br><br>Defendants. | No. 1:06-cv-01038-JR |
| PAUL HACKETT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>Defendants. | No. 1:06-cv-01943-JR |
| MICHAEL ROSATO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, et al.,<br><br>Defendants. | No. 1:06-cv-01944-JR |

**DECLARATION OF MICHAEL A. MOORE**

I, MICHAEL A. MOORE, declare the following to be a true and correct statement of facts:

1) I currently hold the position of Executive Assistant to the Deputy Assistant Secretary for Policy, Office of Policy, Planning and Preparedness ("OPP&P"), United States Department of Veterans Affairs ("Department" or "VA"). I have served in this position since 1997. The statements I make hereinafter are made on the basis of my review of official Department files and records, my own

EXHIBIT 21

personal knowledge, and/or information acquired by me through the performance of my official duties.

2) On August 23, 2004, I was detailed to the position of Acting Director of OPP&P's Policy Analysis Service. In that capacity, I became aware of the general nature of the work, the customers, and responsibilities of Mr. John Doe, a Computer Specialist in OPP&P. Mr. John Doe is the VA employee whose home was burglarized and whose personal laptop computer and external hard drive containing VA data were stolen.

3) I am aware of Mr. Doe's position description. Mr. Doe's principal duties and responsibilities within OPP&P included designing, programming and implementing information systems and databases comprised of millions of records. Mr. Doe was expected to plan and design analytical projects and studies to improve the management of databases and support ongoing VA surveys. Mr. Doe was also responsible for supporting the administration of the National Survey of Veterans by providing in-house analyses on the data collected through that program. It was expected that Mr. Doe would plan and execute his assignments independently.

4) I was also aware that, in order to accomplish his duties, Mr. Doe accessed and performed statistical analysis of VA administrative databases, including two databases owned and managed by the Veterans Benefits Administration—the Compensation and Pension File ("C&P File") and the Beneficiary Identification and Records Location Subsystem ("BIRLS"). *See* Attachment (document provided by Mr. Doe on September 27, 2005, in response to request for summary of responsibilities, functions, skills, products, and initiatives).

5) New assignments for Mr. Doe resulted from the Deputy Assistant Secretary for Policy, other Office of Policy managers, special ad hoc requests, from VA program officials, staff meetings, strategy sessions, or were self-initiated. Mr. Doe provided analyses for the Assistant Secretary for Policy and

Planning and the Deputy Assistant Secretaries on policy issues. The work was often confidential and sensitive. I provided administrative supervision and evaluated Mr. Doe's performance for FY 2005 at the performance level directed by the Deputy Assistant Secretary for Policy and I described his performance by utilizing inputs from the Deputy Assistant Secretary, other Office of Policy managers, and analysts with whom he worked directly on projects and assignments. In performing his duties, Mr. Doe identified, met and exceeded customer expectations for product quality and timeliness.

6)  I declare under penalty of perjury that the matters set forth in this Declaration, are within my official purview and are correct and true to the best of my information, knowledge, and belief.

Executed this 20th day of November, 2006.

Michael A. Moore
Executive Assistant to the Deputy
Assistant Secretary for Policy,
Office of Policy, Planning and
Preparedness
U.S. Department of Veterans Affairs
Washington, DC

Information Technology Specialist

Projects
- 2001 National Survey of Veterans Affiars
- Veterans Employability Research Study
- Employment Histories of Recently Discharged Service Members Study

Functions
- Access VA administrative databases, including:
  - VBA Compensation and Pension
  - VHA Patient Treatment Files
  - BIRLS (Beneficiary Record Locator System)
  - VHA-provided file of deceased veterans
  - Technical liaison with Vocational Rehabilitation and Employment Services for the Veterans Employability Research Study.
- Descriptive & inferential statistical analysis

Skills
- Ph.D. in Mathematical Statistics, George Washington University 1985
- SAS programmer on IBM mainframe and IBM compatible personal computers
- Abstract cases, records, and data items; prepare for file-transport; compress to minimize transmission time; and FTP between mainframe and personal computers.