

**Department of Veterans Affairs**

Office of Public Affairs    Washington, D.C. 20420
News Service              (202) 273-5700

www.va.gov

## VA Fact Sheet



EXHIBIT

22

# Mustard Gas Exposure and Long-Term Health Effects

April 1999

In 1991, the Department of Veterans Affairs (VA) relaxed requirements for evaluating mustard gas-related compensation claims because of the confidentiality of some of the World War II testing and a lack of military medical records and followup. At that time, a review of studies of the effects of mustard gas exposure led VA to publish regulations authorizing service-connection and disability compensation payments to veterans who were exposed to significant levels of mustard gas and who suffer from chronic forms of certain diseases.

An estimated 4,000 servicemen participated in tests using significant concentrations of mustard gas either in chambers or field exercises in contaminated areas during World War II. This secret testing was conducted in order to develop better protective clothing, masks and skin ointments. There is no central roster of World War II participants in either the laboratory or field tests. The Army conducted tests on Army personnel in the laboratory and in the field. The test sites included Edgewood Arsenal, Md.; Camp Sibert, Ala.; Bushnell, Fla.; Dugway Proving Ground, Utah; and San Jose Island, Panama Canal Zone. Military personnel from the U.S. Navy Training Center, Bainbridge, Md., also were sent to the Naval Research Lab in Washington, D.C., to participate in tests. Gas testing facilities also were located at Great Lakes Naval Training Center in Illinois and Camp Lejeune, N.C.

## Institute of Medicine Study

Also in 1991, VA contracted with the Institute of Medicine to conduct a study of medical and scientific literature worldwide to determine the long-term health effects of mustard gas and Lewisite. The $600,000 VA-funded study, entitled "Veterans at Risk: The
Health Effects of Mustard Gas and Lewisite," was released Jan. 6, 1993. The study found a relationship between exposure and the subsequent development of certain diseases.

-more-

*Mustard Gas -- Page 2*

## Veterans Who May Be Eligible for Compensation

VA policies generally authorize service-connection and compensation payments to veterans who were exposed to mustard gas and/or Lewisite and who suffer from a number of diseases or conditions:

- Full-body exposure to nitrogen or sulfur mustard together with the subsequent development of chronic conjunctivitis, keratitis, corneal opacities, scar formation, or the following cancers: nasopharyngeal; laryngeal; lung (except mesothelioma); or squamous cell carcinoma of the skin;
- Full-body exposure to nitrogen or sulfur mustard -- or exposure to Lewisite -- and the subsequent development of a chronic form of laryngitis, bronchitis, emphysema, asthma or chronic obstructive pulmonary disease;
- Full-body exposure to nitrogen mustard with the subsequent development of acute

nonlymphocytic leukemia.

Service-connection is not allowed if the claimed condition is due to the veteran's own willful misconduct or if there is affirmative evidence that establishes some other nonservice-related condition or event as the cause of the claimed disability.

Veterans who were exposed to significant amounts of mustard gas and have health problems that may be compensable -- or their survivors -- may contact the nearest VA regional office at 1-800-827-1000 for more information about benefits.

**Medical Care**

Veterans currently seeking VA health care receive medically indicated diagnostic and treatment services without any need to document mustard gas exposures. VA has announced that for fiscal year 1999, it is planning to provide virtually all needed medical services for any veteran who comes to VA for care. In any future year in which appropriations are insufficient to meet projected demand, VA will use a priority system that provides a special category for those requiring treatment for illnesses specifically related to environmental exposures (although some veterans may qualify for an even higher eligibility category based on their service-connected status or other factors). Further, if the veteran can document exposure to receive care under the special enrollment Category 6, copayments are avoided. More information about VA health-care enrollment is available toll-free at 1-877-222-VETS, at the veteran's nearest VA medical center, or at http://www.va.gov/pubaff/enroll.htm on the Internet.

### # # #

This page has been accessed **16 178** times since April 29, 1999.

 VA
Home Page

 Compliments, Questions,
Complaints, and Concerns

 Table of Contents

Please send your comments on this page to VA Office of Public Affairs.