# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS    :
AFFAIRS (VA) DATA THEFT          :
LITIGATION                       :
_____  :  Misc. Action No. 06-0506 (JR)
                                 :  MDL Docket No. 1796
This Document Relates To:        :
ALL CASES                        :

## SCHEDULING ORDER

Pursuant to this Court's January 23, 2007 order, and having considered the submission of the parties, it is

**ORDERED** that plaintiff's opposition to defendants' dispositive motion is due March 28, 2007, and that any reply is due 30 days after the opposition is served and filed. And it is

**FURTHER ORDERED** that discovery is stayed pending resolution of defendants' dispositive motion.

                                    JAMES ROBERTSON
                            United States District Judge