UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION ) ) ) ) ) This Document Relates To: ) ALL CASES ) ) | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that ERIC R. WOMACK, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

 Respectfully submitted,

 JEFFREY A. TAYLOR
 United States Attorney

 PETER D. KEISLER
 Assistant Attorney General

 ELIZABETH J. SHAPIRO
 Assistant Branch Director
 Federal Programs Branch

   s/ Eric R. Womack
 ERIC R. WOMACK (IL Bar No. 6279517)
 Trial Attorney

U.S. Department of Justice
Civil Division
Federal Programs Branch
Washington, D.C. 20001
Tel: (202) 514-4020
Fax: (202) 616-8470
eric.womack@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 7122
Washington, D.C. 20001

*Counsel for the Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:   3/27/2007                          /s/ Eric R. Womack
                                            ERIC R. WOMACK

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.


                                          */s/ Eric R. Womack*
                                        ERIC R. WOMACK