UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

In Re: DEPARTMENT OF VETERANS     :
AFFAIRS (VA) DATA THEFT           :
LITIGATION                        :
_____:  Misc. Action No. 06-0506 (JR)
                                  :  MDL Docket No. 1796
This Document Relates To:         :
ALL CASES                         :
_____:

## PLAINTIFFS' MOTION TO FILE EXCESS PAGES

Pursuant to Federal Rules of Civil Procedure 7 and Local Civil Rule 7, Plaintiffs in the three consolidated cases hereby move the Court for permission to file a 69-page memorandum of points and authorities in support of their opposition to Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment filed on February 22, 2007.

The reason for the instant motion is that Plaintiffs have prepared a joint memorandum to consolidate their arguments in opposition to Defendants' lengthy moving papers. The Court previously granted Defendants leave to file excess pages in their motion. *See* Scheduling Order (Jan. 27, 2007) ¶ 4. Plaintiffs reasonably required approximately the same length memorandum to fully respond to Defendants' arguments.

Plaintiffs are informed that Defendants do not oppose this motion.

WHEREFORE Plaintiffs' respectfully request that the instant motion be GRANTED.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

     /s/ Douglas J. Rosinski

| | |
|---|---|
| Donald A. Cockrill | John C. Murdock |
| Douglas J. Rosinski | Jeffrey S. Goldenberg |
| Ogletree, Deakins, Nash, | Murdock Goldenberg |
|   Smoak & Stewart, P.C. |   Schneider & Groh, LPA |
| 1320 Main Street, Suite 600 | 35 E. 7th Street, Suite 600 |
| Columbia, SC  29201 | Cincinnati, OH  45202 |
| (803) 252-1300 | (513) 345-8291 |
| (803) 254-6517 (fax) | (513) 345-8294 (fax) |
| Counsel in No. 1:06-CV-01038(JR) | Counsel in No. 1:06-CV-01943(JR) |
| | |
| Marc D. Mezibov | Gary E. Mason |
| Christian A. Jenkins | The Mason Law Firm, L.L.P. |
| Mezibov & Jenkins, LLP | 1225 19th Street, N.W., Suite 500 |
| 401 E. Court Street, Suite 600 | Washington, DC  20036 |
| Cincinnati, OH  45202 | (202) 429-2290 |
| (513) 723-1600 | (202) 429-2294 (fax) |
| (513) 723-1620 (fax) | Counsel in No. 1:06-CV-01943(JR) |
| Counsel in No. 1:06-CV-01943(JR) | |
| | |
| Mark D. Smilow | Alexander E. Barnett |
| Weiss & Lurie | The Mason Law Firm, L.L.P. |
| The French Building | 1120 Avenue of the Americas |
| 551 Fifth Avenue, Suite 1600 | Suite 4019 |
| New York, NY  10176 | New York, NY  10036 |
| (212) 682-3025 | (212) 362-5770 |
| (212) 682-3010 (fax) | (917) 591-5227 (fax) |
| Counsel in No. 1:06-CV-01944(JR) | Counsel in No. 1:06-CV-01943(JR) |

Dated: March 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

In Re: DEPARTMENT OF VETERANS    :
AFFAIRS (VA) DATA THEFT          :
LITIGATION                       :
_____:     Misc. Action No. 06-0506 (JR)
                                 :     MDL Docket No. 1796
This Document Relates To:        :
ALL CASES                        :
_____:

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Plaintiffs' Motion To File Excess Pages, and good cause having been shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED;

**SO ORDERED.**

Dated:_____.        _____
                                               JAMES ROBERTSON
                                               United States District Judge