**Table of Exhibits**

| Ex. | Att. | Description |
|---|---|---|
| 1 | | *Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans* (July 11, 2006) |
| 2 | | Affidavit of Jonathan G. Axelrod (Mar. 26, 2007) |
| | 1 | Freedom of Information Act ("FOIA") Request (July 17, 2006) |
| | 2 | First VA Response to FOIA Request (Aug. 10, 2006) |
| | 3 | Second VA Response to FOIA Request (Aug. 30, 2006) |
| | 4 | Third VA Response to FOIA Request (Feb. 16, 2007) |
| | 5 | Sworn Testimony of John Doe, Information Technology Specialist, to OIG Investigators (May 17, 2006) |
| | 6 | Email from John Doe to distribution (May 18, 2006) |
| | 7 | Email from [redacted], VBAVACO, to [redacted], OIG, "OIG Request for Information" (May 19, 2006) |
| | 8 | Sworn Testimony of [redacted], Information Technology Specialist, to OIG Investigators (May 18, 2006) |
| | 9 | Sworn Testimony of John Doe, Information Technology Specialist, to OIG Investigators (June 16, 2006) |
| | 10 | Sworn Testimony of Susan Krumhaus, Supervisory Statistician, to OIG Investigators (May 22, 2006) |
| | 11 | Sworn Testimony of Dennis Duffy, Acting Assistant Secretary, to OIG Investigators (May 18, 2006) |
| | 12 | Sworn Testimony of Dennis Duffy, Acting Assistant Secretary, to OIG Investigators (June 1, 2006) |
| | 13 | Sworn Testimony of Tim S. McClain, VA General Counsel, to OIG Investigators (May 18, 2006) |
| | 14 | Sworn Testimony of [redacted], to OIG Investigators (June 1, 2006) |
| | 15 | Sworn Testimony of Michael H. McLendon, Deputy Assistant Secretary for Policy, to OIG Investigators (May 31, 2006) |

|   |    |                                                                                                                                                 |
|---|----|-------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 16 | Sworn Testimony of Dat Tran, Acting Director, to OIG Investigators (May 30, 2006)                                                               |
|   | 17 | Sworn Testimony of Jack Thompson, Deputy General Counsel, to OIG Investigators (June 1, 2006)                                                   |
|   | 18 | Memorandum of Interview by [redacted] (June 20, 2006)                                                                                           |
|   | 19 | Sworn Testimony of Pedro Cadenas, Associate Deputy Secretary for Cyber and Information Security, to OIG Investigators (May 24, 2006)            |
|   | 20 | Sworn Testimony of [redacted], Chief, Veterans Records Support Division, to OIG Investigators (June 6, 2006)                                    |
|   | 21 | Sworn Testimony of [redacted], Director, VBA Development Center, to OIG Investigators (June 7, 2006)                                            |
|   | 22 | Email from John Doe to Dat Tran re "April 2006 BIRLS extract file" (Apr. 20, 2006)                                                              |
|   | 23 | Sworn Testimony of Michael Moore, Acting Director, Policy Analysis Services, to OIG Investigators (May 18, 2006)                                |
|   | 24 | Sworn Testimony of Dat Tran, Acting Director, to OIG Investigators (May 22, 2006)                                                               |
|   | 25 | Memorandum from Dat Tran to Tom Bowman, George Opher, Tim McClain, Paul Huttler (June 23, 2006)                                                 |
| 3 |    | Sworn Testimony of R. James Nicholson to the House Veterans' Affairs Committee (May 25, 2006)                                                   |
| 4 |    | GOVEXEC.com, "VA to fire data analyst responsible for records breach" (May 31, 2006)                                                            |
| 5 |    | Affidavit of Charles L. Clark (Mar. 16, 2007)                                                                                                   |
| 6 |    | Affidavit of David Cline (Mar. 21, 2007)                                                                                                        |
| 7 |    | Affidavit of James E. Malone (Mar. 20, 2007)                                                                                                    |
| 8 |    | Affidavit of John Rowan (Mar. 22, 2007)                                                                                                         |
| 9 |    | Affidavit of Kurt Uno Rudolph Edgar Lennartsson (Mar. 23, 2007)                                                                                 |
|   | 1  | Resume                                                                                                                                          |

|    |   |                                                                                                                                                                                   |
|----|---|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | 2 | Office of Management and Budget ("OMB") Circular A-130, "Management of Federal Information Resources"                                                                              |
|    | 3 | OMB Circular A-130, Appendix III, "Security of Federal Automated Information Resources"                                                                                            |
|    | 4 | National Institute of Standards and Technology ("NIST") Federal Information Processing Standards Publication 199, "Standards for Security Categorization of Federal Information and Information Systems," ("FIPS PUB 199") |
|    | 5 | NIST Special Publication 800-14, "Generally Accepted Principles and Practices for Security Information Technology Systems"                                                         |
|    | 6 | NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"                                                                          |
|    | 7 | NIST Special Publication 800-53, "Recommended Security Controls for Federal Information Systems"                                                                                    |
|    | 8 | NIST "Federal Information Technology Security Assessment Framework"                                                                                                                |
|    | 9 | General Accounting Office "Federal Information System Control Audit Manual" ("FISCAM")                                                                                             |
| 10 |   | 40 Fed. Reg. 28,949 (July 9, 1975)                                                                                                                                                |
| 11 |   | 40 Fed. Reg. 33,944 (Aug. 12, 1975)                                                                                                                                               |
| 12 |   | UPI "Chief Information Security Officer At VA Resigns on Principle" (July 5, 2006)                                                                                                |
| 13 |   | Memorandum re Review of VA Directive 6500, Information Security Program (Mar. 23, 2004)                                                                                           |
| 14 |   | VA Directive 6500 Transmittal Sheet (Aug. 4, 2006)                                                                                                                                |
| 15 |   | The Hill "'Whistleblower' Secretly Records VA Official Avowing Defiance of Congress" (Jan. 11, 2007)                                                                               |
| 16 |   | GOVEXEC.com "VA Loses Sensitive Information On 1.3 Million Doctors" (Feb. 12, 2007)                                                                                                |
| 17 |   | Affidavit of Thomas 'Tod' Ensign (Mar. 19, 2007)                                                                                                                                  |
| 18 |   | Affidavit of Michael McPhearson (Mar. 20, 2007)                                                                                                                                   |

4

| | | |
|---|---|---|
| **19** | | Affidavit of Paul Davidson (Mar. 20, 2007) |
| **20** | | Freedom of Information Act ("FOIA") Request (Jan. 5, 2007) |
| **21** | | VA Response to FOIA Request (Mar. 16, 2007) |
| **22** | | Affidavit of Paul Lewis Hackett III (Mar. 27, 2007) |
| **23** | | Office of the Press Secretary, Press Release, "Executive Order: Strengthening Federal Efforts to Protect Against Identity Theft" (May 10, 2006) |