UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 |
| This Document Relates To: <br> ALL CASES | : <br> : <br> : |

### AFFIDAVIT OF JONATHAN G. AXELROD

District of Columbia        :
                            : S.S.
County of _____           :

Affiant, Jonathan G. Axelrod, after being duly cautioned and sworn upon his oath, states as follows:

1. I make the following representations based upon my personal knowledge, and I am competent to testify about these matters.

2. I am a member in good standing of the Bar of the highest court of the District of Columbia, where I regularly practice law.

3. I am also a member in good standing of the New York State Bar, and I am admitted to practice before the United States Supreme Court.

4. I represent "John Doe," the former Department of Veterans Affairs employee from whose home a laptop computer and personal portable hard drive were stolen on Wednesday, May 3, 2006, the circumstances of which are at issue in this action. John Doe is the publicly unidentified individual in this action and has been referenced as such in the pleadings of the parties in this action.

5. On July 17, 2006, I issued a formal Freedom of Information Act ("FOIA") Request pursuant to 5 U.S.C. §552 to the Department of Veterans Affairs. A true and accurate copy of my FOIA request is attached hereto as Attachment 1. John Doe's name has been redacted.

6. On August 14, 2006, I received a response to my FOIA Request from the Department of Veterans Affairs. The response was dated August 10, 2006. A true and accurate copy of the cover letter to this response is attached hereto as Attachment 2. John Doe's name has been redacted.

7. In its August 10, 2006 response, the Department of Veterans Affairs produced 287 pages of documentation.

8. On August 30, 2006, the Department of Veterans Affairs produced an additional 195 pages of documents in response to my FOIA Request. A true and accurate copy of the cover letter to this second responsive production is attached hereto as Attachment 3. John Doe's name has been redacted.

9. On February 16, 2007, the Department of Veterans Affairs produced an additional 459 pages of documents in response to my FOIA Request. A true and accurate copy of the cover letter to this third responsive production is attached hereto as Attachment 4. John Doe's name has been redacted.

10. To date, the Department of Veterans Affairs produced 941 pages of documents in response to my FOIA Request.

11. Attached hereto as Attachments 5 - 25 are true and accurate copies of certain documents I received from the Department of Veterans Affairs in response to my July 17, 2006 FOIA Request.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JONATHAN G. AXELROD

Sworn to and subscribed in my presence this 26th day of March 2007.

_____
NOTARY PUBLIC

Faye M. Hawkins
Notary Public, District of Columbia
My Commission Expires 2/14/2012