# Beins, Axelrod, Gleason & Gibson, P.C.

1625 Massachusetts Avenue, N.W., Suite 500
Washington, D.C. 20036-2001 · www.BEINSAXELROD.COM
ph: 202.328.7222 · fax: 202.328.7030

Hugh J. Beins
Jonathan G. Axelrod
Edward M. Gleason
Richard W. Gibson
H. David Kelly, Jr.
Beth Slavet
Regina Markey
Anh-Viet Ly
Sarah McElhinney

July 17, 2006

Lawrence J. Timko
Department of Veterans Affairs
Office of Inspector General
801 I Street, N.W.
Washington, DC

TELECOPIER: 202-565-4670
and MAILED

Re: Freedom of Information Act Request Concerning "Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans"

Dear Mr. Timko:

As counsel to ▬▬▬▬▬, the VA employee subject to discharge for the loss of data, I am filing this FOIA Request to obtain copies of documents and transcripts of interviews discussed in the July 11, 2006 Report No. 06-02238-163, "Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans." I request this information for use in any proceeding at the Merit Systems Protection Board concerning Mr. ▬▬▬ discharge.

This request covers the transcripts of interview with the following individuals and all documents produced by them or by the Offices in which they work or worked:

1. ▬▬▬
2. ▬▬▬
3. McLendon.
4. Dat Tran.
5. Dennis Duffy.
6. Susan Krumhaus.
7. Laura O'Shea.
8. Cathy Tomczak.
9. Mark Whitney.
10. Michael Moore.
11. Other employees in the Office of Policy, Planning, and Preparedness.

To the extent not previously identified, the request covers all documents concerning the Home Use Agreement for the SAS computer program authorizing home use by Mr. ▬▬▬ or any other VA employee.

Lawrence J. Timko
July 17, 2006
Page 2

    I agree to pay a reasonable fee for locating and copying the described material. I am also willing to accept the material in pdf format if that is easier for your Office.

    Thank you for your cooperation.

Very truly yours,

Jonathan G. Axelrod

cc: ████████