

**DEPARTMENT OF VETERANS AFFAIRS**
Office of Inspector General
Washington DC 20420



AUG 10 2006

Mr. Jonathan G. Axelrod
Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Avenue, NW
Suite 500
Washington, DC 20036-2001

Dear Mr. Axelrod:

This refers to your July 17, 2006, Freedom of Information Act (FOIA) request, received in this office on July 17th. You are requesting documentation on behalf of your client, Mr. ▮▮▮▮▮▮▮▮▮▮

We are enclosing a portion of the file (287 pages). We are withholding certain information in accordance with FOIA exemptions 6 and 7C (5 U.S.C. §552(b)(6) and (b)(7)(C)). Exemption 6 authorizes the withholding of information obtained from personnel and medical files and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Exemption 7C authorizes the withholding of records or information compiled for law enforcement purposes, the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

If you do not agree with our decision to withhold the specific information mentioned above, you may appeal to the Office of General Counsel, as provided in Title 38, Code of Federal Regulations, Section 1.557. Please include your specific objection(s) as they pertain to the withheld information and reference FOIA case number 2006-02956-FI-0193. The address is: Office of General Counsel (02), Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC 20420.

We will continue processing the requested documentation and will make additional releases to you. If you have any questions, you may contact Ms. Shirley J. Landes, of my staff, at 202-565-8063.

Sincerely,

*[signature]*
LAWRENCE J. TIMKO
Director, Operational Support Division

Enclosure