

**DEPARTMENT OF VETERANS AFFAIRS**
Office of Inspector General
Washington DC 20420

FEB 1 6 2007

Mr. Jonathan G. Axelrod
Beins, Axelrod, Gleason & Gibson, P.C.
1625 Massachusetts Avenue, NW
Suite 500
Washington, DC 20036-2001

Dear Mr. Axelrod:

This is in final response to your July 17, 2006, Freedom of Information Act (FOIA) request. You are requesting documentation on behalf of your client, Mr. ▬▬▬. On August 10 and August 30, 2006, we gave you a portion (482 pages) of the file. With this release, we are providing another 459 pages.

We are withholding some information from the investigative file under FOIA exemptions 2, 5, 6, and 7C (5 U.S.C. §552 (b)(2), (b)(5), (b)(6), and (b)(7)(C)).

Exemption 2 authorizes the withholding of information related solely to the internal personnel rules and practices of an agency. Exemption 5 authorizes the withholding of inter-agency or intra-agency memoranda or letters that are predecisional or which would not be available by law to a party other than an agency in litigation with the agency.

Exemption 6 authorizes the withholding of information obtained from personnel and medical files and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Exemption 7C authorizes the withholding of records or information compiled for law enforcement purposes, the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

Under exemption 2, we withheld telephone extensions and information related solely to the agency. Under exemption 5, we withheld inter-agency memoranda. In accordance with exemptions 6 and 7C, we withheld personal information.

If you do not agree with our decision, you may appeal to the Office of General Counsel, as provided in Title 38, Code of Federal Regulations, Section 1.557. Please include your specific objection(s) and reference FOIA case number 2006-02956-FI-0193. The address is: Office of General Counsel, Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC 20420.

We have determined that, in accordance with 38 C.F.R. Sections 1.526, 1.555, and 1577(f) and (g) and OIG Directive 305, effective October 1, 1997, the FOIA duplicating fee is applicable to your request. You are entitled to 100 pages (one-sided) free of charge. The reproduction fee for additional pages is $0.15 a page. The duplicating fee for this release is $126.15 (941 pages-100 = 841)(841 x $0.15 = $126.15). Your check should be made payable to the Department of Veterans Affairs and sent to this office.

Sincerely,


SHIRLEY J. LANDES
Chief, FOIA/PA Section

Enclosure