**Shelly, Judy (OIG)**

| | |
|---|---|
| **From:** | ██████████████ |
| **Sent:** | Thursday, May 18, 2006 9:01 AM |
| **To:** | Jones, Stephen M. (OIG); Shelly, Judy (OIG); Duffy, Dennis; McLendon, Mike; Tran, Dat (VACO) |
| **Cc:** | O'Neill, James P. (51WA-OIG); King, Molly (OIG) |
| **Attachments:** | Files On the External Hard Drive.doc |

   The attached document fills out more completely the files on my external hard drive which may have been exposed.

   I have been placed on administrative leave.

   I can be reached at home at ████████ on my cell-phone ███████████
████████

415

The employee's private laptop and external hard drive were stolen; his memory stick and CD's were not stolen. No VA data was on the laptop. The contents of the external hard drive are believed to have included:

**(1) BIRLS.**
This version of the BIRLS file *probably* was on the drive.
The information below comes from a copy on the employee's work station:
Total Number of Records = 26,505,946
All records but one belong to living veterans ( Date of Death is blank ).
19,616,796 have SSN ( SSN is greater than 10000);
   6,889,149 do not have SSN.

BIRLS January 2006

| Variables in this File |
|---|
| Branch of Service |
| Combined Degree of Disability |
| Date of Birth |
| Date of Death |
| Entry on Active Duty 1 |
| Separation from Active Duty 1 |
| Service Number 1 |
| Entry on Active Duty 2 |
| Separation from Active Duty 2 |
| Service Number 2 |
| Entry on Active Duty 3 |
| Separation from Active Duty 3 |
| Service Number 3 |
| File Identifier |
| Veteran's First Name |
| Veteran's Last Name |
| Veteran's Middle Name |
| Suffix ( Jr., Sr., I, II, etc ) |
| Sex |
| Social Security Number |

(2)

416

(2) This file *may* have been on the hard drive:
BIRLS information extracted for Veterans belonging to the Compensation and
Pension file (Created August 2005).
Total Number of Records: 2,822,210; all living.
All have Social Security Number.

| Variables in this File |
| --- |
| Date of Birth ( from BIRLS ) |
| Veteran's First Name (from BIRLS) |
| Veteran's Last Name (from BIRLS) |
| Veteran's Middle Name (from BIRLS) |
| Suffix ( Jr., Sr., I, II, etc ) |
| SSN in character format , and |
| SSN in numeric format |
| SSN indicator |

(3) National Survey of Veterans 2001; this
file *probably* was on the hard drive.
Total number of records: 20,048.
Total with Social Security Numbers: 6,253.
All records contain respondent's telephone number.

| Variables in this File |
| --- |
| Telephone (100 %) |
| Veteran's First Name |
| Veteran's Last Name |
| Veteran's Address |
| Social Security Number |
| Questionnaire Items ( 684 including the above) |

417

(4) The administrative sampling frame for National Survey of Veterans 2001: S4FRAME. This file *may* have been on the hard drive. The file has 5,558,206 records; each record belonged either to an enrollment file from VHA or to the C&P MiniMaster, or both. Each variable listed below came from either the VHA file or from the C&P file, but not both. If there were two sources for the same information, both versions were retained under distinct variable names.

| Variables in this File |
| --- |
| First Line of Address if Veteran belonged to VHA Patient Care File |
| Second (VHA) |
| First Line of Address if Veteran belonged to Compensation & Pension File |
| Second (C&P) |
| Third (C&P) |
| Fourth (C&P) |
| Fifth (C&P) |
| Sixth (C&P) |
| Number of Address Lines (C&P) |
| AID (?I am not certain about source) |
| Birth Date -- YYMM (C&P) |
| CD (?I am not certain about source) |
| City (VHA) |
| State (VHA) |
| Competency (C&P) |
| Claim Number (C&P) |
| Combined Degree of Disability (C&P) |
| Direct Deposit Indicator (C&P) |
| Enrollment Priority (VHA) |
| Incarceration Indicator (C&P) |
| Mail Code (C&P) |
| Name (VHA) |
| POW and Prisoner of War ( ? I am not certain about source ) |
| PRIOADJ3 (VHA) |
| PRIOADJ0 (VHA) |
| Prisoner of War |
| Sex (C&P) |
| Social Security Number |
| Social Security Number Indicator (C&P) |
| Telephone (VHA) |
| Type of File ( source (s) of the record: VHA only, C&P only, or both ) |
| Zip Code(s) ( two possible versions: VHA and/or C&P ) |

