███████(OIG)

**From:** ███████ VBAVACO
**Sent:** Friday, May 19, 2006 1:09 PM
**To:** ███████(OIG)
**Subject:** RE: OIG Request for information

███████ has access to BINQ, which is the BIRLS Inquiry command. He can only inquiry/read BIRLS records and not modify or manipulate records. He only has sensitive level "0" (zero) access. As such, he can only view veterans records but none in the sensitive file, i.e., Congressman, VIPs in gov't, other VA employees, RO/VAMC Directors. He cannot copy or download BIRLS records to other files or his PC except by screen snapshots, i.e., screen prints, one record at a time.

Pls let me know if you have questions or need additional information. ███

-----Original Message-----
**From:** ███████(OIG) [mailto:███████@va.gov]
**Sent:** Friday, May 19, 2006 12:05 PM
**To:** ███████ VBAVACO
**Subject:** RE: OIG Request for information
**Importance:** High

Thank you, I received it. Please clarify a few things for me concerning this authorization.

1. Does it permit ███████ access to all files and information contained in the BIRLS database?
2. Is the authorization for "read" only access?
3. Does it permit him to "manipulate" the data?
4. Does it permit him to copy or download any of the files to another source?
5. Does it permit him to copy or download the entire BIRLS database to another source?

Thank you for your assistance.

███████, Investigator
Department of Veterans Affairs
Office of the Inspector General
801 I Street, NW, Suite 1068
Washington, DC 20001
Phone: (202) 565-████
Fax: (202) 565-████

---

**From:** ███████ VBAVACO
**Sent:** Friday, May 19, 2006 11:19 AM
**To:** ███████(OIG)
**Subject:** RE: OIG Request for information

███████

5/30/2006

b6 b7c

5