Sworn Testimony: ▆▆▆▆▆▆ — ▆/▆▆/▆▆    Conduct:  Administrative Investigation: Missing D—

## Page 145

1    Q  Right.

2    A  Yeah.

3    Q  Okay.

4    ▆▆▆▆▆▆▆▆▆

5    Q  And beyond that, I mean, I can understand how your

6  effort was an attempt to better understand the 2001 survey,

7  but did you see anything like lessons learned for the next

8  survey?

9    A  Oh, yeah.  I mean, if I could have learned those

10  lessons, that would have been for sure.

11    Q  So what might they have been?

12    A  Well, that -- that remained to be determined, but,

13  I mean, one thing that we noticed in data requests that we

14  got after the survey had been completed and things had been

15  published was we would continue to get what surprised me as

16  very detailed requests.  People always wanted to know things

17  about how many people had been in theater, in the Vietnam

18  War, and we had asked where people had been during their

19  service and their service dates and their eras of service

20  separately.

21    So, for example, we'd say, "Okay.  Did you serve

22  during the Vietnam War?  Yes or no.  Were you in the Korean

## Page 146

1  War?  Yes or no," and we gave dates.  "Were you in the post

2  -- were you in the Gulf War or the post-Vietnam era?  Yes or

3  no."  And then we'd have a whole list of places in the world

4  where people could have been, had you ever been in Thailand,

5  had you ever been in Laos, had you ever been in Cambodia,

6  had you ever been in Vietnam, but we didn't ask were you in

7  Vietnam during the Vietnam War.  Of course, in that

8  instance, it's pretty evident that you would only have been

9  there during the war, but we always got questions that had

10  to do with people being in such and such an era of service

11  in theater, and we couldn't answer those.  So that -- that

12  would have been one of the things that I felt maybe we

13  shouldn't try that if we did another survey.  We shouldn't

14  try to combine the location and the time and maybe a chart,

15  so that we would know.

16    Sorry.

17    BY MALE QUESTIONER:

18    Q  Well, when you were asked that card, I would

19  assume if they said years they were in the military and if

20  they said that they were in the military from '68 to '69 and

21  if they said they were in Vietnam, and you would look at

22  that, they weren't there during any other time other than

## Page 14

1  during --

2    A  Yeah.  And actually, that's true.  I mean,

3  probably the vast majority of service people were in for

4  short hitches, especially during Vietnam, but, you know, yo

5  get these questions for other eras like Korea, and it's not

6  so clear then because we've had troops in Korea ever since

7  the Korean War.  So you might even have served in the

8  military during the Korean War or elsewhere and then

9  subsequently served in Korea, you know.  It's just hard to

10  say.

11    Q  Okay.  But that would be a lesson learned about --

12  that's one thing you would recommend to the [inaudible] --

13    A  Yeah.

14    Q  Is it -- are you trying to say that was another

15  motivation you had in order to [inaudible] have these --

16  well, one from what I take from this is you wanted VA to

17  learn more from the survey and exploit that information as

18  much as possible, so that you could -- you could count on

19  the validity of the response based upon --

20    A  Well, we didn't have any other data on validity.

21    Q  Right.

22    A  I mean, we just didn't, and the way -- the way we

## Page 14

1  were set up on this, we couldn't get it.  This was the only

2  way I saw to actually check whether respondent's memory was

3  accurate.  We had no reason to think that respondents would

4  lie to us, but they just might not understand the question

5  on things like the type of benefit they were receiving,

6  whether it was comp or pen.  It wasn't clear.

7    If you take an elderly guy who's been getting

8  money for a long time, is he going to remember?  You know, I

9  just don't know.  He might have understood if you'd asked

10  him more questions about how he came to get what he was

11  getting, like did you have to -- did you have to show what

12  income you had, and if he had to do that, then he was

13  probably a pensioner, but if he -- you know, we didn't ask

14  that sort of thing.  We just asked are you getting comp or

15  are you getting pen.

16    Q  Okay.  Well, I think I understand that one.  I

17  just want to make sure.  So I'll go back to it again.  You

18  had -- I understand why you had the comp and pen --

19    A  Yeah.

20    Q  -- the pension -- I mean this one.

21    A  Yeah.

22    Q  The frame for the National Survey of Veterans.

251 bb b7(

1    A  Yeah.

2    Q  Well, I -- did we -- did you use any other files

3  in comparison or just this frame with the answer or the data

4  you got back from Westat?

5    A  That would have been the primary, and in

6  retrospect, it would have been better if I just extracted

7  from the whole s4 frame, the 14,000 records that we'd been

8  guaranteed had been used.

9       In the back of my mind, yeah, maybe having the

10  whole thing would serve if I ever decided to go after

11  others, but that wasn't really in prospect anytime soon.

12  That's for sure.

13    Q  Okay.  And refresh my memory.  How large was this

14  frame, SA -- s4 frame?  Oh, there it is, 5.5 million.  Got

15  it.

16    MALE QUESTIONER:  All right.  I apologize to

17  everybody, but I really have to be comfortable with this.

18  ████████████I mean, I think that takes us through

19  all of the things there, unless you have --

20    MALE QUESTIONER:  Oh, all right.  [Inaudible] I

21  may have some additional stuff.

22  ████████████

1    Q  There were some of the files -- there was one file

2  called "VHA List."  It had not that many variables from C&P

3  Mini.  I think it's all Mini and some VHA information, and I

4  noticed a couple other files that was VHA, very small

5  variables, name and all that.  Were there times where you

6  were working on this project that you might have said,

7  "Well, I wonder if we have any new phone numbers of anybody.

8  Let me bounce it up again"?

9    A  Well, to tell you -- I think VHA List was what

10  Susan got from the VHA for their part of the admin frame.

11    Q  Okay.

12    A  That's what I think I called it.

13    Q  Okay.

14    A  So, as for other bits and pieces of files -- oh,

15  and let me tell you, we never got telephone numbers from VHA

16  ever again.  In fact, I had asked Randy Remmel [ph] who

17  could have provided that sort of information in connection

18  with the survey that we were planning to do for veterans who

19  had dropped out of vocational rehab.  I had asked him

20  whether we could get similar information as to that provided

21  to Susan in connection with the NSV, and he said, "Well,

22  you're going to have to give me specific SSNs that you want

1  this information for.  I'm not just going to turn over the

2  whole thing to you," and I think on one or two occasions, we

3  did actually do that, and he obliged, but we never got the

4  whole shebang again.  Yeah.

5    Q  Okay.  I noticed that at a later time, there were

6  three small files, and I just wondered if you were going

7  back and checking every once in a while to see if there was

8  any new data on the -- on the ones with still missing --

9    A  It's possible.  If you had the names or the dates,

10  that might give me a clue.

11    Q  Okay.  Okay.

12    BY MALE QUESTIONER:

13    Q  All right.  One of the things we're doing is

14  trying to find out if there's any ISP, any program -- I'm

15  trying to think of the word -- where when you boot up your

16  computer, the one that was stolen --

17    A  Yeah.

18    Q  -- at some point there may be an automatic

19  notification made.  I'm online, and here I am, and, you

20  know, I'm ready for information or for uploading.

21       Like, for example, firewalls, you can program them

22  to go out at certain times and automatically download the

1  latest version.

2    A  Exactly.

3    Q  So my son asked me to ask you to find out some of

4  these questions.  Is any program such as Adobe are

5  automatically activated when the laptop is turned on?

6    A  Well, actually, I -- I -- I had given your son

7  information about one such program.

8    Q  [Inaudible.]

9    A  Yeah.  Yeah.

10    Q  Yeah.  They ran that to the ground, and

11  unfortunately, it doesn't -- it doesn't track either the IP

12  address or whatever it is that could help.  So that's not --

13  that's not one we can use.  I'll write it down.

14    A  Yeah.  The only other thing along those lines

15  would have been the virus, the anti-virus program that was

16  on there.  Now, for that, I used the VA's anti-virus, McAfee

17  version because --

18    Q  Do you know what version that is, or it's just the

19  latest VA version?

20    A  Well, it was the latest when I installed it.  I'll

21  say that it was Version 8, but I'm not positive.

22    Q  When would you have installed it?  When you bought

252 b6 b7c

Page 153

1  the machine in May of '05?

2      A  No, not right away.  Well, here's -- here's what I

3  would suggest, sir.  If you look at -- if you ask one of

4  your technicians to go out to the One VA VPN website, ask

5  him to just sort of take a look at all the stuff that can be

6  downloaded from that site because they'll have a version of

7  the Citrix.  They'll have a version of -- [audio break].

8      [Side A of Audiotape 3 of 3 begins.]

9      BY MALE QUESTIONER:

10      Q  Okay.  You said [inaudible], and what is -- what

11  type of program is that?

12      A  Well, ERASS is for dial-up access to the Internet.

13  If you -- if you have access to the Internet through DSL,

14  you don't need to use ERASS.  So, anyway, if you're going

15  through DSL, the first thing you would boot up is One VA

16  VPN.  If you were going through dial-up, you'd first make a

17  connection using ERASS to your service provider.  Then you'd

18  go with One VA VPN, and after that, you'd use Citrix to get

19  access to the shared drives and the e-mail that you could

20  get in your office, and then -- what's after that?  Oh, and

21  the McAfee is just the virus checker.

22      I didn't like the firewall that VA had provided.

Page 154

1  It was BlackICE, and it always conflicted with other VA

2  software even, and so I said I'll just use [inaudible] --

3      Q  Okay.

4      A  -- because it didn't seem to have the same

5  problem.

