**Page 1**

DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF INSPECTOR GENERAL

WASHINGTON, D.C.

Administrative Investigation: Lost Data

CONDUCTED BY

███████████████

Office of Inspector General

SWORN TESTIMONY OF

SUSAN KRUMHAUS, Supervisory Statistician

Monday, May 22, 2006

[TRANSCRIPT PREPARED FROM AN AUDIOTAPE RECORDING.]

MALLOY TRANSCRIPTION SERVICE

(202) 362-6622

**Page 2**

1   PROCEEDINGS
2        ███████ [In progress] -- Office of Inspector
3   General. With me is ███████████████ Today is
4   May 22nd, 2006, and we are here to interview Susan Krumhaus.
5        Would you raise your right hand, please. Do you
6   swear or affirm that the information you are about to
7   provide is the truth, the whole truth, and nothing but the
8   truth?
9        MS. KRUMHAUS: I do.
10  Whereupon,
11            SUSAN KRUMHAUS
12  was called as a witness and, after having been first duly
13  sworn, was examined and testified as follows:
14            EXAMINATION
15  ███████
16       Q   And for the record, would you state your name and
17  your title, please.
18       A   Susan Krumhaus, Supervisory Statistician.
19       Q   Okay. And what we'd like to do is just go over
20  again in perhaps a little more detail your relationship,
21  your working relationship to ███████ and what projects
22  the two of you were working on together and what the time

**Page 3**

1   frame for that was. So --
2        A   Okay. ███████ worked with me to provide support
3   services for surveys. When he first came, I was his
4   supervisor, but in the last year or two, I haven't been his
5   formal supervisor.
6        Q   Was he a 13 when he came?
7        A   No. He was a 14.
8        Q   You were both 14's?
9        A   Right.
10       Q   But you were designated his supervisor?
11       A   Right.
12       Q   Until about when?
13       A   Oh. The last year or two, I don't think I've been
14  signing his performance appraisals.
15       Q   But you have had a working relationship with him?
16       A   Yes. Uh-huh.
17       Q   And you still work together on projects?
18       A   I still work with him on projects.
19       Q   And do you assign the projects to him?
20       A   I ask for his assistance if it has to do with
21  providing samples for surveys, pulling data, and putting it
22  in a format to provide for drawing samples for surveys.

**Page 4**

1        Q   And when you ask for his assistance, does he have
2   to clear it with anyone, or --
3        A   The -- the last thing we did was vocational rehab.
4   We're working on a survey for that, and he clear -- we do
5   have a working relationship with him in voc rehab, and
6   they're aware that we are -- are doing the samples.
7        Q   Right. But does ███████ have to get
8   permission from Mike Moore who is -- the way we understand
9   it, technically his supervisor?
10       A   No. Not -- I don't think so. No.
11       Q   So can you talk about the projects that you've
12  worked on?
13       A   Okay.
14       Q   The more recent ones?
15       A   That's a recent one is vocational rehabilitation.
16  Prior to that was National Survey of Veterans.
17       Q   And for the vocational rehabilitation, what was he
18  doing for you?
19       A   We would get a list of names, and I think there
20  were SSNs and information that would allow us to tell where
21  veterans had discontinued different phases of the voc rehab
22  program because that's what the project is, to look at

b6 b7C 18

Sworn Testimony of Susan K̶r̶u̶m̶h̶a̶u̶s̶

Page 5

1  discontinuations during the application phase or the
2  planning phase or evaluation phase. So we had
3  specifications to define those groups.
4      Q  And what databases were you working with?
5      A  It was an abstract pull for us by the vocational
6  rehab people. They had appointed a liaison in their office
7  to work with us to pull data for --
8      Q  And what is the time frame of this project?
9      A  Well, right now we're waiting for clearance --
10 well, we're going to resubmit a package to OMB for
11 clearance. So right now we aren't doing anything.
12     Q  When did the -- when did you start on it?
13     A  It's been going on over a year because we did
14 other things, a literature review and a focus group and some
15 cognitive testing.
16 
17     Q  Why did you need to go to OMB?
18     A  OMB to get clearance to do the survey because of
19 the Paperwork Reduction Act and burden on the public.
20     Q  And it's strictly a VR&E extract or abstract?
21 It's not being compared to other -- it's not being compared
22 to BIRLS or --

