

1

1    DEPARTMENT OF VETERANS AFFAIRS

2    OFFICE OF INSPECTOR GENERAL

3

4

5

6    ADMINISTRATIVE INVESTIGATION:    LOST DATA

7

8    INTERVIEW OF:    ████████████

9

10    INTERVIEWERS:    ██████████

11    ██████████

12    ██████████

13

14    DATE:    Thursday, June 1, 2006

15

16    TIME:    9:32 a.m.

17

18

19

20

21

22

**Olender Reporting, Inc.**    **(888) 445-3376**    **WORLDWIDE**
**Washington, D.C.**    **Baltimore, MD**    **Ft. Lauderdale, FL**



2

1                        I N D E X

2

3        WITNESS:                                    PAGE:

4

5        ████████████████                              3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

                                                   ble b7C

**Olender Reporting, Inc.**           **(888) 445-3376**              **WORLDWIDE**
**Washington, D.C.**                   **Baltimore, MD**           **Ft. Lauderdale, FL**

121

Interview of: ▓▓▓▓▓▓▓                                    6-1-2006

3

                    P R O C E E D I N G S

1

2              ▓▓▓▓▓▓▓▓▓:  It is June 1st, 2006.  It

3    is now 9:32 a.m.  This is ▓▓▓▓▓▓▓▓▓

4    ▓▓▓▓▓▓▓▓▓  Administrative Investigator,

5    Office of the Inspector General.  Gentlemen?

6              ▓▓▓▓▓▓▓  I'm ▓▓▓▓▓▓ with the

7    Office of Audit.

8              ▓▓▓▓▓▓▓▓▓▓▓▓ with the Office

9    of Investigations.

10             ▓▓▓▓▓▓▓  And we're speaking today

11   with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12             ▓▓▓▓▓▓▓ could you please raise your

13   right hand?

14   Whereupon,

15                          ▓▓▓▓▓▓▓▓▓▓

16   having been first duly sworn, was called as a

17   witness herein and was examined and testified as

18   follows:

19             ▓▓▓▓▓▓▓:  Okay.  Thank you.  We

20   wanted to speak to you today.  First off, before

21   we get started, if you would give your official

22   job title?                          b6 b7C



4

1       ▓▓▓▓▓▓▓    My official job title, I

2   believe, is Information Technology Specialist.

3   I'm a 2210.

4       ▓▓▓▓▓▓▓    Okay.  How long have you

5   been in that position?

6       ▓▓▓▓▓▓▓    I've been here in the VA

7   for four and a half years.  I've been basically

8   in Information Technology.  I started out as a

9   334, but it's basically the same thing.

10      ▓▓▓▓▓▓▓    Okay.  And you're also a

11  contracting officer technical representative?

12      ▓▓▓▓▓▓▓   No, I am not.

13      ▓▓▓▓▓▓▓   You're not the COTR?

14      ▓▓▓▓▓▓▓   No.

15      ▓▓▓▓▓▓▓    Someone had indicated you

16  were the COTR concerning the SAS contract.

17      ▓▓▓▓▓▓▓    I wouldn't use the word

18  COTR.  I'm the SAS representative.  That's

19  correct.  I wouldn't use the word COTR.  When I

20  came on board, the Office of Policy and Planning

21  and at the time, we didn't have Preparedness, has

22  20 licenses and someone was to be -- the title, I

b6
b7c

123

5

1    believe, was the SAS representative, the link

2    between the Office of Policy and Planning and

3    SAS.  Duties mainly were to take care of the

4    billet once a year and to be responsible for, I

5    think, who the licensees were.  It's just they

6    don't use the word COTR.  That's not the way we

7    think of it.  It's not a contract.  It's software

8    license.

9             ████████████:  So, SAS -- you're in

10    charge of keeping track of the SAS contract

11    license?

12             ████████████    Yes.  Now, I don't

13    install, but I have everything else.

14             ████████████:  So, anyone who wants to

15    use SAS, they would come to you, they would sign

16    an agreement?

17             ████████████    The signing of the

18    agreement is only for people who want to take the

19    software home.  People who use it here in the

20    office don't need to sign an agreement.

