Sworn Testimony: ▓▓▓▓▓▓▓▓▓▓    CondenseIt™    Administrative Investigation: Lost D

---

Page 1

DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF INSPECTOR GENERAL

WASHINGTON, D.C.

Administrative Investigation: Lost Data

Case No. 2006-02238-IQ-0132

CONDUCTED BY

▓▓▓▓▓▓▓▓, OIG Senior Auditor

▓▓▓▓▓▓▓▓, OIG Supervisory IT Specialist

SWORN TESTIMONY OF

▓▓▓▓▓▓▓▓, Chief,

Veterans Records Support Division, VBA

Tuesday, June 6, 2006

[TRANSCRIPT PREPARED FROM AN AUDIOTAPE RECORDING.]

MALLOY TRANSCRIPTION SERVICE

(202) 362-6622

---

Page 2

1    PROCEEDINGS
2    ▓▓▓▓ This is ▓▓▓▓▓▓▓ with the Department
3    of Veterans Affairs, Office of Inspector General. It's June
4    the 6th, 2006. I am in Austin, Texas. Today, we are
5    speaking with ▓▓▓▓▓▓▓▓ and also with us today in the
6    interview is ▓▓▓▓▓▓▓▓ of the IG's office.
7    ▓▓▓▓▓▓, would you raise your right hand and repeat
8    after me. Do you solemnly swear to tell the truth, the
9    whole truth, and nothing but the truth?
10    ▓▓▓▓▓▓ I do.
11    Whereupon,
12    ▓▓▓▓▓▓▓▓▓▓
13    was called as a witness and, after having been first duly
14    sworn, was examined and testified as follows:
15            EXAMINATION
16    ▓▓▓▓▓▓
17    Q Okay. ▓▓▓▓ could you state your full name and
18    position for the record?
19    A It's ▓▓▓▓▓▓▓▓ Division Chief of the
20    Veterans Record Support Division.
21    Q And how long have you been in your position here?
22    A In this position, since about '82.

---

Page 3

1    Q Okay. And who is your first-line supervisor?
2    A Bill Baran.
3    Q Okay. Are there any particular files or databases
4    that you have most closely associated within your work?
5    A Yes. The BIRLS database.
6    Q Okay. How long have you worked with the BIRLS
7    database?
8    A Since about 1972.
9    Q Okay. The first question I have for you is could
10    you briefly describe how authority to access and download
11    data in the VA is governed in general, how that's handled.
12    A The -- the authority that I need to access or to
13    do extracts from the BIRLS database comes from Central
14    Office. I get my instructions from C&P Service basically,
15    and they work with the Security Office up there. Greg
16    Johnson is the name that comes to mind with that.
17    Q Okay. And is there standard forms that have to be
18    filled out in order to get access?
19    A There probably is. They don't come to me for
20    approval. I just get the word from the service.
21    Q Okay. And the type of access you're talking
22    about, can you -- does that include target and VDN access,

---

Page 4

1    or is it a different type of access?
2    A I'm assuming it's -- that access is for any kind
3    of access to the database, whether it's an extract from the
4    databases or online single-inquiry kind of access to it.
5    Q Okay. So all that comes through you?
6    A The idea of accessing BIRLS and giving permissions
7    to that, I get from C&P Service. Yes.
8    Q Okay. And the BIRLS system is located here on the
9    mainframes in Austin?
10    A That is correct.
11    Q Okay. What individuals have records in the BIRLS
12    system, what categories?
13    A What categories? BIRLS was converted from the old
14    index cards that were stored at the Navy Yard back in the
15    early '70s. It was finished in about '72, I think, and
16    about '87, I think it was -- I'd have to look these dates up
17    to be sure -- we started getting records from discharged
18    veterans from their DD-214's as they were entered into VADS,
19    another subsystem. The VADS sent a transaction to BIRLS to
20    add or update any records that were there.
21    Q And is VADS as VA system or a DOD?
22    A Yes, it is. It's a VA system. Yes.

