**X**

**From:** ▓▓▓▓▓▓▓▓ (VACO) [John Doe]
**Sent:** Thursday, April 20, 2006 9:55 AM
**To:** Tran, Dat (VACO); Beads, Calvin
**Subject:** April 2006 BIRLS extract file

Dat and Calvin,

The April 2006 BIRLS extract file is at V:\Policy & Planning\Sensitive Data\BIRLS APR 2006 (RAW)\birls_combo.

The file contains 26,503,436 records and each record is 581 bytes long.

It took about forty minutes to copy the file from my C:\ drive to the V:\ drive.

▓▓▓▓▓▓

6/6/2006    (1n2)

449