Administrative Investigation: Lost

Page 1

DEPARTMENT OF VETERANS AFFAIRS

OFFICE OF INSPECTOR GENERAL

WASHINGTON, D.C.

Administrative Investigation: Lost Data

CONDUCTED BY

███████████████

Office of Inspector General

SWORN TESTIMONY OF

MICHAEL MOORE, Acting Director,

Policy Analysis Service

Thursday, May 18, 2006

[TRANSCRIPT PREPARED FROM AN AUDIOTAPE RECORDING.]

MALLOY TRANSCRIPTION SERVICE

(202) 362-6622

Page 2

1   PROCEEDINGS
2   ███████████████ with the Office
3   of Inspector General, Office of Investigations, and with me
4   ███████████████ Office of Investigations, ███████████
5   of Audit. Today is May 18th, and we're about to interview
6   Mr. Mike Moore.
7       Would you raise your right hand, please? Do you
8   swear or affirm that the information you are about to
9   provide is the truth, the whole truth, and nothing but the
10  truth?
11      MR. MOORE: I do.
12  Whereupon,
13              MICHAEL MOORE
14  was called as a witness and, after having been first duly
15  sworn, was examined and testified as follows:
16              EXAMINATION
17  ███████████
18      Q  And for the record, would you state your name and
19  title, please?
20      A  Michael [inaudible] Moore, Acting Director, Policy
21  Analysis Service, Executive Assistant.
22      Q  Okay. Could you first start out by telling us

MALLOY TRANSCRIPTION SERVICE (202) 362-6622

Page 3

1   when you heard about the theft and from whom and what
2   involvement you had from that point on?
3       A  I heard about the theft in a meeting that Michael
4   McLendon called of the whole staff. I think that was last
5   Tuesday or Wednesday. I'm not sure the exact date. It was
6   probably Tuesday.
7           And in that meeting, Mike McLendon gave some
8   remarks, some introductory remarks. Then he -- he mentioned
9   that Wayne had agreed to speak to everyone to let everyone
10  one what had happened from a point of view of to make
11  everyone aware of what might happen, and he -- he thanked
12  ███████ for being very brave to come forward and speak, and so
13  Wayne talked, and this was a meeting of the staff where I
14  guess there were probably, maybe 15 people in the room.
15          And do you want me to talk about what ███████ said
16  or --
17      Q  Well, not necessarily. Can you -- can we back up?
18  Are you in his supervisory chain?
19      A  Yes.
20      Q  Are you his direct -- what is the relationship?
21      A  In two aspects. One on paper, I am his
22  supervisor. Operationally, Dat Tran supervises him. Dat is

Page 4

1   in charge of the data, knows those studies, those analyses
2   that are about putting together databases from various
3   sources, analyzing those databases. ███████ is a programmer
4   who does analysis on the computer. He's worked directly
5   with Dat in that respect.
6           With ███████, I handle routine matters of
7   supervision such as annual leave.
8       Q  Do you do his performance appraisal?
9       A  Yes, I do, with an input from Dat. Dat gives me
10  an input on the work that he's done. Also, I talk to Susan
11  Krumhaus. Susan Krumhaus is a GS-14 under my supervision
12  who handles the National Survey of Veterans, which is a
13  recurring survey, every 5 years, and ███████ does programming
14  directly under Susan's supervision together with the
15  National Survey of Veterans. So Susan gives me input, Dat
16  gives me input, and that's how I do his performance rating.
17      Q  So what projects was he working on, and what
18  databases did he need to do those projects?
19      A  Well, I do not know. Dat handled that.
20      Q  So you don't get involved at all in the -- in the  b6
21  project end of his -- of his work?                          b7C
22      A  No.

Page 1 - Page 4

79

Page 5

2  Q  Would you be familiar enough to know that the
3  BIRLS file is something that he would use on a semi-routine
4  basis?
5  A  Now I'm aware. Now I'm aware. I had no idea that
6  he was doing it at home.
7      I -- I was aware that he was doing things here in
8  the office from his computer here, but --
10  Q  Did he have a telework agreement?
11  A  I'm not aware of that. No. I'm not aware that he
12  has a telework agreement.
13  Q  And was he ever given compensatory time for any
14  work that he did at home?
15  A  Very infrequently did he ever ask for annual leave
16  or anything toward that where he might have been working at
17  home. I -- I pretty much thought he did all his work here.
18      He does ask for leave, like one hour here or
19  there, different days through the week.
21  Q  But he never asked you to have comp time because
22  he worked 6 hours over the weekend on projects?

