███████(OIG)

**From:** O'Neill, James J. (51A-OIG)
**Sent:** Saturday, June 24, 2006 8:23 AM
**To:** Wooditch, Jon (OIG); ███████(OIG); ███████M. (OIG); ███████(OIG); ███████(OIG); ███████(OIG); ███████E. (OIG)
**Subject:** Fw: Memo for the Record
**Importance:** High
**Attachments:** Dat_Tran_Supervisor.pdf

---

James O'Neill

-----Original Message-----
From: Opfer, George J. (OIG)
To: O'Neill, James J. (51A-OIG)
Sent: Sat Jun 24 07:43:10 2006
Subject: Fw: Memo for the Record

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Tran, Dat (VACO)
To: Bowman, Thomas G. (00A); Opfer, George J. (OIG); McClain, Tim; Hutter, Paul
CC: Romley, Richard M.
Sent: Fri Jun 23 17:36:56 2006
Subject: Memo for the Record


Dat_Tran_Supervis
or.pdf (52 KB...

<<Dat_Tran_Supervis███████r.pdf>>
Various questions have been raised regarding my professional relationship with ███████ and whether or not I was ███████ supervisor. I would like to take this opportunity to submit a memorandum for the record regarding these questions.

1

# Memorandum

To: Tom Bowman
George Opfer
Tim McClain
Paul Hutter

Cc: Rick Romley

From: Dat Tran

Date: June 23, 2006

Various questions have arisen regarding my professional relationship with ▓▓▓▓▓ and whether or not I was ▓▓▓▓▓ supervisor. ▓▓▓ and I have been professional colleagues within the Office of Policy and Planning for the past few years; however, I was not nor have I ever been his supervisor.

▓▓▓ has been one of the most competent data analysts in the office. I have been a regular user of his work product, and have appreciated his responsiveness to my needs and the needs of those working for me.

Some of the questions that have been raised are set forth below, as are specific responses to those.

**Were you the supervisor of ▓▓▓▓▓?**

No. I was, however, a consumer of the analytical product that he produced.

**Why are there emails from you to him directing him to perform certain data analysis or programming work?**

As one of the consumers of his products, I had to tell him the needs we had for data. I would assume that others in the Office of Policy

and Planning who were also customers of his would have similar email requests to him.

**Why is it that, when he took leave, he emailed you to tell you if you weren't his supervisor?**

████ was a conscientious and competent employee. When he departed, he wanted his customers to know that he would not be available to provide services they might expect from him. In addition, I was one of two individuals in the Office of Policy who was authorized to certify leave for employees.

**It has been suggested that Michael A. Moore was his "Administrative Supervisor", while you were his "Operational Supervisor."**

Those are not terms commonly employed within the department. The concept is simply not implemented here. A supervisor is a supervisor. That's it. The supervisor is responsible for developing the employees work plan, assuring that the employee adheres to that plan, evaluating his or her performance, recommending the employee for monetary or other awards, etc. Consistently, I believe you will find that Michael Moore has performed those functions with regard to ████.

Organization charts for the Office of Policy and Planning clearly show that ████████ was not, nor had he ever been, one of my direct reports.

In evaluating an employee, and in particular, one like ████████ who performed services for a number of others in the office, a supervisor may ask those consumers about the quality and timeliness of his work. I was pleased to provide that input to Michael Moore, and invariably expressed my satisfaction and appreciation for ████ contribution to the office.

240

**If you were not his supervisor, why is it that Mike McLendon asked you to speak with him after his home had been burglarized and his computer and hard drive stolen?**

When ▓▓▓ reported this theft to Mike McLendon, it was immediately obvious that the theft involved not just the hardware, but sensitive data relating to veterans. My background is both technical and analytical. I understand the capabilities of the hardware involved, and I also understand the data that is available in the office and the uses to which it might be put. Quite frankly, I understand both of these better than Michael A. Moore. For that reason, Mike McLendon asked me to speak with ▓▓▓ to make an initial assessment as to what was actually lost in this theft.

I understand that, when asked, ▓▓▓ stated that I was his supervisor. That statement is inaccurate. We were colleagues. I valued his contribution to the work that I did. We often discussed requirements, and I appreciate his responsiveness to the needs that I and those working with me had.

To further clarify that I have never been ▓▓▓▓▓▓ supervisor, I have attached several documents for your reference.

241

## Office of Policy, Planning, and Preparedness (008)
(Revised September 20, 2005)

### Employee

**Dennis Duffy, Acting Assistant Secretary for Policy, Planning, and Preparedness (008)**

| Name | Phone | Room Number | Intercom No. |
|---|---|---|---|
| Dennis Duffy, Acting Asst. Sec. | 273-▓▓▓▓ | 304 | ▓10▓ |
| Laura O'Shea | 273-▓ | 310 | |
| | 273-▓ | 307 | |
| | 273-▓ | 300A | |
| | 273-5▓ | 315A | |

**Michael McLendon, Deputy Assistant Secretary for Policy (008A)**

| Name | Phone | Room Number | Intercom No. |
|---|---|---|---|
| *Michael McLendon* | *273-5182* | *302* | *2111* |
| Dr. Katherine Wallace | 273-6564 | 317M | 2141 |
| Michael Moore | 273-▓ | 315K | 2147 |
| | 273-5▓ | 304A | ▓ |

**Michael Moore, Acting Director of Policy Analysis Service (008A1)**

| Name | Phone | Room Number | Intercom No. |
|---|---|---|---|
| | 273-▓ | 317L | ▓ |
| | 273-▓ | 317C | |
| [John Doe] | 273-8972 | 317G | 2135 |
| Susan Krumhaus | 273-5108 | 315C | 2159 |
| | 273-▓ | 317H | |
| | 273-▓ | 317M | |
| | 273-▓ | 317J | |

**Stephen Meskin, Chief Actuary/Director, Office of the Actuary (008A2)**

| Name | Phone | Room Number | Intercom No. |
|---|---|---|---|
| *Stephen Meskin* | *273-5081/5062* | *315L* | ▓ |
| | 273-▓ | 317M | |
| | 273-▓ | 315E | |
| | 273-▓ | 315B | |
| | 273-▓ | 315H | |
| | 273-▓ | 315D | |
| | 273-▓ | 315I | 2▓ |
| | 273-▓ | 317N | 2▓ |
| | 273-▓ | 317E | 2▓ |

**Dat Tran, Acting Director, Data Management and Analysis Service (008A3)**

| Name | Phone | Room Number | Intercom No. |
|---|---|---|---|
| *Dat Tran* | *273-6482* | *337* | |
| | 273-▓ | 339 | |
| | 273-▓ | 334E | |
| | 273-▓ | 335D | |
| | 273-▓ | 335A | |
| | 273-▓ | 315G | |
| | 273-▓ | | |

b6
b7c

242