UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : <br> : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 |
| This Document Relates To: <br> ALL CASES | : <br> : <br> : |

## AFFIDAVIT OF CHARLES L. CLARK

PERSONALLY appeared before me Charles L. Clark, who first being duly sworn, deposes and states that:

1. My name is Charles L. Clark. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit. I have personal knowledge of the facts set forth herein, except as specifically stated.

### AS AN INDIVIDUAL

2. I am a named Plaintiff in the above captioned case and a veteran of service in the United States Navy and a combat veteran of World War II and a radiation-exposed veteran of the occupation of Nagasaki.

3. I have filed one or more claims for benefits from the United States Department of Veterans Affairs ("VA") due to the adverse health effects caused by my in-service radiation exposure.

4. I first learned of the May 3, 2006, theft of veterans' personal information from media reports of a public announcement on or about May 22, 2006. Upon hearing of the May 3, 2006, theft, I was upset and concerned that my personal information

might be among the stolen records and had been available to identity thieves for nearly three weeks before I was notified of the theft.

5. On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee. This letter further increased my worry and concern regarding the risk of having my identity stolen and my finances ruined because of the May 3, 2006, theft.

6. On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

7. Due to the May 2006 theft of personally identifiable information maintained by the VA, I have suffered from anger, stress and sleeplessness. I feel that I have been placed at risk of financial ruin and humiliation by VA. It has caused me great anguish to think that all I have worked for over six decades may be lost because of the May 3, 2006, event. I believe that my personality has been affected because of the low mood that I feel when discussing it or hearing about similar events in the news.

8. I simply do not believe VA when it says that there is nothing to worry about. Since hearing about the loss of my information, I have spent much more of my time checking my bank and other financial accounts to assure myself that nothing bad has happened to them.

9. I continue to worry about the security of my personally identifiable information maintained by the VA, the possibility that my information is actually in the hands of a thief waiting for a future opportunity to steal my identity, and about the potential for similar future information security breaches.

**AS AN OFFICER OF RADIATED VETERANS OF AMERICA, INC.**

10. I am a member and President of Radiated Veterans of America, Inc. ("Radiated Veterans"), which is a named Plaintiff in the above captioned matter.

11. Radiated Veterans is a non-profit organization dedicated to advocate for members of the United States armed forces who were of may in the future be exposed to ionizing radiation in service. Radiated Veterans has approximately 40 members, including myself and named plaintiff James E. Malone. Through my discussions and interactions with organization members, I have personal knowledge that the majority of the members of Radiated Veterans are United States military veterans.

12. On or about June 2006, I was authorized by the members of Radiated Veterans to cause the organization to become a party in this action and represent the individual veteran members in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Charles L. Clark

SWORN to and subscribed before me,

this 10 day of March, 2007.

_____
Kailike Cobb
Notary Public for State of Hawaii

My commission expires: Oct. 8, 2010