## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS : <br> AFFAIRS (VA) DATA THEFT : <br> LITIGATION : <br> _____ : <br>  : <br> This Document Relates To: : <br> ALL CASES : <br> _____ : | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

### AFFIDAVIT OF DAVID CLINE

PERSONALLY appeared before me David Cline, who first being duly sworn, deposes and states that:

1.    My name is David Cline.  I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2.    I have personal knowledge of the facts set forth herein, except as specifically stated.

3.    I am a named Plaintiff in the above captioned case.

4.    I am a veteran of service in the United States Army and was a rifleman with the 25th Infantry Division and a disabled veteran of the Vietnam War.

5.    I received three Purple Hearts for wounds received in combat, the Bronze Star for bravery, the Combat Infantry Badge, and other Vietnam service medals.

6.    I am a member of Veterans for Peace, Inc.

7.    I have filed one or more claims for benefits from the United States Department of Veterans Affairs ("VA").

8.   I first learned of the May 3, 2006, theft of veterans' personal information from media reports of an announcement made on or about May 22, 2006.

9.   Upon hearing of the May 3, 2006, theft, I was upset and concerned that my personal information might be among the stolen records and had been available to identity thieves for nearly three weeks before I was notified of the theft.

10.  On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee. This letter further increased my worry and concern regarding the risk of having my identity stolen and my finances ruined because of the May 3, 2006, theft.

11.  On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

12.  Due to the May 2006 theft of personally identifiable information maintained by the VA, I have suffered from stress, including sleeplessness, headaches, anger, and worry.

13.  I do not believe that anyone knows for sure whether my personal information was copied from the stolen hard drive and I remain fearful and anxious of the impact on my personal dignity from the embarrassment and emotional pain of having my savings or credit stolen because of identity theft.

14.  As a totally disabled veteran, I am dependent on my veterans' benefits and I continue to worry about the possibility that someone could use my personally

identifiable information lost by the VA and use it in the future steal my benefits

checks.  Such an event would be devastating humiliating to me and I am

particularly angry at VA for causing me the worry and stress of this situation.


FURTHER AFFIANT SAYETH NOT.

_____
David Cline


SWORN to and subscribed before me,

this __21st__ day of __Mar__, 200__7__

_____
Notary Public for ___JENNIFER S. YUN___
                    NOTARY PUBLIC OF NEW JERSEY
                    My Commission Expires Jan. 12, 2008
My commission expires: _____

JENNIFER YUN
NOTARY PUBLIC
NEW JERSEY