## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS : <br>
AFFAIRS (VA) DATA THEFT :<br>
LITIGATION :

Misc. Action No. 06-0506 (JR)<br>
MDL Docket No. 1796

This Document Relates To: :<br>
ALL CASES :

## AFFIDAVIT OF JAMES E. MALONE

     PERSONALLY appeared before me James E. Malone, who first being duly sworn, deposes and states that:

1.     My name is James E. Malone.  I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2.     I have personal knowledge of the facts set forth herein, except as specifically stated.

3.     I am a named Plaintiff in the above captioned case.

4.     I am a veteran of service in the United States Navy from July 1960 to August 1964 during which time I was exposed to radiation from United States atomic testing.

5.     I am a member of Radiated Veterans of America, Inc. and have personal knowledge that most members of the organization are United States military veterans.

6.     I have filed one or more claims for benefits from the United States Department of Veterans Affairs due to service-connected conditions.

7.    I first learned of the May 3, 2006, theft of veterans' personal information from media reports of a public announcement made by Defendants on or about May 22, 2006.

8.    Upon hearing of the May 3, 2006, theft, through the news media, I was upset and concerned that my personal information might be among the stolen records and had been available to identity thieves for nearly three weeks before I was notified of the theft.  I immediately contacted my bank and the three credit monitoring companies to check on my accounts.

9.    On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee.  This letter further increased my worry and concern regarding the risk of having my identity stolen and my finances ruined because of the May 3, 2006, theft.

10.    On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

11.    Due to the May 2006 theft of personally identifiable information maintained by the VA, I have suffered from great stress that has caused an increase in the physical symptoms of my already diagnosed Post Traumatic Stress Disorder. Since learning that my personal information had been lost, I have experienced increased difficulty sleeping and concentrating.  I also feel humiliated and personal indignity over the thought that everyone knows my personal information

is floating around the country.  I also have been irritable, particularly when I think of the VA losing my information or see news reports of this or similar events.

12.    I worry about the security of my personally identifiable information maintained by the VA, the possibility that my information is actually in the hands of a thief waiting for a future opportunity to steal my identity, and about the potential for similar future information security breaches.

13.    I continue to check my bank and other financial accounts for theft because I am fearful of losing everything and the impact that would have on me and my family.

FURTHER AFFIANT SAYETH NOT.

_____
James E. Malone

SWORN to and subscribed before me,

this ___20___ day of ___MARCH___, 200_.

_____

Notary Public for ____Arizona____

My commission expires: ___Oct 28 2007___



DON HOWELL
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Commission Expires
October 28, 2007

3