UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS :
AFFAIRS (VA) DATA THEFT :
LITIGATION :
_____ :  Misc. Action No. 06-0506 (JR)
 : MDL Docket No. 1796
This Document Relates To: :
ALL CASES :
 :
_____:

## AFFIDAVIT OF JOHN ROWAN

PERSONALLY appeared before me John Rowan, who first being duly sworn, deposes and states that:

1. My name is John Rowan. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

### AS AN INDIVIDUAL

3. I am a named Plaintiff in the above captioned case.

4. I am a veteran of service in the United States Air Force, serving from July 1965 to December 1967.

5. I have filed one or more claims for benefits from the United States Department of Veterans Affairs.

6. I first learned of the May 3, 2006, theft of veterans' personal information from media reports of an announcement made by Defendants on or about May 22, 2006.

7. Upon hearing of the May 3, 2006, theft, I was upset and concerned that my personal information, and possibly that of my spouse, had been available to identity thieves for nearly three weeks before I was notified of the theft.

8. On or about May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee. This letter confirmed and deepened my concerns and worry regarding the risks of having my identity stolen and my credit and financial accounts plundered.

9. On or about August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

10. Due to the May 2006 theft of personally identifiable information maintained by the VA, I have suffered from anxiety over the threat of harm from identity theft as a result of the loss. I fear a destruction of my credit and the anguish that would cause me and my family. The anxiety and fear has impacted my personal behavior and caused me sleeplessness, anger and worry.

11. I continue to worry about the security of my personally identifiable information maintained by Defendants, the possibility that my information is actually in the possession of one or more thieves only waiting for a future opportunity to steal my identity, and about the potential for similar future information security breakdowns.

## AS AN OFFICER OF VIETNAM VETERANS OF AMERICA, INC.

12. I am a member and the current President of the Vietnam Veterans of America, Inc., ("VVA"), which is a named Plaintiff in the above captioned matter.

13. VVA is a Congressionally-chartered national veterans' service organization with approximately 53,400 members, essentially all of whom are United States military veterans.

14. Through my discussions and interactions with VVA members, I have personal knowledge that numerous members of VVA have submitted one or more claims for benefits to the Department of Veterans Affairs.

15. On or about June 2006, I was authorized by the directors of VVA to cause the organization to become a party in this action and represent the numerous interested individual VVA members in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
John Rowan

SWORN to and subscribed before me,

this 22 day of March, 2007

_____
Notary Public for _____
My commission expires: Oct 1, 2008

MARIANN HASTABA (ROWAN)
COMMISSIONER OF DEEDS
CITY OF NEW YORK 4-3687
COMMISSION EXPIRES JAN. 1, 19____
Oct 1, 2008

4726029.1

3