UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS :
AFFAIRS (VA) DATA THEFT :
LITIGATION :
                                           :
_____ :    Misc. Action No. 06-0506 (JR)
                                           :    MDL Docket No. 1796
This Document Relates To:         :
ALL CASES                              :
                                           :
_____ :

### AFFIDAVIT OF KURT UNO RUDOLPH EDGAR LENNARTSSON

PERSONALLY appeared before me Kurt Uno Rudolph Edgar ("Kurt") Lennartsson who first being duly sworn, deposes and states that:

1. My name is Kurt Uno Rudolph Edgar Lennartsson. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I am a resident of the State of California. I am the Principal and Owner of Kurt Lennartsson Consulting. My duties include consulting in security and software architecture, engineering and government-supported security certifications for software. My business address is 984 La Palma Place, Milpitas, CA 95035.

3. I hold an Electronics Engineering degree from Karlstad Technical College (Älvkullen) in Sweden. My resume is included as Attachment 1 to this Affidavit. Since graduation from Karlstad Technical College, I have been employed by the following companies in the positions and for the dates indicated list.

   - Dicro Dator AB, Stockholm, Sweden, Support Manager - Micro Computers, 1983 to 1984;
   - Cat Trading AB, Helsingborg, Sweden, Sales Engineer and Consultant in Electronics and Computers, 1984 to 1985;
   - Special Elektronik AB, Helsingborg, Sweden, Sales Engineer & Hardware Developer, 1985 to 1986;
   - Aptus AB, Helsingborg, Sweden, Product Manager - Computer Security Systems, Chief Hardware Architect, 1987 to 1991;

- Ericsson Infocom Consultants AB, Karlstad, Sweden, Information Security Manager & Consultant, 1991 to 1995 (managed IT security for all four offices of EIC and supervised group of computer security consultants);

- Protect Data AB, Stockholm, Sweden, Director of Product Management, 1995 to 1998 (member of company's executive team and headed Product Management and the team designing the company's second generation disk encryption product);

- Protect Data Security, Inc., Walnut Creek, CA, Vice President of Technology, 1998 to 2001 (co-founded the company's U.S. headquarters, responsible for Product Management and Architecture and development of company's products, co-inventor of Virtual Smart Card and PicturePIN);

- Pointsec Mobile Technologies, Inc., Walnut Creek, CA, Senior Vice President of Strategy, 2001 to 2003 (co-inventor of picture-based passwords and HD encryption, oversaw strategic attainment of critical security certification projects - FIPS 140 certification and Common Criteria EAL4); and

- RedCannon Security, Inc., Fremont, CA, Vice President of Technology and Engineering, 2003 to 2005 (Responsible for product security architecture, heading engineering teams in U.S. and India, co-inventor of two data security patented inventions).

4. Since starting my own company, Kurt Lennartsson Consulting, I have specialized in advising companies in computer system security architecture and security system analyzing and also been supervising certification projects for FIPS-140 and Common Criteria Security Certifications. I have more than 20 years experience in working in the data security field.

5. I am a Certified Information Systems Security Professional ("CISSP") (Certification No. 31209). The CISSP certification is awarded by the International Information Systems Security Certification Consortium, which is responsible for establishing and maintaining a common framework of security terms and principles which allows information security professionals worldwide to discuss, debate, and resolve matters pertaining to the profession. A CISSP certification requires demonstration of a working and current knowledge of all aspects of information security including: access control, information security and risk management, operations security, physical (environmental) security, security architecture and design, and telecommunications and network security.

Certification requires several years of relevant experience, successful completion of a 6 hour examination, and the sponsorship of another individual holding the certification in good standing. A CISSP certification is widely recognized as the most prestigious professional certification in the computer security industry.

