**Kurt U. Lennartsson,** CISSP                                   984 La Palma Pl. • Milpitas, CA 95035
Mobile phone: +1 (925) 451 4394
Email: kurt_lennartsson@yahoo.com

### Profile

Results oriented highly qualified senior executive, consultant, CTO, VP of Engineering, Security Product Architect. and Certified Information System Security Professional CISSP (Cert # 31209) 20+ years of experience within the data security field, including mobile device security (data encryption systems), PKI, firewalls, intrusion detection/prevention systems, VPN's, smartcards, content control, and AAA authentication systems. Co-inventor of five patent applications in the security field. Headed several government mandated security certification projects for both FIPS 140 and Common Criteria (EAL4).

Proven professional history of developing security architectures, leading teams of developers producing highly regarded security products and creating strategic alliances. Extensive and broad knowledge in the security field and has a healthy curiosity for emerging technologies coupled with understanding of business processes and product management and product development that results in a unique ability to help guide organizations strategic direction to success.

**Experience**       **Kurt Lennartsson Consulting,**                                   Milpitas, CA
                     *Security Technology and Engineering*                              6/2005 to Present

- Advising in Product Strategy and Product Management
- Represents clients at strategic customer meetings
- Specializes in Security Architecture and software design
- Mentoring/Supervising teams of managers and developers
- Manages third party relationships for clients including offshore development and testing. (Belarus, Sweden and India)
- Creates processes for optimal SW development and maximizing productivity of each developer
- Supervising certification projects - specialty FIPS-140 and Common Criteria certifications
- Overseeing and contributing to Patent applications and processes

**RedCannon Security, Inc.**                                                            Fremont, CA
*Vice President of Technology and Engineering*                                          5/2003 to 6/2005

- Responsible for architecture and the strategy for new technologies
- Heading Engineering (US and India), QA, Support and partly SE teams 20+ people
- Represents and promotes company at meetings with major Fortune 500 customers, at industry events, trade shows and analyst meetings.
- Manages technical side of OEM relations and partnerships
- Co-inventor of two patent applications in the field

**Pointsec Mobile Technologies, Inc.**                                                  Walnut Creek, CA
*Senior Vice President of Strategy*                                                     8/2001 to 5/2003

- Responsible for Pointsec's products strategy and acquisition of new technologies
- Head of both Engineering and Product Management.
- Represented and promoted company at meetings with major Fortune 500 customers, at

- industry events, trade shows, analyst meetings, seminars, and speaking engagements
- Responsible for strategic alliance with Microsoft Mobility Group, Extended Systems and NEC Software (Japan)
- Oversaw strategic attainment of critical certification projects - FIPS 140 certification and Common Criteria EAL4 (required for many government departments to buy)
- Co-inventor of two patent applications in the field (Picture based Passwords and HD Encryption related patent)
- Managed technical development team of 25 persons located in U.S. and Sweden

**Pointsec Mobile Technologies, Inc.** (Protect Data Security)     **Walnut Creek, CA**
*Acting President and Vice President of Technology*          4/2001 to 7/2001
- Temporarily managed company's U.S. operations during search for new President
- Responsible for Product Management, Architecture and Design of company's products
- Supervised company's development organization
- Maintained responsibility for strategic partners


**Protect Data Security, Inc.**                               **Walnut Creek, CA**
*Vice President of Technology*                               4/1998 to 3/2001
- Co-founded the American HQ of PDS (Renamed to Pointsec Mobile Technologies)
- Responsible for Product Management, Architecture and Design of company's products
- Sought out new security products and established relations with Vendors for European product distribution by parent company Protect Data AB.
- Managed teams located in U.S. and Sweden.
- Co-inventor of one patent application in the field (Virtual Smart Card)

**Protect Data AB**                                          **Stockholm, Sweden**
*Director of Product Management*                             1995 to 4/1998
- Devised and implemented European product distribution strategy.
- Negotiated exclusive contracts with leading security vendors for the North European markets such as Entrust, ISS, TimeStep-VPN (Alcatel), Secure Computing, Sophos AV and more.
- Member of Company's executive management team
- Supervised team of product managers.

**Ericsson Infocom Consultants AB**                          **Karlstad, Sweden**
*Information Security Manager & Consultant*                  1991 to 1995
- Managed IT security for all four offices of EIC and supervised group of computer security consultants.
- Co-started a unit within EIC representing US computer security systems vendors. RSA Inc. (former Security Dynamics Inc, Boston, MA), IRE Inc. (Baltimore, MD – now SafeNet), and Fisher International Systems (Naples, Florida) (Fisher is now called SafeBoot aka Ctrl Break International).
- Project leader and architect of communication solutions for new TR (trouble report) system designed to handle more than 200,000 TR a year from offices in 140 countries.
- Represented company's consultants on Board of Directors.
- Headed company's local engineering employee union.

**Aptus AB** **Helsingborg, Sweden**
*Product Manager - Computer Security Systems, &*   1987 to 1991
*Chief Hardware Architect*

- Sales Engineer for computer security systems from RSA Inc. and SafeNet Inc.
- Head technical contact with U.S. vendors for computer security systems.
- Co-designed computer security call back system.
- Architected and developed HW for advanced computerized access control systems
- Wrote manuals for all Aptus products.

**Special Elektronik AB (Mobile Phones)** **Helsingborg, Sweden**
*Sales Engineer & Hardware Developer*   1985 to 1986

- Sales engineer for mobile phone systems.
- Developed hardware for precursor of cell phones.
- Project leader for construction of new production facility.

**Cat Trading AB** **Helsingborg, Sweden**
*Sales Engineer and Consultant in Electronics and Computers*   1984 to 1985

- Sales Engineer.
- Head technical contact with British vendors.
- Redesigned relay logic machinery to be computer controlled.

**Dicro Dator AB** **Stockholm, Sweden**
*Support Manager - Micro Computers*   1983 to 1984

- Oversaw testing new systems and repairing faulty systems.
- Supervised two Service Technicians and department's budget.

| | | |
|---|---|---|
| **Certifications** | **Certified Information Systems Security Professional (CISSP),** certificate #31209, (ISC)$^2$, 2002. | |
| **Education** | **Älvkullegymnasiet (College)** | **Karlstad, Sweden** |
| | *Engineer, Telecommunications and Electronics* | 1978-1982 |
| **Other** | **Infanteriet 12 (Army)** | **Karlstad, Sweden** |
| | *Military service* | 1982 - 1983 |