## CHIEF INFORMATION SECURITY OFFICER
## AT VA RESIGNS ON PRINCIPLE

**WASHINGTON, July 5 (UPI) --** The chief information security officer of the U.S. Veterans Affairs Department says security problems there weren't his fault.

CISO Pedro Cardenas has resigned his position and been placed on paid administrative leave for his final two weeks of employment. His resignation becomes effective July 13.

Cadenas told Government Executive in an interview Friday that the VA Department's recently crafted IT policy changes placed the responsibility for fixing years of neglect directly on his shoulders. "I just can't do this anymore," Cadenas said. "My conscience and professionalism will not let me stay .... If these agencies want to hire security people they need to let them do their job."

Cadenas said that in three years and seven months working to change the department's IT security policies and procedures, he was never given authority to implement any improvements. He said last month's data theft incident only exacerbated his frustration with being cut out of the decision-making process. He added that during his tenure at the department, he met VA Secretary James Nicholson only once, at a social event. After Cadenas introduced himself, Nicholson reportedly said that he heard that Cadenas' job was important.

"The department has no interest in doing the right thing," Cadenas said. "I was trained to do things the right way, not **the good old boy way**. I am having personal difficulty looking veterans in the eye and telling them that things will be OK." He said he had no future job opportunities lined up.

1

A June 28 directive from Nicholson gives additional powers to the VA's chief information officer, in addition to the authority granted in the department's IT reorganization. It delegates "complete responsibility and complete authority," including that for establishing system access standards, ordering department-wide compliance and reporting any failures to comply.