**Department of
Veterans Affairs**

# Memorandum

Date:    JAN 2 3 2004

From:    Acting Assistant Secretary for Policy, Planning, and Preparedness (008)

Subj:    Review of VA Directive 6500, Information Security Program

To:    Acting Assistant Secretary for Information and Technology (005)

1. Thank you for the opportunity to review the proposed directive. We believe there are issues in this directive requiring further consideration. Those issues involve delegations of authority and organizational responsibilities. Information is a cross-cutting commodity that doesn't lend itself to the oversight and management of one organizational entity. However, as written, this directive gives the perception that the Office of Cyber and Information Security has oversight and control of all information including jurisdiction over other tangential yet separate program areas. Distinction should be made among cyber security, information security, information management, physical security, enforcement authority, continuity of operations, and personnel suitability and security.

2. Primarily, our overall concern is how the VA Information Security Program would incorporate the equally critical yet separate Personnel Suitability and Security Program. We believe that to incorporate the current draft Directive and Handbook 0710, Personnel Suitability and Security Program, into VA Directive 6500, would render the complex area of personnel suitability and security a subsidiary of the VA Information Security Program. Information Security is, in and of itself critical, however information access and security is but one of a number of considerations when determining an individual's suitability and therefore security status or when determining position risk and/or sensitivity levels. Additionally, there is a critical need for the comprehensive and long-awaited Personnel Suitability and Security Program policy that must be disseminated within the Department as soon as possible.

3. VA field facility Human Resources services and others are anxiously anticipating and frequently seeking the updated policy and procedures pertaining to personnel suitability and security issues. Directive 6500 does not provide the critically needed comprehensive policy or guidance concerning VA's Personnel Suitability and Security Program. Also, it does not address the topic of position risk and sensitivity level designations or implementation of the background investigation process. This directive lists Directive and Handbook 0710, Personnel and National Information Security as a reference. The version of Directive and Handbook 0710 dated October 30, 2000, although signed, was ultimately not approved for use within the Department due to technical errors not noted in the original review and concurrence process.

VA FORM
MAR 1989  **2105**

4. Another major concern is the relationship of the Office of Readiness and Emergency Preparedness with the Office of Cyber and Information Security. On Page 10, paragraph 3(c)(18) refers to the ADAS for Cyber and Information Security's responsibility for the development and maintenance of a Department-wide Continuity of Operations (COOP) Plan in accordance with Executive Order 132831. We cannot locate this Executive Order as referenced; however we did find Executive Order 13283, Global Communications, dated January 21, 2003. We are uncertain if this is the Executive Order meant as a reference for the development and maintenance of a Department-wide COOP Plan. VA's COOP Plan was developed in 1999 by the Assistant Secretary for Human Resources and Administration/Office of Security and Law Enforcement in response to Presidential Decision Directive 67. This was the organizational element that had jurisdiction over the development of this policy at that time. Under current organizational structure, the Assistant Secretary for Policy, Planning, and Preparedness is delegated the authority to oversee and manage this Plan.

5. The following comments reflect a few of our concerns regarding Directive 6500:

On Page 4, paragraph 2e(2)(d) "Establishing personnel controls to ensure that all VA employees, volunteers, business associates, and contractors, have completed a background investigation, which shall range from minimal procedures to more stringent procedures, to determine suitability for access to VA Information, commensurate with the risk level and type of access authorized, based on the following;" -- This is an operational as well as management function within the jurisdiction of the Office of Security and Law Enforcement delegated by the Secretary of Veterans Affairs. The Personnel Suitability and Security Program is quite intricate, and involves the integration of Federal personnel laws and regulations.

On Page 4, paragraph 2e(2)(d) 1. through 6. and paragraph 2e(2)(e) are vague. Paragraph 2e(2)(d) #7. is not accurate in that VA does not conduct background investigations.

On Page 5, paragraph 2e(2)(d) 3., first line "Access to classified national security information and/or classified national security information systems." - To our knowledge, VA does not have any system in place as defined by the Federal Information Security Management Act. Additionally, the Department does not have Original Classification Authority and cannot generate any classified national security material or systems without the approval of the President.

On Page 10, paragraph 3(c)(14) provides a responsibility to the ADAS for Cyber and Information Security that is within the scope of the duties and responsibilities of the DAS for Security and Law Enforcement and VA Administration Heads, Assistant Secretaries, Facility Directors, and Other Key

Officials. Also, it is within the scope of the Office of Personnel Management to determine the scope of background investigation requirements. The primary responsibility for OCIS should be for policy formulation and oversight of the cyber security issues. Policy formulation for the physical security of classified national security information, as opposed to information management, should remain within the Office of Security and Law Enforcement. We believe that policy and procedures should be formulated and disseminated by the organizational element with the subject matter expertise and jurisdiction over its program operations. This is in accord with our interpretation of VA Directive 6330, Directives Management, paragraph 3d.

On Page 10, paragraphs 3(d)(1) through (7) delineate the responsibilities of the DAS for Security and Law Enforcement. These responsibilities need further legal review and evaluation by the Office of General Counsel to determine whether they are consistent with the Federal Information Security Management Act and the delegations of authority by the Secretary of Veterans Affairs.

6. We will withhold further comments and concurrence pending the review and outcome of a General Counsel Opinion developed by Staff Groups 3 and 4 that will examine the impact of this directive on the Office of Security and Law Enforcement and the Office of Readiness and Emergency Preparedness.

7. If you have any questions or concerns, please contact Ms. Sherri Jennings, Chief, Security and Investigations Center at 273-5555. If you believe a meeting would be appropriate concerning these matters, we would be happy to meet after the Office of General Counsel has completed its review and developed an opinion.

Dennis Duffy

Department of Veterans Affairs
Washington, DC 20420

VA Handbook 6500
Transmittal Sheet
Updated March 10, 2005

## Information Security Program

**1. REASON FOR ISSUE**: To replace Department of Veterans Affairs (VA) Handbook 6210, Automated Information Systems Security, dated January 30, 1997.

**2. SUMMARY OF CONTENT AND MAJOR CHANGES**: This handbook provides the guidance required to comply with VA Directive 6500 Information Security Program to ensure Department-wide compliance with the Federal Information Security Management Act of 2002, 44 U.S.C. §§ 3541-3549, and related information security issuances pertaining to the security of VA information and information systems administered by VA, or otherwise under the authority, control, or on behalf of VA. This handbook applies to all VA administrations and staff offices, and pertains to the security of all VA information and information systems, at all levels of sensitivity, and at any location or facility.

**3. RESPONSIBLE OFFICE**: Office of Cyber and Information Security (005S), Office of the Assistant Secretary for Information and Technology (005).

**4. RELATED HANDBOOKS**: Relevant VA issuances are cited in the various sections of this handbook.

**5. RESCISSIONS**: VA Handbook 6210, Automated Information Systems Security, January 1997

CERTIFIED BY:

BY DIRECTION OF THE SECRETARY
OF VETERANS AFFAIRS

Robert N. McFarland
Assistant Secretary for
Information Security

Robert N. McFarland
Assistant Secretary for
Information Security

Distribution Electronic Only

**Table of Contents**

*1. INTRODUCTION* ................................................................................... *1*

*2. SCOPE* .................................................................................................. *1*

*3. GOVERNING AUTHORITIES* ................................................................ *2*

*4. ORGANIZATION OF VA SECURITY POLICY* ...................................... *2*

*5. MANAGEMENT CONTROLS* ................................................................ *3*

    **a.. Critical Infrastructure** ............................................................... 3

    **b. System Security Plans** .................................................................. 4

    **c. Information Sensitivity** .................................................................. 5

    **d. Risk Management** .......................................................................... 7

    **e. Rules of Behavior** .......................................................................... 8

    **f. Life Cycle Security Management** .................................................. 9

    **g. Capital Planning** .......................................................................... 10

    **h. Configuration Management** ........................................................ 11

    **i. Certification and Accreditation** .................................................. 12

    **j. Security Controls Review** ............................................................ 13

*6. OPERATIONAL CONTROLS* .............................................................. *16*

    **a. Personnel Security** ........................................................................ 16

    **b. Physical and Environmental Security** ........................................ 17

    **c. Production, Input/Output Controls** ............................................ 18

    **d. Contingency and Disaster Recovery Planning** ......................... 19

    **e. Hardware and Software System Maintenance** .......................... 20

    **f. Data Integrity/Validation** ............................................................ 21

    **g. Documentation** ............................................................................ 23

    **h. Security Awareness and Training** .............................................. 24

    **i. Incident Handling, Response, and Reporting** ............................ 25

*7. TECHNICAL CONTROLS* .................................................................. *27*

    **a. Identification and Authentication** .............................................. 27

    **b. Logical Access Control** ................................................................ 28

    **c. Public Access** ................................................................................ 29

    **f. Audit Trails** ................................................................................... 29

*APPENDIX A, ACRONYMS* .................................................................. *31*

## 1. INTRODUCTION

This Handbook establishes information security policy, responsibilities, and requirements for the Department of Veterans Affairs (VA). These policies are required by and consistent with:

a. The Federal Information Security Management Act (FISMA) 2002 and Government-wide policies, standards, and procedures such as those issued by the Office of Management and Budget (OMB), the Department of Commerce (National Institute of Standards and Technology).

