## "Whistleblower" Secretly Records VA Official Avowing Defiance Of Congress.

Under the headline, "Tape Reveals Defiance," The Hill (1/11, Bolton)

*By Alexander Bolton*

A secretly recorded meeting of researchers working for the Department of Veterans Affairs indicates that the department did not take seriously congressional requests intended to safeguard the personal and medical information of veterans.

The recording, obtained by The Hill from a researcher who attended the meeting, sheds light on a behind-the-scenes struggle between lawmakers and Veterans Affairs officials over the handling of veterans' personal information.

"If you want to know what's the real purpose of the data call, read Machiavelli. It's about power, it's about Congress saying, 'VA, you're accountable to us,'" one Veterans Affairs official, Dr. Joseph Francis, says on the tape. "We're not asking people to do an A-plus job on this report."

Questions on the security of the information rose to prominence last May when a Veterans Affairs employee lost to theft a laptop computer containing the personal information of 26.5 million veterans and military personnel. Although authorities eventually recovered the laptop, the incident sounded alarms on Capitol Hill.

Since then, the House Veterans' Affairs Committee has held eight hearings on the department's information technology. The panel also has asked the department repeatedly to report on the security of its information systems, a task that entails providing information about who had access to sensitive information and how it was stored.

The Senate Veterans' Affairs Committee also asked for reports on what sensitive information is accessible to government contractors.

"We've had multiple requests on where they are and what they're doing," a House Veterans' Affairs Committee source said, adding that department officials failed to provide adequate answers when Congress demanded them. "We've asked that for multiple times, who had access to what, and they still could not tell us at the time."

The source said the department has responded to bipartisan congressional requests very slowly. The source predicted that there would be additional hearings in coming weeks.

But Veterans Affairs research officials with access to millions of medical records thought the congressional requests to be unreasonable and

simply an exercise in exerting power.

Francis, the deputy chief of research and development at the department, told researchers at a private meeting held last year in Baltimore that Congress would not get what it was looking for.

"We basically told folks that that was impossible and we were told, 'We know that it's impossible but we were told by Congress to do it,'" Francis told subordinates during the Sept. 6 meeting, referring to higher-ups at the department. "I can tell you we will do the best job we can and it will not be everything we're being asked to look for.

"You're not going to be able to look at every question of every issue between now and Sept. 20," he said. "You're not going to be able to look at every study.

"Frankly, we had a lot of discussions, and there's a lot of guidance that could not be put in writing because it would cost people jobs in Washington," he added. "But there's a lot of people who know how unreasonable this request is."

Francis told the researchers to remember the core mission of the department.

"Take care of veterans, take care of their needs," he said, but he did not seem to believe answering fully Congress's security concerns was the best way to do so.

Veterans Affairs spokesman Terry Jemison defended the department in a statement.

"VA takes information security seriously and is fully committed to continue to work closely with Congress to bolster our data protection," he said. "The purported comments of a single employee do not reflect our culture and pledge to improve control, training, responsibility and accountability in all aspects of data security that put custody of veterans' personal information first."

Francis declined to comment.

One of the researchers secretly recorded the talk and shared it to expose what that person believes is lack of concern for veterans' privacy. Francis is the acting deputy chief research and development officer at Veterans Affairs, handling many of the administrative responsibilities of VA's chief research and development officer, who is in charge of all research at the department.

"This shows the cynicism," the whistleblower said. "Here when

Congress does step forward to do something good, the agency takes it very casually and cavalierly. It really illustrates that, to the researchers at the VA, the veterans are guinea pigs and are there to promote the research, which is used in turn to promote researchers' careers."

The source claimed that high-level researchers at the department are not sufficiently concerned about the vulnerability of medical information because of financial stakes tied to their research. The source said that many researchers sign lucrative contracts to work for pharmaceutical companies after leaving the department.

Forty percent of all VA research involving human subjects is funded by industry, according to Veterans Health Administration directive 2003-031, dated June 13, 2003. The document also states that when simple chart reviews are excluded, industry funds 80 percent of all research VA conducts on human subjects and that "systematic weaknesses" exist "in the human research protection programs, especially in studies funded by industry."

The president of the Alliance for Human Research Protection, Vera Hassner Sharav, criticized Francis's comments when she was told of them.

"Why is he saying it is impossible?" she said. "It is because they don't want to have anyone looking over their shoulders. What it shows is that they don't really give much of a priority to people's personal privileged information.

"The area of research subjects is always shrouded in secrecy. The secrecy in this arena is to protect the researchers and the sponsors, not the subjects, because when people get hurt they don't want to be held responsible."

The House Veterans' Affairs Committee source said that the department knows its data is vulnerable and that securing it poses a significant challenge.

"They must have 250,000 access points that enter into the VA database system at some point or another," the House source said. "There are 230,000-plus employees, and contractors and residents. They [are] in collaboration with 122 medical schools with which they are affiliated."

The House source said lawmakers have tried to find out how many people connected to VA have the same access to personal information as the employee who lost the infamous laptop in May but that VA still can "not completely" answer that question.

The source said if the department followed proper information

accounting practices, "you should be able in an hour to find on a data call who has access to what."

But Francis said in his candid comments that the VA has ignored federal legislation directing executive-branch departments to adopt higher cyber-security standards.

"Congress is actually rather angry at the VA because we've been technically breaking the law for a decade," Francis said. "In 1996 legislation was passed called the Clinger-Cohen Act that really set the timing for all agencies to follow certain types of business principles in IT [information technology] procurement and IT management, including cyber security. We've basically ignored that; many agencies didn't."