UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS
AFFAIRS (VA) DATA THEFT
LITIGATION

Misc. Action No. 06-0506 (JR)
MDL Docket No. 1796

This Document Relates To:
ALL CASES

### AFFIDAVIT OF THOMAS 'TOD' ENSIGN

PERSONALLY appeared before me Thomas 'Tod' Ensign, who first being duly sworn, deposes and states that:

1. My name is Thomas 'Tod' Ensign. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am Director of Citizen Soldier, Inc. ("Citizen Soldier"), a non-profit active duty military and veterans' rights advocacy organization established in 1975. Citizen Soldier advocates for the rights of American military veterans and active duty personnel over a wide range of issues.

4. Citizen Soldier is a named Plaintiff in the above-captioned case.

5. Based on my review of the organization's records, Citizen Soldier has approximately 7,200 members nationwide and approximately 1,000 of these members are United States military veterans.

6.  Based on my personal discussions with members of the organization, I can state that many of Citizen Soldier's military veteran members are in receipt of, or have applied for, Department of Veterans Affairs ("VA") benefits.

7.  Based on my personal discussions with members and review of media reports, I believe that many, if not all, of Citizen Soldier's military veteran members had their personal information contained in the VA records that were stolen on May 3, 2006.

8.  On or about June 1, 2006, I was authorized by the Board of Directors of Citizen Soldier to cause the organization to become a party and represent the individual veteran members in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Thomas 'Tod' Ensign

SWORN to and subscribed before me,

this 19th day of March, 2007

_Susan L. Barbarisi_

Notary Public for _____

My commission expires: 8/31/2010

SUSAN L. BARBARISI
Notary Public, State of New York
No. 41-4765434
Qualified in Dutchess County
Commission Expires Aug. 31, 20 10