UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 |
| This Document Relates To: ALL CASES | : <br> : <br> : |

### AFFIDAVIT OF MICHAEL MCPHEARSON

PERSONALLY appeared before me Michael McPhearson who first being duly sworn, deposes and states that:

1. My name is Michael McPhearson. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am Executive Director of Veterans for Peace, Inc. ("Veterans for Peace") a national educational and humanitarian organization dedicated to the abolishment of war and actively participates in efforts to improve United States Department of Veterans Affairs ("VA") healthcare, defend veterans' rights, and seek justice for veterans.

4. Veterans for Peace is a named Plaintiff in the above-captioned case.

5. Based on my review of the organization's records, Veterans for Peace has approximately 4,500 members who are United States military veterans.

6. Based on my discussions and personal interactions, many veteran members of Veterans for Peace are in receipt of, or have sought entitlement to, VA benefits.

y

7.  Based on media reports and my discussions with members, I believe that many, if not all of Veterans For Peace veteran members had their personal information contained in the VA records that were stolen on May 3, 2006.

8.  On or about June 2006, I was authorized by the directors of Veterans for Peace to cause the organization to become a party and represent the individual veteran members in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Michael McPhearson

SWORN to and subscribed before me,

this 20 day of March, 2007.

_____
Notary Public for Cumberland Co., North Carolina

My commission expires: 7-25-08