UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS
AFFAIRS (VA) DATA THEFT
LITIGATION

Misc. Action No. 06-0506 (JR)
MDL Docket No. 1796

This Document Relates To:
ALL CASES

### AFFIDAVIT OF PAUL DAVIDSON

PERSONALLY appeared before me Paul Davidson who first being duly sworn, deposes and states that:

1. My name is Paul Davidson. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein, except as specifically stated.

3. I am Executive Director of the National Gulf War Resource Center, Inc. ("NGWRC"), which is a national coalition of veterans' advocacy groups and individual members founded in 1995. NGWRC assists military veterans of operation in the Persian Gulf Region from 1990 to the current day and advocates for scientific research and U.S. Department of Veterans Affairs ("VA") medical care and benefits related to the health issues of veterans of Persian Gulf conflicts.

4. NGWRC is a named Plaintiff in the above-captioned case.

5. Veterans' advocacy groups which are members of NGWRC are: Veterans of Modern Warfare, Inc., VietNow, Inc., NorthWest Chapter, Paralyzed

Veterans of America, Inc., Florida State Council, Vietnam Veterans of America, Inc., Citizen Soldier, Inc., Veterans for Peace, and Rocky Mountain Gulf War Veterans, Inc. Each of these member organizations themselves are comprised of members who are either veterans or active duty members of the United States military. Individual NGWRC members include both veterans and active duty members of the United States military.

6. As an example, each member of Veterans of Modern Warfare, Inc. was required to provide proof of their veteran status as a condition of membership.

7. In addition, NGWRC has several dozen individual members, many of whom I know through personal knowledge are veterans of the United States military.

8. Based on the above information, to the best of my knowledge and belief, each of the veterans' advocacy groups comprising NGWRC has individual members that are United States military

9. I believe, based on media reports and discussions with members, that many, if not all veteran members of NGWRC advocacy groups and individual NGWRC members had their personal information contained in the VA records that were stolen on May 3, 2006.

10. On or about June 2006, I was authorized by the directors of NGWRC to cause the organization to become a party in this action and represent the component organizations and individual veteran members in this litigation.

FURTHER AFFIANT SAYETH NOT.

*/s/ Paul Davidson*
Paul Davidson

SWORN to and subscribed before me,
this 20th day of March, 2007.

*/s/ Eva L. Miller*
Notary Public for Jackson County, Kansas City, Missouri
My commission expires: FEB 8 2010

> EVA L. MILLER
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for Jackson County
> My Commission Expires: Feb. 8, 2010
> 06400006