

**Ogletree Deakins**
ATTORNEYS AT LAW

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

1320 Main Street
Suite 600
Columbia, South Carolina 29201-3266
Telephone: 803.252.1300
Facsimile:  803.254.6517
www.ogletreedeakins.com

Douglas J. Rosinski
803.252.1300
*doug.rosinski@ogletreedeakins.com*

January 5, 2007

VIA FAX AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED

FOIA Officer
Department of Veterans Affairs
Director, Records Management Services (005E3)
810 Vermont Avenue
Washington, DC  20420

Re:  FOIA Request

Dear Sir or Madam:

     This is a request for records under the Freedom of Information Act ("FOIA").  This request has been deliberately tailored to be narrow in scope and straightforward in the type of records requested.

     This request seeks the following:

     (1)  All interview transcripts or audio or visual recordings and the documents identified in, attached to, or used during interviews, related to the preparation of the July 11, 2006, Department of Veterans Affairs ("VA") Report No. 06-02238-163, "Review of Issues Related to the Loss of VA Information Involving the Identity of Millions of Veterans" prepared by the agency's Office of the Inspector General ("IG") and the associated investigation.  This request includes, but is not limited to, the transcripts or recordings of interviews with: ▇▇▇▇▇▇▇▇ Beverly Johnson, Michael McLendon, Dat Tran, Dennis Duffy, Susan Krumhaus, Laura O'Shea, Cathy Tomczak, Mark Whitney, Michael Moore, Thomas Bowman, Pedro Cadenas, and all documents provided by them or by other employees or officials to the IG whether provided before, during, or after the interviews.  This request includes the identified records whether or not cited or relied upon by the IG in the final report.

     (2)  The Home Use Agreement(s) for the SAS computer program or any other computer hardware or software authorizing home use by Susan Krumhaus, Dat Tran, ▇▇▇▇▇▇ ▇▇▇▇▇ and Joe Salvatore.

Atlanta, GA ▪ Austin, TX ▪ Birmingham, AL ▪ Charleston, SC ▪ Charlotte, NC ▪ Chicago, IL ▪ Columbia, SC ▪ Dallas, TX ▪ Greensboro, NC ▪ Greenville, SC ▪ Houston, TX ▪ Indianapolis, IN ▪ Kansas City, MO
Los Angeles, CA ▪ Miami, FL ▪ Morristown, NJ ▪ Nashville, TN ▪ Phoenix, AZ ▪ Raleigh, NC ▪ St. Thomas, VI ▪ San Antonio, TX ▪ Tampa, FL ▪ Torrance, CA ▪ Tucson, AZ ▪ Washington, DC

Department of Veterans Affairs
January 5, 2006
Page 2

(3) The VA Form 2280 (Position Sensitivity Level Designation) existing on May 3, 2006, for ▮▮▮▮▮▮▮, Michael McLendon, Dat Tran, Dennis Duffy, Susan Krumhaus, Laura O'Shea, Cathy Tomczak, Mark Whitney, Pedro Cadenas, Joe Salvatore, and Michael Moore.

(4) Records of requests or agreements, in whatever form, between VA Office of Policy, Planning, and Preparedness ("OPP&P") personnel, including but not limited to Susan Krumhaus, Dat Tran, and ▮▮▮▮▮▮▮ and the Veterans Records Support Division in Austin, Texas, regarding the creation, maintenance, or access to the "BIRLS" database or any extracts of the BIRLS database, including but not limited to the "January 2006" BIRLS quarterly abstract.

(5) Records of all authorization(s) to access VA databases granted to Susan Krumhouse, Dat Tran, and ▮▮▮▮▮▮▮

(6) Records identifying which VA databases on May 3, 2006, had access limited to properly authorized individuals (a list of databases with reasonable identifying descriptions is responsive to this request).

(7) Records of background checks for employees and contractors assigned to OPP&P in May 2006 (the actual background checks are not desired, only administrative records indicating status, such as the dates of the checks already performed or the schedule for future checks, etc., are sought).

(8) Records related to any employment action taken against or voluntarily entered into by any VA employee who was interviewed by the IG regarding the July 11, 2006, report, including but not limited to Merit Systems Protection Board records, correspondence, and notices of resignation or retirement submitted since May 3, 2006.

(9) Records relating to terms and conditions of the contract or contracts between VA and Westat, Inc., associated with the 2000 National Survey of Veterans, also known as the 2001 National Survey of Veterans ("NSV"), including but not limited to the contract, riders, or later modifications regarding the handling or security of personally identifying information provided to Westat, Inc., by any VA employee or official.

(10) Records of communications, in whatever form, by any VA official or employee to or from Westat, Inc., regarding transmittal or use of data from the 2000/2001 NSV. In particular, this request seeks records regarding the transmittal of individual identifying information from Westat, Inc., to one or more VA employees.

(11) Records indicating the number of permanent OPP&P employees in or about May 2006.

Department of Veterans Affairs
January 5, 2006
Page 3

(12)  Records indicating the number of individuals authorized to access the VA Virtual Private Network ("VPN") from their personal computers in or about May 2006 (the names of the individuals is not desired, only a total number of authorized individuals).

I agree to bear the cost of this request in accordance with applicable federal regulations and assume full responsibility for fees incurred in searching for or reproducing the requested documents up to a Five Hundred Dollar ($500.00) limit.  To the extent such expenses may exceed Five Hundred Dollars, I request that you so advise me, giving an estimate of the approximate amount of such expenses, so that we may evaluate whether to accept responsibility for these additional costs.

Please direct your response(s) to:

Jennifer Blackmon
1320 Main Street, Ste. 600
Columbia, SC  29201-3266
(803) 252-1300

To avoid undue delays, you are authorized to respond to this request piecemeal as records become available.

Sincerely,

Douglas J. Rosinski

DJR:rg
By Fax (202) 565-4670 and Certified Mail