

**DEPARTMENT OF VETERANS AFFAIRS**
Washington DC 20420

MAR 16 2007

Via Certified Mail
Mr. Douglas J. Rosinski
Ms. Jennifer Blackmon
Ogletree, Deakin, Nash, Smoak & Stewart, PC
Attorneys at Law
1320 Main Street, Suite 600
Columbia, SC 29201-3266

Dear Ms. Blackmon:

On January 5, 2007, Douglas Rosinski from your firm, Ogletree Deakins, filed a Freedom of Information Act ("FOIA") request in which he asked for several records related to the May 2006 data breach. Your request was received by the Department of Veterans Affairs (VA) on January 10, 2007. Your request was sent to VA components at the Department of Veterans Affairs Central Office only to calculate a FOIA fee estimate. For fee purposes, we have considered your request to be in the commercial user category and as such, you must pay all of the cost (search, review, and duplication).

We have done a preliminary search of most of the offices that would likely contain responsive records and the estimated findings are as follows:

- In response to item 1 of your letter - the Office of the Inspector General advised that they have located records approximately 1,000 pages and zero hour of search time. Also, Veterans Benefits Administration (VBA) estimated 60 hours of search time.

- In response to item 2 – no responsive records.

- In response to item 3 – the Office of Cyber Security estimated one hour search time.

- In response to item 4 – VBA estimated 5 hours search time.

- In response to item 5 – VBA estimated 40 hours search time.

- In response to item 6 – VBA estimated 10 hours search time.

- In response to item 7 - no responsive records.

- In response to item 8 – VBA estimated 6 hours search time.

Page 2

Mr. Douglas J. Rosinski

- In response to item 9 – Acquisition and Materiel Management (A&MM) estimated 4 hours search time.

- In response to item 10 – A&MM estimated 3 hours search time.

- In response to item 11 - no records.

- In response to item 12 - VBA estimated 4 hours search time.

Note that this preliminary review is only that. We cannot at this time verify whether or not any additional records will be identified through searches. Further, all potentially responsive records will require a review to determine whether the documents contain information that is exempt from production under one or more FOIA exemptions.

You requested to be contacted prior to processing if fees would exceed $500.00. Our preliminary estimate is approximately 86.5 hours of search time at an average cost of $48.53 per hour to conduct the search for records, for a total estimated search cost of $4,198.39. The cost of producing the 1,000 pages from the VA OIG, if all of them may be released (and we have not yet made that determination), would be $150.00. Therefore, we estimate your cost to be $4348.39.

Please advise if you would like to negotiate the fees or limit the scope of the search. *No further processing of this request will occur until we hear from you within 20 days of receiving this letter.* If we do not hear back from you within these 20 days, we will assume you are no longer interested in pursuing your request and will close our files on it. Also, please be advised that should you wish to continue the processing of your request, we will require an advance payment in the amount of $250.00 before continuing the processing of your request.

If you have any questions concerning this matter, please contact me at (202) 565-7819.

Sincerely,

John Livornese, Director
Records Management Service