UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION : : : : This Document Relates To: : ALL CASES : : | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |

## AFFIDAVIT OF PAUL LEWIS HACKETT III

PERSONALLY appeared before me Paul Lewis Hackett III, who first being duly sworn, deposes and states that:

1. My name is Paul Hackett. I am over the age of eighteen (18) and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth herein.

3. I am a named Plaintiff in the above captioned case.

4. I am a veteran of the United States Marine Corps. I received my first commission in May 1985. In 1992 the Marine Corps released me from active duty and I received an honorable discharge in 1999 at the rank of Major. In 2004 I was recommissoned in the reserves and served in Iraq between August 2004 and March 2005.

5. I learned of the May 3, 2006 theft of a laptop containing veteran's personal information from the newspaper and television on or about May 22, 2006.

6. Upon hearing of the May 3, 2006, theft, I was concerned that my personal information might be among the stolen records that had been available to identity thieves for nearly three weeks before I was notified of the theft.

7. In or around May 2006, I received a letter signed by R. James Nicholson that stated I was one of the individuals whose personally identifiable information was potentially exposed to others because of a theft of VA data including names, social security numbers, and dates of birth for up to 26.5 million veterans and some spouses from the home of a VA employee. This letter further increased my worry and concern regarding the risk of having my identity stolen and the effect that it could have upon my finances.

8. In or around August 2006, I received a second letter signed by R. James Nicholson regarding the theft of my personal information.

10. Due to the May 2006 theft of personally identifiable information maintained by the VA, I purchased credit monitoring.

11. I do not believe that anyone knows for sure whether my personal information was copied from the stolen hard drive and am concerned of the impact the theft may have upon my finances, my law practice and my family.

FURTHER AFFIANT SAYETH NOT.

Paul Lewis Hackett III

SWORN to and subscribed before me,
this 27 day of March, 2007

2

_____
[signature: Gregory A. Moore]

Notary Public _____

My commission expires: _____

GREGORY ALAN MOORE, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03