Executive Order Strengthening Federal Efforts to Protect Against Identity Theft.txt
Executive Order: Strengthening Federal Efforts to Protect Against Identity Theft

For Immediate Release
Office of the Press Secretary
May 10, 2006
Executive Order: Strengthening Federal Efforts to Protect Against Identity Theft


By the authority vested in me as President by the Constitution and the laws of
the United States of America, in order to strengthen efforts to protect against
identity theft, it is hereby ordered as follows:
Section 1. Policy. It is the policy of the United States to use Federal
resources effectively to deter, prevent, detect, investigate, proceed against,
and prosecute unlawful use by persons of the identifying information of other
persons, including through:
(a) increased aggressive law enforcement actions designed to prevent,
investigate, and prosecute identity theft crimes, recover the proceeds of such
crimes, and ensure just and effective punishment of those who perpetrate
identity theft;
(b) improved public outreach by the Federal Government to better (i) educate the
public about identity theft and protective measures against identity theft, and
(ii) address how the private sector can take appropriate steps to protect
personal data and educate the public about identity theft; and
(c) increased safeguards that Federal departments, agencies, and
instrumentalities can implement to better secure government-held personal data.
Sec. 2. Establishment of the Identity Theft Task Force.
(a) There is hereby established the Identity Theft Task Force.
(b) The Task Force shall consist exclusively of:
(i) the Attorney General, who shall serve as Chairman of the Task Force;
(ii) the Chairman of the Federal Trade Commission, who shall serve as
Co-Chairman of the Task Force;
(iii) the Secretary of the Treasury;
(iv) the Secretary of Commerce;
(v) the Secretary of Health and Human Services;
(vi) the Secretary of Veterans Affairs;
(vii) the Secretary of Homeland Security;
(viii) the Director of the Office of Management and Budget;
(ix) the Commissioner of Social Security;
(x) the following officers of the United States:
(A) the Chairman of the Board of Governors of the Federal Reserve System;
(B) the Chairperson of the Board of Directors of the Federal Deposit Insurance
Corporation;
(C) the Comptroller of the Currency;
(D) the Director of the Office of Thrift Supervision;
(E) the Chairman of the National Credit Union Administration Board; and
(F) the Postmaster General; and
(xi) such other officers of the United States as the Attorney General may
designate from time to time, with the concurrence of the respective heads of
departments and agencies concerned.
(c) The Chairman and Co-Chairman shall convene and preside at the meetings of
the Task Force, determine its agenda, direct its work and, as appropriate,
establish and direct subgroups of the Task Force that shall consist exclusively
of members of the Task Force. Such subgroups may address particular subject
matters, such as criminal law enforcement or private sector education and
outreach. The Chairman and Co-Chairman may also designate, with the concurrence
of the head of department, agency, or instrumentality of which the official is
part, such other Federal officials as they deem appropriate for participation in
the Task Force subgroups.
(d) A member of the Task Force, including the Chairman and Co-Chairman, may
designate, to perform the Task Force or Task Force subgroup functions of the
member, any person who is a part of the member's department, agency, or
instrumentality and who has high-level policy or operational duties or
responsibilities related to the mission of the Task Force.

Executive Order Strengthening Federal Efforts to Protect Against Identity Theft.txt
Sec. 3. Functions of the Task Force. The Task Force, in implementing the policy
set forth in section 1 of this order, shall:
(a) review the activities of executive branch departments, agencies, and
instrumentalities relating to the policy set forth in section 1, and building
upon these prior activities, prepare and submit in writing to the President
within 180 days after the date of this order a coordinated strategic plan to
further improve the effectiveness and efficiency of the Federal Government's
activities in the areas of identity theft awareness, prevention, detection, and
prosecution;
(b) coordinate, as appropriate and subject to section 5(a) of this order,
Federal Government efforts related to implementation of the policy set forth in
section 1 of this order;
(c) obtain information and advice relating to the policy set forth in section 1
from representatives of State, local, and tribal governments, private sector
entities, and individuals, in a manner that seeks their individual advice and
does not involve collective judgment or consensus advice and deliberation and
without giving any such person a vote or a veto over the activities or advice of
the Task Force;
(d) promote enhanced cooperation by Federal departments and agencies with State
and local authorities responsible for the prevention, investigation, and
prosecution of significant identity theft crimes, including through avoiding
unnecessary duplication of effort and expenditure of resources; and
(e) provide advice on the establishment, execution, and efficiency of policies
and activities to implement the policy set forth in section 1:
(i) to the President in written reports from time to time, including
recommendations for administrative action or proposals for legislation; and
(ii) to the heads of departments, agencies, and instrumentalities as appropriate
from time to time within the discretion of the Chairman and the Co Chairman.
Sec. 4. Cooperation. (a) To the extent permitted by law and applicable
presidential guidance, executive departments, agencies, and instrumentalities
shall provide to the Task Force such information, support, and assistance as the
Task Force, through its Chairman and Co-Chairman, may request to implement this
order.
(b) The Task Force shall be located in the Department of Justice for
administrative purposes, and to the extent permitted by law, the Department of
Justice shall provide the funding and administrative support the Task Force
needs to implement this order, as determined by the Attorney General.
Sec. 5. General Provisions. (a) Nothing in this order shall be construed to
impair or otherwise affect:
(i) authority granted by law to an executive department, agency, or
instrumentality or the head thereof; and
(ii) functions of the Director of the Office of Management and Budget relating
to budget, administrative, or legislative proposals.
(b) This order shall be implemented consistent with applicable law and subject
to the availability of appropriations.
(c) This order is intended only to improve the internal management of the
Federal Government and is not intended to, and does not, create any right or
benefit, substantive or procedural, enforceable at law or in equity by a party
against the United States, its departments, agencies, instrumentalities, or
entities, its officers or employees, or any other person.
Sec. 6. Termination. Unless the Task Force is sooner terminated by the
President, the Attorney General may terminate the Task Force by a written notice
of its termination published in the Federal Register.
GEORGE W. BUSH
THE WHITE HOUSE,
May 10, 2006.
# # #


Return to this article at:
http://www.whitehouse.gov/news/releases/2006/05/20060510-3.html