UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

In Re: DEPARTMENT OF VETERANS   :
AFFAIRS (VA) DATA THEFT   :
LITIGATION   :
_____:   Misc. Action No. 06-0506 (JR)
   :   MDL Docket No. 1796
This Document Relates To:   :
ALL CASES   :
_____:

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Motion to Dismiss or, in the Alternative, For Summary Judgment, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is DENIED.

**SO ORDERED.**

Dated:_____.             _____
                                               JAMES ROBERTSON
                                               United States District Judge