## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION ) ) ) ) ) This Document Relates To: ) ALL CASES ) ) | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |

### NOTICE OF FILING OF DECLARATION OF MIKE COOK

Pursuant to this Court's Order dated April 19, 2007, Defendants hereby submit the declaration of Mike Cook and the accompanying exhibit to replace the letter previously submitted in support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment as Exhibit 6.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    PETER D. KEISLER
    Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Assistant Branch Director


    _____/s/ Eric R. Womack_____
    ERIC R. WOMACK, IL Bar # 6279517
    HEATHER PHILIPS, CA Bar #191620
    Trial Attorneys
    United States Department of Justice
    Federal Programs Branch

                                      20 Massachusetts Ave., N.W.
                                      Washington, D.C. 20001
                                      (202) 514-4020
                                      eric.womack@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I caused a true and correct copy of the foregoing Notice and attached Declaration to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                         */s/ Eric R. Womack*
                                         ERIC R. WOMACK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS )
AFFAIRS (VA) DATA THEFT )
LITIGATION )
) Misc. Action No. 06-0506 (JR)
_____ ) MDL Docket No. 1796
)
This Document Relates To: )
ALL CASES )

### DECLARATION OF MIKE COOK

I, Mike Cook, hereby declare:

1. I am of majority age and otherwise competent to testify as to the matters herein, based on my personal knowledge and information provided to me in the course of my employment.

2. I am Vice President and Chief Operating Officer at ID Analytics.

3. ID Analytics signed a gift-agreement with the Department of Veterans Affairs in August 2006 to analyze a potential data breach of over 19 million identities for organized misuse. As specified by the agreement, if the breach analysis found organized misuse of the breach file, ID Analytics would provide a harm report to the Department. If no organized misuse was found, ID Analytics would provide a certification of its findings.

4. ID Analytics conducted a breach analysis of the file, comparing the data with pre- and post-breach activities in the ID Network. The analysis looked for suspicious changes in identity information, the commingling of unrelated identities in the breach population, and other indicators of organized misuse.

EXHIBIT 1

5. The November 15, 2006, letter from Bruce Hansen, President and CEO of ID Analytics, to R. James Nicholson, Secretary of Veterans Affairs, attached to this declaration as Exhibit A, is a true and accurate report of the analysis of the VA records file performed by ID Analytics.

6. As stated in the letter, the VA records file that was analyzed "contained 19,650,214 veteran/soldier records." This analysis covered "the period from May 3, 2006 to November 9, 2006."

7. As stated in the letter, "ID Analytics, through using its standard processes and analytical tools, did not find any organized misuse of the VA records file (breach date 3 May 2006) in the ID Network."

8. As explained by the letter, "[t]he ID Network is a national database consisting of applications for credit or wireless service received from consumers through our ID Network Members over the last four years. While the ID Network does not contain all applications from all U.S. credit grantors, or checking account information, it does contain over 500mm applications for credit received from top US credit card, wireless, retail card and instant lenders, and previous analysis shows that organized misuse of a file can be detected by using the ID Network and proprietary ID Analytics' technology."

I declare under the penalty of perjury that the foregoing is true and correct.

3-23-07
DATED

_____
Mike Cook



November 15, 2006

To:     R. James Nicholson
        Secretary of Veterans Affairs
        United States Department of Veterans Affairs
        810 Vermont Ave NW
        Washington, DC 20420

Subject: Breach Analysis Letter of Certification for November 15, 2006

Dear Secretary Nicholson,

    We certify that as of 9 November 2006 that ID Analytics, through using its standard processes and analytical tools, did not find any organized misuse of the VA records file (breach date 3 May 2006) in the ID Network. The VA records file we analyzed contained 19,650,214 veteran / soldier records consisting of name, Social Security Number and date of birth information relating to those veterans / soldiers. The ID Analytics analysis reviewed the period from May 3, 2006 to November 9, 2006. We can not certify against any future activity that might be associated with the lost file.

    The ID Network is a national database consisting of applications for credit or wireless service received from consumers through our ID Network Members over the last four years. While the ID Network does not contain all applications from all US credit grantors, or checking account information, it does contain over 500mm applications for credit received from top US credit card, wireless, retail card and instant lenders, and previous analysis shows that organized misuse of a file can be detected by using the ID Network and proprietary ID Analytics' technology.

    We appreciate the opportunity to serve and help protect the identities of our veterans/soldiers.

Bruce Hansen
President and CEO
ID Analytics, Inc.

EXHIBIT A

15110 Avenue of Science  San Diego, CA 92128  +1.858.312.6200  www.idanalytics.com