UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS       :
AFFAIRS (VA) DATA THEFT             :
LITIGATION                          :
_____        :  Misc. Action No. 06-0506 (JR)
                                    :  MDL Docket No. 1796
This Document Relates To:           :
ALL CASES                           :

## MEMORANDUM ORDER

Pending before the Court is Plaintiffs' motion [#24] for clarification of the Court's April 19, 2007 Memorandum Order denying their motion to strike [#22]. Plaintiffs' motion notes that the Court did not address their objection that Exhibit 1 is inadmissible under Fed. R. Evid. 702 and seeks an answer to that argument. The motion is **granted**.

Exhibit 1 need not be stricken: no additional foundation is needed to comply with the requirements of Fed. R. Civ. P. 56(e). Nevertheless, plaintiffs remain free to argue in their opposition to defendants' dispositive motion that the exhibit lacks foundation or is otherwise unreliable or inaccurate.

JAMES ROBERTSON
United States District Judge