UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br> ) <br> This Document Relates To: ) <br> ALL CASES ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT**

Defendants hereby move for permission to file a 29-page reply memorandum in support of their motion to dismiss or, in the alternative, for summary judgment. The reasons supporting the instant motion are as follows:

1. On November 3, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") consolidated these three putative nationwide class actions before this Court for pre-trial proceedings pursuant to 28 U.S.C. § 1407.

2. On February 22, 2007, defendants filed their motion to dismiss and/or for summary judgment. Defendants' motion addresses each and every claim asserted in each of the three captioned actions, and explains why each of those claims should be dismissed, or, in the alternative, summary judgment should be entered on behalf of defendants.

3. On March 28, 2007, plaintiffs responded to the motion by filing a 69-page memorandum in opposition.

4. Defendants have attempted to limit the number of pages for the reply memorandum. However, in order to respond adequately to the points raised by the opposition, defendants hereby request an extension of 4 pages.

5.  Pursuant to LCvR 7(m), the undersigned conferred with counsel for the plaintiffs who have indicated that they do not oppose this motion.

WHEREFORE defendants respectfully request that the instant motion be GRANTED.

A proposed order is attached for the Court's consideration.

Dated: April 30, 2007                    Respectfully submitted,


                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         JEFFREY A. TAYLOR
                                         United States Attorney


                                         _____/s/_____
                                         ELIZABETH J. SHAPIRO, DC Bar 418925
                                         HEATHER R. PHILLIPS, CA Bar 191620
                                         ERIC WOMACK, IL Bar 6279517
                                         Attorneys, Department of Justice
                                         20 Mass. Ave., N.W., Room 7222
                                         Washington, D.C.  20044
                                         Tel: (202) 514-4469/Fax: (202) 616-0679
                                         E-mail: heather.phillips@usdoj.gov

                                         Attorneys for All Defendants Except John Doe in
                                         His Individual Capacity

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br>   ) <br> This Document Relates To:   ) <br> ALL CASES   ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Motion to Exceed the Page Limit, and good cause having been shown, it is hereby

ORDERED that defendants' motion is GRANTED.

**SO ORDERED.**

Dated: _____          _____
                                                                  HON. JAMES ROBERTSON
                                                                  UNITED STATES DISTRICT JUDGE