UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : <br> : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 |
| This Document Relates To: ALL CASES | : <br> : <br> : |

## JOINT REPORT TO THE COURT REGARDING MEDIATION

Pursuant to the Court's November 28, 2007, Order, counsel for all parties have conferred regarding possible mediation and submit the following report to the Court.

1. The parties have agreed to mediation pursuant to the Court's Local Civil Rules.

2. The parties have agreed to the appointment of Magistrate Judge Alan Kay as the mediator in this matter, subject to his availability.

3. If Magistrate Judge Kay is unavailable to serve as a mediator, upon notice of the unavailability the parties have agreed to further meet and confer with the intention of identifying another mutually acceptable mediator and submitting that individual for the Court's approval.

4. The parties request that the Court schedule a status conference approximately 60 days from the date of the mediation order for the parties to report on the progress of mediation to that date.

5. The parties have agreed that Defendants will Answer the Complaints in this matter no later than January 11, 2008.

WHEREFORE, the parties respectfully request that the Court enter the attached Order.

Respectfully submitted,

For Plaintiffs:

    /s/Donald A. Cockrill
Donald A. Cockrill
Douglas J. Rosinski
Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
1320 Main Street, Suite 600
Columbia, SC  29201
(803) 252-1300

Marc D. Mezibov
Christian A. Jenkins
Mezibov & Jenkins LLP
401 E. Court Street
Suite 600
Cincinnati, Ohio  45202
(513) 723-1600

Mark D. Smilow
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176
(212) 682-3025

    /s/John C. Murdock
John C. Murdock
Jeffrey S. Goldenberg
Murdock Goldenberg
  Schneider & Groh, LPA
35 E. 7th Street, Suite 600
Cincinnati, Ohio  45202
(513) 345-8291

Gary Mason
The Mason Law Firm
1225 19th Street, N.W.
Washington, D.C.  20036
(202) 429-2290

For Defendants:

    /s/Heather R. Phillips
Heather R. Phillips
Eric Womack
Attorneys, Department of Justice
20 Mass. Ave., N.W. Room 7222
Washington, D.C.  20044
(202) 514-4469

Dated: December 6, 2007.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : |
| | : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 |
| This Document Relates To: <br> ALL CASES | : <br> : <br> : |

**[Proposed] ORDER**

Pursuant to the order of the Court entered on November 28, 2007, and agreement between the parties, the Court hereby enters the following Order:

1. Defendants shall file an Answer to each Complaint no later than January 11, 2008.

2. The Court refers the case to Magistrate Judge Alan Kay for a 60 day period of mediation pursuant to the Court's Local Civil Rules.

3. The Court will hold a status hearing on [60 days from order date] to review the progress of mediation and schedule future actions as appropriate.

**SO ORDERED.**

Dated: _____                    _____
                                                                          JAMES ROBERTSON
                                                                         United States District Judge