November 30, 2007

*Clerk's Office*
*United States District Court*
*for the District of Columbia*
*333 Constitution Avenue, N.W.*
*Washington, D.C. 20001*



06 mc0506
MDL-1746
let this be filed.
[signature]
USDJ

**FILED**
JAN - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Re:    Consolidation of Cases: <u>Paul Hackett, et al., v. U.S. Department of Veterans Affairs, et al.</u>, Civil Action No. 2:06-cv-114 (WOB) (filed: USDC for Eastern District of Kentucky); <u>Michael Rosato, et al., v. R. James Nicholson, Secretary of Veterans Affairs, et al.</u>, Civil Action No. 06-3086 (filed: USDC for the Eastern District of New York); and <u>Vietnam Veterans of America, Inc., et al., v. R. James Nicholson, Secretary of Veterans Affairs, et al.</u>, Civil Action No. 1:06-cv-01038 (JR) filed: USDC for the District of Columbia).

Dear Clerk of Court:

    *I am veteran, William J. Journey, presently residing at Fairbanks, Alaska.*

    *I filed, on or about, July 3, 2007, my Privacy Act Complaint, in USDC in the District Court of Alaska, Case No. 4:07-cv-00016 (RRB) that is related to above re: cases. I am "pro se," with disabilities and handicapped struggling, the best I can, considering my medical circumstances (and stroke victim), to represent myself.*

    *I have made a "good faith effort" to contact the leading counsels' of record Marc D. Mezibov, Esq., Mezibove & Jenkins, Co. L.P.A., 401 East Court Street, Suite 600, Cincinnati, Ohio 45202; Joseph H. Weiss, Esq., Mark D. Smilow, Esq., and Richard A. acocelli, Esq., Weiss & Lurie, 551 Fifth Avenue, New York, New York 10176; and L. Gray Giddie, Esq. and Doublas J. Rosinki, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1320 Main Street, Columbia, South Carolina 29201-3266, to give them, respective, notice of my case-n-chief; and, as well as, to ascertain from them whether I need to coordinate my case with theirs; without results.*

    *Consequently, and regretably, I am at a loss about whether I have any*

*coordinating duties in re: cases, with my case.*

*The last action taken by defendant in my case was defendant's "Answer" to my complaint. Defendant's "Answer" responds to certain defendant's' claims in re: cases (complaints).*

*Be that as it may, please, at your earliest convenience, let the assigned honorable judge to consolidated re: cases know about my related case. In the alternative, maybe honorable judge can assist me by suggesting lead counsels for consolidated re: case to please contact me. And, if that isn't possible for the honorable judge, would honorable judge have any objection entertaining a motion that consolidated re: cases be further consolidated, and integrated into my case.*

*Respectfully submitted,*

*William J. Journey*
*(Veteran) Plaintiff, pro se*
*P.O. Box 72969*
*Fairbanks, Alaska 99707*
*Ph: (907)389-2779*
*E-mail: dogsledteam@hotmail.com*