UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS  :
AFFAIRS (VA) DATA THEFT        :
LITIGATION                     :
_____ : Misc. Action No. 06-0506 (JR)
                               : MDL Docket No. 1796
This Document Relates To:      :
ALL CASES                      :

### NOTICE TO COUNSEL

Attached to this notice is a letter from a veteran who has filed a separate privacy act complaint in the United States District Court for the District of Alaska. It appears to the undersigned judge that the writer is or may be a member of the plaintiff class or classes specified in the cases subsumed within this MDL number. Counsel are requested to contact the letter writer to determine whether, and where, he fits in this litigation.

                              JAMES ROBERTSON
                              United States District Judge

cc: Mr. William J. Journey
    P.O. Box 72969
    Fairbanks, Alaska 99707

November 30, 2007

*Clerk's Office*
*United States District Court*
*for the District of Columbia*
*333 Constitution Avenue, N.W.*
*Washington, D.C. 20001*



Re:   Consolidation of Cases: <u>Paul Hackett, et al., v. U.S. Department of Veterans Affairs, et al.</u>, Civil Action No. 2:06-cv-114 (WOB) (filed: USDC for Eastern District of Kentucky); <u>Michael Rosato, et al., v. R. James Nicholson, Secretary of Veterans Affairs, et al.</u>, Civil Action No. 06-3086 (filed: USDC for the Eastern District of New York); and <u>Vietnam Veterans of America, Inc., et al., v. R. James Nicholson, Secretary of Veterans Affairs, et al.</u>, Civil Action No. 1:06-cv-01038 (JR) filed: USDC for the District of Columbia).

**FILED**

JAN - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of Court:

   *I am veteran, William J. Journey, presently residing at Fairbanks, Alaska.*

   *I filed, on or about, July 3, 2007, my Privacy Act Complaint, in USDC in the District Court of Alaska, Case No. 4:07-cv-00016 (RRB) that is related to above re: cases. I am "pro se," with disabilities and handicapped struggling, the best I can, considering my medical circumstances (and stroke victim), to represent myself.*

   *I have made a "good faith effort" to contact the leading counsels' of record Marc D. Mezibov, Esq., Mezibove & Jenkins, Co. L.P.A., 401 East Court Street, Suite 600, Cincinnati, Ohio 45202; Joseph H. Weiss, Esq., Mark D. Smilow, Esq., and Richard A. acocelli, Esq., Weiss & Lurie, 551 Fifth Avenue, New York, New York 10176; and L. Gray Giddie, Esq. and Doublas J. Rosinki, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1320 Main Street, Columbia, South Carolina 29201-3266, to give them, respective, notice of my case-n-chief; and, as well as, to ascertain from them whether I need to coordinate my case with theirs; without results.*

   *Consequently, and regretably, I am at a loss about whether I have any*

*coordinating duties in re: cases, with my case.*

*The last action taken by defendant in my case was defendant's "Answer" to my complaint. Defendant's "Answer" responds to certain defendant's' claims in re: cases (complaints).*

*Be that as it may, please, at your earliest convenience, let the assigned honorable judge to consolidated re: cases know about my related case. In the alternative, maybe honorable judge can assist me by suggesting lead counsels for consolidated re: case to please contact me. And, if that isn't possible for the honorable judge, would honorable judge have any objection entertaining a motion that consolidated re: cases be further consolidated, and integrated into my case.*

*Respectfully submitted,*

*William J. Journey*
*(Veteran) Plaintiff, pro se*
*P.O. Box 72969*
*Fairbanks, Alaska 99707*
*Ph: (907)389-2779*
*E-mail: dogsledteam@hotmail.com*