UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMETN OF VERTERANS AFFAIRS (VA) DATA THEFT LITIGATION | : : : : Misc. Action No. 06-0506 (JR) : MDL Docket No. 1796 |
| This Documents Relates To: ALL CASES | : : : : |

## NOTICE OF APPEARANCE OF CHRISTIAN A. JENKINS

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.6(a), please enter the appearance of Christian A. Jenkins (Ohio Bar #0070674) as counsel in this case for Plaintiffs Paul Hackett and Matthew W. Page. His contact information is as follows:

> Christian A. Jenkins
> Minnillo & Jenkins Co. LPA
> 22 West 9th Street
> Cincinnati, Ohio   45202
> 513-723-1600

Dated:  January 22, 2008

                 Respectfully submitted,

                 /s/  Christian A Jenkins
                 Christian A. Jenkins (Ohio Bar #0070674)
                 MINNILLO & JENKINS, CO. L.P.A
                 22 West 9th Street
                 Cincinnati, Ohio   45202
                 Telephone:    (513) 723-1600
                 Facsimile:    (513) 723-1620

                 Attorney for Plaintiffs
                 Paul Hackett and Matthew Page

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was served upon the following counsel of record via on this 22 day of January, 2008:

HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/ Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Counsel for Defendant United States Department of Veterans' Affairs

L. GRAY GEDDIE
DOUGLAS ROSINKSI
Ogletree, Deakins, Nash, Smoak & Steward, P.C.
1320 Main Street, Suite 600
Columbia, South Carolina 29201-3266
Counsel for Plaintiffs in *Vietnam Veterans of America, Inc. v. Nicholson*

JOSEPH H. WEISS
MARK D. SMILOW
RICHARD A. AOCELLI
Weiss & Lurie
551 Fifth Avenue
New York, NY 10179
Counsel for Plaintiffs in *Rosato v. Nicholson*

                                                        /s/ Christian A Jenkins
                                                        Christian A. Jenkins