UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | : <br> : <br> : <br> : Misc. Action No. 06-0506 (JR) <br> : MDL Docket No. 1796 <br> : |
| This Document Relates To: ALL CASES | : <br> : <br> : |

### REPORT OF THE PARTIES REGARDING SETTLEMENT NEGOTIATIONS AND MEDIATION STATUS

The Parties report to the Court pursuant to the February 29, 2008 status conference. On March 11, Defendant Department of Veterans Affairs (the VA) made a written proposal in response to Plaintiffs' settlement demand made in mediation on January 23, 2008. Plaintiffs are now responding to the VA with a written counter-demand, which includes a request that the VA reply no later than March 31 to advise Plaintiffs whether conducting the next mediation session, set for April 14, 2008, will be productive.

In the event the VA advises Plaintiffs that further mediation is unwarranted, the Parties will promptly report back to the Court. The Parties will further confer and contact the Court to set a case management conference. Prior to any such conference the Parties will confer under Rule 26(f).

Should the Parties proceed to mediation on April 14, then at the conclusion of that mediation session the Parties will report to the Court as to the status and a recommended course of action by no later than April 21, 2008.

{00019292; 1}

Respectfully submitted,

| | |
|---|---|
| s/Eric Womack | s/John C. Murdock |
| Heather R. Phillips | John C. Murdock |
| Eric Womack | Murdock Goldenberg Schneider & Groh, LPA |
| U.S. Department of Justice | 35 East Seventh Street |
| Civil Division/Federal Programs Branch | Suite 600 |
| 20 Massachusetts Avenue, NW | Cincinnati, Ohio 45202 |
| Washington, D.C. 20001 | (513) 345-8291 |
| (202) 616-0679 | (513) 345-8294 (fax) |
| *Counsel for Defendant* | *Co-Lead Counsel for Plaintiffs* |

{00019292; 1}