UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA WOOLRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-911 (RJL) |
| ) | |
| R. JAMES NICHOLSON, United States ) | |
| Department of Veteran Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) | |
| AFFAIRS (VA) DATA THEFT ) | Misc. A. No. 06-0506 (JR) |
| LITIGATION ) | MDL Docket No. 1796 |
| ) | |

**NOTICE OF RELATED ACTION**

Pursuant to Local Rule 40.5(b)(3), Defendant hereby notifies the Clerk that the above-captioned matter is related to a case pending before Judge Robertson. *See In Re: Department of Veterans Affairs (VA) Data Theft Litigation*, Misc. A. No. 06-0506 (JR). In both cases, the plaintiffs allege that the Department of Veterans Affairs violated the Privacy Act when a laptop computer containing personal information about current and former service members was stolen from the home of a Department employee. These cases, therefore, involve common questions of fact and grow out of the same event. *See* Local Rule 40.5(a)(3).

As Defendant sets forth in its Motion to Dismiss filed herewith, the case currently pending before Judge Robertson is actually three separate putative nationwide class actions. Mr. Woolridge, a *pro se* prisoner, believes that he is part of the putative classes. In light of that fact, Woolridge's Complaint should be dismissed without prejudice pending a decision in the *In Re:*

*Data Theft* litigation on class certification.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR , D.C. Bar # 498610
                                          United States Attorney

                                          RUDOLPH CONTRERAS, D.C. Bar # 434122
                                          Assistant United States Attorney

                                                    /s/
                                          HARRY B. ROBACK, D.C. Bar # 485145
                                          Assistant United States Attorney
                                          United States Attorneys Office
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
April 23, 2008                            Tel: 202-616-5309
                                          harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2008 I served plaintiff with Defendant's Notice of Related Action by mailing it to the following address:

Joshua Woolridge  
No. P-33283  
CALIFORNIA CORRECTIONAL CENTER  
Siena Unit Facility / Dorm 5316 Low  
P.O. BOX 2400  
Susanville, CA 96127

                                            /s/ Harry B. Roback  
                                            Harry B. Roback