UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br> ) <br> This Document Relates To: ) <br> ALL CASES ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

**JOINT STATUS REPORT REGARDING MEDIATION**

Since the parties' last status report on March 18, 2008, meaningful progress has been made in negotiations. On April 14, 2008, the parties engaged in a second mediation. Following this formal mediation, the parties have engaged in numerous telephone and email conversations furthering these efforts. Counsel for both parties have worked diligently toward achieving a final agreement. The parties believe that this mediation process should continue.

Accordingly, the parties respectfully request that mediation be allowed to proceed before Magistrate Judge Alan Kay. The parties have updated Judge Kay periodically on the status of negotiations, including confidential specifics of the negotiations, and the parties will continue to do so in the future. The parties will file an additional joint status report with the Court within forty-five (45) days.

Respectfully submitted,

| | |
|---|---|
|     /s/ John Murdock           | |
| John C. Murdock | GREGORY G. KATSAS |
| Murdock Goldenberg Schneider & Groh, LPA | Acting Assistant Attorney General |
| 35 East Seventh Street, Suite 600 | |
| Cincinnati, Ohio  45202 | JEFFREY A. TAYLOR |
| (513) 345-8291 | United States Attorney |
| (513) 345-8294 (fax) | |
| | |
| Co-Lead Counsel for Plaintiffs |     /s/ Eric Womack        |
| | ELIZABETH J. SHAPIRO, DC Bar 418925 |
| | HEATHER R. PHILLIPS, CA Bar 191620 |
| | ERIC R. WOMACK, IL Bar 6279517 |
| | Attorneys, Department of Justice |
| | 20 Mass. Ave., N.W., Room 7122 |
| | Washington, D.C.  20001 |
| | Tel: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | E-mail: eric.womack@usdoj.gov |
| | |
| | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

          /s/ Eric Womack
    ERIC R. WOMACK