UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br> ) <br> This Document Relates To: ) <br> <u>Jackson v. Nicholson</u>, 08-289 (NDAL) ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

**DEFENDANTS' NOTICE OF FILING OF ANSWER
IN <u>JACKSON V. NICHOLSON</u>, 08-289 (NDAL)**

Defendants hereby file their Answer to the Complaint in <u>Jackson v. Nicholson</u>, 08-289 (NDAL).  <u>See</u> attached Exhibit 1.

Dated: July 7, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
ELIZABETH J. SHAPIRO, DC Bar 418925
HEATHER R. PHILLIPS, CA Bar 191620
ERIC WOMACK, IL Bar 6279517
Attorneys, Department of Justice
20 Mass. Ave., N.W., Room 7222
Washington, D.C.  20044
Tel: (202) 514-4469/Fax: (202) 616-0679
Email: heather.phillips@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re: DEPARTMENT OF VETERANS     )
AFFAIRS (VA) DATA THEFT           )
LITIGATION                        )
_____ )   Misc. Action No. 06-0506 (JR)
                                  )   MDL Docket No. 1796
This Document Relates To:         )
Jackson v. Nicholson, 08-289 (NDAL) )
_____ )

**DEFENDANTS' ANSWER
TO THE JACKSON V. NICHOLSON COMPLAINT**

Defendants answer as follows the numbered allegations of Plaintiff Jackson's Complaint in Jackson v. Nicholson, 08-289 (NDAL):

1. The allegations in this paragraph contain a characterization of Plaintiff Jackson's lawsuit and require no response. To the extent a response is required, Defendants deny the allegations in this paragraph.

2. Deny.

3. Deny.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. The allegations in this paragraph are legal conclusions to which no response is required.

9. The allegations in this paragraph are legal conclusions to which no response is required.

10. Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph.

11. Admit.

12. The allegations in this paragraph are legal conclusions to which no response is required.

13. Deny.

14. Defendants admit the first sentence of this paragraph. Defendants deny the second and third sentences of this paragraph, except to admit that the external hard drive contained Privacy-Act-protected information pertaining to millions of individuals, and that such information included, in some cases, individual identifying information including, but not limited to, names, addresses, phone numbers, social security numbers, and dates of birth. Defendants deny the fourth and fifth sentences of this paragraph.

15. Deny the allegations of the first, second, fourth, and fifth sentences of this paragraph. Admit the allegations contained in the third sentence of this paragraph.

16. Admit the first sentence of this paragraph. Deny the remaining allegations in this paragraph.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny the first sentence of this paragraph. The second and third sentences of this paragraph refer to public documents that speak for themselves, and to which no response is required. To the extent a response is required, the allegations in the second and third sentences of this paragraph are denied. Deny the allegations in the fourth sentence of this paragraph.

23. Defendant lacks sufficient knowledge to admit or deny the allegations in the first, second, and third sentences in this paragraph.  To the extent a response is required, Defendants deny the allegations in the first, second, and third sentences of this paragraph.  The fourth sentence of this paragraph is a legal conclusion to which no answer is required.  To the extent an answer is required, Defendant denies the allegations in the fourth sentence of this paragraph.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

## FIRST CLAIM FOR RELIEF

30. The answers to paragraphs 1-29 are incorporated herein by reference.

31. Admit the first sentence in this paragraph.  Deny the remainder of this paragraph.

32. Deny.

33. Deny.

34. Deny.

\*   \*   \*   \*

Defendants further deny any and all allegations not specifically admitted herein.

**PRAYER FOR RELIEF**

Defendants deny that Plaintiff Jackson is entitled to the requested relief, or to any relief whatsoever.

Dated: July 7, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Assistant Attorney General
                                       JEFFREY A. TAYLOR
                                       United States Attorney


                                       _____/s/_____
                                       ELIZABETH J. SHAPIRO, DC Bar 418925
                                       HEATHER R. PHILLIPS, CA Bar 191620
                                       ERIC WOMACK, IL Bar 6279517
                                       Attorneys, Department of Justice
                                       20 Mass. Ave., N.W., Room 7222
                                       Washington, D.C. 20044
                                       Tel: (202) 514-4469/Fax: (202) 616-0679
                                       Email: heather.phillips@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served on counsel for Plaintiffs via first class mail to:

Archie C. Lamb
The Lamb Firm, LLC
2900 First Avenue South
Birmingham, Alabama 35233


___/s/ Heather Phillips_____
Heather R. Phillips