UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION | ) ) ) ) ) ) ) ) ) | Misc. Action No. 06-0506 (JR) MDL Docket No. 1796 |
| This Document Relates To: ALL CASES | | |

**JOINT STATUS REPORT REGARDING MEDIATION**

Since the parties' last status report on June 19, 2008, the parties have continued to discuss settlement. In addition, undersigned counsel for the Department of Justice have focused efforts on obtaining the necessary approval for any settlement. See 28 U.S.C. § 519; 28 C.F.R. §§ 0.160-0.172. As the Court is aware, the settlement authority for the federal government resides in a few individuals in order to promote centralized decisionmaking within the Department of Justice. This centralized decisionmaking is crucial to the proper and efficient functioning of the Executive Branch. However, the Department of Justice officials vested with full settlement authority in the above-captioned matter have responsibilities beyond evaluating, approving, or denying settlement offers. As such, settlement determinations often encompass significant internal deliberations and discussions, and can take place over a lengthy period of time.

Nonetheless, the Department of Justice anticipates that crucial settlement determinations are forthcoming. The parties therefore believe that settlement discussions should continue. Accordingly, the parties respectfully request that mediation be allowed to continue before Magistrate Judge Alan Kay. The parties have updated Judge Kay periodically on the status of

negotiations, including confidential specifics of the negotiations, and the parties will continue to do so in the future. The parties will file an additional joint status report with the Court within forty-five (45) days.

Respectfully submitted,

| | |
|---|---|
|     /s/ John Murdock               | |
| John C. Murdock | GREGORY G. KATSAS |
| Murdock Goldenberg Schneider & Groh, LPA | Acting Assistant Attorney General |
| 35 East Seventh Street, Suite 600 | |
| Cincinnati, Ohio  45202 | JEFFREY A. TAYLOR |
| (513) 345-8291 | United States Attorney |
| (513) 345-8294 (fax) | |
| | |
| Co-Lead Counsel for Plaintiffs |     /s/ Heather Phillips        |
| | ELIZABETH J. SHAPIRO, DC Bar 418925 |
| | HEATHER R. PHILLIPS, CA Bar 191620 |
| | ERIC R. WOMACK, IL Bar 6279517 |
| | Attorneys, Department of Justice |
| | 20 Mass. Ave., N.W., Room 7122 |
| | Washington, D.C.  20001 |
| | Tel: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | E-mail: eric.womack@usdoj.gov |
| | |
| | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                            /s/ Heather Phillips
                                         HEATHER R. PHILLIPS