(4)

418

(5) Text files I used with reverse directory searches to identify veterans who had been selected into the National Survey of Veterans sample from VA's administrative frame ( S4FRAME ). Some of these may have been on the external hard drive. Such a file had an entry for each respondent who had not previously been positively identified ( for example, if a respondent's telephone number was *identical* to one in S4FRAME, it was unnecessary to go to the effort of using reverse directory.)

    In such a file an entry might look like this:

.......................
< >                 TTTTTTTTT    SSSSSSSSSSSS
                    Telephone #   Survey Record ID

        John Doe                 Yield from reverse directory lookup, if available
        14 Main St
        Middletown, SS

        John Doe                 The "best" match from among approximately
        15 Maine Street          14000 veterans in S4FRAME who were known
        Middletown, SS           to include the subset of veterans actually
                                 interviewed. If I judged the two names and
                                 addresses to be a match I filled the space
                                 between the brackets < > with the veteran's
                                 social security number

        .......................

4A

(6)  The "Mustard Gas File" was on my memory stick; it has since been expunged, because I have a copy on my office workstation.  Because the file was on my memory stick,  it *may* still have been on my external hard drive.  The file was an MS EXCEL spreadsheet with 6,743 rows; each row represented a *mention of* a serviceman in a test, such as a name in a roster.   Social Security Number would be the primary data item for referral to services like ChoicePoint to obtain current addresses, but many rows lacked the SSN.  I determined that many rows nonetheless had service number, which could be linked to SSN in other VA files, such as BIRLS.  I furnished such linked information to VBA.

**Variables in this File**

- Action
- Letter Release Date
- Letter Return
- Letter Re-Issue
- DMDC Per_ID
- VETERAN'S LAST NAME
- VETERAN'S FIRST NAME
- MIDDLE NAME
- SUFFIX
- OTHER
- JrSr
- PAYEE NUMBER
- SALUTATION
- PAYEE LINE 1
- PAYEE LINE 2
- PAYEE LINE 3
- PAYEE LINE 4
- PAYEE LINE 5
- PAYEE LINE 6
- ZIP CODE
- DATE OF BIRTH
- DATE OF DEATH
- SERVICE
- SSN VETERAN
- SSN PAYEE/SPOUSE
- CLAIM
- CLAIM NUMBER
- INSURANCE
- CMPR STATION NUMBER
- BIRLS CLAIM FOLDER LOCATION
- PAYEE NUMBER
- RECORD TYPE
- ENTITLEMENT CODE
- STATUS
- EXPOSURE TYPE
- EXPOSURE SITE
- BRANCH
- UNIT
- PAYGRADE
- EXPOSURE DATE 1
- TEST 1
- AGENT 1
- EXPOSURE DATE 2
- TEST 2
- AGENT 2
- CPMR DIAG1
- CPMR PCT1
- CPMR SC IND1
- CPMR DIAG2

420

| |
|---|
| CPMR PCT2 |
| CPMR SC IND2 |
| CPMR DIAG3 |
| CPMR PCT3 |
| CPMR SC IND3 |
| CPMR DIAG4 |
| CPMR PCT4 |
| CPMR SC IND4 |
| CPMR DIAG5 |
| CPMR PCT5 |
| CPMR SC IND5 |
| CPMR DIAG6 |
| CPMR PCT6 |
| CPMR SC IND6 |
| NAME MATCH INDICATOR |
| Commend Date |
| TELEPHONE |
| GENDER |
| Death Comments |
| Remarks |
| Exposure Type |

421