6      Q  Anything else that you can think of that would be

7  on there that you would intentionally go out to another

8  source and announce itself [inaudible]?

9      A  You know, I hadn't thought about that.  Now, the

10  only things that really hunt to see whether they need to be

11  refreshed are virus checkers, because they need to know

12  about the latest worms and so forth.

13      Q  Right.

14      A  There's the firewalls.  Licensed sometimes goes

15  out and sniffs, just so that the provider can -- can sort of

16  tell whether this is a legit copy or not.  It's possible

17  that SAS might have done that because it was on my laptop.

18  Apart from that, I --

19      Q  Windows?

20      A  I don't think -- well, yeah, maybe Windows, but I

21  don't know which --

22      Q  Isn't that self-initiated?  I don't think that

Page 155

1  Windows -- I mean, I guess you could figure it as such, but

2  if you --

3      MALE QUESTIONER:  Mine does it automatically or

4  someone set it up to do it automatically.

5      MALE QUESTIONER:  I think they probably set it up.

6  I don't think --

7      BY MALE QUESTIONER:

8      Q  But I'll put it down.  What version of Windows did

9  you have on it?

10      A  Well, it was Windows XP Service Pack 2.  It was --

11  it was the latest of the latest when I got the machine.

12      Q  All right.  Let's see.  For all automatically

13  activated programs, please ask you to mention which version

14  was on the laptop.  Well, these were all of the ones on the

15  laptop.

16      A  Yeah.

17      Q  And we're not certain if any of them [inaudible].

18      Did you access -- did you use the laptop access

19  sites requiring memberships or subscriptions, such as

20  newspapers, banks, et cetera?

21      A  That laptop, no.

22      Q  All right.  You didn't do online banking or

Page 156

1  anything?

2      A  No.  I have a horror of that.

3      Q  Oh, do you?

4      A  Yeah.

5      Q  I use it.  I pay all my bills.

6      A  Well, and I wish you the best of luck.

7      Q  I know.  It's probably right, but I do

8  [inaudible].

9      What -- what other sites -- this is kind of a

10  broader question.  Can you think of any sites that you may

11  have accessed with the laptop that possibly could have left

12  a cookie behind that would have -- I mean, they all do, but

13  did you clean out your cookie files?

14      A  Yeah.  That's a habit.  I always clean cookies,

15  even -- even on a machine that is exclusively mine.

16      Q  So any sites you would have gone to, it's nothing

17  that you would have registered for.  I think I brought that

18  up before, nothing -- how about tax software, TurboTax?

19      A  Well, TurboTax, I had on there, yes.  That's a

20  possibility.  I --

21      Q  Because [inaudible].

22      A  Yeah.

Sworn Testimony.

1    Q   They always ask me do you want to download the

2   latest version.  So I don't know that it ever automatically

3   goes out, but I know it would register if somebody hit

4   TurboTax.  I'll bet you it registers [inaudible].

5    A   And it's possible that if someone decided to -- to

6   snoop around before cleaning the machine that they might

7   have done that.  Yeah.

8    Q   Yeah, [inaudible].

9    A   I had a screen saver on there that had some sort

10   of deal where it goes back to the site and tries to

11   register.  It was a screen saver with scenes from the

12   National Parks, and that's actually amongst your -- your

13   stuff.

14    Q   The stuff I got.

15    A   Yeah.  But --

16    Q   I put it in there.

17    A   All right.

18    Q   National Parks.  What would it do?  Go back, go

19   off and get additional scenes for your --

20    A   I think what it basically tried to do is to get

21   you to buy something else.  There was -- you know, you

22   bought the product.  So you were entitled to use it, but

1   what it would say is, oh, do you want to unlock the 10

2   additional scenes.  Well, I had no idea what they were

3   anyway, and that wasn't why I purchased it.  So --

4    Q   I think I bought that when I went to the Grand

5   Canyon.  It was on a CD?

6    A   Yes.

7    Q   That's [inaudible].

8        You -- this is the stupidest question, but I have

9   to ask this.  You didn't knowingly have any spyware that was

10   on there that you could identify?

11    A   Well --

12    Q   Did you have trouble erasing?

13    A   No, not on that machine.  No one else could get

14   into my notebook, at least not while it was in my hands.

15        The desktop, possibly a problem because other

16   family members could access the machine, but I don't -- I

17   don't see a reason for either of my children to do that.

18   Beverly didn't use the machine at all.

19    Q   But I guess getting back, so you're not aware of

20   -- you didn't encounter a spyware file that you had trouble

21   erasing?

22    A   No.  Now -- no.  No.  I may have downloaded

1   additional software from free sites.  I got stuff from the

2   open -- I think it's called the Open Office Forum.  it's

3   basically written in Java, and it will -- they've got

4   something that will do word-processing.  They've got

5   something that will do spreadsheets, and that's what I use

6   it for.  They've also got stuff that will do presentations,

7   but not interested.

8    Q   So you didn't have a stand-alone version of Word

9   or anything at all on your computer?

10    A   I might have installed an old version of Word 97

11   that had belonged to my daughter.

12    Q   But not Excel or PowerPoint?  That's why you were

13   --

14    A   No.

15    Q   -- interested in maybe free versions?

16    A   Yeah.

17    Q   Okay.  You get SAS, and you're happy, aren't you?

18   That's your home.

19        What software is installed on the machine,

20   Quicken, Microsoft Money, Stock Ticker, Stock Trade Account,

21   any of those streaming-type videos, nothing like --

22    A   No.  Sorry.

1    Q   Games, services, any instant messaging?

2    A   No.  I didn't use -- I -- you know, it may have

3   been there, but I've never used it.

4    Q   If you have any kids and they use it, you'd know

5   [inaudible].

6    A   Yeah.  But I -- again, this wasn't something that

7   anybody else in the family could use.

8    Q   Right.  I think I heard that you used a

9   mathematical formula as your password.  Is that right?

10   [Inaudible] laptop?

11    A   Yeah, that's right.

12    Q   And however, that would have been comforting

13   except that you had it written down right in front of the

14   computer.

15    A   Exactly.  Yeah.  I -- I use --

16    Q   It was there after the burglary.  They didn't --

17    A   Yes, it was.  Yeah.  I had used it that morning to

18   access the OPM website where I was doing a job application.

19    Q   Okay.  Now, the -- the -- would it be difficult to

20   memorize that formula, or would they have had to write it

21   down and --

22    A   They'd probably have had to write it down, and I

254

Sworn Testimony.

**Page 161**

1  don't know if it would have struck them as a --

2  Q  As a --

3  A  -- as a password because I don't think I said PW

4  equals, you know --

5  Q  Right.  Okay.  Is there any VA software on the

6  machine?  Well, clearly, all this One VPN --

7  A  Yeah.

8  Q  -- is on the machine --

9  A  Yeah.

10  Q  -- and SAS is on the machine.

11  A  Exactly.

12  Q  Is that it?

13  A  Yeah.  I mean, because that's all -- that's all

14  the VA gives you.

15  Q  Okay.  That's his questions.

16  ████████████████, did we need to go over some

17  of these other problems?

18  ████████████ had one, yeah, a couple.

19

20  Q  There is a file in there called "C&P Not

21  Entitled."  Does this go with the project that you were

22  working on for voc rehab?  Because I noticed the

**Page 162**

1  spreadsheet, it said they were separated out by men and

2  women, in titles and not in titles, was your final -- final

3  project.

4  A  Yeah.  Yeah, yeah.  Yeah.

5  Q  Well, there was a file in there --

6  A  Yeah.

7  Q  -- called "C&P Not Entitled."

8  A  Yeah.

9  Q  I shouldn't say a file.  A SAS -- it's actually a

10  SAS file.

11  A  Yeah.  That's true.  That had to do with a file

12  that we had gotten from voc rehab.  It had people who had

13  exited voc rehab during 5 consecutive years.  What I mean is

14  during any one of 5 consecutive years.  For the sake of

15  argument, say 2000 through 2004, and it had something like

16  80,000 vets, and the "entitled," "not entitled" had to do

17  with those.

18  When the person -- actually, it wasn't people who

19  exited.  It was people who got through evaluation and

20  planning, which is like the second phase.  There is

21  applicant phase, and then there is E&P, evaluation and

22  planning, and you can exit evaluation and planning in a

**Page 163**

1  number of ways.  They can say, "Oh, yeah.  This guy needs to

2  go to independent living or this guys needs training," et

3  cetera, et cetera, et cetera.  So there were -- there were a

4  number of ways to exit that were considered that the

5  veterans -- that the veteran was determined to be entitled

6  to services because he had a vocational impairment, and he

7  was going to get help from the program, and then there were

8  people who exited in such a way that we said, "And these

9  were the people who were found not entitled."  Okay?

10  Q  Okay.  And was this a -- was this a project that

11  you were working on with Susan?

12  A  That's another project that I was working on with

13  Susan.

14  BY MALE QUESTIONER:

15  Q  Who -- who were you working on this project with?

16  A  This is with Susan.

17  Q  Okay.  It was also --

18  A  Yeah.  And it was generally referred to as "VERS,"

19  which stood for Veterans Employability Research Study.

20  ████████████████

21  Q  And is it possible that this file was on your hard

22  drive?

**Page 164**

1  A  Well, anything is possible, but I think it's

2  unlikely.  The reason is that it didn't have the absorbing

3  interest that the -- other stuff that I've told you

4  about had.