Page 6

1      A  No.
2      Q  -- the C&P or anything? Okay.
3      A  Although I think we did append combined degree of
4  disability for veteran from the C&P Mini files.
5      Q  So for the factions that were in this VR&E
6  abstract, you might have had to go to the C&P Mini to get
7  the combined degree?
8      A  Yeah. It was just easier to do it that way
9  because it was combined there.
10 
11     Q  And how long ago was that, was that done, that
12 exercise?
13     A  Couple, a month or -- let's see. I can't remember
14 when we actually pulled the sample. April, somewhere in
15 there.
16     Q  And was this something that Wayne himself did?
17     A  He put the information -- we got it from VR&E.
18 They gave us the abstract.
19          BY 
20     Q  They pulled it down, and 
21     A  They pulled it.
22     Q       did not go into the system and get it

Page 7

1  himself?
2      A  Right.
3      Q  Okay.
4 
5      Q  He didn't have to go to the C&P Mini Master to get
6  the combined degree of disability?
7      A  Yeah. He does that. We have access to that file.
8      Q  Well, I just want to be clear that we understand
9  it.
10     A  Okay.
11     Q  For the purposes of this project, he did go into
12 the C&P Mini Master to get the combined degree of disability
13 --
14     A  Uh-huh.
15     Q  -- to match against the names that were in this
16 voc rehab extracted data?
17     A  Uh-huh.
18     Q  Okay. Is that -- is that something that you would
19 have told him to do at home?
20     A  No.
21 
22     Q  Did you know that he had the C&P Mini Master at

Page 8

1  home, that he had taken that data home?
2      A  I think he had some on his computer. So I didn't
3  know he specifically was taking his computer home.
4      Q  Okay. So you knew he had some on his desktop at
5  work or laptop?
6      A  Well, I assumed he did.
7      Q  And why did you assume that?
8      A  Because I think he liked to do work on his
9  computer rather than going to Austin.
10     Q  And why did you think that? Is it something that
11 he had shared with you before?
12     A  I think -- I think some comment was made at one
13 time.
14     Q  But you're talking about his office computer, his
15 VA computer, or his --
16     A  Yeah.
17     Q  -- personal computer?
18     A  His VA computer. He had a laptop. We had a
19 choice. We could have a desk computer or a laptop computer,
20 and he chose a laptop.
21     Q  And what other projects have you all worked on?
22     A  National Survey for Veterans. He came in after --

Sworn Testimony of Susan ▮▮▮▮▮▮▮

### Page 9

1 after it was done, I think. I'm not sure. Maybe it was
2 still going on, but it was the end phases.
3 ▮▮▮▮▮▮▮
4   Q  Are we talking more like back in 2001, that time
5 frame?
6   A  Let's see. I actually got stuff as late as 2003,
7 and we were working on stuff in 2004.
8 ▮▮▮▮▮▮▮
9   Q  So this would be 2004 that he became involved?
10   A  I can't remember for sure.
11   Q  But around 2003, 2004?
12   A  Yeah.
13 ▮▮▮▮▮▮▮
14   Q  Another way to get at it, not this year?
15   A  Not this -- not -- was he working on it this year?
16 If he did anything, it was a very small amount because it's
17 getting old.
18 ▮▮▮▮▮▮▮
19   Q  What would he have been working on if he was
20 working on it, say, in the past 6 to 12 months?
21   A  Data requests. We get data requests from the
22 public.