21             ████████████    They don't need to sign

22    an agreement.

6

1            ███████            They need to come to us.

2      They need to come to me because we only have 20

3      licenses and I need to know who has it, so that

4      we don't get more than 20 because that would be

5      against the license agreement, but of, say, the

6      20 people who have the software here at work, and

7      I don't know the exact number, I would guess five

8      of them have it at home.

9            ███████      Okay.  Do you know who

10     has it at home?

11           ███████      Yes, I do.  I have them in

12     my file.  I might have to verify.  I think I

13     know.

14           ███████      Okay.  Who is it that you

15     think might --

16           ███████      Myself, I have it at home.

17           ███████      Okay.

18     ███████  ███████  ███████

19     She works in the Office of the Actuary.  She's an

20     information technology specialist like myself.

21     ███████  of course, did.  And ███████  He's

22     also in the Office of the Actuary.  He's an



7

1    economist.  And prior to his resignation, my old

2    boss, ████████████ had taken it home.  He

3    retired at the end of January.  We actually went

4    forth and tried to modify the document to say I

5    acknowledge I've removed it from my machine and I

6    did get █████ to sign that because we were

7    concerned about he had taken it home, but then

8    once he retired, that's not a license and we had

9    him sign a special thing.

10            I don't believe ██████ does.  I think

11   that's it.  I think those five.

12            ██████████████ Those five.

13            ██████████████ I don't think ██████ has it

14   at home.  I don't believe.

15            ██████████████ Now, are you -- how

16   familiar are you with the SAS software?

17            ██████████████ Oh, I've been doing it for

18   23 years, so very.

19            ██████████████: Tell me about the SAS

20   software.  What exactly is it?

21            ██████████████:  The -- I can't say for

22   sure.  Basically, the company goes by just that.

b6
b7C

Olender Reporting, Inc.          (888) 445-3376          WORLDWIDE
Washington, D.C.                 Baltimore, MD           Ft. Lauderdale, FL

126

8

1    The acronym probably is Statistical Analysis

2    Software.  It is mainly statistical analysis in

3    that it has -- it's considered a high-level

4    language.  You have some languages, like Cascel.

5    They're the old-fashioned.  You have to write out

6    all the code.

7              This is called, I believe the words are,

8    a procedural language.  So, it's a higher level.

9    It doesn't require lines and lines of code.  It

10   requires syntax.  When I say statistical

11   analysis, that can be anything from the

12   regression and analysis of variance, time series,

13   and I could go on.  Aggregation procedures.

14             So, if I had to say, you know, from the

15   standpoint of a statistical analysis, that's the

16   types of things it does.  However, SAS is also a

17   very powerful -- you can think of it as like a

18   data manipulation language.  It has what we call

19   the base software.  Base software is just

20   anything you get by default, and they have --

21   there's two main kinds of ways to interact.

22             One is through a procedures step.

b6
b7C



Olender Reporting, Inc.              (888) 445-3376              WORLDWIDE
Washington, D.C.                     Baltimore, MD            Ft. Lauderdale, FL

127

9

1    Another is through a dataset.  That's it.  That's

2    the main two.  It's procedure or data.  So, the

3    dataset is very powerful.  It allows you to

4    select records, create new variables.  I mean,

5    it's just very powerful.

6    ████████████  What type of security is

7    on that software?  Is it considered a security

8    software?  From what you've told me, it's a

9    statistical analysis software --

10    ████████████  Right, right.

11    ████████████  -- for taking data and

12    manipulating --

13    ████████████  Right.

14    ████████████  -- it or playing with it

15    in some way to extract information, --

16    ████████████  Right.

17    ████████████  -- to do things with it.

18    Is there anything that has -- in SAS that would

19    make it a secure --

20    ████████████  Well, I think probably the

21    way I'd have to answer that is to say that the

22    tools are there to make it secure, but like

b6
b7C



Interview of: ▮▮▮▮▮▮▮▮▮▮

6-1-2006

10

1   anything, you have to use it.  I mean, something

2   as simple as Excel.  When anybody normally

3   creates a file and saves it, then anybody with

4   Excel can open it up.

5           There are probably tools or functions in

6   Excel, for example, simple, to password protect,

7   make it read-only or write-only or whatever.