---

MALLOY TRANSCRIPTION SERVICE (202) 362-6622

Page 1 - Page 4

h/o h7c    162

Page 5

1  Q  Okay.
2  A  And then about '93, we started getting a file
3  transmittal from the Department of Defense of enlisted
4  personnel, and those, we would -- if we didn't have the
5  record already there, which we most likely didn't, we would
6  add a new record for BIRLS then.
7      And in a regional office, the normal processing in
8  a VA, VBA regional office, people there can add records to
9  BIRLS or update BIRLS if they have the proper authority.
10  Q  Okay. And the addition of people who have
11  enlisted in the military in '93, has that been an ongoing
12  feature since then? Have we been getting regular
13  information from DOD?
14  A  There was -- I'd have to go back and look at the
15  original project, but I think we picked up records that were
16  before '93 at the initial conversion. There was a time
17  lapse in there where some processing on the DOD side, I
18  believe, they weren't sending us any records for a period of
19  a year or year and a half, it seemed like. That was in '99
20  to 2001, but they started a catch-up, and they went back and
21  sent us all the records for that period of time. So we
22  should have all the records for enlistments from 1993 to

Page 6

1  today.
2  Q  Okay. And so to just kind of summarize, the old
3  cards that were at the Navy system, did those reflect people
4  that had had some sort of contact with the Veterans
5  Administration in terms of applying for benefits?
6  A  Since it's 1970, I don't know for sure what was on
7  those cards. I'm assuming they were anybody that was in the
8  service would be a guess, but I don't know that for sure.
9  Q  Okay. And would there be someone that we could
10  talk to, to get information on what was there before the
11  '70s?
12  A  I'd say no. I mean, I've been here 37 years, and
13  I don't know anybody older than me that would know that.
14  Q  Okay. Well, for instance, would that include --
15  the records before automation, would it include everyone
16  that had ever been in the service, or is it just people that
17  had contacted the VA and applied for benefits?
18  A  My understanding, it was everybody that's been in
19  the service. We had supposedly Indian Scouts were on those
20  cards that were stored there. So I'm under the impression,
21  it was everybody that was in the service, but, again, I
22  don't know that for sure.

Page 7

1  Q  Okay. And then at some point, what was the year
2  in the '70s when you started getting automatic information
3  on people that were discharged?
4  A  That was about '87, I believe.
5  Q  Oh, '87.
6  A  Yes.
7  Q  Okay. And then '93 started enlistments --
8  A  Correct.
9  Q  -- automatically going here?
10  A  Correct.
11  Q  Now, I read in the newspaper that as far as the
12  BIRLS system, that it had information going back, that the
13  automatic discharge started like in the mid '70s, like '75.
14  Do you have any idea where that number would be coming from
15  in the newspaper?
16  A  I don't know what that number would be.
17  Q  Okay.
18  A  I mean, VADS itself, that application started in
19  about '68, but the interface with BIRLS to add the records,
20  to my recollection, any information I've been able to find,
21  it did not start until about '87.
22  Q  Okay. And so approximately how many people are in

Page 8

1  BIRLS?
2  A  There are -- is it -- 43 million records there,
3  but that's beneficiaries and veterans, those -- all those
4  records.
5  Q  Okay. And are all those people -- that includes
6  people whether they are alive or deceased?
7  A  That is correct.
8  Q  Okay. So, if it is like you thought and it was
9  just anyone that was in the service, that every World War II
10  veteran should be in there?
11  A  That's my assumption. I do know that there have
12  been people that says their records is not in BIRLS, and I
13  don't really know where that gap comes from, why they
14  wouldn't be in there.
15      I guess if they weren't -- if they were on those
16  Navy cards, I just don't know the answer to that.
17  Q  Okay. Because some veterans, they have to -- in
18  the old days or not too long ago, they might have to bring
19  their actual discharge papers to show they were eligible.
20  A  Right. Right. And like I say, there's some gaps
21  there that I don't know. In other words, we didn't start
22  getting VADS until '87. So, if they were discharged before

Page 9

1  '87, maybe we wouldn't have them in there, if they weren't
2  on the cards at the Navy Yard prior, you know. Then
3  anything from '72, if they were discharged, or after '72,
4  perhaps up until '87, if they didn't file a claim with the
5  VA, we may not have their record in BIRLS.
6     Q  Okay.
7     A  If they filed a claim, that was through the RO,
8  and those are the ones I was talking about. They could add
9  records to BIRLS.
10    Q  Okay. And so is it your understanding that all
11 current active-duty personnel names appear in BIRLS right
12 now?
13    A  Active duty, yes. They would be because of the
14 enlistments.
15    Q  Okay. Now, in the BIRLS database itself, is there
16 anything that prevents employees without proper access from
17 getting information on elected officials or senior
18 Department officials, categories of sensitivity like 9 and
19 8?
20    A  There is not a sensitivity indicator in the BIRLS
21 record itself. So, if you have access to BIRLS, I think you
22 can get the BIRLS information on them, which is just