Page 6

1  A  I don't think so. If he did, that was very rare.
2      Dat would be a better reference, you know, on what
3  he was doing and how much and if he needed comp time, but
4  I'm -- I don't know.
6  Q  Did he ever ask you your permission to take data
7  home?
8  A  No.
10  Q  What is the organizational chart here? Who is --
11  actually, who are you over? Are you supervisor for Dat?
12  A  No.
13  Q  No?
14  A  No.
15  Q  Maybe you can outline that out for us, visualizing
16  who supervises whom and --
17  A  There's Mike McLendon.
18  Q  Okay.
19  A  And there are three pieces.
20  Q  Okay.
21  A  Three divisions. I have the first division called
22  Policy Analysis Service.

Page

1  Q  Okay.
2  A  I have six people who are supposed to be policy
3  analysts.
4  Q  And who are they?
5  A
6  Q
7  A  Susan Krumhaus.
8  Q  Uh-huh.
9  A
11  Q  Okay. And all those people are supposed to be
12  policy analysts. Is that what ███ has been doing?
13  A  Not exactly. Wayne prefers to be a programmer
14  when we've had him in the service. Dat -- well, and we've
15  had him in the service where he fluxed. We had a
16  reorganization basically put together by Mike McLendon about
17  2 years ago that was kind of not approved, and then after
18  several iterations directly with the Secretary, pieces of it
19  were approved, but not implemented. So I'm sure we're
20  similar to other organizations.
21  Q  Do any of your other --
22  A  Now, I should finish answering your question.

Page

1  Q  Oh, I'm sorry. Go ahead.
2  A  There are three pieces. I have the first piece.
3  ███ as the second piece in an acting capacity.
4  She is a GS-14. Steve Meskin was an SES and then an SL.
5  The chief actuary is the second piece. The third piece is
6  data development and analysis under Dat Tran, who is also
7  acting. Dat is a GS-14.
8      Each of those three pieces theoretically is a 15
9  or an SES. I am a permanent 15. I am executive assistant
10  to the director for the National Center for Veterans
11  Analysis and Statistics which theoretically, technically, is
12  still in the books in HR. This is all convoluted, and it's
13  all complicated, but I -- I've been acting since August
14  23rd, 2004, as director of the service. I mean, I can go
15  farther, but it's probably not necessary to answer your
16  question.
17  Q  Well, okay. So we have the organization in three
18  pieces. Let's go back to your organization where ███
19  ███ resides. Okay?
20  A  Yes.
21  Q  So you do his evaluation appraisal?
22  A  Yes.

b6
b7C

80

Page 9

1  Q  You get input from Dat --
2  A  Yes.
3  Q  -- and Krumhaus?
4  A  Right.
5  Q  Now, Krumhaus is one of your --
6  A  Yes.
7  Q  -- subordinates.
8  A  Yes.
9  Q  How is it that you're getting something -- some
10 input from one of your subordinates for another subordinate?
11 I don't --
12 A  As I mentioned, ███ does programming --
13 Q  Right.
14 A  -- and do you understand programming?
15 Q  Do I understand it?  No.
16 A  Yes.  What it means, a programmer is someone who
17 goes into the Austin mainframe or mainframe databases and
18 writes programming language --
19 Q  Okay.  Got you.
20 A  -- which then has a data file that's produced off
21 the mainframe according to what instructions are put in the
22 mainframe.

Page 10

1  Q  Right.
2  A  ███ does that.
3  Q  Okay.
4  A  So ███ very technical.
5  Q  Right.
6  A  But he works directly with Susan, so much so that
7  Susan said to me early on, about a year and a half ago when
8  I started becoming supervisor, how is this going to work,
9  are you going to directly supervise ███ or am I going to
10 continue directly supervising ███  Susan was directly
11 supervising ███ because they worked so closely on National
12 Survey of Veterans.
13 ███
14 Q  Are they both 14's?
15 A  Yes.
16    So that's how ███ came to be in our service.
17 because Susan is kind of like a one-person coordinator of
18 this National Survey of Veterans, which is one of the key
19 surveys of veterans that's done by the VA, and Susan
20 coordinates all the pieces, VHA, everyone.
21 Q  So is ███ programming in that capacity?
22 A  Yes.