6. I have authored or co-authored several professional articles regarding computer security matters, including the following:

- Emergency Memo: "Collaborate in a Crisis," www.securitymag.com/CDA/ArticleInformation/features/BNP_Features_Item /0,5 (Jan. 26, 2006);
- http://www.csoonline.com/talkback/072604.html, Talk Back, "Does your company regulate portable storage devices?" (Jul. 26, 2004); and
- http://www.computerweekly.com/Articles/2002/12/04/191398/keep-your-company-data-safe-by-securing-your-mobile.htm, "Keep Your Data Safe By Securing Your Mobile Workforce" (Dec. 4, 2002).

7. I have been a speaker or panelist at computer security seminars and events, including:

- Panelist, SV Passport event: "New Security Technologies for Protecting Sensitive Data," Palo Alto, CA (Sep. 14, 2006);
- Panelists and Speaker, SurfaLugnt dagen, "Safe Internet Surfing" Stockholm, Sweden, (Sep. 19, 2006);
- Speaker, Silicon Vikings, "Mobile Security Trends," Palo Alto, CA (Jun. 16, 2005); and
- Speaker, RSA Conference, "Trusted Computing Comes With a Warning," San Francisco, CA (Apr. 16, 2002).

8. The purposes of this affidavit is to provide facts, analyses, and my opinion regarding: (1) consensus computer and data security practices; (2) the methods and devices of data and personal information theft; and (3) representations of the Department of Veterans Affairs ("VA") in the above captioned matter.

9. I have personal knowledge of the facts set forth herein, except as specifically stated.

## DEFINITIONS

10. An "application" or "application program" is a high level program that computer users interact with to accomplish a desired task or tasks. Applications include word processors

(e.g., Word, WordPerfect), spreadsheets (e.g., Excel) and office managers (e.g., Outlook). Applications accept user commands (i.e., typing, mouse clicks) and interact with the computer's operating system (see below) to perform the tasks required to perform the desired function (e.g., copy a file).

11. "DOS" (for "Disk Operating System") was the most widely used operating system (see below) on Intel-based personal and laptop computers in the 1980s and 1990s. DOS is a text based system that requires specific commands be typed by the operator to perform disk access functions. Originally marketed by Microsoft Corporation, DOS has been largely replaced by the "Windows" operating system. DOS, however, still provides a basis for many Windows functions and DOS can be directly accessed from Windows.

12. "FAT" (for "File Access Table") is a table that serves an index for where the operating system will physically find files on a storage media such as a hard disk.

13. A "hard drive" ("HD"), also commonly known as a "hard disk" or a "hard disk drive" ("HDD"), stores digitally encoded data. A hard disk can be viewed as a set of platters on top of each other rapidly rotating on a spindle. Each platter has two magnetic surfaces. Under the control of the computer's operating system, information is written to or read from a HDD by a magnetic "head" on the end of an arm passing over concentric rings on a platter surface called "tracks." Each track is further divided into a number of pieces called "sectors", which are the smallest unit of information that can be read from or written to a HDD. When reading from a hard drive, magnetic impulses on the specified disk area are converted into a series of '0s' and '1s' by the head, which, in turn, are assembled into information displayed to the computer user. Modern hard drives have four, six, or more platters and a corresponding number of arms stacked together.

14. LINUX is a version of Unix operating system invented by Linus Torvald. He then made the code available for free to other developers to participate in the further development of the system. Linux runs on PCs and is a competitor to the Windows operating system.

15. The "New Technology File System" ("NFTS") is the standard file system of the Windows operating system. NFTS is essentially an improved FAT system.

16. An operating system (or "OS") is a computer program that manages the hardware and software resources of a computer. At the foundation of all system software, an operating system performs basic tasks such as controlling and allocating memory, prioritizing system requests, controlling input and output devices such as network cards and hard drives, and managing files. The OS also provides the capability for higher level computer programs, such as Microsoft Word, to function and access a computer's hard drives, memory, and file system. Widely used personal computer and laptop computer operating systems include Microsoft DOS, Linux, and various versions of UNIX, Microsoft Windows, and Microsoft Vista. Each operating system has advantages and disadvantages, including different security strengths and weaknesses.