b. This Handbook addresses the management, operational, and technical controls that form the basis for an effective IT security program. It provides direction for protecting the availability, integrity, and confidentiality of VA information contained in VA IT systems.

c. VA Directive 6500, Information Security Program, describes the responsibilities for each level of VA management. In addition, each section in this Handbook includes specific responsibilities related to the security policy addressed. Responsibilities may be further delegated unless otherwise noted. A consolidated table of responsibilities appear as Appendix B.

d. The terms and definitions used in this document are available on the Office of Cyber and Information Security Portal at: *wwva.ocis.va.gov*. The acronyms used in this document are contained in Appendix A .

## 2. SCOPE

The policies contained in this Handbook apply to:

a. All VA offices;

b. All personnel, federal and contractor, and other users such as consultants, students, volunteers, and CWT veterans who interface with or in anyway use VA data and systems, except for the general public who only have access to public websites;

c. All systems categorized as Major Applications (MA) or General Support Systems (GSS);

d. All unclassified information collected, processed, transmitted, stored, or disseminated through the use of a VA MA or GSS.

e. Organizations external to the VA, including other government agencies and contractor organizations, or their representatives, who are granted access to VA's IT resources to manage, host, or operate on behalf of VA and/or develop applications and/or systems for either VA or VA clients.

(1) All non-Major Applications are covered by the security measures of the GSS that supports them. The general public, accessing publicly available VA web sites, is not covered by this policy unless specifically noted.

(2) A General Support System is defined as an interconnected set of information resources under the same direct management control which shares common functionality. Such a system normally includes hardware, software, information, data, applications, communications, and people.

(3) A Major Application is defined as an application that requires special attention to security due to the risk and magnitude of the harm resulting from the loss, misuse, or unauthorized access to or modification of the information in the application.

## 3. GOVERNING AUTHORITIES

a. The Office of Management and Budget (OMB) and the National Institute of Standards and Technology (NIST) set the policy and provide the procedural guidance on information technology security for the entire Federal government and all security documentation is based on their direction.

b. The major sources for direction in this Handbook are listed below. Each section of this document cites other authorities specific to the topic.

(1) Federal Information Security Management Act of 2002 (FISMA)

(2) Office of Management and Budget (OMB) Circular A-130, "Management of Information Resources," Appendix III, "Security of Federal Automated Information Resource"

(3) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(4) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

c. A listing of all authorities and references used to determine the requirements for and development of VA policy, as well as the documents themselves, can be found on the Office of Cyber and Information Security Portal at: wwva.ocis.va.gov.

## 4. ORGANIZATION OF VA SECURITY POLICY

a. This Handbook is based on NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems". Since OMB has made use of the NIST SP 800-26 mandatory for internal reviews, and since external reviews use the same reference, this document uses the same topical sequence of security controls, i.e., management, operational, and technical. This organization will assist VA offices and activities to ensure compliance with FISMA.

b. The sections of this Handbook are organized in a manner that will permit changes to be readily identified when it is reorganized to comply with an update to NIST SP 800-26. The VA IT Security Policy Framework can be found in Appendix C of this Handbook.   It provides a guide to critical VA security publications.

c. The Office of Cyber and Information Security has determined that in cases where NIST guidance is adequate for VA security purposes, and no special conditions exist that would make ancillary guidance necessary, VA organizations will follow NIST guidance. Where OCIS has deemed it necessary or desirable for reasons of clarity, consistency or convenience, a subordinate handbook will be issued. These handbooks are identified under the appropriate section in this Handbook and in the VA IT Security Policy Framework.

## 5. MANAGEMENT CONTROLS

Management controls for security include policies and procedures that can be used to mitigate risks. They focus on the stipulation of information protection policy, guidelines, and standards, which are carried out through operational procedures to fulfill VA's mission and goals.

### a.. Critical Infrastructure

**(1) Purpose**

(a) The Department of Veterans Affairs is responsible for maintaining an adequate level of security for its information systems. In order to fulfill this responsibility, cost-effective security must be built into and made an integral part of all VA information systems.

(b) Critical infrastructures are those physical and cyber-based systems essential to the minimum operations of the VA. Critical infrastructure protection involves activities that enhance the security of cyber and physical public and private infrastructures that are critical to national security, national economic security, or national public health and safety.

**(2) Authorities** - Presidential Decision Directive 63, "Critical Infrastructure Protection"

**(3) Responsibilities**

(a) **Assistant Secretary for Information and Technology** is responsible for establishing and managing the information technology aspects of the VA Critical Infrastructure Protection Program.

(b) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for developing and maintaining VA information security policy.

(c) **Other Key Officials** are responsible for developing and maintaining information security programs that comply with government-wide and VA information security policy. They will ensure that an Information System Security Officer (ISSO) is assigned responsibility for security of every GSS and MA under their purview. The ISSO will report to the System Owner.

**(4) Requirements** - An overall framework must be in place that ensures the continuing security of sensitive and/or critical information and systems. Every VA information security program must include:

(a) Determining the business requirements for security;

(b) Performing risk assessments;

(c) Establishing security policy;

(d) Implementing a security program that encompasses people, processes, and technology to mitigate identified security risks; and

(e) Monitoring and managing security continuously.

b. **System Security Plans**

(1) **Purpose** - The System Security Plan (SSP) documents the security controls that protect each Major Application (MA) and General Support System (GSS). The SSP provides an overview of the security requirements for each system and describes the controls in place or planned for meeting those requirements. It also delineates responsibilities and expected behavior of all individuals who access the system.

(2) **Authorities**

(a) Office of Management and Budget (OMB) Circular A-130, "Management of Information Resources," Appendix III, "Security of Federal Automated Information Resource"

(b) Public Law 107-347, E-Government Act of 2002

(c) Federal Information Security Management Act of 2002 (FISMA)

(d) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(e) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(f) NIST Special Publication 800-47, "Security Guide for Interconnecting Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology** provides direction to VA components on the Certification and Accreditation (C&A) process  The Assistant Secretary for Information and Technology also may act as an Approving Official (AO) as part of the C&A process for Major Applications that have Department-wide scope.

(b) **Assistant Deputy Assistant Secretary for Cyber and Information Security,** when acting as a Certifying Official during the C&A process, reviews each SSP for compliance with Federal guidelines and recommends approval or disapproval of the document to the Assistant Secretary for Information and Technology.

(c) **Other Key Officials** are responsible for the following for systems under their control and may be AOs or COs, as appropriate for the system being reviewed:

1. Ensuring that SSPs are prepared, implemented, and maintained;

2. Approving and signing Memoranda of Understanding/Agreements (MOU/A) for Interconnecting systems;

3. Ensuring that Interconnection Security Agreements and System Interconnection Implementation Plans are developed and signed as necessary.

(4) **Requirements**

(a) A System Security Plan is required for each VA Major Application and General Support System. Applications that do not meet the definition of a Major Application are covered by the security controls of their supporting GSS.

(b) SSPs must be developed using the templates provided by the Office of Cyber and Information Security.

(c) SSPs must be reviewed annually or when either current operating conditions or the risks to system operations change. They must be updated after these reviews as necessary.

(d)  SSPs must be stored in a protected area since they contain information about the security of VA IT systems, including limitations on safeguards.