5  Also, this was stuff that I was pursuing on Mr.

6  McLendon's behalf at the office.  So it was something that I

7  could -- I could legitimately do at the office.  So it

8  wasn't anything that I feel that I could only pursue at home

9  on my spare time.

10  BY MALE QUESTIONER:

11  Q  However, if you put it on a disk and then it made

12  its way home, then, as you said, it's quite possible you

13  could have put it on your external hard drive.

14  A  It's certainly possible.

15  Q  You just don't remember.  Unlike the others, you

16  know that at least at one point they were on the hard drive.

17  A  Yeah.

18  Q  They may have been deleted, but they were on there

19  at one time.  Is that a fair statement or not?

20  A  Say again?

21  Q  Files like BIRLS, C&P.

22  A  Yeah.  No.  No, BIRLS would have been on my hard

b6 b7
255

Sworn Testimony.

## Page 165

1  drive.

2      Q  Yes.

3      A  We had gone to such an effort to obtain those

4  service numbers. There was no way I wasn't going to put

5  that baby out there --

6      Q  Okay.

7      A  -- and replace the previous version of BIRLS that

8  was out there.

9      Q  And the veterans or the survey --

10      A  Well, the survey was out there. I'm positive.

11      Q  Yeah. But they were what you were working on at

12  home mostly?

13      A  Well --

14      Q  I mean, it seems to me the mustard gas --

15      A  -- I wasn't working -- you know, the -- the sad

16  thing from my point of view is none of this stuff had I

17  worked on at home very recently with, but it was still

18  there.

19          If I -- you know, obviously, if you could do

20  anything differently or if you could step back in time, you

21  know, then after I got my fantastic machine at the office at

22  the end of December, I just said there's no reason to take

## Page 166

1  this stuff home.

2          One of the reasons why I stocked up the machine at

3  home was that it was actually better than my office notebook

4  when I got it. It was faster. It wasn't cluttered like my

5  office notebook.

6          My office notebook, for reasons I don't

7  understand, its performance had begun to decline. It just

8  seemed to take longer and longer to do things. So I had

9  thought that when I got my laptop at home that this thing

10  was going to fly.

11          As it turned out, when my office notebook was

12  eventually replaced, I got something that was almost server

13  class to replace it with, and there was nothing as fast as

14  that. So it was very likely that I wouldn't actually have

15  been using the data at home anymore.

16      Q  Now, when did you -- again, when was the last time

17  you used -- approximately, when was the last time you worked

18  on the mustard gas file at home?

19      A  Well, I don't think -- I --

20      Q  It sounds like you may have --

21      A  It would have been like, you know, in 2005.

22      Q  Okay.

## Page 167

1      A  That's what I think, and on my office machine,

2  you'll see a partition -- not a partition -- a directory

3  that's called something like "Reattempt NSV Matching," and

4  that was something where I was just sort of --

5      Q  I'm sorry. Reattempt what?

6      A  NSV Matching. And that was a fresh try at some of

7  the early steps of the matching, but in this case, I think I

8  knew that I was going to be using these names instead of

9  hunting against the C&P's mailing labels.

10      Q  So is it fair to say that if we look at the dates

11  of those files in that particular folder, that that's about

12  when you stopped working at home on the mustard gas file, or

13  is it like [inaudible]?

14      A  I honestly don't know, to tell you --

15      Q  All right. Well, you still think the last time

16  you worked on the mustard gas file was in 2005, but you did

17  bring home that BIRLS file with the serial number in it with

18  the intentions of working mustard gas file, but you're

19  saying you don't recall ever actually doing it?

20      A  Well, that wouldn't have been the only reason to

21  bring it home. I mean, that could still be a powerful help

22  in -- in working just on the NSV stuff.

## Page 168

1      Q  Right. Okay.

2      A  Because, I mean, there's that 14,000, but every

3  new BIRLS that you get, you have a good chance of maybe

4  getting guys who weren't in there before. I don't know.

5      Q  Okay. All right. And so would you say you were

6  working on the NSV at home during calendar year 2006?

7      A  I doubt it.

8      Q  Is there anything you were working on at home

9  during calendar year 2006, as best you recollect?

10      A  I don't honestly remember. It's -- what I think

11  -- what I think I might have, but I might have brought this

12  from the office, was this merge between C&P and BIRLS, but

13  it's dated August 2005. So I don't know.

14      Q  All right.

15          MALE QUESTIONER: I'll let you finish. I just had

16  a few more, and then we're done.

17

18      Q  So you don't know when the last time was that you

19  worked on the national survey at home?

20      A  The matching?

21      Q  Right.

22      A  No, I don't, but I know I worked on it at the

ble b7C
256

Sworn Testimony. ██████████ ██████ ██████████ ██████████

**Page 169**

1 office since the beginning of 2006.

2     BY MALE QUESTIONER:

3     Q You know, you described the one as your

4 fascination project, but then again, you're saying you

5 didn't really work on it 2006. So how fascinated were

6 you?

7     A Well, I was also tired.

8     Q Okay. So it kind of lost some of its fascination?

9     A Well, yeah, there's that, but we really had also

10 been putting in a lot of extra time -- well, pushing hard on

11 PTSD at the office.

12     I mean, I could -- I don't know if I could

13 document when, but I know I was in one weekend downloading

14 data, and it could have been in late 2005. It could have

15 been in 2006, but I doubt it. But, yeah, I just had been

16 doing a lot. I was pretty tired.

17     MALE QUESTIONER: All right. Debbie, do you have

18 more? Because I just have --

19     ██████████ don't think so. Go ahead.

20     BY MALE QUESTIONER:

21     Q You obviously used VPN to access VA systems from

22 home. Right?

**Page 170**

1     A Yes.

2     Q Now, would that have included -- would you ever

3 have gone to Austin to download anything from -- any of

4 these large files?

5     A I don't think so. I was asked that. Either Dat

6 or Mike asked me that, and it was soon after the 18th. I

7 might have been asked that on the 19th or the 20th. My

8 immediate reaction was no. I still think that's true.

9     When I said no to Mike, I think it was, I said why

10 would I do that. My line speed at home isn't even as good

11 as that at the office.

12     Q What did you -- you don't have cable, then?

13     A I've got DSL --

14     Q DSL.

15     A -- but it's still not as good as doing it at the

16 office, and I mean, I could -- yeah. I could see a

17 circumstance where if I was hot to finish something and I

18 just needed another download, I could see doing it, but I

19 don't think that happened.

20     Now, I did access the mainframe from home to see

21 how jobs were running, and I needed to check the completion

22 codes because the jobs would -- they had a couple steps.

**Page 17[1]**

1 One was you'd select the cases you wanted. You'd pull the

2 variables you wanted, and then within the SAS job, you'd

3 convert the SAS dataset that you had extracted that way into

4 what's called a "transport format," which goes through the

5 Internet real well. That is, you can reconstitute it when

6 you download it to your PC.

7     So I needed to check the SAS step. I also needed

8 to check the compression step where I used PKZIP on the

9 mainframe to reduce the size of the file because that would

10 reduce the transmission time. This is the amount of time

11 that I have to sit around twiddling my thumbs. So I would

12 check both of those, and everything had to be gold for that

13 before I could say, "Okay. I'm done with that one. Now

14 I'll get ready to run the next file."

15     Q But then you wouldn't download the extract until

16 you went to work because of the transmission speed?

17     A Yeah. That's my feeling.

18     See, it's nothing to say, "Oh, I see where the job

19 bombed. I'll fix that and resubmit," but if I had to wait

20 until the next morning before I went in, then I've got to

21 sit around waiting for the job to cook and finish. If I

22 could do it the evening that it failed, that was going to

**Page 17[2]**

1 put me ahead of time.

2     Q Okay.

3     A So the answer is certainly I had the means to

4 transmit data from my home, but I don't think I did for the

5 reason I gave you. But I wouldn't have thought that that

6 was dangerous.

7     Q Right.

8     A I mean, there I was. I had One VA VPN. You know,

9 this was VA's software. They had so many things about you

10 can't get in by any other means, and it was supposed to be

11 secure.

12     Q So there was really nothing to prevent you other

13 than the time you'd feel you'd have to expend to do it?

14     A That's -- that was my view.

15     Q Right.

16     A Yeah.

17     Q Yeah. I think the end result would have been the

18 same anyway, whether you downloaded it or carried it on a

19 CD.

20     A Yeah. Well, now I have a question for you.

21 Sitting at my cubicle in the office, I downloaded data.

22 Now, there is ways to download data, and there is ways to

251 b6 b7c

1 download data.

2      One that always struck my eye as curious was that

3 when you logged onto AAC, you could say I just want to be a

4 terminal, and then there was another icon that you could

5 click that said I want to be a terminal with FTP capability,

6 and the way that that differed was while you were in your

7 session, you could say FTP, and it put you in a different

8 window, and you could do your FTP right then and there.

9      I never saw the percentage in that. I didn't see

10 that that was actually useful to me or saved me any time.

11 What I like to do is submit a bunch of jobs. I go and check

12 the outcomes, and then I had an FTP program that I actually

13 liked. It had nice features side by side, the source and

14 the target directories, and so I used something that was

15 called WUS FTP. It was freeware, and I think my first

16 desktop at VA came equipped with it.

17      And so what I've wondered, after getting all of

18 these questions -- well, did you download your machine at

19 home? -- was, well, you know, I wonder if they knew whether

20 I downloaded to my desktop at work with or without WUS FTP.

21 I'm just telling you, I used WUS FTP, and I think it was

22 fine because supposedly whatever you get through VA's

1 network is good as gold.