### Page 10

1   Q  Did he ever talk to you about what he may have
2 called a "fascination project" or "hobby project"?
3   A  Yeah. Let's see. Not a fascination project.
4 Just kind of a hobby, trying to see -- we had some IDs for
5 -- the survey had a list sample, and it had an RDD sample.
6 RDD was a random digit dial, and a list was drawn from the
7 C&P file and the health care enrollment, and --
8   Q  For what purposes?
9   A  We were supposed to get information from our
10 contractors on SSNs. We were supposed to get those back so
11 that we could do some validation studies, and at the last
12 minute, they decided that weren't going to give us the list
13 sample back because they had an IRB board that came on board
14 kind of after the project was going on, and even though we
15 understood we were going to get them, the IRB board wouldn't
16 let us.
17 ▮▮▮▮▮▮▮
18   Q  You thought you were going to get some Social
19 Security numbers, and what were you -- you were going to try
20 and match the --
21   A  Yeah. The C --
22   Q  -- what they provided to see if it matched the --

### Page 11

1   A  Yeah.
2   Q  -- VA system?
3   A  Uh-huh.
4   Q  Like if they had a certain query --
5   A  If they were acting -- if they were having recall
6 problems or just for survey research purposes.
7   Q  Okay. So that would have been maybe some data he
8 would have gotten from VHA seeing what kind of health care
9 they were getting?
10   A  C&P data, and we were going to look at outpatient,
11 just to see if they were outpatients or inpatients, nothing
12 other than that.
13   Q  So you're basically trying to validate some of the
14 responses --
15   A  Yeah.
16   Q  -- of the survey?
17   A  And so we wanted to do that. So our contractors
18 were going to do some of it. So we met some stuff -- they
19 sent us too many SSNs for the list. So we couldn't identify
20 the exact, and they were going to match -- I'm getting
21 fuzzy. They were going to give us some cross-tabs back,
22 match some things and give us some cross-tabs back, but --

### Page 12

1 but then they let us have the 13,000. So we wanted to do
2 some more stuff. So we were just seeing if we could figure
3 out who they were ourselves because we were supposed to get
4 them, and our contractors reneged on us. So that's what
5 that was about, and just trying to see if he could figure
6 out who the 13,000 -- there were 7,000 on the list, and we
7 had 13,000. We were just wondering if we could tell who
8 they were.
9 ▮▮▮▮▮▮▮
10   Q  And how was he going to do this? What databases
11 would he use?
12   A  Probably the -- we had the sample frame. The
13 sample frame was the health care enrollment file and the C&P
14 file. It was -- for one point in time, it was -- I believe
15 it was a June 2000 frozen file.
16 ▮▮▮▮▮▮▮
17   Q  Froze file?
18   A  No.
19   Q  No?
20   A  It was --
21 ▮▮▮▮▮▮▮
22   Q  Some sort of C&P file?

Page 13

1  A  It was a Mini file.
2  Q  C&P Mini.
3  A  It was the Mini file, and it was the health care
4  enrollment file, but it wouldn't have -- yeah, health care
5  enrollment file.
6     I guess maybe it was C&P Mini. We had -- I'm
7  trying to remember. I guess we had real SSNs for the sample
8  frame.
9     BY ▮▮▮▮▮
10  Q  Let's back up just for a second. You say that
11  you're trying to figure out who they were. Is that
12  something you typically do? I mean, someone sends in
13  anonymous -- I guess -- is this an anonymous survey, or it
14  could be anonymous if you didn't want to put your name down
15  or --
16  A  It could be, but we were supposed to get the list,
17  SSNs. We're supposed to get them, but the internal
18  contractors, internal board that got set up during the
19  process of the survey --
20  Q  So, in your mind and in the minds of management
21  here -- and I don't know. I'm just asking.
22  A  Uh-huh.