8   Those types of things are also in SAS.  SAS has

9   the ability to password-protect it.  SAS has the

10  ability to limit write, but most of the time, we

11  don't ever need to do that, but it's there.  I'm

12  not sure.  I mean, it's got everything you need

13  in order to make it secure, but it's just tools.

14  You have to flip the switch.  You have to know to

15  --

16          ▮▮▮▮▮▮▮▮▮▮   Is there any type of

17  policy that requires individuals who use SAS to

18  use the password-protection?

19          ▮▮▮▮▮▮▮▮▮▮▮  Oh, no, no, no, no.

20          ▮▮▮▮▮▮▮▮▮▮   When they take it home to

21  use it -- why would they take it home to use it?

22          ▮▮▮▮▮▮▮▮▮   Well, again, I officially

b6
b7c

129



11

1    had been telecommuting one day a week, on

2    Fridays.  The main answer to that question is

3    here in the Office of Policy and Planning, we

4    have what's called a user license.

5            A user license means that the software

6    is loaded individually on each one of those 20

7    PCs, hard drives.  The other way of loading it is

8    through a server, through a network server.  SAS

9    can be loaded on the server, but that requires

10   paying for a server license.  That requires a

11   server which you can load it on which then

12   everybody can access.  It also gets very

13   expensive.

14           So, for here in our office, what has

15   worked best, I guess, in the past was to create

16   what we call user licenses, it was cheaper, and

17   because it was a user licenser, that's when we

18   got into the notion of I as a user will either

19   use it at work or at home.  I can't be in two

20   places.  So, SAS allowed us to take it home.

21           Why I would take it home is that when I

22   access the network from home, I use Citrix and

12

1    VPN connection.  I only have access to the

2    software tools that are on the server.  They have

3    Word, Excel, a very limited Microsoft Office.

4    That's it, you know.  E-mail, Outlook, but that's

5    it.  That's all I personally have access to on

6    the server when I log in.

7            In order for me to do anything with SAS,

8    I'm the SAS program, that's 90 percent of what I

9    do, I need to have the software at home so I can

10   write programs.  Because it's a user license,

11   because it's on my desktop at work, which I don't

12   have access to when I remotely connect, I only

13   connect to a server somewhere.  That's why we

14   took it home to run it at home.

15   ████████████  Now, in your situation,

16   you said that you telework one day a week.

17   ████████████  I do, yes.

18   ████████████  But was this software SAS

19   given to someone who was not in a telework

20   agreement?

21   ████████████  Yes.

22   ████████████  And who would those

13

1       individual -- who would that individual be?

2                    ████████  ██████  ██████  ████████.

3                    ████████       Okay.  So, ██████████

4       ████████████     and  ████████████████

5                    ████████████     Right.

6                    ████████          They did not telework,

7       but they were given SAS to use at home?

8                    ████████████     Yes, yes.

9                    ████████████          Was there justification

10      that was given for that?

11                   ████████████████The notion -- well, I

12      guess there was no -- well, part of the notion

13      was if the person used it at work, then they

14      might want to use it at home.  So, part of the

15      notion was, I guess, that if somebody had the

16      allowance to use it at work, it never occurred to

17      us not to allow them to use it at home.

18                   Knowing the way ██████is, he tends to

19      work nights and sometimes on the weekends.  So, I

20      think it's more of a personality thing.

21      Obviously ██████ was the same way.  The fact that

22      his work day was 7:30 to 3 or -- I don't know

b6
b7C

132



14

1    what his work day was.   7 to 3:30 or whatever it

2    was meant that when he went home, his brain kept

3    going and he wanted to keep working.

4            So, we just never got to where you're

5    directing.  Should somebody who didn't telework

6    be allowed to have it at home.

7            ████████████████  So, there was no policy

8    or anything in effect that would say because --

9    █████████████  No.

10           █████████████:  -- a person teleworks,

11   they can have this software, because this person

12   does not have a telework, they cannot?

13           ████████████████  Right, right.  That was

14   something that never --

15           ████████████████  Never came up?