Page 10

1  identifying dates and numbers, basically.
2     Q  Okay. And are there any issues as far as the
3  reliability or the completeness of the BIRLS database that
4  are typically something that you guys work with that would
5  be aware of, limitations?
6     A  We do know that there's a lot of bad data that has
7  gotten out there over the years. Since it went in, in '72,
8  there's been a lot of regional office people that could
9  have, you know, accidentally made changes that really didn't
10 belong. When they had to key-in a 9-digit number, who knows
11 if they didn't transmit -- transpose some digits, that sort
12 of thing. We know that there's that kind of data problems
13 out there.
14    Q  Okay. And another thing I was going to ask you
15 about, the -- as far as would there be veterans in there
16 that might not have their deaths recorded in the BIRLS
17 system, but they may have died?
18    A  That's quite possible. We have -- if they -- if
19 the family requested a flag or anything from the VA, then
20 that notice of death transaction would come into BIRLS and
21 would update it, but if the family didn't request anything,
22 they didn't go for a cemetery of VA, cemetery burial, it's

Page 11

1  quite possible we don't have their death recorded.
2     Q  Okay.
3        ▓▓▓▓▓▓ do you have any questions about
4  what's in BIRLS, the general topic?
5        ▓▓▓▓▓▓ No. I have some different views than
6  ▓▓▓▓, but -- as to what's on there, but do you want to
7  discuss it now or --
8        ▓▓▓▓▓▓ well, why don't you -- if there's
9  significant things you might want to just ask him about to
10 see if we can, you know, understand why, you know, there's
11 the different perceptions.
12       ▓▓▓▓▓▓ Okay.
13
14    Q  I guess basically some of them may be
15 date-related. There was some published information from
16 this office that said that VADS automatically started
17 updating BIRLS in '75 versus '87.
18       [Laughter.]
19       THE WITNESS: I -- so did I send that out?
20
21    Q  No. Well, I don't know who published this. I
22 mean, it was in a VBA document dated November 1986. I don't

Page 12

1  have it with me. I could -- we can come back to that.
2     A  Okay. Because I -- I was really thinking it was
3  '87.
4
5     Q  Okay. Yeah. On a lot of these, we'll make notes.
6  What we'll probably -- on these significant dates, if there
7  is a discrepancy in the reported dates, we may need to like
8  find the supporting information that's the basis of the
9  date.
10    A  Okay.
11       ▓▓▓▓▓▓ Anything else?
12       ▓▓▓▓▓▓ Oh, on the sensitivity issue and
13 access to BIRLS data, I know it's not part of the BIRLS
14 database, but there is a front end, as it will, as you will,
15 or a GUI interface with common security and the VDN security
16 file which if someone in -- let's say ▓▓▓ was a veteran and
17 somebody in his employ tried to look up his record, it
18 should not allow them access.
19       ▓▓▓▓▓▓ For single inquiries. Right.
20       ▓▓▓▓▓▓ For single inquiries.
21       THE WITNESS: That's -- you're right.
22       ▓▓▓▓▓▓ Not batch, but --

Page 13

1   THE WITNESS: Not batch, but single inquiries,
2   that's true.
3   [redacted]
4   Q  Okay. Have you or your office looked into any
5   information that might have been accessed by the Office of
6   Policy, Planning and Preparedness or [redacted] in
7   connection with the recent incident where the data was
8   reported missing from his home?
9   A  Did we look into the data?
10  Q  Yeah. To the particular extract --
11  A  Yes.
12  Q  -- they were providing.
13  A  Yes.
14  Q  Okay. Can you tell me your understanding of the
15  extract that they had access to and how they got the access
16  to it?
17  A  Yes. It was an extract of -- well, I was first
18  contacted, I guess, by Dat Tran of the Office of Policy and
19  Planning, and they said that they needed the access to the
20  BIRLS file, and they went through security and Central
21  Office and -- I think it was Greg Johnson -- and they got
22  permission for this.