Page 11

1     Now, he was first doing that, working for Susan,
2  with the National Survey, but Dat started working with him
3  -- I don't know -- maybe a year ago, you know, because Dat
4  was doing so much work about putting together databases and
5  doing matching on databases.
6  ███
7  Q  Would Dat -- so anything that -- that ███ was
8  doing with regard to the survey really would be -- what's
9  her name?
10 A  Susan Krumhaus.
11 Q  Susan would be the person that discussed.  Now,
12 with Dat -- is there any overlap of responsibilities between
13 Susan's project and Dat's project?
14 A  No.
15 Q  No?
16 A  I would say very little, if any.
17 Q  Okay.
18 ███
19 Q  I'm getting the sense that the majority of his
20 work was with Dat.
21 A  In your concern, yes.  When you're talking about
22 what he had at home and --

Page 12

1  Q  Right.  And what was the stuff that he had done
2  for Susan?
3  A  Stuff he had done for Susan, I'm guessing.  I have
4  no knowledge if he had any of that at home.
5  Q  The stuff he did for Susan?
6  A  Right, the stuff he did for Susan.
7     But -- no.  No, he didn't because Susan's stuff
8  was all done by a contractor, you know, as far as putting
9  together that National Survey report.  It was done by a
10 contractor.
11 ███
12 Q  Now, he told us that he was attempting to get
13 Social Security numbers, to get Social Security numbers for
14 veterans who had been called by the contractor and match
15 that up with some BIRLS data.  Am I on the right track here?
16 ███ Something to that effect, yeah.
17
18 Q  And that he was doing that work at home?         b6
19 A  For Susan?                                       b7C
20 Q  Yes -- well, no.  He didn't say for Susan.  That's
21 what -- I mean, he didn't say one way or the other.
22 ███ But it was Susan's type work.

Page 13

1  ▮▮▮ it seems like he was kind of doing it
2  on his own.
3       THE WITNESS: On his own?
4  ▮▮▮
5    Q  It was that he was taking a -- that he said he was
6  taking a personal interest in, in an attempt, so we
7  understand to --
8    A  Well --
9    Q  -- to take that 45-minute interview and free up
10 some time for some other types of questions by getting BIRLS
11 data automatically from --
12   A  Oh. That's an interesting idea.
13   Q  Okay. Now, that would be Susan's area; is that
14 correct?
15   A  Could be. Could be. I mean, I'm guessing.
16   Q  Yeah.
17   A  But let me be clear. Susan's last report was
18 already done, finished, and I don't know if I have a copy.
19   Q  Now, was there going to be another survey done?
20   A  Well, there's a report done every 5 years.
21   Q  Uh-huh.
22 ▮▮▮

Page 14

1    Q  So the last one was what year?
2    A  So the last one is done. The last one was done
3  probably about 2 or 3 years ago.
4  ▮▮▮
5    Q  He said something about the National Survey.
6    A  That's what's going on.
7  ▮▮▮
8    Q  Would you know -- would you be in the position to
9  commission those projects?
10   A  Commissioning? What does that mean?
11   Q  Getting initiated. I mean, Susan works for you.
12 Susan was in charge of the survey. Okay?
13   A  Yes.
14   Q  Would you be in the loop in terms of getting
15 prepared for the next survey, once they start getting
16 prepared for the next survey, and -- and initiate with maybe
17 new ideas about how to do the survey and so forth? Did any
18 of that discussion come to your table at all?
19   A  Not really.
20   Q  No?
21 ▮▮▮
22   Q  And this is Susan's --

Page 15

1    A  Not really. I should be clear. No. No.
2    Q  Susan's role is national coordinator?
3    A  Well, lots of people on the staff, many people on
4  the staff have been working directly with Mike McLendon, our
5  Deputy Assistant Secretary. He takes a very hands-on
6  approach working directly with staff, and he's worked
7  directly with Susan on the National Survey.
8       I -- I have a very tangential role.
9  ▮▮▮
10   Q  Okay. Did Susan ever come to you --
11   A  She does from time to time.
12   Q  -- with regard to --
13   A  Once every 2 or 3 weeks.
14   Q  Has she ever come to you with regard to having any
15 problems with -- with ▮▮▮
16   A  No.
17   Q  This is with regard to data.
18   A  No.
19 ▮▮▮
20   Q  And has he ever talked to you about what he calls
21 a "fascination project"?
22   A  What is that?