17. A "sector" is a sub-division of a track on a magnetic hard drive or optical disk. A sector stores a fixed amount of data. The typical formatting of a modern computer hard drive creates sectors holding 512 bytes of information.

18. A "track" is a logical concentric division of a disk platter surface. Each track is divided into sectors.

19. UNIX is a popular multi-user operating system developed at Bell Labs in the early 1970s. Its ability to work on almost all computer platforms combined with its low price (free or almost free) made it a popular choice among universities and, over the last decade, with corporations and enthusiasts.

20. Windows is a popular operating system for personal computers and laptops produced by Microsoft Corporation.

## KEY TECHNICAL CONCEPTS

21. Access to data on a hard drive is normally controlled by a computer's operating system and is transparent to the user. When a user drags a file to a folder or otherwise commands moving a file onto or off of a hard drive, the computer's OS prepares and executes the specific commands to the hard drive components to move the arms and position the magnetic head to read or write magnetic bits from or to the appropriate platter, track and sector in the hard drive. In this way, this type of hardware specific activities are a part of the automatic operation computer so that applications (such as a word processor) do not have to know the detailed workings of the particular hard drive or hard drives installed in the computer to function correctly. Although each operating system functions slightly differently, they each leave traces of information connected to each file on the disk, such as when a file was created, modified or last accessed.

22. There are several ways, however, to examine, or even copy, the contents of a hard drive without leaving behind any information regarding the examination or copying. Several special computer programs exist for this purpose. These programs are easy to use and can be run from within the computer's existing operating system. These special programs can read information from the disk without leaving traces because they bypass the normal operating systems and can issue read commands without ever writing any information back to the disk.

23. Examples of methods of copying files from a portable hard drive without leaving detectable indications include: (1) use of a sector-by-sector copy program; (2) a disk file copy program, and (3) hardware designed for making untraceable copies. All of these tools are widely available.

24. The most direct way to get an identical copy of all the content of the disk is to use a specially designed disk imaging or sector-by-sector copy program. Such program that will make an identical copy of the content from one disk to another disk without leaving any trace. This type of program reads the information stored on a hard drive piece by piece in sequential order without ever writing to the source disk and writes the exact same information piece by piece to the new disk. The second copy can then be used to analyze or extract data.

25. One method to obtain a copy of a hard drive without leaving any trace is by booting from a CD (or even from a simple boot diskette), loading a general operating system such as DOS or Linux and starting the copy program. The program takes direct control of accessing the hard drive and bypasses the operating system on the hard drive to be copied. As the copy program intentionally does not leave access information such as timestamps as the does the operating system, no traces of the access are created. Copied disks can even be used to start the laptop and run any installed application to give a data thief direct access to data stored in the application's native format using the copy to preserve the original without changes.

26. Another method that can be used to copy information from a hard drive without leaving a trace is a disk file copy program. A person can simply copy the files on a hard disk by starting the computer from a CD or diskette loaded with DOS. Starting a computer in this way bypasses the installed Windows or Linux operating system. Files on the hard drive could be listed and copied to separate media (e.g., CDs, DVDs) using basic DOS commands.

27. I have personally used each of the above techniques many times in my work of analyzing the strength of disk and file encryption software. One particular tool I have used is available from Active Data Recovery Software as a free download at

http://www.download.com/Active-NTFS-Reader-for-DOS/3000-2094_4-10225436.html?tag=lst-0-3. "NTFS Reader for DOS" is a freeware tool that provides read access to NTFS partitions within the DOS environment. A user can preview files on NTFS drives and copy files from NTFS to FAT volumes or network drives. The product can be run from DOS bootable media, so a computer can be started from a CD or diskette prepared with the NTFS reader. The program can then be used to search and copy any or all of the files from the external hard drive to other media without leaving any traces on the hard drive or the computer.