(e)  **System Boundaries**

<u>1</u>.  Every system is defined by constructing logical boundaries around a set of processes, communications, storage, and related resources.  The elements within these boundaries constitute a single system requiring a security plan.  All components of a system need not be physically connected. Each element of the system must:

<u>a</u>.  Be under the **same** direct management control;

<u>b</u>.  Have the **same** function or mission objective;

<u>c</u>.  Have essentially the **same** operating characteristics and security needs; and

<u>d</u>.  Reside in the **same** general operating environment.

(f)  **Multiple Similar Systems** - For systems that differ only in the responsible organization or the physical environment in which they are located, SSPs may be developed that are identical except for the areas of difference.  This approach provides consistent levels of protection for similar systems.

(g)  **Interconnectivity Agreements**

<u>1</u>.  System interconnection is defined as the direct connection of two or more IT systems for the purpose of sharing data and other information resources. System interconnection must be appropriately protected, so that it will not result in a compromise of all connected systems and the data they store, process, or transmit.

<u>2</u>.  NIST guidance for planning, establishing, maintaining, and disconnecting systems must be rigorously followed.  Every MA and GSS pair must have the following interconnectivity documents completed:

<u>a</u>.  A <u>Memorandum of Understanding/Agreement</u> (MOU/A) that describes the terms and conditions for sharing data and information resources in a secure manner. The MOU/A must be signed by both parties to the agreement.The MOU/A must define the purpose of the interconnection; identify relevant authorities; specify the responsibilities of both organizations; and define the terms of agreement, including apportionment of costs and the timeline for terminating or reauthorizing the interconnection. The MOU/A should not include technical details pertaining to how the interconnection is established or maintained; that is the function of the ISA.

<u>b</u>.  An <u>Interconnection Security Agreement</u> (ISA) that specifies the technical and security requirements for establishing, operating, and maintaining the interconnection. The ISA supports the MOU/A by specifically documenting the requirements for connecting the IT systems. It describes the security controls that will be used to protect the systems and data, contains a topological drawing of the interconnection, and provides a signature line.

<u>c</u>.  A <u>System Interconnection Implementation Plan</u> (SIIP) that describes all aspects of the interconnection effort, centralizes them in one document, and clarifies how and when technical requirements, specified in the ISA, will be implemented.

c.  **Information Sensitivity**

(1)  Information security controls are based on the need to protect: 1) the sensitive information used by applications; and 2) their critical data processing support such as facilities, computers,

networks, and applications. Determining the sensitivity level of the information to be stored, accessed, and processed within a system establishes the basis for the security controls and is one of the major factors in risk management. Information sensitivity levels are determined by considering the requirements for information availability, integrity, and confidentiality.

(2) **Authorities**

(a) Privacy Act of 1974 and its amendments

(b) Health Insurance Portability and Accountability Act of 1996 (HIPAA)

(c) OMB Circular A-130, Appendix III, "Security of Automated Information Resources"

(d) OMB Memorandum M-02-22, "Guidance for Implementing Privacy Provisions of the E-Government Act of 2002"

(e) FIPS Publication 199, "Standards for Security Categorization of Federal Information and Information Systems"

(f) NIST Special Publication 800-60, Volume I and Volume II, "Guide for Mapping Types of Information and Information Systems to Security Categories"

(g) NIST Special Publication 800-66, Draft, "An Introductory Resource Guide for Implementing the Health Insurance Portability and Accountability Act (HIPPA) Security Rule"

(h) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(i) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(j) VA Handbook 6502.2, "Privacy Impact Assessment"

(3) Responsibilities

| Deleted: ¶ |
| --- |
| ¶ |

(a) **Assistant Secretary for Information and Technology**, as part of the Certification and Accreditation (C&A) process, is responsible for ensuring that information sensitivity is appropriately determined and that the necessary privacy safeguards are provided for the sensitive information contained within VA systems.

(b) Other Key Officials are responsible for ensuring that information sensitivity has been determined, that a privacy information assessment (PIA) is conducted for each GSS and MA under their control, that privacy vulnerabilities are identified in the appropriate POA&M, and that mitigation action is promptly taken.

| Deleted: that a PIA has been conducted consistent with DOL guidance.¶ |
| --- |

(4) **Requirements**

(a) **Information Sensitivity Assessment**

1. Every VA GSS and MA must have an Information Sensitivity Assessments that addresses confidentiality, integrity, and availability. The assessment must be used as the basis for developing and maintaining appropriate system security controls. Information sensitivity assessments will be developed using the template provided by the Office of Cyber and Information Security.

2. Care must be taken to assign an appropriate level of sensitivity for each system. A high sensitivity level imposes stringent security controls and documentation requirements that can result in a high cost for compliance. Low sensitivity levels may not provide adequate protection for the information, the infrastructure, or the facility. Assigning an appropriate level of

2. The results of the risk assessments are entered into the POA&M for each GSS and MA;

3. Necessary mitigation activities are completed as quickly as possible commensurate with the identified risk.

**(4) Requirements**

(a) Each GSS and MA must have a completed risk analysis to ensure that it is protected at a level of risk that has been determined to be acceptable by management. Risk Assessments will be developed using the template provided by the Office of Cyber and Information Security. A business/mission impact analysis must be conducted for each GSS and MA during the risk assessment.

(b) Risk assessments must be completed, at a minimum: 1) every three years; 2) as a result of an adverse finding from a security controls review; 3) as the result of an incident; or 4) whenever significant changes are made to a system, its architecture, or any of its major components.

(c) All risk assessments must be reviewed annually. The result of the annual review must be documented and stored as part of the system risk assessment.

(d) Risks identified and the corresponding mitigation plan must be incorporated into the system POA&M.

**e. Rules of Behavior**

**(1) Purpose** - Rules of Behavior (ROB) are a personnel security control. They delineate the responsibilities and expected behavior of all individuals with access to a specific system and state the consequences of inappropriate behavior.

**(2) Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b) VA Directive 6001, "Limited Personal Use of Government Office Equipment inclujding Information Technology, 06/28/00"

**(3) Responsibilities**

(a) **The Assistant Deputy Assistant Secretary for Cyber and Information Security,** as part of the C&A review process, ensures that every VA GSS and MA reviewed has a set of ROBs.

(b) **Other Key Officials** have overall management responsibility for the development and enforcement of the ROBs for the GSSs and MAs under their control. Further, they must ensure that VA Federal and contract employees acknowledge acceptance of the specific ROB before being granted access to these systems.

**(4) Requirements**

(a) Rules of Behavior must clearly describe the responsibilities and expected behavior of all individuals with access to a system.   They must be in writing and state the consequences of inconsistent behavior or noncompliance.  They must be made available to every user requesting authorization to access a VA system.

(b) ROBs apply to all persons with access to VA systems including Federal employees and contractors.  The public accessing the VA website is not covered by this policy.

(c) Before access to a VA system is authorized, users are required to acknowledge that they have read the Rules of Behavior and are willing to comply with them.

sensitivity to data will ensure sufficient risk mitigation at the lowest cost, with minimal adverse effect on mission capabilities.

<u>3.</u> An information sensitivity analysis must be conducted in the first phase of the information system's life cycle. Information sensitivity should be re-evaluated during each life cycle stage.

(b) **Privacy Act Information**

<u>1.</u> As part of the information sensitivity assessment, privacy vulnerabilities and risks, and their implications for information systems, must be determined. If personally identifiable information resides on the system, the type of personal information collected, used, and maintained will determine which privacy laws apply.

<u>2.</u> If the privacy assessment determines that the system is storing and/or processing personally identifiable information, then Privacy Act procedures must be immediately invoked.

<u>3.</u> If the privacy assessment results in the identification of vulnerabilities or areas of noncompliance with sensitivity controls, the POA&M for the system must be updated to incorporate the mitigation actions necessary.

(c) **HIPAA Security Rule** - The HIPAA Security Rule must be considered during the information sensitivity assessment. It addresses safeguards for electronic health care information in three general categories:

<u>1.</u> Personnel behavior: providing a framework for acceptable access to and uses of protected health information.

<u>2.</u> Physical safeguards: supporting limitations to restricted spaces and equipment, including materials that contain electronic protected health information.

<u>3.</u> Technical safeguards: addressing information systems and the measures of protection associated with the hardware, software, and networks that support these systems.

d. **Risk Management**

(1) **Purpose** - The effective risk management ensures that IT assets are afforded reasonable, cost-effective protection against disruption of operations, waste, fraud, abuse, and invasion of privacy. The process of risk management encompasses risk and vulnerability assessments,. mitigation planning, sensitive systems identification, contingency planning, and FISMA oversight.