2      But now one thing that I've never understood is

3 the way network transmissions work is it's like you can

4 break things into packets, and the way the whole Internet

5 was designed originally, it wasn't designed for civilians.

6 It was supposed to be a military thing. If one node of the

7 network was hit with a bomb, then these packets were sent

8 out in all sorts of directions, and they'd get to their

9 destination by different paths, and the receiving end would

10 say, "Oh, okay. You know, we're getting these packets maybe

11 out of order, but we'll put them together in the right

12 order, and we'll assemble it, so that eventually we'll have

13 a complete file."

14      Well, what I don't understand is how any of the

15 Internet transports for file transfer, FTP programs,

16 guarantee that everything goes through VA's facilities

17 exclusively anyway, and there was nothing on the AAC site

18 itself when you went to it with WUS FTP that indicated that

19 that wasn't something you should do.

20      If you used the built-in icon, terminal, and FTP,

21 you weren't even really conscious of locking onto AAC. It

22 just sort of happened.

1      If you went using WUS FTP, then you were going

2 into the same sort of portal that any FTP host provides, and

3 so I began to wonder, "Well, gees, you know, was that really

4 good or not good?," and I don't know the answer to that, but

5 if the answer is that it wasn't good, then what I want to

6 know is, well, why was it there.

7      Q I don't know, but I'll [inaudible].

8      A Okay.

9      Q I don't have an answer for that.

10      A I just don't know.

11      Q I think the concern is particularly maybe for

12 people outside the VA and so forth --

13      A Oh, absolutely.

14      Q -- to be that you could get information and say I

15 want to have all veterans and their addresses, and nobody

16 would even know you're doing it. They don't realize, I

17 think, that you have to be approved for an extract. You're

18 not writing line code that goes in blindly into a mainframe

19 to extract the data. That's written for you by Austin. Am

20 I correct? You -- you're looking at me like you know. So

21 maybe I don't understand. Give me -- if you wanted, for

22 example -- if you wanted this BIRLS extract, you had to get

1 authorization to get it. You just couldn't go in on your

2 own and say I want to get from BIRLS all veterans with their

3 serial numbers, with their dates of birth, with their Social

4 Security number --

5      A Well --

6      Q -- without anybody knowing you're going it.

7      A -- let's put it this way. John Axelrod couldn't

8 do it, okay, because the -- he'd have to have all of my

9 passwords to do it, and he just doesn't. Okay.

10      Q Well, no, that's not what I mean.

11      A Sorry.

12      Q I mean you as an -- pre-May 3rd, since the

13 burglary or anything like that --

14      A Yeah. Yeah.

15      Q -- it has nothing to do with that, but just as --

16 it's not my understanding -- and maybe I'm wrong -- that you

17 as an employee at 008 can go -- can access the mainframe and

18 do anything except download the job that you've requested,

19 an extract that you've requested and you have been approved

20 for as opposed to generating your own -- I don't know if

21 it's called "JCL" or whatever -- would be to go into the

22 mainframe and extract it without anybody knowing that you've

258

Sworn Testimony of ████████████

**Page 177**

1  done it or without any prior permission. Is that correct?

2  A  No, I don't think it is, sir. I mean, once I was

3  -- once I was given access to patient treatment files and

4  once I was given access to the places where C&P monthly

5  files are put up, I could access them whenever I wished.

6  Q  Yeah.

7  A  Yes, sir.

8  Q  But somebody prepared that so that comes to you.

9  A  Yeah, that's true. Yeah, that's true.

10  Q  You were the authorized user of the extract.

11  A  Yes.

12  Q  But you couldn't have gone in -- like, for

13  example, you said earlier on that you really wanted serial

14  numbers in the BIRLS extract. You finally got it in 2006,

15  but you had to request that. You just couldn't go into the

16  mainframe, access BIRLS on your own, and just say give me an

17  extract because I'm going to define it without any

18  authorization from the --

19  A  Yeah, that's right, and --

20  Q  That's what I want to know.

21  A  And I mean, the same is true of C&P. I don't know

22  where C&P truly lives. What -- what I read, what I had

**Page 178**

1  rights to read were tapes that were created periodically.

2  Q  That's -- that's [inaudible].

3  A  Yes.

4  Q  Okay. I think that's one of the concerns.

5  BY MS. CRAWFORD:

6  Q  But when you had access to the Master File, the

7  Master File for C&P, that was the complete Master File.

8  A  Yes, it was.

9  Q  And you could go in there and extract. If you

10  wanted all veterans, you could get the veterans from Record

11  Type A.

12  A  Yeah.

13  Q  If you wanted all terminated, you'd get Record

14  Type E, terminated veterans or whatever.

15  A  Yeah.

16  Q  But once you had the full Master then of C&P,

17  that's all there is on that file. Correct?

18  A  Yeah, that's true.

19  Q  Yeah.

20  A  I mean, we had --

21  BY MALE QUESTIONER:

22  Q  I understood that.

**Page 179**

1  A  Yeah.

2  Q  But for example, that particular C&P file may have

3  been created last month. He couldn't go into today's

4  production C&P and say I want that same data, but I want it

5  with current data. You'd have to request another extract.

6  They would have to provide that to you, even though it's

7  every field and every record, but it's against [inaudible]

8  as soon as it's produced.

9  ██████████ well, once it's produced, they

10  archive it in Austin. In other words, it's every month, it

11  [inaudible]. I don't believe it is for that particular

12  file.

13  MALE QUESTIONER: Well, I guess what I'm getting

14  at is couldn't -- Wayne could not go into the -- where -- if

15  Hines is hosting C&P, for example, and he couldn't go in

16  there and say I want all the records as of right now.

17  BY MALE QUESTIONER:

18  Q  You have to use an extract that's been created,

19  and it may be a week old, 2 weeks old, whatever it is. If

20  it's once a month, he'll get whatever the last iteration of

21  that extract is. Am I right?

22  A  Well, my -- my authority or access was only good

**Page 180**

1  at AAC in Austin. I never --

2  Q  That's even better yet. You couldn't even go into

3  Hines.

4  A  No. I could never get into Hines.

5  ██████████ Right.

6  BY MALE QUESTIONER:

7  Q  Now, you had access to download extracts, but what

8  application did you have access to, to go in one record at a

9  time? Share or what?

10  A  The only one that I remember being given any

11  access to at all was when Calvin and I were given access to

12  look at BIRLS data, one vet at a time, and I don't even

13  recall the name of that system.

14  Q  Well, [inaudible]?

15  A  Well, it could have been.

16  Q  That's a little different, but --

17  A  We never used it.

18  Q  But you never used it.

19  A  Yeah. I mean, never -- never even pursued getting

20  what it was, initials or passwords, whatever, because we

21  said, you know, we've got -- we've got the ACRS form filled

22  out, but this thing isn't going to be worth our while. You

259 b6 b7c

Sworn testimony. w.

1  could just tell it was a non-started.

2    Q  All right. I think I understand why you were

3  using mustard gas, and that was you were actually assigned

4  that --

5    A  Yeah.

6    Q  -- by Dat Tran to help identify --

7    A  Yeah.

8    Q  -- Social Security numbers and [inaudible].

9      Have we -- do we have a list of the projects you

10  have been working on at least for the last year?

11    A  Perhaps not. Well, I could tell you some of the

12  projects I've worked on.

13    Q  Yeah.

14    A  There was -- there was -- well, let's -- let's

15  forget about short-term data requests because those come in

16  --

17    Q  Yeah.

18    A  -- out in left field, and sometimes we answer

19  those using non-VA datasets anyway, like current population

20  survey which is -- which has nothing confidential in it.

21    Q  Would you say -- how many of those would you say

22  you handled a week, short term?

1    A  Oh, zero a week, but maybe one a month.

2    Q  One a month.

3    A  I don't know, and that's probably being high.

4    Q  Can you think of any of them, just like a

5  [inaudible]?

6    A  Well, we would get requests for information about

7  veterans where we knew the best source of data was the

8  current population surveys, March demographic supplement,

9  and in that supplement, they asked a lot of questions about

10  veteran's status, sources of income, but not particularly

11  the amounts that come from each source.

12      And the other problem was while we might have like

13  100,000 adults in one of those, usually --

14    Q  Just go ahead. I'm sorry.

15    A  -- the percent of veterans would be like in the

16  general population, about 10 percent. So, you know, you'd

17  get maybe 10,000 vets in there. So, if you start slicing

18  and dicing into smaller domains based on age or what have

19  you, you wind up with very small numbers.

20      So -- but sometimes income questions, we would use

21  the current population survey. The "CPS," it's called.

22  It's -- it's also changed its name. It's now something like

1  the Annual Survey of Economic something or other.

2    Q  Is that something that is verified by Census or by

3  --

4    A  Census and the Bureau of Labor Statistics. So

5  that's one.

6    Q  But these would just come in from a variety of --

7    A  Yeah.

8    Q  -- requesters --

9    A  Yeah.

10    Q  -- around the VA. All right.

11      Then that's in the short term. What's -- you

12  know, what are some of the others?

13    A  Okay. The big -- the big project I had long term

14  was the Veterans Employability Research Study. We had had

15  --

16    Q  And that's voc rehab?

17    A  Yeah. And Susan is the project officer on that.

18  We had done all sorts of stuff. We had done focus groups.

19  We had done pre-test of questionnaires. The next thing to

20  do, I presume, is maybe even a small trial in the field, but

21  I don't know. I mean, that just hadn't happened next.

22  That's a biggie.

1    Q  What databases that were potentially lost did you

2  use to support this one? I know it had [inaudible].