Page 14

1  Q  There's nothing unethical about what you were
2  doing?
3  A  I didn't think so. I mean, we were only going to
4  use it to validate some data.
5  Q  Right. But in order to do that, you'd have to
6  identify the veteran to see if the veteran -- veteran's
7  response is matching up with the veteran's file?
8  A  Right.
9  Q  And the veteran, many of the veterans apparently
10  were filling this data out, filling this questionnaire out,
11  with the understanding that they were doing this anonymous,
12  I guess. I'm not familiar with the survey.
13  A  Uh-huh.
14  Q  Is that correct?
15  A  The -- there was on the survey -- this is just for
16  the random digit dial -- well, it was for the random digit
17  dial piece. At the end, we ask them -- we ask them would
18  they be willing to participate in future surveys and would
19  they give their name and address, and then we ask if we
20  could have their Social Security number.
21  Q  Right.
22  A  And some said yes, and some said no. Some gave

Page 15

1  them, and some didn't, but our contractors didn't ask the
2  list of people because they already had them.
3  Q  Well, I guess what I'm just having a hard time
4  understanding, even if the person said no, I don't want to
5  participate in this any longer and, no, you can't have my
6  Social Security number, we still tried to identify them?
7  A  No, because we didn't have anything for them, for
8  the RDD.
9  Q  Okay.
10  A  There was nothing to go on. We had these 13,000
11  from the list that the contractor sent.
12     ▮▮▮▮▮
13  Q  One of the things ▮▮▮▮▮ was doing, though,
14  is he was getting those phone numbers to try to back in to
15  who all those people were?
16  A  I forgot about that. Probably. I'm probably
17  guilty too. I mean, we were just thinking about doing a
18  validation study. That's all.
19     ▮▮▮▮▮
20  Q  I wouldn't use the word "guilty." Alls we're
21  trying to do is trying to find out what happened.
22  A  We weren't thinking that we were violating

Page 16

1  privacy. We were thinking we wanted to improve surveys. We
2  want to see if there are recall problems on these surveys
3  and what could be done to improve them and --
4  Q  Well, let me ask you this. Does anyone up the
5  chain of command know that you were doing -- doing this and
6  approved it?
7  A  Probably -- probably not. Maybe not.
8  Q  So this is something perhaps that you and ▮▮▮
9  perhaps others, just sort of brain-stormed about how you can
10  improve the information that you were getting?
11  A  Yeah.
12  Q  Okay.
13     ▮▮▮▮▮
14  Q  ▮▮▮ also mentioned to us, trying to give
15  additional information to shorten the survey, he explained
16  that it's a 45-minute survey, and he was interested in
17  trying to, I guess, identify information that could just
18  automatically be put in, so that you don't have to ask all
19  those questions. Does any of that sound familiar to you?
20  A  I can't remember that specifically, but that
21  would fall in line with improving surveys. So he -- he was
22  interested in surveys and improving surveys. So --

Sworn Testimony of Susan Krumhaus

Page 17

1  Q  And a few minutes ago, you called it his hobby
2  when I asked you if he was --
3  A  That was just -- he was just laughing about it
4  because he had got fascinated with --
5  Q  It was sort of his pet project?
6  A  Yeah.
7  Q  Did you know whether he was working on this at
8  home as well as --
9  A  I don't remember. I don't remember if he told me
10 he took it home.
11
12 Q  Well, if he had been taking it home, you certainly
13 would have been aware of the kind of information he was
14 taking home. Would that be accurate to say? I mean, he
15 couldn't have worked at home on a project like this without
16 apparently using the -- the various databases to -- to sort
17 of hook up to see what information was already available for
18 a particular veteran. So you would have to -- you would
19 have to ask them, if I'm understand this correct.
20 A  Hmm. Yeah.
21 Q  Okay.
22