16           █████████████  Right.  Yeah.  It never

17   came up, never -- the forethought.  I think the

18   idea was if the person had SAS at work -- we do

19   have a policy to allow people to take SAS home

20   and so when the person came to me and asked and

21   SAS proofed the documents, yes, I just didn't --

22   you know, the whole teleworking thing just never

15

1       seemed to come into it.

2                       [REDACTED]        Is there any type of

3       training program that goes with the SAS, that

4       someone is allowed to use SAS here in the office

5       or at home?  Is there any type of training or

6       information that's put out concerning it?

7                       [REDACTED]        Well, there is a lot of

8       training that's available.  There's no

9       requirement by the VA to ensure that a person has

10      X amount of hours of training.  Now, [REDACTED] and

11      myself and [REDACTED] each have -- I mean, I know

12      [REDACTED] came up from a different federal agency.

13      So, I know that we have lots of SAS background.

14              I mean, I have had so many SAS training

15      courses, that the three of us fall into where we

16      might call ourselves advanced SAS users.  Once

17      you've been doing it 15 or 20 years, you know.

18      [REDACTED] and [REDACTED] are probably more in the realm

19      of beginner users.  They can get by.  There are

20      SAS training courses which people can sign up

21      for.

22                      [REDACTED] it's hard to say. [REDACTED] works

16

1    with SAS.  He has a SAS contractor and he does

2    like 85 percent of his work through the SAS

3    contractor, but because he needs to facilitate

4    with this person, he has a basic beginner level,

5    but it does not require any training.

6                  ████████:  Who is your direct

7    supervisor?

8                  ████████:  Well, it used to be Mike

9    McClendon.  Well, it's hard to say.  It used to

10   be ████████ before ██████ retired in January.

11   Then it became Mike McClendon because I was

12   acting supervisor.  Now with him gone, it's Paul

13   Hutter.

14                  ████████:  How involved -- how much

15   knowledge did Mr. McClendon have about the SAS

16   program?

17                  ████████    Well, --

18                  ████████    Was he a user?

19                  ████████    No.

20                  ████████    Did he use it at work?

21                  ████████    No, he was not a user, no.

22   In all honesty, I'm not 100 percent sure what his



17

1    background was.  I'm sure he wasn't a user.  He

2    was aware of the license because just like the 20

3    licenses were put into practice before I started

4    with the VA, it was put into practice before he

5    went in.

6            He took it as statistical analysis was

7    important to him.  He had a lot of ideas for data

8    analysis that he wanted to do.  SAS is the best

9    tool to do that.  So, I think he just sort of

10   took it as a given.

11           Now, the only thing I can say is that

12   while -- in the last, say, year and a half since

13   I've been here, since Mike's been here, there was

14   a project put out to build what's called a SAS

15   data portal and I was around from the beginning

16   of that.  They wanted to build a web portal, a

17   way for users to interact, not just a fixed table

18   but interact.  They reviewed different companies

19   and SAS was the winning one.  So, I know that

20   Mike was involved with that.

21           ▮▮▮▮▮▮▮▮:  So, Mr. McClendon was

22   aware that SAS was a statistical analysis

18

1    software?

2                    ███████████    Yes.

3                    ███████████    Why would an individual

4    think that data that -- that SAS would be a

5    security-type program, that SAS would protect the

6    information from access?

7                    ███████████    I really don't see it as a

8    SAS issue.  It's really a data issue.  For

9    example, █████████ tends to work with datasets that

10   don't have any sensitive information on them, so

11   there's no issue.  █████████ also works with files

12   that have the scramble done on them that he gets

13   from outside.

14              So, for the most part, with what he

15   does, he doesn't see it as that kind of an issue.

16   Eighty-five percent of the people who probably

17   use SAS don't use sensitive data and don't see it

18   as -- in my office, for example, we do have

19   sensitive data, but we also have lots of non-

20   sensitive data.  So that's why SAS provides the

21   tools and the ability to make it secure, but the

22   policy has to be with the data.  I mean, you

19

1    know, the policy -- SAS is a secure software.  It

2    has the ability to make it secure, but --

3                    ████████    It's used.