Page 14

1   Q  And is that in VBA?
2   A  Yes.
3   Q  Okay.
4   A  And then they contacted me, and I said I take
5   direction, get authority from C&P Service because they are
6   the owners of the database, and so Mick Worstell of ORM, C&P
7   Service, he contacted me and said yes, there is a business
8   reason for this, please provide them the information that
9   they need.
10      I could tell by the questions they were asking
11  that they didn't want the single inquiries, the permission
12  that they had originally asked for, and I was trying to say
13  you can go to C&P Service and ask them to send me
14  requirements to give you an extract if you want to do that.
15  And in the meantime, someone else -- they had found a report
16  that someone else in OPP, I think was getting, and they
17  said, "We could use this, if you could add a little bit more
18  data to it." So we got permission to add that, to modify
19  that run with this additional data, and we ran that, and the
20  file in question I think was the April extract.
21  Q  Okay. And the information that he had on the
22  media at his home was the January 2006 extract. So it may

Page 15

1   have been one that was done the previous quarter?
2   A  It could have been. It started -- January would
3   have been the first one that we created.
4   Q  Okay. And would you have records concerning the
5   -- specifically that particular run as far as requesting
6   approval for it and what fields were provided and that sort
7   of thing?
8   A  Yes.
9   Q  Okay.
10  A  I have e-mails and record layouts.
11  Q  Okay. Later, we're going to need to get that --
12  A  Sure.
13  Q  -- before we leave --
14  A  Sure.
15  Q  -- you know, this week.
16      And once the extract is performed, who performs
17  the extract? Is that done here?
18  A  We develop the coding, and we get it certified
19  here, and we turn it over to the AAC. They are the
20  operational part of the --
21  Q  The Austin Automation Center?
22  A  Right. We turn it over to them, and they process

Page 16

1   the run, and it's stored out there under a production
2   dataset name, and then they give permissions to that
3   dataset.
4   Q  Okay. So the actual access to obtain the extract
5   from the Austin Automation Center is something that the
6   Austin Automation Center has to give permission to?
7   A  Right.
8   Q  Okay. As far as you're aware of, was Mr. Johnson
9   able to run any extracts on his own without other people's
10  participation and knowledge and that sort of thing?
11  A  Not that I'm aware of, no.
12  Q  Okay. Is anyone in the VA to your knowledge given
13  access to run extracts on their own without other people's
14  knowledge or permission?
15  A  Not to my knowledge. I would think I would know
16  about all of those extracts.
17  Q  Okay.
18  A  Now, the copy of the BIRLS file is passed off to
19  PA&I and the data warehouse people in Central Office, and
20  they have control of that. So that would be another source
21  that people could run extracts.
22  Q  PA&I stands for?

Page 17

1  A  I don't know. I'm sorry.
2  Q  Okay. Now you know why I asked.
3     [Laughter.]
4     [redacted]
5  Q  We'll find out.
6     Does your office -- what would your office
7  consider the sensitivity of the BIRLS system?
8  A  The sensitivity of it?
9  Q  Yes. What do you consider --
10 A  It's got names and identifying numbers.
11 Q  So you would consider it a sensitive database?
12 A  Oh, yes.
13 Q  What level of security clearance would be
14 necessary for someone to be able to obtain an extract from
15 the entire BIRLS database?
16 A  I can't answer about level. I mean, I don't
17 relate to that. Like I said, I get my permissions from C&P
18 specifically. They have to give the permissions working
19 with security up there. So I don't know what the level --
20 Q  Okay. So, as far as you know, you don't check the
21 security clearance level?
22 A  No. I do not go and look into security itself.

Page 18

1  No.
2  Q  Okay. And do you know if anyone in VBA checks to
3  whether people have had the appropriate background
4  investigations to access this type of data?
5  A  Do I know that firsthand? No.
6  Q  How about have you heard?
7  A  I mean, security is -- that group is always pretty
8  difficult to get through, it seems like to me. So I would
9  assume that they require the background checks necessary.
10 Q  Okay. Now, when the extracts are run by Austin
11 and made available, are the files encrypted?
12 A  Encrypted? No. I would say they are not
13 encrypted.
14 Q  Okay. Is there a format that the files are in?
15 A  Yes.
16 Q  Is it SAS?
17 A  It's not what I consider SAS. No.
18 Q  Okay.
19 A  It's just a fixed-link record.
20 Q  A fixed-link record. Okay. So then they have to
21 parse it or something before they pull it into an
22 application?