Page 16

1    Q  I think that is what we were just describing.
2    A  Is that what he calls it?
3    Q  That's what he called it to us.
4  ▮▮▮
5    Q  His fascination.
6    A  What?
7    Q  His fascination. He's not saying that's what
8  anyone here would call it.
9       You didn't know about anything he was trying to do
10 to simplify the survey or identify people that were
11 responding to the survey?
12   A  Not in specific, no. The only time I ever learn
13 what's going on is when I go over and I talk to Susan and I
14 ask her, which I do from every 2 or 3 weeks, go over and say
15 how are things going, you know, and her usual answer is "I'm
16 dying," you know. There is so much to do, and I said,
17 "Well, is there any way I can help now?" All these
18 contractors, they don't understand. I'm doing the
19 questions, but have to rewrite them. So it's more of me
20 initiating, going over to her and -- and there's -- there's
21 usually very little -- very little or anything about ▮▮▮
22       I just did performance appraisals mid-year

MALLOY TRANSCRIPTION SERVICE (202) 362-6622

Page 13 - Page 16

Page 17

1  reviews. Do you know what --
2     ▮▮▮▮▮▮▮▮
3     Q  Uh-huh.
4     A  And so I talked to ▮▮▮, and I think I asked
5  about -- I'm sure I just did his, and -- yeah. We just did
6  this about 1 month ago, so didn't note any problems at that
7  point. Now --
8     Q  In that, did he talk about this project? Did you
9  do a narrative?
10    A  I'm about to show you. I asked him to prepare for
11 me a bullet listing of what he's doing.
12    Q  Okay. And it says that for a National Survey of
13 Veterans, prepared and mailed CDs to requester, and that's
14 it. Could we get a copy of this?
15    A  I guess you can. Yeah. So this is --
16    ▮▮▮▮▮▮▮▮
17    Q  This is something he prepared.
18    A  Right. I asked him to give me a rundown, what he
19 was working on.
20       As you'll see from his appraisal, what I tried to
21 do was I tried to -- tried to give a general umbrella
22 approach to what he's doing that links it with the mission

Page 18

1  and objectives and goals of the office, but provide enough
2  freedom so that he can be doing his projects within that.
3     I don't know if you want a copy of that.
4     ▮▮▮▮ think so.
5     ▮▮▮▮ Yes, I think so too. We'll take a
6  copy right after --
7     ▮▮▮▮▮▮▮▮
8     Q  Let me ask you this. With regard to these special
9  -- these specific projects, we have to talk to the
10 individuals probably. Right?
11    A  I can just make a copy after.
12    Q  Being his administrative head, do you get involved
13 in at all in classifying him his sensitivity level, his
14 position sensitivity level?
15    A  Can you say that again?
16    Q  The sensitivity level of the position that he has
17 --
18    A  Yeah.
19    Q  -- allows him access to certain levels of data in
20 a system. Do you as his administrative head get involved in
21 designating that level of sensitivity, or is that -- is that
22 a -- is that a -- you know, that's your security post? His

Page 19

1  positions, his 2280 should have a position sensitivity
2  level, and typically the supervisor or HR or someone, based
3  on the position description, fills that out and says this
4  person has a certain level of sensitivity and therefore has
5  access to a certain level of information. Do you get in
6  involved in those, those decisions at all?
7     A  No.
8     ▮▮▮▮▮▮▮▮
9     Q  This may be a question for Dat. You had talked
10 about he actually goes to -- Wayne goes into these offices
11 and picks databases, finds a program and I assume it's like
12 extracts from that database through these programs. Do yo
13 know what types of systems, or does he have access to all
14 the mainframe stuff at Austin?
15    A  I'm not sure. You know, I've worked in this
16 office, Office of Policy and Planning, since '91. That's 15
17 years. I've had a lot of experience working around
18 statisticians. I'm not aware of people taking files home.
19 So it was very surprising to me, people were doing that.
20    I am very familiar with people working at Austin
21 mainframe from here.
22    Q  Right.

Page 20

1     A  I'm very familiar with scrambling SSN numbers and
2  having ways that people can not be traced and be very
3  cognizant of not having personally identifiable information,
4  very cognizant about it.
5     So it's extremely surprising, if not shocking,
6  that what's happened.
7     Q  Well, that brings a point up in my -- he talked
8  about he used to have -- now he has a desktop here, but he
9  used to have a laptop that he said he left up here, a
10 Government laptop that he used to bring it home on a regula
11 basis. Are you aware of employees that have laptops that
12 bring them home?
13    A  I did not know he used a laptop.
14    Q  He doesn't now, but he said in years past, he had
15 a laptop, a Government laptop.
16    A  Years past, and I did not know about that.
17    Q  So you're not aware of any employees that have
18 laptops?
19    A  I am aware of other employees that have laptops.
20    Q  And are you aware of whether they bring laptops
21 home periodically?
22    A  ▮▮▮▮▮▮▮▮ would be the best source.