28. Another software product that can be used to copy data from a hard drive without leaving any traces is "g4u" ("ghost for unix"). This program allows easy cloning of hard drives by uploading compressed images of a hard drive to a FTP server. As the hard disk is processed bit-by-bit as an image, any file system and any operating system can be cloned using this program. The software is available from the vendor at http://www.feyrer.de/g4u/#whatisit.

29. Other software products that can make complete undetected copies of hard drives are also available. "HDClone" copies the complete contents of hard disks and other storage media on a physical level. This permits creation of backups and copies of complete operating system installations without leaving any traces. http://www.miray.de/products/sat.hdclone.html#basc or http://www.disk-image.net. "Active@ Disk Image" performs backups of complete systems to another hard drive or to the network server storage. Finally, publicly available information on the web, for example, http://www.duxcw.com/digest/Howto/hd/cpyhd/ cpyhd2.htm, describes additional ways to copy the contents of one hard disk to another using standard DOS tools without leaving detectable traces.

30. An individual can also use hardware devices to remove data from a hard drive without leaving any trace. One such device is the Hard Drive Copier device from Storage Heaven. The Storage Heaven drive copier is a handheld device that is connected to a source hard drive and another hard drive is plugged into the target device port. Using this device, the data on a large hard drive can be copied in a matter of hours without using any computer and without leaving any trace whatsoever on the source drive. The device is available on the web at http://store.storageheaven.com/index.asp?PageAction=VIEWCATS&Category=74.

31. The ImageMASSter Solo-3 IT is a complete, inclusive High Speed Data Duplication Tool that is capable of copying data from laptop hard drives and a wide variety of other digital media. With the integrated Link MASSter Option, data can be copied from unopened computers using the FireWire or USB2 interface. This device allows data to be copied to two other hard drives simultaneously. Again, no trace of the data copying remains after the operation. http://www.diskology.com/solo3it.html.

32. I have personally performed such non-detectable information copying on many occasions during assignments analyzing the strength of software solutions aimed at protecting data stored on hard drives.

### PRINCIPLES OF COMPUTER DATA SECURITY

33. Organizations operating computer systems have a duty to safeguard sensitive data, such as Privacy Act records, from unauthorized access. A fundamental requirement for an organization, such as the VA, to implement an adequate information security program is to have policies and procedures in place establishing the safeguards selected and documenting the bases for them. A large number of professional organizations and government agencies have developed recognized policies processes, procedures,

hardware and software to safeguard information. I summarize a few of these widely recognized standards and guidelines in the following paragraphs.

34. The international computer information technology community has developed generally applicable consensus standards and best practices for the administrative, software and hardware safeguarding of sensitive data stored on computer systems, including ISO/IEC 17799, "Information Technology – Security Techniques – Code of Practice for Information Security Management," and ISO/IEC 27001, "Information Technology – Security Techniques – Code of Practice for Information Security Management Systems," and their predecessors. I am familiar with these standards and associated best practices from my education, training, and experience in the computer security industry.

35. There are also internationally recognized standards for the technical evaluation of information system security evaluations. The most known is the internationally recognized "Common Criteria," which can be found at http://www.commoncriteriaportal.org. The Common Criteria process establishes a level of confidence that the security functionality and assurance measures of information systems meet requirements.

36. The United States government has developed a broad array of standards, policies, and guidelines applicable to federal agency information technology security practices based on industry and international standards. Of particular significance to this case, the United States National Institute of Standards and Technology ("NIST") and the Office of Management and Budget ("OMB") have been very active in developing "generally accepted principles and practices" for federal computer system safeguards. Relevant OMB and NIST publications and standards are discussed below.