(2) **Authorities** - NIST Special Publication 800-30, "Risk Management Guide for Information Technology **Systems"**

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that:

<u>1.</u>Risk Assessment of every VA GSS and MA is conducted and kept current;

<u>2.</u>All threats to the effective operation of VA IT systems and changes to the VA or Federal environment that affect IT security are promptly communicated to VA security officers so that they will be reflected in risk mitigation activities.

(b) **Other Key Officials** are responsible for ensuring that:

<u>1.</u> Risk assessment is conducted for every MA and GSS under their control;

(d) ROBs must be specific to each MA or GSS, must be consistent with administrative and technical security controls in these systems, and must address interconnections to other systems as well as wireless access, if permitted. They should cover work at home, dial-in access, connection to the Internet, use of copyrighted works, unofficial use of government equipment, the assignment and limitation of system privileges, prohibitions on downloading or otherwise introducing executable software, unauthorized release of sensitive data, and individual accountability.

(e) An ROB must be based on the risk of information compromise or corruption for a specific system. ROBs should be only as stringent as necessary to provide adequate security for the system and the information it contains. Each time the system risk assessment is updated, the ROB should be reviewed and modified as necessary.

(f) ROBs must be included in the System Security Plan and in security awareness training.

(g) Rules of behavior may be enforced through administrative sanctions specifically related to the system (e.g., loss of system privileges) or through more general sanctions as are imposed for violating other rules of conduct.

f. **Life Cycle Security Management**

(1) **Purpose** -Federal information system security policy requires all Federal organizations to consider information system security in each phase of the information system life cycle. Planning and implementing security early in the system life cycle will usually result in less expensive and more effective security than adding security to an operational system. Keeping security controls commensurate with risk is imperative throughout the life cycle.

(2) **Authorities** - NIST Special Publication 800-64, "Security Considerations in the Information Development Life Cycle, Revision 1"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that security planning is addressed during the entire life cycle of all VA GSSs and MAs.

(b) **Other Key Officials** are responsible for overseeing the development and maintenance of full life cycle security management for all GSSs and MAs under their control.

(4) **Requirements** - Every GSS and MA, whether custom developed or acquired, must adhere to system development life cycle management principles and must comply with the security requirements established for each phase.

(a) **Initiation Phase**

1. Documents to be prepared - Information Sensitivity Assessment, Risk Assessment, Initial Security Control Specifications, Security test and evaluation procedures, Security Funding Requirements, System Security Plan, Initial POA&M

2. Requirements to be considered - Training, Audit Trail, Configuration Management, Interconnectivity, system boundaries, legacy data

3. Actions to be taken - Budget requests must include required security resources.

(b) **Development/Acquisition Phase**

1. Documents to be prepared – Rules of Behavior, Security Training Plan, User Manuals, Interim Certification and Accreditation Report, Test Procedures, Statement of Work portions that encompass security controls and requirements, Disposal Plan.

<u>2</u>. Appropriate technical, administrative, physical, and personnel security requirements must be included in all specifications for the acquisition, operation, or maintenance of facilities, equipment, software, and related services, whether procured through VA, the General Services Administration, or another agency. The System Owner making the acquisition reviews and approves these security requirements.

(c) **Implementation Phase** - Documents finalized and approved - Certification and Accreditation, Security Self-Assessment, System Test and Evaluation Report, Interconnectivity documents, System Security Plan, Risk Assessment, Contingency Plan

(d) **Operations/Maintenance Phase**

<u>1</u>. Actions to be taken – Authority to Operate must be approved.

<u>2</u>. Documents finalized, approved, reviewed, and updated periodically - Annual Self Assessment, Quarterly updates to POA&M, Risk Assessment, SSP updates as required.

(e) **Disposal Phase** - Actions to be taken – Document and implement controls to ensure the protection of information and equipment, destruction, erasure, or transfer of media and information according to the disposal plan.

g. **Capital Planning**

(1) **Purpose** - IT security and capital planning must be effectively coordinated in order to help ensure that available funding is applied towards high priority IT security investments. Both enterprise-wide and system level security controls must be addressed and funded commensurate with levels of risk and data sensitivity.

(2) **Authorities**

(a) NIST SP 800-65, "Integrating Security into the Capital Planning and Investment Control (CPIC) Process"

(b) VA Directive 4085, "Capital Asset Management"

(c) VA Information Technology Capital Investment Guide, June 15, 2000

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology,** as VA Chief Information Officer, is responsible for approving planning and technical documentation prior to expending funds for any information technology program, project, or initiative.

(b) **Other Key Officials** are responsible for ensuring that security is integrated into capital investment requests commensurate with the level of risk and data sensitivity of each proposed project.

(4) **Requirements** - Security must be integrated into the CPIC process. When developing Capital Investment submissions, VA organizations must address both enterprise-level and system-level IT security investments and set priorities based on agency mission and level of risk.

h. **Configuration Management**

(1) **Purpose** - Configuration management is essential to the effective, efficient, and secure development, maintenance, and operation of IT systems. The primary security goal of configuration management is ensuring that changes to the system do not unintentionally or unknowingly diminish security; i.e., by introducing security breaches into formerly certified systems. A second security goal is ensuring that changes to the system are reflected in all critical documentation, such as the contingency plan and SSP.

(2) **Authorities**

(a) OMB Memo - current year - "Reporting Instructions for the Federal Information Security Management Act"

(b) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(c) NIST Special Publication 800-70, Draft, "The NIST Security Configuration Checklists Program"

(d) NIST Special Publication 800-60, "Guide for Mapping Types of Information and Information Systems to Security Categories"

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology** is responsible for:

1. Establishing a common scheme for identifying, storing, and managing system and security documentation;

2. Developing the identification scheme and ensuring that it is implemented throughout the VA.

(b) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for:

1. Issuing configuration management guidance;

2. Ensuring that a Configuration Management Plan (CMP) is in place for each VA GSS or MA;

3. Maintaining a VA inventory of systems; and

4. Maintaining an inventory of mandated security documentation.

(c) **Other Key Officials** are responsible for developing and implementing a configuration management plan that covers every MA and GSS under their control and adheres to the identification scheme developed by OCIS.

(4) **Requirements**

(a) Both system and security documentation are essential to ensuring that critical VA systems remain operational. To this end, the CMP for each GSS and MA must include both system assets and required documentation.

(b)  A Configuration Management Plan for each MA and GSS must be developed and maintained during the entire system life cycle.  The CMP ensures that both system and documentation changes are approved, documented, and tested.

(c)  No VA MA or GSS will be modified unless the modification process is consistent with the system configuration management plan.  Original system development or acquisition, installation, and operation functions must all be covered by the CMP.

(d)  CMPs must be consistent with NIST guidelines.  They must include, at a minimum, processes for ensuring:

1. Version control

2. System testing

3. Analysis of change impact on existing security controls

4. Identification, approval, and documentation of all changes

5. Updating of contingency plans and associated documentation

6. Handling emergency fixes

7. Audit trails

(e)  All mandatory IT security documentation must be put under configuration control.  An inventory of IT security documentation must be kept as a part of the configuration control process. A document history, citing version, date, and status must be included in each document.

(f)  Draft documents must be clearly marked as such on the title page and on all other pages. If a draft document is being used until a final version is authorized, a memo must be distributed authorizing the interim use of the draft.  The IT security documentation inventory must be annotated to reflect the interim use of the draft and the POA&M must contain an action related to the use of the draft.

(g)  If a VA or NIST document is being used as an official procedure by a subordinate organization, this fact should be noted in the document inventory and written notification should be distributed confirming this fact. The notification should be included in the SSP for the system.

(h)  Authorized security documentation must be made available on the VA intranet and be organized using the common scheme designated by Assistant Secretary for Information and Technology.

i. **Certification and Accreditation**

(1)  **Purpose**

(a)  **Security certification** is the comprehensive evaluation of the management, operational, and technical security controls in an information system. The results of the security certification are used to provide the factual basis for the authorizing official to render the security accreditation decision.

(b)  **Security accreditation** is the official management decision to authorize operation of an information system. This authorization explicitly accepts the risk to VA of a set of proposed security controls. By accrediting an information system, the Authorizing Official (AO) is not only responsible for the security of the system but is also accountable for adverse impacts if a breach of security occurs.