3    A  Yeah, yeah. I had a file, about 130,000 people

4  altogether, from voc rehab, probably --

5    Q  But didn't you say it's not at all likely you

6  would have [inaudible].

7    A  Yeah. I don't think so.

8    Q  Okay.

9    A  Yeah.

10    Q  I'm most interested in those that were on the CD

11  --

12    A  Yeah.

13    Q  -- that may more likely have been stolen.

14    A  Right.

15    Q  All right. And that's one, veterans reemployment,

16  and, of course, there's the mustard gas, and that must have

17  taken [inaudible].

18    A  Yeah. Then there's all of the stuff to do with

19  PTSD in connection with Mr. McLendon and Dat. We were

20  downloading lots and lots of stuff. I think -- I think we

21  were limited by the health files as to what we could

22  download historically. They only go back so far. I'm not

260

Sworn Testimony.

1  sure what the period of time was. So that -- let's just put

2  PTSD. We were downloading stuff from C&P and from patient

3  treatment files, both outpatient, inpatient, for the PTSD

4  work that's going on in the office.

5    Q  Any of that a likelihood of being --

6    A  No. No. I mean, that was voluminous, and there

7  wasn't anything I could do with that stuff at home anyway.

8  I mean, it was just get the stuff down, put it out on the V

9  drive, and let that wail away at it. Okay. So there was

10  the PTSD.

11

12    Q  Is this a project where they were tracking claims?

13  I guess the theory was that perhaps veterans, now that they

14  are at retirement, are, are putting in claims for PTSD?

15    A  I mean, there's been curious things noted about

16  that sort of thing. What -- what Dat was using the C&P for

17  was fairly clever. The C&P doesn't actually tell you when

18  PTSD was awarded as a specific disability for a vet. You'll

19  see something in the record that he's got a percentage for

20  PTSD, but it won't tell when it was -- when that one was

21  given. So what that did was -- he said, "Okay. We've got

22  this historical data. Let's go find out when the guy's

1  status changed."

2    BY MALE QUESTIONER:

3    Q  When [inaudible].

4    A  Yeah. So you just do it over a whole bunch of

5  years, and you -- you sift through it. You can infer which

6  quarter of the year it happened in, and that's what he did.

7  He also did similar work for figuring when the

8  percentage of disability shifted for those claimants.

9  Then we also looked at a whole constellation of

10  ICD9 codes. ICD9? I think it's ICD9 is the medical coding

11  system that they use in VHA, and so we've taken a lot of

12  cuts at this over time.

13    Q  Well, let's -- I mean, is everybody comfortable

14  with that? Can we [inaudible] that it wasn't at all likely

15  it had been stolen?

16    A  Yeah. That -- that wasn't --

17    Q  You know you never took that home?

18    A  There was tons of it, and all I had to do -- I

19  didn't have to analyze it. All I had to do was get it and

20  funnel it off to the V drive.

21    Q  [Inaudible.]

22    A  Right. Yeah.

1    Q  On the V drive. Okay.

2    Now, the file -- you got the C&P Master to support

3  some research you had done for the compensation variance, or

4  whatever it's called. Is that right?

5    A  You know, I don't --

6    Q  What is IDA doing? Do you know, or were you just

7  passing the data?

8    A  Well, I had been told, but I don't remember.

9    Q  Well, what was your role in all that? Just that

10  you got the file for somebody to pass it on?

11    A  Yes. What Dat -- what -- what Dat had asked was,

12  could I put into SAS the -- the file that IG used in Austin

13  to pull things from the complicated C&P Master Record, and

14  it took about 2 weeks to do, but it took longer to validate,

15  a lot longer, but it was all aiming at providing data to the

16  Institute for Defense Analyses who were the contractor for a

17  big expensive analysis, and it had something to do with

18  looking at the actual economics of disability compensation

19  over time. That's about all I can tell you because they

20  pulled a lot of money fields out of that thing.

21    Q  Now, would that file have been likely to be on

22  your external hard drive you had?

1    A  No. A, it's really big. B -- but I think I told

2  you that we did a sample of about a thousand CPMR records.

3  Yeah. Now, those 1,000 possibly could have been on my

4  stolen hard drive. I'm sure they're still on my office

5  machine, but even if they were on the stolen hard drive, I

6  don't see how it would benefit anyone if they got their

7  hands on it because they'd have to know how to read it.

8    Q  Well, you said there weren't names, Social

9  Security numbers or anything.

10    A  Well, there are names in there.

11    Q  Well, it would have been included in the BIRLS

12  anyway. So that's --

13    A  Yeah. Right.

14    Q  So what else?

15

16    Q  Do you remember what you named that file?

17    A  Yeah. On -- on my office machine, it would have a

18  name like "SAMPLE" or maybe "1000" or the word "THOUSAND"

19  worked in there somehow. The idea was to convey that this

20  was for testing, and that would have been in the fall of

21  2005, I'm pretty sure.

22    BY MALE QUESTIONER:

b6 b7C
261

Page 189

1    Q   I just want to get a time table a little bit.  You
2  had a VA laptop assigned to you until you got your desktop.
3  Is that right?
4    A   Yes, sir.
5    Q   And the desktop was in December 2006 -- I mean
6  2005?
7    A   That is correct, sir, and -- and I had that
8  desktop, I might -- sorry.  I had that notebook, that VA
9  notebook for a period of 2 years, and I had full authority
10  to take it home, and every time I took it home, every file
11  imported accompanied it.  So --
12    Q   Sure.
13    A   Yeah.
14    Q   All right.  So you had a VA laptop from
15  approximately December '03 to December '05.
16    A   Yeah, okay.
17    Q   And then it was [inaudible].  You bought the --
18  your personal laptop in about May, I think I read, of '05,
19  give or take?
20    A   You know, it's either May or March, but whichever.
21    Q   Okay.  But -- all right.  We'll just say spring of
22  '05 --

Page 190

1    A   Yeah.
2    Q   -- personal laptop, and the external hard drive
3  about the same time?
4    A   No.  It came later, but how -- how much longer
5  later, I -- I just don't know.  Now, I think your son knows.
6    Q   I think he does.
7    A   Because I think he's followed this up.
8    Q   All right.  And then let's see.  Your level of
9  access really -- again, since you weren't really getting
10  access to online systems, at least you were given to some
11  systems, but you never used them.
12    A   Right.
13    Q   And that's not all that relevant.  You're -- I
14  don't know if you're aware that employees may have
15  particular access which would prevent them from seeing very
16  sensitive records when they were online.  Like if you want
17  on with [inaudible], said get me the Secretary's --
18    A   Yeah.
19    Q   -- file --
20    A   Yeah.
21    Q   -- you wouldn't be able to do that?
22    A   Right.

Page 191

1    Q   But that didn't really come into play with
2  extracts.  I mean --
3    A   No, it didn't.
4    Q   -- they didn't ask you -- they weren't trying to
5  determine a particular level of access.  If you were
6  entitled to data, you got it all if you asked for it all.
7    A   The reason why Dat Tran was interested in the IG's
8  20 years worth of data was, first of all, it was historical.
9  There was no way to get the 20 years by any other means.
10        The second reason was every time Dat had shown the
11  results of analysis, whenever there was a person from VBA in
12  the room, they'd say, "Oh.  Well, you know, that doesn't
13  agree with our figures.  You know, that's off by at least
14  35,000," and Dat had heard this enough times.  He said,
15  "Well, you know, why is it off by 35,000?," and the answer
16  was, well, we don't put VA employees in the C&P Mini.  We
17  don't put high-ranking former military in the C&P.  So there
18  were a number of exclusions, and --
19    Q   Right.  And that's where the access was enforced
20  in terms of the level.  They just automatically enforced
21  [inaudible] sensitive --
22    A   Exactly.

Page 192

1    Q   -- records in there.  I get it.
2    A   But nonetheless, every time Dat did a
3  presentation, anyone who didn't like the results of the
4  presentation would attack it on grounds that the total
5  figures were off.  Well, there wasn't anything you could do
6  about that anyway, but I'm pretty sure that 30,000 out of,
7  let's say, 3 million records really wouldn't change any
8  percentages.  Okay?  But there's no arguing with some
9  people.  If the Big N doesn't agree, then whatever else
10  you've got to say is invalidated.  Okay?
11    Q   Uh-huh.
12    A   So that was the second reason why we were very
13  glad to get our hands on the data from the Office of the
14  Inspector General because there weren't any exclusions.
15        Now, when we first got this data and we had
16  succeeded in beginning to read it, Calvin and I were talking
17  one day, and he said, "Well, you know, this is supposed to
18  have none of the exclusions."  I said, "Yeah.  There
19  shouldn't be anybody missing from this stuff."  So he said,
20  "Well, how are you going to know?"  I said, "Well, let's
21  look for somebody we know who has got to be in that file,"
22  and I looked up Mr. Mansfield because I knew he was confined