Page 18

1  Q  And what was the time frame of this activity that
2  we're talking about?
3  A  I honestly don't remember. It hadn't been like
4  recent, but exactly what the time frame was -- let's see.
5  The survey was -- I got the survey stuff in 2003. So it was
6  after that. 2004 or -- I don't know if he was doing it in
7  2005. I'm -- really can't remember exactly.
8
9  Q  As far as you were concerned, he wasn't working on
10 it now, wasn't doing anything for you in regards to it?
11 A  No.
12 Q  At any point when he was working on it, which
13 seems like 2004, maybe part of 2005, had you told him to
14 work on this at home?
15 A  No, I didn't. I think he just got fascinated with
16 it, and I --
17
18 Q  And there was no need for him to have the BIRLS?
19 I mean, the BIRLS database was not used for any of this?
20 A  I wasn't aware that he was doing this particular
21 information with the BIRLS.
22    We did have access -- we had requested access to

Page 19

1  BIRLS to look at it for survey information, and I had asked
2  him for sampling frame because it's so expensive to random
3  digit dial people. So I had asked him to look at it to see
4  if anything was useful for sampling frame, but that was --
5
6  Q  Yeah. Could you -- could you -- that's an area I
7  think we need to explore a little bit. When he came in, who
8  had access to BIRLS, who signed authorizations, how does all
9  that work in your shop, anyway?
10 A  I brought this because I had told before that I
11 had this memo.
12 Q  Uh-huh.
13 A  And this goes back to 1994. We had requested
14 access to BIRLS just to explore using it for surveys.
15 Q  So that's their justification for getting access?
16 A  Yeah. I brought this information.
17 Q  Great. Great. Okay.
18    So maybe you could just run -- run it through. So
19 you've had access for a while?
20 A  Oh, yeah.
21 Q  For a long time to do the various projects that
22 you need to do.

Page 20

1  A  To look at, and I really didn't -- we've had
2  computer help off and on. So --
3  Q  Did you -- did you actually sign the authorization
4  yourself to get this, or did you write the justification
5  out?
6  A  No. It went through the director. We used to be
7  organized into a National Center for Veterans Statistics --
8  Q  Uh-huh.
9  A  -- and requested it that way.
10 Q  Okay.
11 A  He --
12 Q  And at the time that that was requested, was your
13 name -- did you have to sign anything to get -- to get
14 access to this BIRLS? Do you remember?
15 A  No. I didn't sign anything. I mean --
16 Q  Well, do you have access yourself?
17 A  Well, I probably do, but I'm not that computer
18 literate. So I don't know how to go in and use it.
19 Q  But you think you do, but --
20 A  Well, I don't know if -- I don't know if I do or
21 not.
22

Page 21

1  Q  Well, how about [redacted] hen [redacted] got involved with
2  the project? Did you have to sign off for him to get access
3  to BIRLS?
4  A  No. I just -- I gave him this information, and I
5  said would he check and see if that was still out there, and
6  he told me it was, and I just asked him to look at it and
7  see if there was useful information for sample surveys.
8  Q  Where did he have to go to see if that information
9  was still out there?
10 A  It was mainframe in Austin.
11 Q  And do you know how he would have access to the
12 mainframe in Austin?
13 A  He has account.
14 Q  But you didn't give him specific permission -- you
15 didn't have to give him specific permission to go to that
16 BIRLS file?
17 A  No. I just handed him the information I had, and
18 I think he may have -- he -- he may have e-mailed some
19 contacts in Austin inquiring about -- about --
20 [redacted]
21 Q  So are you saying you don't use BIRLS yourself?
22 A  No. I don't have the skills to deal with

Page 22

1  something that big.
2  [redacted]
3  Q  I'm just trying to iron this out. Who is
4  [redacted]?
5  A  She used to be a programmer before.
6  Q  Uh-huh. Did she -- do you know if she -- she was
7  here at the time, I guess.
8  A  Uh-huh.
9  Q  Would she have had access to this or involved in
10 requesting authorization for her or the group? Do you know
11 -- have any --
12 A  Yeah. She investigated what it would take, who
13 the letter should go to.
14 Q  Okay.
15 A  But I don't think [redacted] ever used it, or if
16 she did, rarely, because she was good, but I think BIRLS was
17 a little too much.
18 Q  Right. So there came a time apparently when --
19 when the other section needed to have BIRLS, the last couple
20 years, I guess. They didn't recognize the fact. They
21 didn't know that you already had access to it. Can you --
22 can you run through what you know about Wayne coming to you