4                    ████████████    -- it's used.  That's what

5    I'm saying.  That should be more of a policy with

6    respect to the data.

7                    ████████████████    Are you familiar with the

8    BURLS?

9                    ████████████    I know what it is.  I've

10   listened to a woman from VBA talk about it who

11   knew it very well.   I believe I even have a

12   manual.  I have not personally worked with it.

13   I'm very aware of what it is.

14                   ████████████████    And were you aware of it,

15   that ████████████ was working with the BURLS?

16                   ████████████    Yes, I knew that he had

17   gotten access to it from work.  I mean, I knew

18   that because I work with Dac Tran all the time

19   and I knew that they were trying to get access to

20   it and I think they finally had, but that's all I

21   knew.

22                   ████████████    And did you have any

1    knowledge of how large those files were and how

2    many individuals, the number of --

3    ███████████        I didn't know the number

4    because I don't work with it in my day to day

5    job, but I knew it was big, yes.

6    ███████████:    And that's something that

7    could be manipulated using the SAS software, do

8    you know?

9    ███████████    Well, when you use the

10    word manipulation, that's what they do.

11    ███████████:    Well, extract information

12    and do statistical analysis.

13    ███████████    Well, right.  That's why

14    we would want access to it.  For example, the

15    type of thing we might do is we might have file A

16    that provides -- for example, in my office, we

17    have a file that has military information on it.

18    We have a different file over here that has

19    compensation and pension, and we have a third

20    file over here that has low income.

21        So, what SAS allows us to do is merge

22    and analyze.  So, when I hear your question, I



b6
b7c

139

21

1    mean by default, that's kind of what it is.  So,

2    when you get BURLS, my feeling would be that they

3    wanted to look at it with respect -- now, I

4    didn't know the exact project, but yeah, I would

5    understand that they would want to access it in

6    order to maybe match the other files, in order to

7    -- see, I don't know exactly what their purpose

8    was, but --

9                    ███████████    Okay.

10                   ███████████    Can you give us kind of an

11   overview of the response structure that you have?

12   Are they tables or a database?

13                   ███████████    It's a database.

14                   ██████████    Database.

15                   ██████████    Yeah.  I'm not -- I mean,

16   I'm not the techie behind the -- you know, I'm a

17   user.  It's a database.  It's mainly a database.

18                   ███████████    Okay.

19                   ██████████    They have a lot of

20   different formats because, for example, the

21   database is stored as a pdf file.  It's a

22   database.  It's rows of columns.

b6
b7C

140

22

1           ███████         Right.

2           ███████              And it has the variable

3     name, whether it's a character or number.  It

4     allows you to add a description.  So that it's

5     just a main database.  They have other

6     components.  There's like if you want to create

7     an index, there's a separate format for saving an

8     index.

9              ███████   Okay.

10          ███████          If you want to create

11    what's called a view, you know, there's a format.

12    There's a separate -- but the main thing is the

13    database.

14          ███████        Okay.  So, the basic pdf file

15    --

16          ███████        Right.

17          ███████         What is your understanding as

18    far as the ability of a SAS pdf file to be opened

19    in an application other than SAS?

20          ███████        Okay.  I only found out

21    about this Washington Post article this morning.

22    I wasn't aware of it until then.



Interview of: ███████████                                    6-1-2006

23

1              ████████████        Okay.  So, you know why we're

2    asking.

3                         ████████████        Yeah.  I was talking to my

4    friend ████and I said, "I know where they're

5    going."  I was in Seattle attending a SAS users

6    conference called SUCI, SAS Users -- it's a SAS

7    users conference, and I actually sat in on a

8    talk, very fascinating.  I'd have to get my

9    fingers on it, but it was all about how you can

10   password-protect within SAS and then given that,

11   what can you see within Windows.  I thought it

12   was really interesting because that was what it

13   was about.

14            It's about you can try to secure it

15   within the SAS tool, but you also have to be

16   aware of what Windows or the operating system

17   allows you to do and so it was a fascinating talk

18   because he talked about you can do it this way in

19   Windows or you can do it this way in SAS.

20            So, when you say what was I aware of,

21   that would be my, you know, answer to your

22   question.  I sat in on a talk back in 2003 and



24

1    that's what it was about and I found it

2    interesting and I still remember it.  But other

3    than that, that's all I would know.