Page [19]

1  A  Yes.
2  Q  Okay. Are the -- in the extracts that people get
3  from BIRLS such as this one, are the personal identifiers,
4  such as the Social Security numbers, scrambled?
5  A  No.
6  Q  Okay. How many people are you aware of in the VA
7  that have access to this type of an extract?
8  A  I don't know.
9  Q  What would be your estimate?
10 A  To this type of extract?
11 Q  Yes.
12 A  It's provided for research to various Government
13 entities, and that number, I don't -- I don't know.
14 Q  Well, I mean, do you think it would be tens or
15 hundreds or thousands of people?
16 A  No. No. I think it's less. I would guess less
17 than 10.
18 Q  Okay.
19 A  Some of the problem I'm having trouble answering
20 there is there are some existing runs that have been set up
21 for years that may be providing that kind of extract.
22    PA&I, the data warehouse people, may be providing

Page 20

1  that kind of information to somebody that I'm just not aware
2  of, especially once it becomes operational, it's not
3  something that I tract basically.
4  Q  Sure. Now, when someone from the VA is going to
5  go into the mainframe at the Austin Automation Center to
6  download the extract after it's been performed, is that
7  available on the network in the VA? I mean, how do they --
8  A  I'm assuming an extract like this, which would
9  obviously be very large --
10 Q  Yes.
11 A  -- would have to be like a Direct Connect, an FTP,
12 something to that, and that would be across -- through the
13 network of some sort, and Direct Connect is an animal to
14 itself, and someone in AAC Operations would have to address
15 that.
16 Q  And is there a point of contact in the Austin
17 Automation Center that you're aware of that could give us
18 some more information on Direct Connect?
19 A  Yeah. I would check with -- with their ISO which
20 is Al --
21    [redacted] Karara [ph]?
22    THE WITNESS: Karara. Yeah. That's his name.

Page 21

1   █████████ Okay. Any more questions so far?
2   [No response.]
3   █████████
4   Q  Okay. Anything else on BIRLS that we touched on
5   that you'd like to add to or clarify?
6   A  I can't think of anything.
7   Q  Okay. Are you familiar with the C&P Master
8   Record?
9   A  I know generally what it is.
10  Q  Okay. How about the C&P Mini Master Record?
11  A  Yeah. That's something that I thought I had
12  gotten rid of, but I hadn't. It's -- we get -- that's
13  created at Hines off of the Master Record there, and it used
14  to be sent to IG, and I don't know that IG uses it anymore.
15  So it's still sent down here, and we have a job that makes a
16  copy of it for PA&I, the warehouse people, and we send it up
17  to them, and then we have another run that was set up
18  several years ago for the actuaries, the VA actuaries. ████
19  ████████ an ███████████ ph] are the people I work
20  with there, and that is, we created a spreadsheet for them,
21  and they are looking for unfunded C&P liabilities, whatever.
22  They do something with it.

Page 22

1          So we pass the information on to -- we get the
2   whole file, a copy of the file to P&I, and we give the
3   actuaries a spreadsheet.
4   Q  Okay. And are you aware if anyone is giving the
5   Office of Policy, Planning and Preparedness a copy?
6   A  I'm not aware of it, if they are.
7   Q  Okay.
8   A  I think the AAC uses the C&P Mini Master for the
9   MVR, Master of Veteran Record application -- I think -- and
10  you would have to ask them to be sure that they still do
11  that.
12          As one point, they were picking up BIRLS
13  information, C&P information, and then I thought something
14  else that was VHA information and providing a single
15  database for their users to get to that information.
16  Q  Okay. And do you know a name of a contact point
17  with that?
18  A  The last one I had was █████████████ ph]. Now,
19  ████████ is no longer a VA employee, but he is a contractor
20  that does work here. So I don't know if he's still
21  associated with that application or not, but he can probably
22  point you to whoever is responsible for it now.

Page 23

1   Q  Okay. And this next question, I'm just going to
2   ask. I don't know if you can answer it. Are you aware of
3   whether the data in the C&P Mini Master includes data from
4   the VETSNET system?
5   A  From the VETSNET system. The VETSNET system is
6   supposed to be on the corporate database. The VETSNET
7   applications work against the corporate database.
8          I'm responsible for another application that has a
9   foot in both worlds to where we bridge corporate and VDN,
10  and that VDN Master Record would have that information on
11  it. So I'm not sure if I'm answering your question or not.
12         So VETSNET, it's supposed to be corporate. Okay.
13  So, when you say VETSNET, I'm thinking no, it's not the C&P,
14  but VETSNET is replacing that C&P Master Record once it's
15  complete and goes live.
16  Q  Okay. What is the procedure for you guys if it
17  appears -- if you receive information that data, Privacy
18  Act-protected information, has been compromised?
19  A  What is our procedure?
20  Q  Yes.
21  A  We start running it up the line. I tell my boss.
22  He tells his boss, and we start investigating.