Page 21

1    You know, I'm aware of people that use laptops --
2    Q  Right.
3    A  -- you know, take them home, and, you know, I have
4    heard about that, but ▓▓▓▓ has total control on who has
5    what.
6    Q  Okay. I guess what I'm getting at is would there
7    be concern that people that have laptops are taking home
8    this type of sensitive data.
9    A  Well, like I said, I've been here 15 years, Office
10   of Policy and Planning. So I've had a lot of opportunities
11   to know who's doing what or just to be aware.
12       Of course, computers are -- are much more powerful
13   now than they used to be, but I worked alongside, around
14   many statisticians, and I'm not aware of anybody that was
15   taking anything home that were sensitive databases.
16   ▓▓▓▓
17   Q  Did he ever ask you permission to take home this
18   data?
19   A  No.
20   ▓▓▓▓ I'm pretty much set.
21
22   Q  Just another thing is that Mr. Johnson told us

Page 22

1    that he had SAS software loaded on his home computer. Would
2    you be aware of employees that have --
3    A  No. No. ▓▓▓▓ should be aware. I don't
4    know -- I don't know what restrictions are -- there are, if
5    any. Some -- some software, you can load on other -- you
6    know, you can load it on a PC, you can load it on a laptop.
7    Sometimes there's that software license --
8    Q  Right.
9    A  -- sometimes not, but ▓▓▓▓ should have
10   been aware if that was going on.
11   Q  Okay.
12   ▓▓▓▓
13   Q  And do you know what project, if any, he's working
14   on that involved a mustard gas database?
15   A  Well, that you mention that, ▓▓▓▓ is our
16   analyst who has mustard gas. So, I mean, you telling me
17   that, I wouldn't -- I would know who mustard gas is ▓▓
18
19   Q  Okay.
20   A  But the database itself, no. I wouldn't know
21   exactly what database.
22   Q  And did -- but did you know that ▓▓▓▓ was

Page 2

1    working on something related to the mustard gas?
2    A  Well, let's see if I was aware or not. He says
3    here it was for Dat Tran. Mustard gas using administrative
4    data to find plausible matches for veterans in ▓▓
5    ▓▓▓▓ mustard gas file.
6    Q  Okay.
7
8    Q  We should have to ask Dat if he asked him to help
9    Joe.
10   A  And this is one of the projects under Dat Tran.
11   ▓▓▓▓
12   Q  What does the organization do? Other than the
13   security awareness, cyber security, does the organization,
14   your unit here, not just your unit, but the higher position
15   here, what do they do, if anything, to sort of education and
16   remind people of the importance of not just -- you know,
17   data integrity, cyber security, we're always aware of -- you
18   know, when we talk about security, a lot of times we're
19   talking about intrusions and so forth and so on, but is
20   there any specialized program that you all have in this
21   section here to regularly remind the people of the
22   importance of -- of data, handling data, whether it's on a

Page

1    computer or moving it?
2    A  We do all the things that are required, and ▓▓
3    ▓▓▓▓ would be the best source on that. We do our privacy
4    programs, you know, security, all those things. ▓▓
5    supervises that, you know, that those programs are done.
6        Now, in addition to that, ▓▓▓▓ formally works
7    one on one with people. So it's kind of like more of a
8    hands-on approach. So formal program, no, but the informal
9    program is probably more effective, you know, knowing who's
10   doing what.
11   Q  Right.
12   ▓▓▓▓ That's all I have.
13
14   Q  Dat reports directly to who?
15   A  Mike McLendon.
16   Q  Okay.
17
18   Q  He's the acting chief or whatever of the Data
19   Analysis Section?
20   A  Service director. There are three service
21   directors.
22   Q  A service director. And you three all were -- go

Page 25

1  directly to Mike.
2  A  Right.
3  Q  Okay.
4  ▓▓▓▓▓▓▓▓
5  Q  Is that it?  Do you have anything you want to say
6  before I turn the tape off?
7  A  ▓▓▓▓▓▓▓ is a terrific employee.  He's very
8  conscientious.  He -- he is completely goodwill.  There is
9  -- I think he's been an exemplary employee.  So there's --
10 there's -- you know, I can't say enough good things about
11 him as a person and professionally and as well as he works
12 with everyone.  I think he's a very good man.
13     I think it took a lot of courage.  He made phone
14 calls, you know, that morning when it happened.  He's been
15 completely straightforward and aboveboard.  So, you know,
16 for those things, I just wanted to say that.
17 ▓▓▓▓▓▓▓  Thank you.
18     [Whereupon, the sworn testimony of MICHAEL MOORE
19 concluded.]
20     - - -
21
22

b6
b7C

85