37. OMB Circular No. A-130, available since February 8, 1996, provides uniform government-wide information resources management policies. In particular, OMB

Circular A-130 requires that federal agencies "ensure that information is protected commensurate with the risk and magnitude of the harm that would result from the loss, misuse, or unauthorized access to or modification of such information." Circular A-130, included as Attachment 2, further requires that agencies limit "the sharing of information that identifies individuals" and to "impose appropriate conditions on use where a continuing obligation to ensure the confidentiality of the information exists." The head of each federal agency was assigned the responsibility to ensure that "the information policies, principles, standards, guidelines, rules, and regulations prescribed by OMB are implemented appropriately within the agency."

38. Appendix III to OMB Circular No. A-130 is entitled, "Security of Federal Automated Information Resources." This Appendix, included as Attachment 3, establishes a minimum set of controls to be included in Federal information technology system security programs and, among other things, provides a definition of "adequate security" and specifies the requirements for a "System Security Plan." Further, OMB clearly states that "the need to determine adequate security will require that a risk-based approach be used" including "consideration of the major factors in risk management: the value of the system or application, threats, vulnerabilities, and the effectiveness of current or proposed safeguards."

39. The Computer Security Division of the NIST Information Technology Laboratory has issued "Standards for Security Categorization of Federal Information and Information Systems" ("FIPS PUB 199"). This document, included as Attachment 4, is one of a series of publications relating the standards and guidelines adopted and promulgated by NIST under the provisions of Section 5131 of the Information Technology Reform Act of 1996 and the Federal Information Security Management Act of 2002. All federal agencies are required to use the information security categorizations in FIPS 199.

        Further, security categories are required to be used in conjunction with vulnerability and threat information in assessing the risk to an organization's information.

40. NIST Special Publication 800-14, "Generally Accepted Principles and Practices for Security Information Technology Systems," established a baseline for federal organizations to use to establish and review their infomration technology security programs. The document, included as Attachment 5, contains generally accepted system security principles and common practices that are used in securing information technology systems. For example, the guidance specifies that an "audit trail should include sufficient information to establish what events occurred and who (or what) caused them."

41. NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems," details the specific controls that should be documented in a security plan prepared by a federal agency. The document, included as Attachment 6, highlights that the fundamental underpinning of a security plan is that management authorization should be based on an assessment of management, operational, and technical controls.

42. NIST Special Publication 800-53, "Recommended Security Controls for Federal Information Systems," provides guidelines for selecting and specifying security controls for information systems supporting federal agency operations and is included as Attachment 7. The guidelines in this document apply to all components of an information system that processes, stores, or transmits federal information. The document provides detailed guidance on specifying and selecting minimum security controls for federal information systems. A fundamental principle emphasized in this document is the management of organizational risk. To establish an effective framework

for selecting appropriate security controls, the risks to the system must be assessed and properly managed.

43. The "Federal Information Technology Security Assessment Framework," published by the NIST Computer Security Division, provided detailed guidance on implementing the security criteria in OMB Circular A-130 and the NIST publications. This document, included as Attachment 8, establishes specific criteria for complying with minimum federal information technology security requirements.

44. General Accounting Office publication "Federal Information System Control Audit Manual" ("FISCAM"), included as Attachment 9, establishes a methodology and provides guidance in evaluating controls over the confidentiality, integrity, and availability of data maintained in federal agency information systems.

## SAFEGUARDS AND THREAT ANALYSES

45. Based on available information, I understand that the VA computer system hosting the Beneficiaries Identification Records Location Subsystem ("BIRLS") system of records is physically located at the VA Data Processing Center in Austin, Texas. The system uses magnetic tape and disks for automated storage of information, with backup copies maintained on magnetic tape. Information, including BIRLS, is accessed through a data telecommunication terminal system with various terminal locations. Remote on-line access to the system is also available to individuals.

46. I further understand that there were no hardware or software safeguards employed by the VA against transferring files from the VA Data Processing Center system to computers at VA offices, employees' laptops, or employees' personal storage media (i.e., CDs, memory sticks). By software safeguards, I mean software that was designed to detect unusual (e.g., large) file transfers and either (1) prevent such transfers; (2) require specific authorization before permitting such transfers; or (3) provide an alarm and/or