(2) **Authorities**

(a) NIST Special Publication 800-37, "Guide for the Security Certification and Accreditation of Federal Information Systems"

(b) VA Handbook ST&E Plan Template, 02/02/04

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology** may be the Authorizing Official (AO) for accrediting VA IT systems that have department-wide scope. This authority may be delegated. Acting on the advice of a Certifying Official, the AO can accredit a system, terminate a system's operation, or not permit a system to be placed in production. The VA AO is responsible for ensuring the Certification and Accreditation (C&A) program is properly funded and managed.

(b) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for maintaining the VA C&A inventory.

(c) **Other Key Officials,** as Authorizing or Certifying Officials, are responsible for:

1. Reviewing all C&A packages developed within their respective offices;

2. Ensuring that the VA C&A inventory is kept current with regard to C&A activities within their purview.

(4) **Requirements**

(a) Each GSS and MA must be formally accredited prior to system implementation, whenever major changes are made and, in any case, once every three years. An accredited system is authorized to operate at the current risk and security categorization levels for a period of time not to exceed 3 years.

(b) C&A reviews will be carried out using the template provided by the Office of Cyber and Information Security. In determining "acceptable risk," the C&A documentation must address the value of the assets at risk, both tangible and intangible.

(c) To reinforce the relationship between certification and accreditation and the risk mitigation process, accreditation statements must:

1. Include a POA&M which lists mitigation measures to be implemented to achieve acceptable risk with special attention to any unmitigated threats or risks that should receive immediate management attention; and

2. Identify which risks will be accepted following the risk-based analysis.

(d) An up-to-date inventory of systems (both developmental and operational), the anticipated dates for the C&A of developmental systems, the dates of the latest C&A for each operational system, and the projected dates for the next C&A of operational systems must be maintained by each VA organization. Changes must be reported quarterly to OCIS when system POA&Ms are submitted.

(e) Each C&A package must contain documented evidence that due diligence has been fully exercised and that all risks identified are considered to be within operating risk tolerance.

j. **Security Controls Review**

(1) **Purpose**

(a) Periodic testing and evaluation of the security controls in information systems are required on an ongoing basis to ensure that the controls continue to be effective. The ongoing

monitoring of security control effectiveness can be accomplished in a variety of ways including security reviews, self-assessments, security testing and evaluation, and audits.

(b)  Reporting the security status of information systems is an essential activity of a comprehensive information security program.  Plans of Action and Milestones (POA&Ms) identify, prioritize, and monitor the progress of corrective efforts that address security weaknesses found during security reviews.

(2)  **Authorities**

(a)  OMB Circular A-130, Appendix III, "Security of Federal Automated Information Resources"

(b)  OMB Memorandum M-04-25, "FY2004 Reporting Instructions for the Federal Information Management Act"

(c)  NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(d)  NIST Special Publication 800-53, "Recommended Security Controls for Federal Information Systems

(3)  **Responsibilities**

(a)  **Assistant Secretary for Information and Technology** ensures that:

1.  Security reviews are carried out within VA as specified by law;

2.  POA&Ms are transmitted quarterly to OMB; and

3.  The VA annual FISMA report is approved and transmitted to OMB.

(b)  **Assistant Deputy Assistant Secretary for Cyber and Information Security**:

1.  Establishes the process and schedule for conducting VA security control reviews;

2.  Provides oversight to the review and remediation process ensuring that deficiencies or weaknesses are identified, that POA&Ms are updated, that all necessary follow-up actions are taken; and

3.  Prepares the annual FISMA report for transmittal to OMB.

(c)  **Other Key Officials** are responsible for conducting security controls reviews, maintaining POA&Ms, implementing corrective actions as necessary, and reporting quarterly on these activities to OCIS for the systems under their control.

(d)  **Office of Inspector General** is responsible for conducting annual security control reviews consistent with Federal regulations.

(4)  **Requirements**

(a)  A Security Self-Assessment, based on NIST Special Publication 800-26 is required annually for each VA MA and GSS.

(b)  The controls of all systems that are interconnected with VA IT systems must be reviewed in order to appropriately manage risks and ensure the security of VA IT systems,  (See Section 2.b.(4).(g) of this document for policy on Interconnectivity Agreements.)

(c)  An independent review by the Inspector General (IG) must be performed on VA information systems annually.

(d)  Security controls must be reviewed as part of the investigation of any major security breach involving a GSS or MA or following a significant system change where the risk and magnitude of harm are high.

(e)  Records of security incidents and alerts should be regularly reviewed to identify security vulnerabilities.

(f)  **Remedial Action**

1.  Weaknesses or deficiencies uncovered during a security controls review must be entered into the POA&M for the system.  The POA&M must adhere to the format shown in OMB Memorandum M-04-25.  POA&Ms must include findings from all security control reviews, both internal and external.

2.  A POA&M should be initiated during the Conceptual Planning phase of the System Development Life Cycle (SDLC).

3.  All POA&Ms must be updated quarterly and submitted to OCIS for approval and submission to OMB.

## 6. OPERATIONAL CONTROLS

The Operational Controls section of this document addresses security methods that focus on the mechanisms that are implemented and executed primarily by people (as opposed to systems). Their purpose is both prevention and detection.

### a. Personnel Security

(1) **Purpose** - Personnel security controls guard against harm or disruption to systems caused by either the intentional or unintentional actions of individuals. Disruption, damage, loss, or other adverse impacts may result from the well-intentioned actions of individuals authorized to use or maintain a system as well from malicious activity.

(2) **Authorities** - VA Directive 0710, "Personnel Suitability And Security Program"

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology** is responsible for coordinating with the Office of the Deputy Assistant Secretary for Security and Law Enforcement to ensure that VA personnel security controls remain in compliance with legislative mandates and OMB and NIST direction.

(b) When acting as an Authorizing Official (AO), the Assistant Secretary for Information and Technology ensures that appropriate personnel security controls are incorporated in the SSP for each VA GSS and MA.

(c) **Other Key Officials are responsible for:**

1. Ensuring compliance with VA Directive 0710 in its entirety; and

2. Establishing personnel controls that protect the sensitive systems and information under their control.

3. When acting as an Authorizing Official (AO), ensuring that appropriate personnel security controls are incorporated in the SSP for each VA GSS and MA being reviewed.

(4) **Requirements**

(a) Personnel security controls, based on the VA Handbook 0710 Personnel Suitability and Security Program, must be established within each VA Office to ensure that users are held accountable for their actions. These controls must be incorporated into the System Security Plan by reference.

(b) Persons seeking access to sensitive or national security information or systems must have appropriate background checks completed before being granted access.

(c) Separation of Duties and Least Privilege Principles should be applied to the assignments of all persons accessing VA systems.

(d) Personnel security controls must be reviewed annually to ensure continuing compliance with VA direction. Any deficiencies uncovered during these reviews must be noted in the appropriate POA&M and corrected at the earliest opportunity.

**b. Physical and Environmental Security**

(1) **Purpose** - Physical security and environmental security controls are the measures taken to protect systems, buildings, and related supporting infrastructures against threats associated with their physical environment.

(2) **Authorities**

(a) NIST Special Publication 800-48, " Wireless Network Security 802.11, Bluetooth and Handheld Devices"

(b) NIST Special Publication 800-46, "Security for Telecommuting and Broadband Communications"

(c) VA Wireless and Handheld Device Security Guideline, Version 2.1

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** ensures that the physical and environmental security controls for VA GSS and MA operational and storage facilities are appropriately established and implemented.

(b) **Other Key Officials** are responsible for:

1. Establishing, implementing, and maintaining the controls and records related to the physical and environmental security activities of the locations containing the GSSs and MAs under their control;

2. Ensuring that supporting infrastructure elements under their control are adequately maintained; and

3. Coordinating with the providers of support services to ensure that those not under VA control meet VA security requirements.

(4) **Requirements** - All VA plans and operating procedures must include the controls needed to protect IT systems from damage or destruction by manmade and non-manmade occurrences. Physical and environmental security covers: 1) Physical access control; 2) Supporting utilities; 3) Interception of data; and 4) Mobile and portable systems.

(a) **Physical Access Control**

1. Buildings containing VA IT systems and/or support infrastructure must be protected by the use of guards, identification badges, and/or entry control devices such as key cards.  All entry codes for cipher and electronic entry mechanisms must be changed quarterly or after an adverse incident.