262

Page 193

1  to a wheelchair, and I knew he was a VA employee, and if
2  anyone was going to be excluded from the Mini, it would be
3  him, and sure enough, he wasn't in the Mini, but he
4  certainly was in what we had from the IG. So then we knew
5  we were getting straight stuff.
6      Q  Okay. Why -- why did you need addresses? Can we
7  just review that quickly? I mean, you used them for
8  different things. You were looking for address for the
9  survey. Right?
10     A  Yeah.
11     Q  You were marrying up addresses --
12     A  Yeah.
13     Q  -- for the survey?
14     A  Yeah.
15     Q  Any other? You didn't need it for mustard gas.
16     A  When -- well, I'll tell you. We never -- there's
17  a whole bunch to say about addresses in the C&P. That's
18  what we're talking about right here.
19     Q  That's true. You were trying to -- that's right.
20  Because it's considerable [inaudible] on label address, you
21  wanted to break -- you needed tools to break it out.
22     A  For my matching, yes, but the other thing was for

Page 194

1  the voc rehab. Every time we drew a sample for the
2  contractor, which was apt for the -- [audio break].
3      [Side B of Audiotape 3 of 3 begins.]
4      THE WITNESS: Well, one of the things I wanted to
5  be sure of was that we not only used the address that had
6  been furnished to us from voc rehab directly, but that we
7  used at least the C&P's address in its current file because
8  the whole purpose of providing that stuff was so that if
9  these people needed to be found, the contractor had
10  something to work with. So that's one thing.
11     As for C&P address accuracy, we don't really know
12  much about it. The reason is Dat estimated, based on
13  looking at the indicators for electronic funds transfer,
14  that between 70 and 80 percent of the comp and pen
15  recipients get their checks put directly into their
16  accounts, rather than getting a piece of paper and then
17  depositing it themselves.
18     So, if you think about that, what do you need the
19  address for anymore? And my -- I have a -- I have a rule of
20  thumb which is that if something isn't really needed, then
21  you can't rely on it when it's in a database because who is
22  going to bother to update it if it's not really needed? No

Page 195

1  one.
2      So, you know, while addresses in there were
3  probably correct once, there is no real telling, at least
4  for the EFT folk, whether they're valid anymore. That's --
5  that's my opinion.
6      But -- but, yeah, we still needed address
7  information even for voc rehab where we had gotten an
8  address from the voc rehab people because some of these
9  people were last in contact with voc rehab 5 years before.
10  So we had to do what we could.
11     BY MALE QUESTIONER:
12     Q  And you were trying to provide outreach services
13  for voc rehab -- I mean, obviously, the intent of all that
14  for voc rehab was?
15     A  Well, eventually, when the survey would be done,
16  the people would -- I think they would get a telephone
17  interview, sort of like the NSV, where you have to reach --
18     Q  Oh. So this was to develop information for a
19  survey?
20     A  Right.
21     Q  Okay. I missed that.
22     A  Yes, sir.

Page 196

1      Q  Voc rehab survey. All right.
2      I don't have anything else, but remember we've got
3  questions about the naming conventions that you used on a
4  couple of --
5      A  I hope none of them are vulgar.
6      Q  No. I don't think so. They weren't -- well,
7  obviously --
8      ████████  It makes more sense now.
9      MALE QUESTIONER: Pardon me?
10     MALE QUESTIONER: The awards for --
11     MALE QUESTIONER: Oh, yeah.
12     BY MALE QUESTIONER:
13     Q  Were you ever given awards for the work you had
14  been doing?
15     A  Well, thank you for asking that question. Yes,
16  sir.
17     Q  What -- what were they? What were they for?
18     A  I got a cash award last year. I think it was
19  $1,500. My understanding was that Dat put in for it because
20  of my work.
21     Q  Approximately when was it, just about?
22     A  When did the thing -- when the award was given or

Sworn Testimony.

1  --

2     Q  Yeah.  When [inaudible]?

3     A  When I got my hands on it was pretty much towards

4  the end of the fiscal year because -- I don't know why.

5     Q  Okay.  So somewhere in the September time frame?

6     A  I would -- well, actually, no.  A lot later than

7  that because this had to do with my rendering into SAS what

8  the IG had already written in something called DYL260 down

9  in Austin, and we didn't use DYL260.  Even if I had used

10  their code up here, no one else in my office would have been

11  able to use it, but at least with SAS, there was a hope.  So

12  we converted it to SAS, and that was what Dat gave me the

13  award for, and that was the project where I took the sample

14  of 2,000 CPMRs and worked with them at home, possibly on my

15  office notebook, possibly on my own equipment, but I suspect

16  in that case on the office notebook.

17     Q  You worked at home.  I understand -- I don't

18  really understand it.  I think you're saying you basically

19  converted what had been done in -- or what they had done in

20  DYL260 into SAS format.

21     A  That's correct.

22     Q  What would -- what type of records?  How many

1  records did you say you were working on?

2     A  I had a test file of CPMR live data that had a

3  thousand records.

4     Q  Oh, that's right, and that's every field in the

5  C&P Master Record.

6     A  Well, it was the C&P Master Record.

7     Q  But it was a thousand records from the --

8     A  Yes, sir.

9     Q  Okay.

10     A  And I was using that to test my SAS code with.  I

11  did it all on my PC.  I got -- I got the sample down from

12  the mainframe, and then I did all of my development with the

13  SAS program on my CP, and just so you know, the Master

14  Record in the CP is very complicated.  It's sort of like

15  this.  There's a section where indicators are given for

16  other pieces that may or may not be there.  So suppose we're

17  looking at the piece, the segment that describes a veteran's

18  dependent children.  If the indicator up here says he has no

19  dependent children, then you don't have a segment.

20     Q  I got you.  So --

21     A  Okay.  If he had dependent children, then there is

22  going to be a segment down here to describe them, and it

1  could be a variable length segment, depending on how many

2  kids there are.  So what you had to look for was what was

3  going to be there and what wasn't, and then because the

4  pieces could be different in length, as soon as you got

5  yourself positioned to the beginning of the segment, you had

6  to read the total length of the segment, get what you wanted

7  out of it, and then position yourself right beyond the end

8  of that to look at the next segment.  That's something --

9  the segments had an assumed order.  So you --

10     Q  They had what?

11     A  An assumed.

12     Q  Oh, they have an assumed.  Right.

13     A  Right.  So you could work your way through it,

14  step by step, which is what the program did.  So all of that

15  development, I did on the PC, which was great because, as

16  soon as I hit the run button, I'd get errors flashing up on

17  my screen, and I'd start seeing what had screwed up this

18  time.  So I got a lot of fast feedback that way, and

19  basically, I got the program developed in about 2 weeks.

20        Now, the validation took a lot longer, but it was

21  for that effort that Dat put me in for an award.

22  ▬▬▬▬▬▬▬▬▬▬

1     Q  And you worked on that at home, you said?

2     A  Yeah.  But I think using my office notebook.

3     BY MALE QUESTIONER:

4     Q  But there was some recognition in the write-up, or

5  did you even see the write-up for the award, or how do you

6  know you were getting it to work at home?

7     A  Well, it wasn't for working at home.  It was for

8  completing the task.

9     Q  Right.  Okay.  I thought you said you got it

10  because you had worked at home, like on your own time is

11  what I'm saying.

12     A  I got the award because I got it done.

13     Q  Okay.

14     A  And I got it done quick, but the reason I got it

15  done quick was I worked on it at home and weekends.

16     Q  And did -- was that acknowledged by Dat or anybody

17  else that you were working at home on it?

18     A  Only in the form of putting me in for the award.

19  He knew it took a lot of work and effort.  Yeah.

20     Q  Well, were there any discussions about, "Gee, I

21  really appreciate you working at home on this," or anything

22  like that?

b6 b7C

264

Mr. Axelrod,

The remaining pages of this interview were accidentally not printed by the transcription service when they were provided to us. We had to reprint them from the diskette provided by the transcription service. That is why the format is different.

This is a complete copy of the interview. In fact, two words "like that" are repeated on page 200 and page 201.

We hope this does not inconvenience you.

201

1  like that?

2      A    I don't think I avoided telling him that I was

3  working at home with my office notebook. I'm sure I

4  mentioned it, and, you know, there was never any -- I didn't

5  stop by Dat's office every day to say goodbye and lounge in

6  the doorway with my computer on my shoulder, but on the

7  other hand, I made no secret about it either. I had a

8  building pass. I could waltz out with it whenever I wished,

9  and I think I must have said, although I don't recall a

10 specific instance, that, you know, I had gotten it to work

11 at home or something like that.

12     Anyway, I'd be very surprised if Dat ever told you

13 that he thought I had done it all inside the office during

14 regular hours.

15     Q    Okay. Any other awards?

16     A    That's it, I think.

17     MALE QUESTIONER: Okay. Do you have those names?

18     ███████████ Yeah.

19     BY ███████████

20     Q    There were some -- when we were first looking at

21 it, that it was a little confusing on the name titles, but

22 once -- because of the naming conventions, but once I saw

b6 b7c
266

202

1    some of your program, it made more sense.

2        A    Do you want me to look over your shoulder?

3        Q    Sure.  The -- these are the ones that are on the

4    CDs.  So excuse all my notes.  Like ██████[ph] is actually

5    -- and ████████ [ph] --

6        A    Oh, yes.

7        Q    -- and █████████ -- this should be a "T."

8        A    Yeah.  Yeah, I remember that.

9        Q    And "W."  Well, after reading your program for the

10   survey, these are some of the ones that were already left

11   over --

12       A    Yeah, exactly.

13       Q    -- and -- yeah.  No, that's what I thought.  And

14   this was the original, just the personal ID and the -- and

15   the Social Security number.  So you could start working for

16   which -- with the other files, but I had to see your          —

17   programs to be able to figure out where these came from or

18   what they were titled as.