Page 23

1  or what you recall about increasing the length -- the number
2  of peels that you had access to and how all that worked? Do
3  you know what I'm talking about?
4  A  Yeah. Yeah, he did talk to me about that.
5  Q  About when did that occur?
6  A  Gee.
7  Q  Best guesstimate.
8  A  It hadn't been a real long time ago.
9  Q  It's not long. Is it the 1st of the year?
10 A  I -- I think it -- gees. I just think it hadn't
11 been long, but I can't tell you specifically.
12 Q  Okay. Within the last year, possibly?
13 A  Yeah.
14 Q  Okay. So what happened? What transpired there?
15 A  He was talking about getting permission to use it,
16 and -- or getting a BIRLS abstract -- or I don't know who
17 wanted it. Someone else in the office.
18 Q  Okay.
19 A  But anyway --
20 Q  I don't want to interrupt you, but he had already
21 been using it for projects with you, though. Correct?
22 A  Yeah.

Page 24

1  Q  Okay.
2  A  I don't know -- I don't know if he forgot about it
3  or -- or what. I can't remember. I don't remember. I just
4  remember somebody wanted -- someone in the office needed it
5  for a project, and I said that -- I guess I reminded him
6  that --
7  Q  That you had it.
8  A  -- that we've already got this. So, rather than
9  have someone complete a new -- completely new --
10 Q  Extract.
11 A  -- extract; maybe this one could be modified.
12 That's all.
13 Q  Right. And there was apparently some agreement
14 that, yeah, that's the way we want to -- we'd like to
15 proceed on this? Was there ever a specific request that
16 came back to you to modify the extract that you had been
17 receiving to increase the number of variables or to change
18 the number of -- to change the variables that were being
19 extracted from the mainframe? Do you recall that ever
20 happening?
21 A  I can't remember unless it was some e-mail I was
22 cc'd on, but I don't remember.

Page 25

1   Q  Okay.
2   
3   Q  Did [redacted] ever tell you he was taking this data
4   home to work on?
5   A  The BIRLS?
6   Q  The BIRLS or any of the -- the C&P Mini Master.
7   A  He may have told me way back when we were trying
8   to do the validation study. He may have said something
9   then, but since then, I don't remember. I wasn't aware that
10  he recently was taking things.
11  Q  And if he had said something to you, would you
12  have considered that to be something he shouldn't do, or did
13  it occur to you that --
14  A  I'm afraid to say it didn't occur to me. I think
15  if I had known about BIRLS, I would have been concerned
16  about that, but I -- I don't -- I'm having a hard time
17  remembering because it would have been back with the
18  validation stuff.
19  
20  Q  Well, you say you didn't know it was BIRLS, but, I
21  mean, you had the authorization --
22  A  Yeah.

Page 26

1   Q  -- to BIRLS.
2   A  Uh-huh.
3   Q  And you had no idea there was millions of files,
4   millions of records on there?
5   A  Yeah. On the mainframe.
6   Q  Yeah. So, I mean -- so you knew. You knew the
7   extent of --
8   A  Uh-huh.
9   Q  -- BIRLS files. Okay. I just want to make sure.
10  A  Uh-huh.
11  Q  Okay.
12  
13  Q  That would have been when you were working on the
14  validation, again, back in probably 2004?
15  A  I don't remember BIRLS being talked about then.
16  It was sampling frame.
17  Q  So the data he may have told you he was bringing
18  home, you think it was just a sampling frame?
19  A  I think that's what I recall.
20  Q  And what is the sampling frame?
21  A  It's -- it was June 2000 C&P Mini file and health
22  care enrollment.