4              ████    Are you aware of anyone

5    attempting to read a SAS pdf file in an

6    application other than SAS?

7              ████    No.

8              ████    Okay.

9              ████:  No.

10             ████    Has there been any guidance

11   provided to anyone in the office as to whether a

12   SAS pdf file can be opened and read in an

13   application other than SAS?

14             ████    No.  I only became aware

15   of it because I happened to attend this users

16   conference and I heard about it and I found it

17   interesting, but, you know, a lot of the times,

18   you come back to your job and get back into your

19   normal projects and, you know, whether you bring

20   it with you and do something about it is another

21   step.

22             No.  I'm only aware of it because of the

143

25

1    conference.

2                    ████████████  Okay.

3                    ████████████  I'm not aware of anybody

4    trying to do that here.

5                    ████████████  The Office of Policy and

6    Planning Preparedness prepared an initial white

7    paper on the subject around May 5th to May 8th.

8                    ████████████  Right.

9                    ████████████  One of the contents of the

10   white paper was a statement that the data would

11   be difficult to access --

12                   ████████████  Right.

13                   ████████████  -- because -- without the SAS

14   application.  Were you consulted --

15                   ████████████  No, I was not.

16                   ████████████  Do you agree with that

17   statement?

18                   ████████████  The concern that would

19   probably go there is that the laptop that he must

20   have been using must have had SAS on it.  So, he

21   may have had the SAS data files, but the SAS

22   software is there since conceivably it could be --

26

1          - no, I wasn't consulted.

2                    What was -- was your question do I agree

3     with it?

4                    ██████████   Yeah.

5                    ██████████    You know, I don't know.

6     I'm not sure.  I'd have to -- that was a tough

7     answer.

8                    ██████████   Sure.

9                    ██████████    When I was in college --

10    when I was growing up and in school, I never

11    heard of SAS.

12                   ██████████   Sure.

13                   ██████████    When I was in college, I

14    became a little bit aware of it because I'm a

15    statistician.  That was my initial master's

16    degree.  So, you become aware of it, but even

17    then, you still don't really do much.

18                    It wasn't until I got into the working

19    world.  I've been a federal employee for 23 years

20    and that's what I do.  My previous two federal

21    jobs were both with statistical agencies.  SAS

22    was very widely used.  It's also used in many

27

```
1    private companies.  Some of these survey
2    researchers-type places.  I mean, it's a huge
3    language.  It's the standard --
4                            Sure.
5                            -- for statistical
6    analysis.  Whether it could be difficult to read,
7    I'm sure that it's reasonably difficult.
8    Somebody who doesn't know anything about SAS, the
9    software or package, or doesn't know anything
10   about it would have a hard time with it.
11                   Here's another for example.  We've had
12   interns, and I had this young girl come in here
13   and work for two or three months and think that
14   she could just pick it up like this.
15                            Right.
16                            So far, no.  It's the kind
17   of thing that you can't pick up because I've had
18   a five-day training class.
19                            Right.  I'm not really asking
20   so much about learning SAS.
21                            Right.
22                            I know that to be difficult,
```

Interview of: ████████████    6-1-2006

28

1    but for instance, our office took files that were

2    SAS files and we were able to pull it up in

3    Excel.

4    ████████████    Well, --

5    ████████████    The data tables were

6    immediately --

7    ████████████    Right.

8    ████████████    -- evident.

9    ████████████    There is a software tool.

10    I don't recall the name.  It may have been called

11    DD Tools in the past.  So, there are companies

12    out there that have provided the tool to do

13    exactly what you're saying.  For example, another

14    group within the VA may be using SPSS and so they

15    can't read SAS.  So, they get this converter

16    software that allows them to convert it.

17    ████████████    Yeah.

18    ████████████    Excel.  My guess would be

19    that Excel probably has an add-on because by

20    default, somebody who just has the base Excel, I

21    wouldn't think that Excel could just open it, but

22    it has an add-on that might allow you to pull

Interview of: ▮▮▮▮▮▮                                          6-1-2006

29

1      that in, --

2                    ▮▮▮▮▮▮     Right.