Page 24

1   Q  Okay. Are there any offices other than your chain
2   of command that you have to contact?
3   A  Me specifically, I mean, I would contact, you
4   know, the C&P Service if it were -- I'm assuming it's C&P.
5   We do work for other people than just C&P, but we are
6   talking C&P. I would alert them if I found out anything
7   like that, but it's up the chain of command.
8   Q  Okay. And do you have a policy concerning taking
9   veterans' private information home?
10  A  Yeah. We don't do it.
11  Q  Okay. Tell us what you know about how your
12  organization has been reacting and giving information in
13  response to the recent incident where ████████████ had
14  reported the data missing from his home.
15  A  What we've been doing is trying to identify what
16  records were on this file in an effort to come up with
17  addresses, and we don't have addresses in BIRLS. So we have
18  been trying to work with the Social Security Administration
19  and the IRS, and the IRS addresses, we were thinking were
20  the most accurate, and so we're -- we selected records off
21  that had Social Security numbers that SSA could verify. If
22  they verified them, they passed them on to IRS who added the

Page 25

1  addresses, and then they were going out to contractors to
2  print letters, and I don't think those letters have gone out
3  yet, but they're -- been created, I believe, or they're in
4  the process of being printed.
5     And we've been doing various iterations. If they
6  didn't have Social Security numbers in the record, we have
7  did another pass to SSA, and they had another way of trying
8  to look up the Social Security numbers, and if they could
9  verify that they had the correct person, they sent those to
10 IRS for letters also. So we've just been trying to verify
11 and get the outreach to the veteran.
12    Q Okay. What kind of request have you had from
13 Central Office in terms of verifying what veterans are in
14 BIRLS and what categories and numbers and things like that?
15    A What requests have we had?
16    Q Yeah.
17    A Well, the file, we know contained current service
18 people and veterans that we did not have a date of death
19 for, and so that's the kind of information that we've been
20 getting.
21    We've been doing counts on those trying to say
22 when they have a Social Security number, they didn't have a

Page 26

1  Social Security number, whatever other critical information
2  might be there.
3     Q Sure. And would that information be in the
4  e-mails that you've been sending and receiving?
5     A Sure.
6     Q Could we get copies of those?
7     A Sure.
8     Q Okay. Some of the things that we're running down
9  may not be true, and so we're just trying to verify or
10 determine that it's not true, but we've heard stories about
11 how there were 50,000 active-duty veterans from the '70s
12 because some -- the Navy or someone sent some information
13 that shouldn't have been sent or whatever, but have you ever
14 heard any stories like that?
15    A Well, I heard that DOD made an announcement,
16 before they got a good count, of the records that were
17 released, but nothing about Navy sending something they
18 weren't supposed to.
19    I mean, we got data, this DMDC interface. We have
20 them as all branches of services, including Reserves and
21 National Guard. So we've got all of them. So it should be
22 everybody that's in the service, as far as I can tell, which

Page 27

1  would be 1.3 million people.
2     Q Okay. And the C&P office in Washington, were they
3  aware of that too?
4     A Aware of?
5     Q The fact that all the active -- current
6  active-duty personnel were in BIRLS.
7     A I'm sure they were aware of it. Did they think of
8  it? Probably not whenever you first say, well, it's the
9  BIRLS, which is the veterans' records. That's probably not
10 the first thing you think of, as that it was the enlisted
11 people too.
12    Q Sure. Sure.
13    A But they knew. Everyone should know.
14    Q And there's been a lot of turnover in Washington.
15 Are there people in the C&P office that have been around
16 long enough to be aware of the fact that the active-duty
17 people were added --
18    A Yes.
19    Q -- in the early '90s?
20    A Yes.
21    Q Okay. Can you give me some names of people?
22    A ███████ --