2. Physical access controls must address not only the area containing system hardware, but also locations of wiring used to connect elements of the system (wiring closets), supporting services (such as electric power), backup media, and any other elements required for system operations.

3. On departure or reassignment, physical access privileges for both Federal and contractor personnel must be rescinded, all physical access devices must be returned, and all entry codes for cipher and electronic entry mechanisms must be changed. Records of personnel authorized to access VA GSS and MA sites must be maintained and reviewed quarterly to assure that only authorized personnel have access privileges.

4. Visitors, contractors, and maintenance personnel must be authenticated and recorded prior to their entry into sensitive locations.

<u>5</u>. Suspicious access activity must be investigated and appropriate action must be taken.

(b) **Supporting Utilities** - Supporting utilities include 1) fire safety, 2) heating, ventilation, and air conditioning (HVAC), 3) structural support, 4) plumbing, and 5) electric supply.

<u>1</u>. All buildings containing VA IT systems and applications must have appropriate and functioning fire prevention and suppression systems installed. These systems must be inspected and tested regularly to ensure proper functioning.

<u>2</u>. Heating and cooling systems must be adequate to support the IT equipment and must be regularly maintained.

<u>3</u>. Building inspections must be scheduled regularly to assure that the facilities housing VA GSSs and MAs remain structurally intact.

<u>4</u>. Building plumbing lines must be known and placed so that they do not endanger IT systems.

<u>5</u>. Electric power distribution, heating plants, water, sewage, and other utilities must be periodically reviewed for risk of failure. These reviews and their results must be recorded in a log.

(c) **Interception of Data** - There are three routes of data interception:  direct observation, interception of data transmission, and electromagnetic interception.

<u>1</u>. Computer monitors for personnel handling sensitive data must be located so that unauthorized persons cannot view the information displayed on the monitors.

<u>2</u>. Data transmission lines must be shielded.

<u>3</u>. Access to wire closets whether located inside or outside the facility must be controlled.

(d) **Mobile and Portable Systems** - Detailed guidance on protecting VA mobile and portable computers and portable/wireless storage devices and the sensitive information stored on them from unauthorized access is contained in the NIST and VA documents referenced above.

c. **Production, Input/Output Controls**

(1) **Purpose** - The protection of VA IT assets requires that controls be established to ensure the adequate security of input, production, and output processes. The many aspects to supporting IT operations range from a user help desk to controls for storing, handling, and destroying media.

(2) **Authorities**

(a)  NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b)  NIST Special Publication 800-26, "Self Assessment Guide for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that VA production input/output controls are established, documented, and kept current with operating and security conditions.

(b) **Other Key Officials** are responsible for establishing appropriate controls governing the production, input, and output of the information used by their Federal and contract employees.

(4) **Requirements**

(a) **User Assistance** - Users must be provided with knowledgeable assistance to help them solve problems related to their use of VA systems.

(b) **Input and Output Media** - Input and output media encompass printed materials and electronic media such as diskettes, CD's, and flash storage. Controls must be implemented to ensure that:

 1. Unauthorized individuals cannot read, copy, alter, or steal printed or electronic media;
 2. Only authorized users may pick up, receive, or deliver input and output media.
 3. Electronic media containing sensitive information is sanitized before reuse.
 4. Damaged media containing sensitive information is destroyed.
 5. Hardcopy media containing sensitive information is shredded when it is no longer needed.
 6. Printed and electronic input and output media are appropriately labeled and protected.

d. **Contingency and Disaster Recovery Planning**

(1) **Purpose** - Contingency and Disaster Recovery Plans (C&DRP) describe the steps to be taken to restore IT systems to operational status and return normal automated support to VA organizations.

(2) **Authorities**

(a) NIST Special Publication 800-34, "Contingency Planning Guide for Information Technology Systems"

(b) VA IT Contingency Planning Template

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that:

 1. All VA organizations have approved contingency plans;
 2. All VA contingency plans are tested annually; and
 3. All VA contingency plans are stored both within OCIS and at backup facilities for ready access.

(b) **Other Key Officials** are responsible for ensuring that:

 1. A C&DRP exists for each GSS and MA under their control;
 2. Each C&DRP is tested annually;
 3. C&DRPs are submitted to OCIS for approval and central storage;
 4. All contingency plans are stored at backup facilities; and
 5. Deficiencies found during testing are noted in the system POA&M and are corrected expeditiously.

(4) **Requirements**

(a) **Contingency/Disaster Recovery Plans**

 1. Each VA GSS and MA must have a C&DRP. The C&DRPs must cover information systems used or operated by VA or by a VA contractor or other organization on behalf of the VA.
 2. All C&DRPs must be prepared using the template provided by OCIS.

<u>3</u>. C&DRP's must be reviewed and tested annually. C&DRP deficiencies uncovered during tests must be noted in the POA&M, and be corrected in a timely manner.

<u>4</u>. Contact lists and escalation procedures must be reviewed every six months and updated as necessary.

<u>5</u>. All C&DRPs must be based on Business Impact Assessments and must be consistent with the applicable Continuity of Operations Plan.

<u>6</u>. Disasters can range from minor incidents causing short-term disruptions to disasters that affect normal operations for an extended period. C&DRPs must be implemented immediately upon notification of a disaster.

<u>7</u>. C&DRP training must be conducted annually for all staff involved in C&DRP procedures.

(b) **Interconnected Systems and Backup Services**

<u>1</u>. C&DRPs must be coordinated with, and support, the C&DRP of each interconnected system. The MOU/A between the interconnected systems must describe the actions each will take when a disaster occurs. In particular, C&DRPs for MAs must be coordinated with the C&DRP for the supporting GSS to ensure that they are complementary.

<u>2</u>. Systems operated by external entities that provide data to but do not receive data from the VA are exempted from this requirement. However, VA components that receive data from non-VA organizations should be aware of possible impacts to their operations if the information being provided by the external source becomes unavailable to them.

<u>3</u>. Commercial entities that provide backup storage services for VA may play a critical role when disasters occur. Contracts for such services should require contingency/disaster recovery plans that include appropriate response to VA C&DRPs.

e. **Hardware and Software System Maintenance**

(1) **Purpose** - Hardware and software system maintenance controls monitor the installation of, and updates to hardware and operating system software as well as to application software, to ensure that both hardware and software function as expected, and that a historical record is maintained of changes. These controls are also used to ensure that only authorized software is installed on VA systems.

(2) **Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b) NIST Special Publication 800-26, "Self Assessment Guide for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Secretary for Information and Technology** authorizes software and hardware for use on VA systems.

(b) **Assistant Deputy Assistant Secretary for Cyber and Information Security:**

<u>1</u>. Ensures that hardware and software maintenance controls for VA GSSs and MAs are established and followed; and

<u>2</u>. Monitors the approval and use of emergency maintenance procedures.

(c) **Other Key Officials:**

1. Are responsible for developing and enforcing software and hardware maintenance controls for GSSs and MAs under their control;

2. Ensure that adequate resources are available so that maintenance on VA hardware and software is regularly performed; and

3. Authorize the use of shareware and copyrighted software on GSSs and MAs under their direct control consistent with the direction of the Assistant Secretary for Information and Technology.

(4) **Requirements**

(a) Controls addressing the installation of, and updates to, hardware and software must be established and enforced and must comply with VA policy and guidance.

(b) All hardware and software changes resulting from maintenance activities must be approved through the Configuration Management Process, must be entered into the appropriate Configuration Management Plan, and must be reflected in security documentation.

(c) Significant maintenance changes require that security features be tested before approval is requested to return the system to operation. This requirement applies to system software, applications software, utilities, and any other software and firmware changes.

(d) An inventory of hardware, including wireless devices, software, firmware, and their versions must be developed and maintained. Appropriate software licenses must be maintained. Illegal or unauthorized copies of software may not be used on VA systems.

(e) Hardware and software maintenance activities must be authorized and documented. Maintenance personnel should be allowed to access only those system elements necessary to perform their functions (Principle of Least Privilege).

(f) System utilities must be tested and monitored for use regularly to ensure that they operate properly and are not being improperly used.

(g) Separate procedures must be established for on-site and off-site maintenance activity. Remote maintenance security controls should be addressed in each SSP.

(h) The emergency change process, established in the Configuration Management Plan for the system, must be followed when a situation arises that requires modifications to be installed within a limited time frame. In this circumstance, change management procedures for the GSSs or MAs affected must be satisfied within one (1) business day after the emergency installation is completed.