19       A    Well, right.  I mean, what this would have

20   suggested is it had something to do with the C&P, and it was

21   the remainder from some sort of attempt at matching, but

22   whether these were people who hadn't been -- I would think

b6 b7C
267

203

1  from the name that they were people who hadn't been matched

2  somehow because that was another thing I was trying to

3  figure out was how could I reduce the total amount of

4  I-stream [ph].  So, once I had gotten a match between the

5  survey and the sources, I thought, well, I'll take those

6  guys out of play, so I don't have to look at them again.

7       Q    Yeah.  That's what I thought on that.

8            And then I don't know.  There's one that said this

9  group -- it said the SERVAD [ph] file, and then one said

10 both C&P and Help --

11      A    Uh-huh.

12      Q    -- where you just took the name and address of

13 each --

14      A    Uh-huh.

15      Q    -- and used that, and I'm not quite sure.  I don't

16 have a program -- it might have been the one -- one of the

17 ones you erased -- to be able to say, okay, this is why you

18 used this information.  Well, then you had 872 look-up

19 numbers --

20      A    Well --

21      Q    -- and there was --

22      A    Yes.

204

1    Q    Those were the phone numbers that -- that's in two

2  files, this 872, and that's the 20,048.  That's the survey,

3  isn't it?

4    A    Yeah.

5    Q    Yeah.  That's the survey.

6    A    That's the NSV bunch.

7    Q    Yes.  Okay.  So that's why I asked at one time, I

8  think, did you look in the future and pull down addresses to

9  maybe look to say, "Oh, look.  They have -- if they're

10  getting C&P now, then we possibly can match it and see if

11  there's any additions," and you said, possibly, you did

12  that.  So I'm thinking that's probably you added them

13  together, but I don't have the program to support that one.

14    A    Well, yeah.  This is -- this is -- this is an odd

15  thing.  This has nearly 3 mil.  This is about 1 1/2.  So I'm

16  -- I'm a little puzzled about this.  I -- I mean, I can see

17  C&P and health in both, and what I would think is that this

18  would be smaller than either one of these, but it's sort of

19  in between.  It doesn't make a lot of sense to me.

20         And were these the only things in here?

21    Q    That's it.  That's it.  Yeah.

22    A    Now, as far -- about all I can tell you is this is

205

1  all relating to the matching that I was trying to do, but --

2  but what these -- what these things were in that process,

3  I'm not altogether sure.

4      Q    Okay.

5      A    Okay.

6      Q    The rest of it is just you had programs in there,

7  and most of it defines out.  I mean, when you have ROBOL

8  [ph] and ROBOT, obviously this program --

9      A    Yeah.

10     Q    This program actually used these numbers.

11     A    Yeah.

12     Q    But now that I got into it, I kind of understand

13 more of why the naming convention, but at the time when I

14 looked at it in the beginning, I'm going, "Well, what is

15 this?"  UNFOUND, UNKNOWN, you brought these two in into a

16 program that you had written, this personal ID, phone

17 number, name and address, and the UNKNOWN, you got those in

18 to work with them in one program that you had written.

19     A    Yeah.  The personal ID was the sample ID.

20     Q    Uh-huh.

21     A    That was how I was going to relate them back to

22 the NSV.

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

270

206

1    Q    Yeah.   That was in the -- I guess that had to be

2 created by the people who did the survey, I'm assuming.

3    A    Yeah.   That --

4    Q    Generated number that their computer generated for

5 each person?

6    A    Yes.

7    Q    I saw that you had pulled that.

8    A    Yeah.   It was -- it was coded somehow.

9    Q    Yeah.

10    A    But that was -- that was how I was going to relate

11 the person in the survey to an SSN.

12    Q    Yeah.   Because you had pulled the number and the

13 SSN and kept those always together --

14    A    Right.

15    Q    -- the majority of the time --

16    A    Yeah.

17    Q    -- and that way at least go back to the original

18 one.

19    A    Right.

20    Q    Yeah.

21    A    Also, I tried in a lot of these things to make the

22 file I was working with a text file, so that I could read it

207

1  in a small window, but also it would serve as a form of

2  documentation as to what I had actually concluded. That is,

3  when I put an SSN in to decide a personal ID, then that

4  would have been the result of one of my decisions and could

5  be -- I can work back to when and where I had made that

6  decision.

7       Q    Yeah.  I kind of trailed back from some -- when

8  you had the write-out file with the Social Security number

9  or the -- excuse me -- the personal ID number and then maybe

10 two Social Security numbers and two addresses.  I could see

11 where you put it together between VHA and VBA and the

12 original file address.  I could see where you put them

13 altogether in some of the tests out that you have.  Yeah.

14 And I was able to trial that back backwards to these

15 original files, but -- yeah.  It -- the majority of them I

16 can -- and that was -- this was the one I asked you about

17 today.  I thought it was a little [inaudible] because it was

18 C&P not entitled --

19      A    Right.

20      Q    -- and then when I saw that spreadsheet, I thought

21 that was it.

22      A    Uh-huh.

208

1      Q    And this one, you said you really -- you

2  downloaded it.  You had it, but you never quite used it.

3      A    I think that's true.

4      Q    Yeah.  Okay.  Yeah.  And the rest of them, I think

5  pretty much --

6           Now, this is the one that I thought that you had

7  pulled a little bit later.  You called it "VHA List."  It

8  had name, Social Security number, address from either VHE

9  and C&P.  You used this also for the -- for the survey to

10  take a look, or are you sure which one you used this for?

11      A    Well, I think that was something -- I think VHA --

12  I think what VHA List was, was something I got off the

13  mainframe after I had already gotten my mitts on s4frame.

14      Q    Okay.

15      A    And Susan had said -- well, I think this had to do

16  with Elizabeth Ahuju's [ph] departure also, that as I became

17  Susan's custodian for BIRLS when Elizabeth left, that she

18  also asked me to copy out files Elizabeth had kept for her.

19   Now, that might have been one of them.  I'm not absolutely

20  sure.

21      Q    Okay.

22      A    But I was eager to get my hands on it because that

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

209

1   was like source material.

2       Q    Uh-huh.  Yeah.  Because I think this was a little

3   bit later.  I think it was maybe 2005, or when did she

4   leave?

5       A    Elizabeth?  My feeling was that she left around --

6   well, I think she was going to leave at the end of 2004.

7       Q    Okay.

8       A    It might have been later.

9       Q    Yeah.

10      A    It wasn't the end of 2005.  I know that.

11      Q    No.

12      A    She had been gone at least 2 years.

13      Q    Okay.

14      A    But --

15           BY MALE QUESTIONER:

16      Q    [Inaudible] asked questions for this.  Scrambled

17  SSN.

18      A    Yes.

19      Q    That was something you were working on that --

20  that ironically and apparently you had solved because it was

21  on the day of the burglary, or is that just folklore?

22      A    No, not exactly.  Well, VHA had a scheme for

274

210

1  scrambling SSNs.  I didn't broadcast this, but certain

2  people in the office knew that I figured out what they were

3  doing when they scrambled them because, basically, the copy

4  of the C&P that I had access to had both the real SSN and

5  the scrambled SSNs in them, and I'll just tell you, if you

6  sort the files in order of the scrambled and you happen to

7  find two SSNs that differ by one, you can say okay, you

8  know.  In the units here that are scrambled, they differed

9  by one.  Well, what happened in the -- the real?  You say,

10  "Oh, look at that," you know.  There's a difference over

11  here in this position.  So you can begin to tell --

12      Q    You mean unscrambled?

13      A    Yeah.  You could tell how to scramble or

14  unscramble.  So I had figured that out, but, I mean, it

15  wasn't a tremendous intellectual achievement.  If I had not

16  had the whole thing side by side, I couldn't have done it.

17      Q    Well, did any of the files that are likely to have

18  been lost contain scrambled SSNs?

19      A    If the CP Mini was out there, the version CP Mini

20  that I had, had both, but, I mean, they came that way.

21      Q    Oh.  So that [inaudible].  Okay.

22      A    Yeah.  But you were asking about scrambling.  I

215

211

1  mean, so that was the VHA scheme, and the VHA scheme

2  actually would have allowed people to match VHA patient care

3  files with the C&P using something other than the real SSN.

4          Now, I never saw the need since I knew how to

5  transfer one into the other, and I just had this natural

6  preference for the real.  I wish I had used the scrambled

7  because then there wouldn't be this tremendous threat of

8  identity theft.

9          But in our office, there was no discussion about,

10 you know, these schemes for matching and merging.  I mean,

11 maybe other people had figured this out, but --

12          BY ████████████

13   Q   Weren't you scrambling Social Security numbers for

14 IDA?

15   A   Yes, we were, but that was using a different

16 scheme because we didn't want VHA to know what we were

17 putting out.  We figured, well, you know, if we ever get

18 this stuff out and it falls back into other people's hands,

19 we don't want them to figure this out.  So we -- we adopted

20 our own scrambling, and I thought that was legit.

21          BY MALE QUESTIONER:

22   Q   So the data you provided IDA had scrambled SSNs,

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

212

1   not a real SSN?

2        A    Correct.

3        Q    Okay.

4        A    And it wasn't a VHA scheme.  So VHA wouldn't be

5   able to read it either.  That was one small satisfaction to

6   us.

7        Q    Now, again, online access --

8        A    Yes, sir.

9        Q    -- we talked about some -- something that was

10  comparable to BIRLS, whatever happened to it.  You said you

11  had it, and you never used it.  Just fill me in to the

12  application itself, one record at a time.  You didn't have

13  any interest in that?