Page 27

1   Q  From that point in time?
2   A  But they were abstracts.
3   BY [redacted]
4   Q  I'm just having a hard time here because I guess
5   Wayne was -- I guess you knew that Wayne was -- both had
6   talked about trying to shorten this survey process, if you
7   will. I guess it was a 45-minute survey, telephone survey
8   or something. So you recall having discussion with him
9   about ways you could probably shorten it. Is that the way I
10  understand?
11  A  I don't remember that.
12  Q  You don't remember that? Okay.
13     Do you remember --
14  A  We may have talked about shortening the survey,
15  but I don't remember any specifics about it.
16  Q  Do you remember any specifics about what he
17  specifically was doing in trying to match up the Social
18  Security numbers with other files in order to -- in order to
19  see what -- what information or what questions could be
20  eliminated from the survey in order to shorten the survey,
21  because we already have the data in a variety of different
22  files?

Page 28

1   A  I just -- I don't remember that conversation. I'm
2   not saying it didn't happen.
3   Q  Okay.
4   A  I just don't remember.
5   Q  And that's fine. I'm just trying to run through
6   this.
7      Is that -- is that -- if he was -- if he was doing
8   something like this, is that something that for some reason,
9   one reason or another that management wouldn't -- I mean, it
10  seems to me that it would be a worthwhile project, but is
11  that something that would be worthwhile, it would be seen as
12  worthwhile by the management, my management, or would it be
13  seen as a waste of time? I mean, what's your best guess on
14  that? Because I don't know what the overtone, the overall,
15  you know, strategies and what other workload is carried by
16  the folks in here. Is that something that would be a
17  worthwhile project --
18  A  Uh-huh.
19  Q  -- in your mind?
20  A  Yeah.
21  Q  Yeah. Okay. But he wasn't specifically
22  authorized to do that. Is that what I'm saying? I mean, he

**Sworn Testimony of Susan Krumhaus**

Page 29

1  was never commissioned as a project, or am I missing
2  something here? Is that --
3     A  I don't -- I don't remember that. I think in this
4  office, when we have spare time and if something related to
5  improving --
6     Q  Right.
7     A  -- something, that we don't feel constricted not
8  to do it.
9     Q  Right. Right. Okay.
10  
11     Q  The whole effort to try to improve the survey, was
12  that something that your supervisor was aware of as a
13  project that you and Wayne were working on?
14     A  I don't remember.
15  
16     Q  Since we're taping and this is going to be
17  transcribed, I want to make sure you said you don't
18  remember?
19     A  I don't remember.
20     Q  Okay.
21     A  I don't remember. We've changed supervisors, and
22  I can't remember.

Page 30

1  
2     Q  But did you consider it as a legitimate project to
3  be worked on?
4     A  To improve surveys, yeah.
5     Q  Okay.
6        That's all I have.
7        Nick, do you have anything?
8        I'm fine.
9     BY
10     Q  I presume that the squad that talked to you last
11  week had asked you for any e-mails that you have and
12  correspondence. I mean, you provided us with this stuff.
13  Was there anything you had in e-mails to and from folks
14  related to this matter that we would be interested in, do
15  you know, the issue of what's happened here?
16     A  There might be something. I'd have to search.
17     Q  Could you do that for us?
18     A  Okay. Sure.
19     Q  Because what we're trying to do is just peep
20  together a time table --
21     A  Yeah.
22     Q  -- just to see if we can understand because we're

Page 31

1  kind of -- we just have a difficult time understanding
2  what's going on or what has happened with the system. You
3  try to come in from the outside and understand, you know,
4  what the operating systems are and so forth and so on.
5     A  Okay.
6     Q  So, if you can do that and maybe give us a call --
7     A  Okay.
8     Q  -- we'll be in the building tomorrow.
9     A  Who do I need to call?
10     Q  I'll give you a business --
11        Do you have any cards?
12     THE WITNESS:  Okay.
13     BY
14     Q  Well, I guess that's it, unless you want to say
15  something before I turn the tape off?
16     A  No.
17        Okay.
18        [Whereupon, the sworn statement of SUSAN KRUMHAUS
19  concluded.]
20
21
22