3                    ▮▮▮▮▮▮     -- so something like that.

4      I mean, when you think of Excel, you think of

5      DBF, XLS, you know, separated value.  You don't

6      tend to think of SAS.  SAS is very proprietary,

7      complex, you know.  They keep their standards

8      very safe to themselves, you know.  I'm not sure

9      if I'm answering your question.

10             Many softwares, by default, I wouldn't

11     expect would have the ability to just read SAS

12     like this, but a lot of the SAS users use Excel.

13     So, it's there probably as an add-on, if a person

14     needs it and knows how to -- knows that it's

15     available and wants to use it.

16             Now, for example, within SAS, this is

17     what's often done, SAS has, like any software,

18     has the ability to import and export.  So, if I

19     want to take a SAS file and pass it to either

20     Access or Excel, no problem.  It has a procedure

21     that converts it.

22                    ▮▮▮▮▮▮     Right.



30

1        ████████████████        So, normally, you know, if

2    I was giving somebody who I knew had SPSS, I

3    would probably create a con-separated value file

4    for them.

5        ████████████    Right.

6        ████████████        The bottom line is SAS --

7    if somebody had a hard drive and information on

8    the SAS, they could open up the SAS files and get

9    the data?

10       ████████████        Not without some kind of

11   an add-on or possible additional tool.

12       ████████████        An add-on like in Excel.

13   Is that something that you can buy?

14       ████████████        If you -- this is what I'm

15   saying.  If you just -- this is just my best

16   understanding, is that you load Excel on your

17   machine and just accept the defaults.  If you go

18   file open and you try to point to SAS, I'm not

19   sure that I believe that SAS would open like

20   this.  That's what I'm trying to say.                b6
                                                          b7C

21       There are certain formats which are very

22   common which Excel by default would open up

149

31

1    without SAS, like an HTM, like a CSC.

2    ████████████    Sure.

3    ████████████    Right.  What I'm saying is

4    SAS is one of them.

5         My understanding is that SAS is probably

6    like you need to have an add-on or you need to be

7    more sophisticated.  Just the sheer file open in

8    Excel, I don't think --

9         ████████████   What's an add-on?  Can you

10   buy that?

11        ████████████    Is it one of the types of

12   programs that if you try to open it and you're

13   pulling from your choices on your computer, and

14   sometimes, in some cases, it will say search the

15   Internet for the program you need to open it, and

16   it will take you to an Internet site where -- is

17   that something that could be done as well?

18        You cannot access SAS like the way you

19   mean, like PDF, but many of the softwares these

20   days are going into what they call a viewer.  A

21   viewer is -- for example, our office has Excel

22   files out there and that's the way we load our



150

32

1    final output, but if you don't have Excel on your

2    machine at home just because it's on the Web, you

3    can't access it.

4            So, a lot of companies these days are

5    allowing users who don't have that to access what

6    they call a viewer.  I was not aware of that

7    until about a year and a half ago, but I do know

8    that it is there and that it does work.  There's

9    another woman here in the office who has used it.

10   Because of its limitation of the number of

11   licenses at the time, you know, she hasn't yet

12   gotten the software.

13   ████████████  Is there a SAS viewer?

14   ████████████  There is.

15   ████████  Okay.

16   ████████████  I was not aware of it

17   until about a year and a half ago.  That's

18   probably something more recent.

19   ████████  Sure.

20   ████████████  But you can't just -- the

21   general user can't just -- you know, you have to

22   be aware that these viewers exist.

33

1                        ████████  Sure.

2                        ████████    To know to look for them,

3      but --

4                        ████████  And --

5                        ████████:  -- it is there.

6                        ████████    -- you've explained your

7      opinion on Excel, but we were even able to pull

8      the SAS file open in Notebook, you know.

9                        ████████    Well, that's what this

10     talk that I told you about in 2003, that I

11     attended in Seattle, --

12                       ████████  Yes.

13                       ████████    -- that's actually the

14     kind of thing he was talking about.  He was

15     talking about you might be able to open it --

16     this is the impression I got from the talk --

17                       ████████  Right.