Page 28

1     Q Uh-huh.
2     A -- is a name I can think of, and I think of him
3  because I saw his name in some of the -- I think it was on
4  that stuff I gave you this morning. Maybe he was related to
5  that, the project assignment for that.
6     ███████ Okay. I don't remember that name. I
7  remember ███████ being on there --
8     THE WITNESS: Yeah.
9     ███████ but I can't place him.
10    THE WITNESS: Yeah. I don't know him, if he's
11 still around. I don't even know who that is, but Tom
12 Pamparin is a name that I can think of.
13    ███████ Okay.
14    ███████ Is Marquita Brooks [ph] still around?
15    THE WITNESS: She's not around any longer. She
16 wrote the PA, the PIR, at the time.
17    ███████
18    Q Okay. Do you know who in VBA is responsible for
19 maintaining the information on the Privacy Act system of
20 records that corresponds to BIRLS? What I'm talking about
21 is under the Privacy Act, the Department publishes a notice
22 about its system of records and what's in it and how it's

Page 29

1  being used and that sort of thing. Are you familiar with
2  what I'm talking about?
3     A  Just generally, yes.
4     Q  Okay. Do you know who is responsible for doing
5  that?
6     A  Who is the manager of record?
7     Q  Okay.
8     A  I'm trying to think who the last one was because
9  it was Mike Baker for a long time, but he has gone from the
10 VA. I can't think right now.
11    Q  Okay. I'm going to show you a document. I'm
12 going to go off the record before I show it to you, and then
13 we'll go back on and talk about it.
14    A  All right.
15       [Off the record.]
16 ▓▓▓▓▓▓▓ we're back on the record.
17 ▓▓▓▓▓▓▓
18    Q  I have provided you a listing of the Privacy Act
19 system of record for the BIRLS indicating the information
20 that's required under the Privacy Act, and I just wanted to
21 ask you what categories, according to this particular
22 notice, of veterans are indicated as being in the BIRLS

Page 30

1  system.
2     A  Service members who have established -- who have
3  established accounts from which future applications for VA
4  educational benefits is the closest I see for that.
5     Q  For the active duty?
6     A  Right, for the active duty. The idea of including
7  them was because many will have predischarge claims, and the
8  problem was that whenever they have a claim with the VA
9  before their discharge, there was a Form 3101 or something
10 that had to be filled out. It was sent to the National PRC,
11 National Personnel Records Center. They had to try to get
12 the service information, fill it out, send it back to the
13 regional offices. It was causing a huge delay in getting
14 the benefits to the vet. So that's when we decided to start
15 pulling in the enlistments, so that we have a record for
16 them and we can more easily verify that they are indeed
17 eligible for these benefits when they submitted a claim.
18    Q  Okay. And what would be the relationship to the
19 category of all enlistments versus just the one that's
20 described in this particular system of record?
21    A  That's described in this, this would be a subset
22 of all enlisted.

Page 31

1     Q  Okay. So, based on your reading of the document,
2  does the disclosure statement on the BIRLS system currently
3  indicate that all active-duty personnel records are being
4  collected into the BIRLS?
5     A  No, not from this reading.
6     Q  Okay. Have you had any discussions or knowledge
7  of discussions within VBA on why that the disclosure on the
8  system of records doesn't include all the active-duty
9  personnel?
10    A  No.
11    Q  Okay. That's enough of that.
12       As far as the monthly updates from DOD on the
13 active-duty personnel --
14    A  Uh-huh.
15    Q  -- is there -- is there a technician or someone
16 that actually handles getting those updates and loading them
17 into the system, or is it just all done electronically or --
18    A  It's now in Operations. Basically, a file is
19 received by the AAC, and it's -- a run is scheduled by the
20 -- whatever they call the group down there that schedules
21 the runs.
22       I have a technician that is responsible. If

Page 32

1  there's a problem, they can give us a call, and we help
2  resolve what the problem is.
3     Q  Would you all be able to get a record to show that
4  an update was recently received from DOD with the enrollees
5     A  Probably.
6  ▓▓▓▓▓▓▓ Okay. ▓▓▓▓▓▓▓ Do you have any
7  questions?
8  ▓▓▓▓▓▓▓ No.
9  ▓▓▓▓▓▓▓
10    Q  Has there been anything that we've talked about
11 today that you would like to add to or clarify?
12    A  I'd just like to go back over the list of what you
13 need from me.
14    Q  Okay. We can do that after we go off, end your
15 testimony.
16    A  Okay. Otherwise, I don't have anything else to
17 add.
18 ▓▓▓▓▓▓▓ Okay. Well, we will end your
19 testimony, then.
20       [Whereupon, the sworn testimony of ▓▓▓▓▓▓▓
21 concluded.]
22       - - -