(i) Systems must be reviewed periodically for known vulnerabilities, to ensure software patches are installed promptly, and to identify and, when possible, to eliminate unnecessary services.

f. **Data Integrity/Validation**

(1) **Purpose**

(a) Data integrity controls are used to protect data from accidental or malicious alteration or destruction and to provide assurance to users that the information meets expectations about its quality and that it has not been altered.

(b) Validation controls refer to tests and evaluations used to determine compliance with security data integrity specifications and requirements. Data validation ensures that proper information is being passed to and from an application.

(2) **Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(c) NIST Special Publication 800-31, "Intrusion Detection Tools"

(d) VA Security Test & Evaluation Plan Template

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for oversight of the data integrity/validation controls utilized on all VA GSSs, and MAs.

(b) **Other Key Officials** are responsible for establishing, implementing, and validating data integrity/validation controls for the GSSs and MAs under their control.

(4) **Requirements**

(a) Data integrity can be compromised by human error, errors that occur during data transmission, software bugs, viruses, and hardware malfunctions such as disk crashes, and natural disasters.

(b) There are many ways to minimize these threats to data integrity including regular backups, controlling access to data, designing user interfaces that prevent the input of invalid data, and using error detection and correction software when transmitting data.

(c) Virus detection, intrusion detection, and post-intrusion detection software must be installed on all VA systems and must be updated routinely. Inappropriate or unusual activity must be reported and investigated, and if necessary, remedial action must be taken.

1. **Data Integrity**

a. Data integrity procedures must be designed to ensure compliance with the VA password policy.

b. Actual or "live" data residing on a GSS or MA must not be used for testing purposes.

c. Reconciliation routines, integrity verification programs such as consistency and reasonableness checks, should be used by all VA MAs to look for evidence of data tampering, errors, and omissions.

d. Message authentication should be used to ensure that the sender of a message is known and that the message has not been altered during transmission.

e. Any suspected violations of data integrity, denial of service, compromises of data – sold or used in an unauthorized fashion, loss of accountability, or damage to any part of the system must be reported to the cognizant security officer.

2. **Virus Detection and Elimination**

a. Virus detection software must be installed on all VA systems.

b. System software patches and virus protection updates must be applied as quickly as possible when received.

c. Automatic virus scanning must operate continually on all VA systems.

d. Virus detection systems must automatically scan new data files loaded into a VA system from any source.

<u>3</u>. **Intrusion Detection**

<u>a</u>. Intrusion detection tools must be installed on all VA systems.

<u>b</u>. The intrusion detection tools must run continuously, testing each MA and GSS and its entry points.

<u>c</u>. An external and internal penetration-testing program, designed to validate the installed intrusion detection system's operation and the effectiveness of the IT reporting and response mechanisms, must be established and implemented for every VA GSS and MA.

<u>d</u>. The penetration-testing program must test each potential entry point on the system that could allow entry by an unauthorized intruder from both inside and outside of the system.

<u>e</u>. Real time performance logs must be analyzed to determine availability problems, including active attacks and system and network slowdowns and crashes.

<u>f</u>. Inappropriate or unusual activity must be reported to security personnel so that appropriate investigative action can immediately be initiated.

g. **Documentation**

(1) **Purpose** - Documentation is a security control in that it explains how software and hardware are to be used and it formalizes security and operational procedures specific to each system. Documentation for a system includes descriptions of the hardware and software, policies for use, standards, procedures, and approvals related to security in the MAs and GSSs on which information is processed. It includes backup and contingency activities, as well as descriptions of user and operator procedures.

(2) **Authorities** - NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that all documentation – both system and security – is complete and current for all VA MAs and GSSs.

(b) **Other Key Officials** are responsible for ensuring that mandated IT system and security documentation is prepared, kept current, clearly labeled, stored, and managed for all GSSs and MAs under their control.

(4) **Requirements**

(a) System and security documentation must be complete, current, and available for each GSS and MA during its entire life cycle.  Minimum documentation requirements are contained in Appendix D of this Handbook.

(b) Documentation must be coordinated between MAs and their supporting GSSs to ensure that adequate and consistent application and infrastructure documentation remain current and can, therefore, assure continuity of operations.

(c) Bid requests to commercial organizations for IT services must require that respondents meet all the security requirements specified by VA security policy.  Contracts for IT services must stipulate that the contractor will develop the necessary security documentation specified by the VA.

**h. Security Awareness and Training**

(1) **Purpose** - All individuals involved with the use, design, management, acquisition, maintenance, or operation of a VA IT system must be aware of their security responsibilities and be trained to fulfill them. Computer security awareness and training (CSAT) must respond to a changing IT environment and the threats against that environment, and be related to individually assigned roles and functions. The CSAT supports the technical, management, and operational controls of VA IT systems by teaching individuals about protection techniques such as the proper use of passwords, how to respond to incidents, and risk management.

(2) **Authorities**

(a) NIST Special Publication 800-50, "Building an Information Technology Security Awareness and Training Program"

(b) NIST Special Publication 800-16, "IT Security Training Requirements"

(2) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for:

<u>1</u>. Developing and implementing the overall VA CSAT Program.

<u>2</u>. Ensuring that security planning within each VA office includes annual training for both Federal and contractor employees; and

<u>3</u>. Ensuring that registers are maintained by each VA organization of the employees and contractors who have received security training, and the types of training received.

(b) **Other Key Officials** have responsibility for:

<u>1</u>. Developing security awareness programs for the particular GSSs and MAs under their control;

<u>2</u>. Ensuring that all of their Federal employees and contractors attend security and awareness training sessions annually;

<u>3</u>. Maintaining a list of individuals attending training, which includes the type of training and the date; and

<u>4</u>. Reporting security training activities annually to the Assistant Deputy Assistant Secretary for Cyber and Information Security.

(4) **Requirements**

(a) **Security Training**

<u>1</u> Security awareness and training is mandatory for all VA employees and contractors who manage, use, operate, or maintain an MA or GSS within or under the supervision of the VA.

<u>2</u>. All VA employees and contractors must receive annual general user awareness training as well as specific role based training that addresses VA specific requirements.

<u>3</u>. Security training must be given as part of new employee orientation, before initial access to a VA system, and on a periodic refresher basis. It must address both Rules of Behavior and incident reporting procedures for each VA GSS and MA.

<u>4</u>. Training for authorized users of wireless devices must cover the security and personal liability issues related to their particular use.

5. VA offices must maintain records of training courses taken by employees and contractors and must maintain these records for a minimum of two (2) years. This information must be provided to OCIS annually.

(b) **Security Awareness** - Security awareness is a continuous process. Posters, security brochures, newsletters, and desktop security reminders are examples of the types of awareness products that should be distributed on a regular basis. These serve to keep the VA IT security program constantly in the minds of VA staff and contractors.

i. **Incident Handling, Response, and Reporting**

(1) **Purpose** - A computer security incident is an adverse event in a computer system or network caused by the failure of a security mechanism or an attempted or threatened breach of a security mechanism. Incident handling and response procedures ensure that incidents can be addressed quickly, comprehensively, and consistently when they occur.

(2) **Authorities**

(a) NIST Special Publication 800-61, "Computer Security Incident Handling Guide"

(b) VA Memo, "Implementing Defense-in-Depth for VA Networks", 10/19/01

(c) VA Memo, "Operational Control of Cyber Security Incidents", 05/17/02

(d) VA Memo, "Required Reporting to the Department of Veterans Affairs Central Incident Response Capability (CIRC)", 05/18/01

(e) VA Memo, "Authority to Secure IT Infrastructure", 08/24/01

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for:

1. Ensuring that there is a VA Incident Response procedure and that it is followed throughout VA;

2. Providing VA vulnerability and threat information to the National Infrastructure Protection Center (NIPC), local law enforcement, and the United States Computer Incident Response Capability (USCIRC) as necessary.

(b) **Other Key Officials** are responsible for ensuring that incidents that occur within systems under their control are handled, responded to, and reported in accordance with VA Guidance.

(4) **Requirements** - All organizational components must develop incident handling, responding, and reporting policies and procedures to ensure that they are prepared to deal with all computer security incidents. Incident response policy and procedure elements are specified in NIST SP 800-61 and should be used as a guide by all VA organizations.