14       A    No.  That was --

15       Q    How about -- how about any VHA system that you're

16  aware of where you had access to --

17       A    Oh --

18       Q    Nothing?

19       A    No.

20       Q    No VistA?  No VHA data?

21       A    No, sir.

22       Q    And then the last thing I got is one of the files

213

1   -- the file that you forgot to -- the password for --

2       A    Oh, yeah.

3       Q    -- it's apparently locked within Winzip.  Most of

4   your [inaudible] --

5       A    Yeah. Yeah.

6       Q    -- in Winzip.

7       A    Yeah.

8       Q    Would that have been stored in a locked manner on

9   your hard drive if it was there, or would you have unlocked

10  it?

11      A    No.  I wouldn't -- I wouldn't -- if I had been

12  able to unlock it, I would have unlocked it and put it on my

13  hard drive.  There would have been no percentage at all in

14  putting something on to my hard drive that I couldn't even

15  use.

16      Q    Sure.

17      A    So, no, it wasn't to be cute.

18          I -- I always thought that my hard drive was

19  secure.

20      Q    So, in other words, it's not likely that that

21  particular locked file was on your external hard drive since

22  you couldn't unlock it.  Is that a fair statement?

214

1      A      No.  I think it's fairer to say that that file,

2  which I think was the BIRLS --

3              MALE QUESTIONER:  Do we know which one it was?

4              ██████████  C&P Mini Master, June.

5              MALE QUESTIONER:  2000?

6              THE WITNESS:  Oh, is that right?

7              ██████████  C&P Mini Master, June of 2000.

8              THE WITNESS:  Well, my guess is that it was on the

9  hard drive.

10             Now, it's just as likely to be on the hard drive

11  as s4frame or VHA List as any of those things, but I mean,

12  if one is on, the other two could be as well.

13             BY MALE QUESTIONER:

14     Q      Well, would you have locked it and then unlocked

15  it and put it on your drive and then forgot and then never

16  bothered to save it unlocked on the CD?  You just sort of

17  unlocked it, copied it, unlock --

18     A      All I can think is --

19     Q      -- and unzip?

20     A      All I can think is that I created it with a

21  password, maybe with the idea that if I'm [inaudible] or I

22  have an accident on the way home, then it's not lost that

215

1  way, and I have to presume that since I kept it, I probably

2  had installed it.  If I had not been able to install it and

3  not guess the password, then I probably had just crumbled

4  the disk up and thrown it away.

5      My guess is that I probably installed it once.

6  Now, whether it stayed on, I don't know, but forgot about

7  the password business altogether.

8      Q    Got you.

9           BY █████████████

10     Q    There was one other fill too that you -- I think

11 you had mentioned the CPORT file.  That turned out to be the

12 SK1 file, and you said that was part of frame also, and how

13 you -- I guess -- you said how you compressed it on the

14 mainframe or bring it down and put it into CPORTS then, and

15 that's how you bring it down?

16     A    Well, if you transmitted a -- if you FTP'd a SAS

17 file directly, the numbers would be wrong because the way

18 they are represented on a mainframe is different than the

19 way they are represented on a PC.  So they would be

20 interpreted differently, and the numbers would all be

21 screwed up.

22          What's -- what a CPORT file is, is you run a

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

216

1  program called PROC CPORT, and it converts the SAS file from

2  whatever format is appropriate to the platform to what's

3  called a "transport format" that's usually larger because

4  what it does is it -- well, it's larger because it expands

5  the file, and that format is robust.  You can -- you can

6  transmit it not as an ASCII transfer, but as a binary

7  transfer, and wherever it winds up, if you run SAS on that

8  platform and C-import it, it gets converted to the native

9  format for that platform.  So it's a robust way to transfer

10  your files.

11      It's also robust in that you can compress it, and

12  then wherever it winds up, decompress it, because it's been

13  transferred through binary with no conversions, and then

14  when you C-import the decompressed version, you're gold.

15      Q    Okay.

16      A    Okay.

17      Q    There was one on one of your CDs, and it was still

18  in the CPORT format.

19      A    Uh-huh.

20      Q    Do you think that might have then been added to

21  your hard drive and then just left it in this format on the

22  CD?

217

1    A    Let's see.  Enrollment 626.

2    Q    I think it's SK1.

3    A    Yeah.  Well, you know --

4    Q    That's how it came out in the SAS, SK1.

5    A    My guess is that's probably the health information

6    -- the Health Care file stuff that we got -- that Susan got

7    from VHA in preparation for the NSV.

8    Q    Okay.

9    A    Okay?

10    Q    Uh-huh.  Okay.  Can you tell me what files were on

11    the V drive in the sensitive folder?

12    A    Sure.  Lots of different types.  We had -- every

13    time we had to prepare stuff for a contractor like IDA or

14    this guy at West Point, Luke Gallagher [ph], whom we obliged

15    with data, we would put the stuff that was going to go to

16    him in a folder in the V drive, and then I'd tell Dat that

17    the stuff was ready, and Dat usually wanted to take a look

18    at it before he sent it on.

19         So that just had everything that we ever put out.

20    I mean --- and also there was all the stuff related to the

21    PTSD endeavors.  There was data over many, many years

22    relating to PTSD from the C&P files.  There was data from

282

218

1    the Health Care files for the same purpose.  I think we

2    created -- I think we created our own in-house, almost, C&P

3    Mini ourselves for each one of the 80-some tapes we got from

4    the IG.  We had 20 years, four quarters.  That's 80 tapes,

5    and we didn't capture all of the variables the C&P Mini

6    does.  The C&P Mini usually has about 68 variables.  I think

7    we had about 55, but we had name and address.  We had a lot

8    of stuff in common, and so we had that stuff out of the V

9    drive.

10        Q    Was the BIRLS extract on the V drive?

11        A    I put the BIRLS extract, the stuff that I had

12    extracted, just the limited short list of variables.  Yeah.

13    That went out onto the V drive.

14        Q    And how about the NSV?

15        A    No.  The NSV wasn't Dat's business.  So that

16    didn't go out there.  Nobody else really wanted it except me

17    and Susan.

18            BY MALE QUESTIONER:

19        Q    Since you prepared your final list of files, have

20    you thought of anything else, any other files, particularly

21    from last -- when you were asked [inaudible]?

22        A    Well, did I mention the s4?  Is it in that?

283

219

1  Q Yeah, I think so.

2  A Okay.  I mean --

3   That's the frame.

4  BY MALE QUESTIONER:

5  Q Yeah, s4frame.

6  A But, you know, there might be other stuff that

7 went into the s4, like the enrollment, 626, that you showed

8 me.  Maybe the C&P from 2000 could have been out there.

9  Q But they're subsets of other data that

10 [inaudible]?

11  A They're basically subsets, but, I mean, if there

12 was a full C&P Mini out there, that would have the VBA

13 disability codes, not the -- not the ICD9 stuff, but

14 disability codes that would sort of tell you what a vet was

15 being compensated for, but, you know, you'd have to be --

16 you'd almost have to be a VBA-er to -- to dope that out.

17  I don't think it's the sort of thing that an ID

18 theft -- an ID thief would be interested in, to tell you the

19 truth.

20  Q Well, I just want to make sure you hadn't

21 remembered something that was major to this [inaudible]

22 completely different from what you remembered.

b6 b7C
284

1    A    Well, I think I put the scariest down first.

2 Yeah.  And I'll tell you something about that whole process.

3  It occurred to me only afterwards.  When I was asked what

4 was at risk, I did think, well, what's the worst that could

5 be at risk, and I thought about the BIRLS because that was a

6 biggie, and I thought about the C&P.  And what you need to

7 know is when you put someone in that position where he's

8 already said, you know, I lost this stuff, there's no

9 incentive at all to sort of soft-peddle the news anymore.  I

10 mean, I had every incentive to give you guys an H bomb in

11 your hands with the fuse burning because, you know,

12 [inaudible] for sheep as well as for a lamb.

13         So what I'm getting at is I think everything I

14 told you could have been on the drive, could have been what

15 I said probably was, probably was, but you probably ought to

16 think about this, that in circumstances like that, a person

17 could very well wind up exaggerating what was on the drive,

18 and then when you think about the lapses of time and the --

19 the -- the ensuring how much we tell the public sort of

20 questions that arose, those could be really directly

21 affected by what an employee would say could have been lost.

22         So I, you know -- I'm just telling you, I leveled

221

1  with you guys, but you also have to understand that there

2  was no reason for me to hold back on anything that I thought

3  was out there.  I was already in trouble.  So --

4      Q    And you were thinking the worst possible --

5      A    Exactly.

6      Q    Right.

7      A    Exactly.

8      Q    Okay.

9      MALE QUESTIONER:  Anybody else?

10      THE WITNESS:  Because if I hadn't and it

11  subsequently came to light that, you know, there was ID

12  theft going on, you know who'd get blamed.

13      MALE QUESTIONER:  Yeah.

14      THE WITNESS:  Yeah.

15  ████████████

16      Q    Okay.  Do you have anything else you want to say

17  for the record?

18      A    I think I've said plenty already.

19      Q    All right.

20      MALE QUESTIONER:  I think this has been the

21  longest extract we have.

22        I am going to turn the tape off.

MALLOY TRANSCRIPTION SERVICE
(202) 362-6622

b6 b7C
286

222

1        [Whereupon, the sworn testimony of █████████

2  concluded.]

3                        - - -