18                       ████████    -- was that you could open

19     it in Excel, but then what you can view, you

20     know, some of the stuff may look scrambled and

21     some may not, but yeah, you can open it. ᵇˡᵏ

22                       ████████  I understand --



34

1    ███████    That's the gist of this

2    talk.

3    ███████    Our technical people told us

4    that they were able to see all the data, except

5    that Excel, which has a limit on the number of

6    records, and so --

7    ███████    Right, right.

8    ███████    -- they saw no text, but when

9    they went to Notepad and Notepad just showed --

10    ███████    Right.

11    ███████    -- all the text and the

12    tables.

13    ███████    Well, as I said, you know,

14    I don't know.  I can't answer the question of --

15    ███████    Right.

16    ███████:    -- the complexity of the

17    quantities stored.

18    ███████    Right.

19    ███████    I was aware -- it's not

20    that kind of an open thing, but to be honest with

21    you, everything I've ever worked on has always

22    been we do the conversions and then, you know,



153

35

1    that's why, for example, we actually purchased an

2    add-on for SAS to enable us to convert files so

3    that Excel can open it.

4             If it was as basic as you say, we

5    wouldn't even need to purchase that add-on.

6    ████████████    The question is to be able to

7    --

8    ████████████    View it.

9    ████████████    -- view data --

10   ████████████    Right.

11   ████████████    -- and capture the file

12   structure --

13   ████████████    Right, right.

14   ████████████    -- to manipulate the data --

15   ████████████    Right.  Because you may

16   get it numbers and you don't know -- you know, it

17   doesn't give you a nice printed this is the

18   variable name and this is what it means and --

19   right.  You get a big long string of numbers

20   because you don't know how to parse it.

21   ████████████    Sure.

22   ████████████    Again, I keep saying back

1    to the -- it's not the kind of -- I don't think

2    of it as that open -- again, if it was that easy

3    to just open as Notepad in a meaningful way that

4    I could use it, people wouldn't buy the add-on

5    and people wouldn't have these tools to convert

6    it in Excel, but I might be able to get my

7    fingers on that talk.

8                      ████████████ We're looking at it not

9    as a user but as a protection-type, you know, how

10   protective is it of the information contained

11   within it.

12                     ████████████ I mean, I can only answer

13   the same as I have before.

14                     ████████ Right.

15                     ████████████ The tools are there to do

16   it.  SAS makes that available.  SAS -- again, I

17   listened to this talk in 2003.  They try to

18   educate people, but it's up to the user to know

19   to turn the switch.  It's up to the user to know

20   that -- again, probably 95 percent of the people

21   that use SAS use it in such a way that it's not

22   an issue if it's not sensitive.  b6  b7C

155

37

1          I'm not even that really aware of things

2     like -- SAS is very complex.  It has a huge

3     amount out there.  Even with my 23 years, there's

4     certain things I've never gotten into, like

5     providing access to certain people by name.  Oh,

6     yeah.  I'm sure SAS probably has it, but I've

7     never done it.  I've never been in an instance

8     where I've needed that.

9               ████████        Sure.

10              ████████        I worked at the Census

11    Bureau and I worked at the Agriculture Statistics

12    Group and I don't think of it as a non-secure.  I

13    think of it as they provide the tools, but it's

14    up to the people who have the software to know

15    how to -- that we're dealing with an instance

16    where I need to limit data access or I need to

17    limit whatever.  So, it's up to -- you know, SAS

18    provides all they can.

19         Obviously, if I sat in and listened to

20    them on this lecture, it was important enough to

21    them that somebody actually looked at that, but

22    again there's so many different things that it



156

38

1    can do, that you can't even begin to capture at

2    all.

3            The SAS data portal is a perfect example

4    of even with 20 years experience, Jen and I are

5    being told that we need to learn this new thing

6    called the BI server.  So, it's just -- you can

7    only absorb so much.

8            ███████████  Yes.  Anything else?  I'm

9    going to go ahead and end your testimony.

10           ███████████  Okay.

11           (End of Interview of ███████████

12

13

14

15

16

17

18

19

20

21

22                                    ble bTC

159