(a) Any and all incidents discovered or suspected on a VA application or network must be reported to the appropriate security officer and will activate VA incident handling and reporting procedures.

(b) Security alerts and advisories must be reviewed and responded to promptly.

(c) When a security incident is discovered on any network directly connected to a VA network or at a non-VA site processing VA data, the Assistant Deputy Assistant Secretary for Cyber and Information Security (ADAS C&IS) must be notified immediately.

(d)  Timely and effective detection, monitoring, notification, reaction, investigation, response, and recovery from computer security incidents are essential to maintaining security.  All VA offices must ensure that response activities meet physical and personnel security requirements at each VA IT system location.  E-mail is particularly vulnerable to attack and should be considered separately when preparing these requirements.

(e)  A formal incident response capability at all locations housing a VA IT system or its components must be in place.  Incidents must be monitored until the problems caused by them are corrected and documented.

(f)  All persons assigned to an Incident Response Team (IRT) must receive annual training.  This training must cover responses to the various types of incidents described in the NIST SP 800-61 as well as provide an understanding of the relationship between the IRT and the Disaster Recovery Team (DRT).

(g)  Each SSP must include a section that addresses incident handling, response, monitoring, documenting, and reporting for the particular system under consideration including unauthorized access or release of sensitive information.

## 7. TECHNICAL CONTROLS

Technical controls consist of hardware and software controls used to provide automated protection to systems and/or applications. This encompasses prevention, detection, and recovery. Technical controls provide support for operational controls.

### a. Identification and Authentication

(1) **Purpose** - Identification and Authentication is a technical measure that prevents unauthorized people (or unauthorized processes) from entering an IT system. Access control requires that the system be able to identify and differentiate among users and is usually based on *least privilege,* which refers to the granting to users of only those accesses minimally required to perform their duties. User accountability requires the linking of activities on an IT system to specific individuals and, therefore, requires the system to identify users.

(2) **Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for:

1. Ensuring that all VA GSSs and MAs have documented identification and authentication procedures; and

2. That these procedures are in accordance with applicable Federal regulations and guidelines.

(b) **Other Key Officials** are responsible for managing and controlling access to all GSSs and MAs under their control and must ensure that unauthorized persons are prevented from accessing these systems.

(4) **Requirements**

(a) Access control mechanisms must support individual accountability and audit trails.

(b) Strong authentication mechanisms must be established if a risk assessment shows that unauthorized access to a system is a high risk.

(c) All systems must maintain a current list of users and their access level.

(d) User access should be restricted to only those systems necessary in the performance of official duties.

(e) Passwords must be unique to each user, created using a standard formula, and required to be changed on a regular schedule.

b. **Logical Access Control**

(1) **Purpose** - Logical access controls are system-based controls that limit access to information to authorized users performing authorized functions.

(2) **Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems."

(c) VA Guideline:  Remote Access Guidelines

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that:

<u>1</u>. All VA GSSs and MAs are protected by logical access controls; and

<u>2</u>. Warning banners and privacy statements are presented to users at every VA GSS and MA access point.

(b) **Other Key Officials** are responsible for:

<u>1</u>. Managing and controlling access to all GSSs and MAs; and,

<u>2</u>. Ensuring that warning banners and privacy statements are displayed at log-on for all GSSs and MAs under their control.

(4) **Requirements**

(a) Logical access controls must be installed on all VA GSSs and MAs.  These controls must be able to detect unauthorized access attempts and deter them.

(b) Password crackers/checkers must be used to assure that only authorized persons are accessing VA IT systems.

(c) An abnormal period of user inactivity should trigger a security control.

(d) Connections from and to VA IT systems must be limited to authorized external systems.

(e) VA IT systems that are accessed via telecommunication methods must be protected by firewalls and intrusion detection systems.

(f) Access to security software must be limited.

(g) Sensitive data transmissions must be encrypted.

(h) Specific restrictions on access to VA networks are enumerated in the VA Guideline entitled Remote Access Guidelines

(i) **Warning Banners**

<u>1</u>. Every VA GSS and MA must present a warning banner when being accessed. The banner must comply with Department of Justice guidance  and must warn users that accessing the system constitutes consent to monitoring for law enforcement and other purposes.

<u>2</u>. The banner must be highly visible and be presented at all access points of each system, a primary one being the desktop. A copy of the banner as presented must be included in both the SSP and in security training materials.

c. **Public Access**

(1) **Purpose** - The VA mission requires that the public be permitted to access its information. The VA website is designed for this purpose and provides a variety of information about its services to veterans and their families. While the web site provides added effectiveness to VA programs, it also requires that security be enhanced to assure that information warranting protection gets protection

(2) **Authorities**

(a) NIST Special Publication 800-44, "Guidelines on Securing Public Web Servers"

(b) NIST Special Publication 800-41, "Guidelines on Firewalls and Firewall Policy"

(c) NIST Special Publication 800-10, "Keeping Your Site Comfortably Secure: An Introduction to Internet Firewalls, Guidelines on Securing Public Web Servers"

(d) FIPS 140-2, "Security Requirements for Cryptographic Modules"

(e) OMB Circular A-130, Appendix III

(f) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(g) NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring the integrity of all information provided to the public through VA GSSs and MAs.

(b) **Other Key Officials** are responsible for managing and controlling public access to VA information and IT assets under their control so that security is maintained at all times.

(4) **Requirements**

(a) Where the public is allowed to access a VA IT system, VA must take adequate precautions to ensure the integrity of its systems in order to maintain the confidence of the public.

(b) The VA privacy policy and security warning itself, or a link to the page containing the privacy policy and warning, must be posted on the first page of every VA web site. The warning must conform to guidance provided by the Department of Justice.

(c) Public access and privileges should be limited. Access may be provided through independent systems not connected to a VA MA or GSS. In any case, the public must be prohibited from accessing live databases.

f. **Audit Trails**

(1) **Purpose** - Audit trails maintain a record of system activity by system or application processes and by user activity. When audit information is properly collected and maintained, audit trails support reconstruction of security incidents, intrusion detection, tracking of individual actions, and problem investigation.

(2) **Authorities**

(a) NIST Special Publication 800-18, "Guide for Developing Security Plans for Information Technology Systems"

(b)   NIST Special Publication 800-26, "Security Self-Assessment Guide for Information Technology Systems"

(3) **Responsibilities**

(a) **Assistant Deputy Assistant Secretary for Cyber and Information Security** is responsible for ensuring that every MA and GSS has an operating audit trail that is regularly monitored.

(b) **Other Key Officials** are responsible for ensuring that audit trails are created and monitored for all GSSs and MAs under their control.

(4) **Requirements**

(a)   Audit trails must be maintained and frequently reviewed for all VA GSSs and MAs. Suspicious activity must be investigated promptly and appropriate action taken as necessary.

(b)   Audit information collected must provide a record of system activity sufficient to reconstruct any relevant security event.

(c)   The audit trail administrator may not be the same person who administers the access control function for the GSS or MA.

## APPENDIX A, ACRONYMS

| | |
|---|---|
| AO | Approving Official |
| C&A | Certification and Accreditation |
| C&DRP | Contingency/Disaster Recovery Plan |
| CIO | Chief Information Officer |
| CIRC | Central Incident Response Capability |
| CMP | Configuration Management Plan |
| CSAT | Computer Security Awareness and Training |
| DRT | Disaster Recovery Team |
| FISMA | Federal Information Security Management Act |
| GSA | General Services Administration |
| GSS | General Support System |
| HIPAA | Health Insurance Portability and Accountability Act |
| HVAC | Heating, Ventilation, and Air Conditioning |
| IG | Inspector General |
| IRT | Incident Response Team |
| ISA | Interconnectivity Security Agreement |
| IT | Information Technology |
| MA | Major Application |
| MOU/A | Memorandum of Understanding/Agreement |
| NIPC | National Infrastructure Protection Center |
| NIST | National Institute of Standards and Technology |
| OCIS | Office of Cyber and Information Security |
| OMB | Office of Management and Budget |
| POA&M | Plan of Action and Milestones |
| PIA | Privacy Information Assessment |
| ROB | Rules of Behavior |
| SDLC | System Development Life Cycle |
| SIIP | System Interconnectivity Implementation Plan |
| SSP | System Security Plan |
| ST&E | System Test and Evaluation |

**USCIRC**          United States Computer Incident Response Capability
**VA**              Department of Veterans Affairs