UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br> ) <br> This Document Relates To: ) <br> ALL CASES ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

**NOTICE OF ERRATA AND SUBSTITUTION OF FILING**

In filing the parties' joint status report, due to the Court on August 4, 2008, undersigned counsel for the Department of Justice inadvertently filed a prior draft, rather than the final joint report agreed upon by the parties. Please find attached as Exhibit A to this Notice of Errata the corrected parties' joint status report to the Court. The attached Exhibit A supersedes and should be substituted for the inadvertently filed report at Docket No. 44. Importantly, the parties will provide an additional status update within 21 days, rather than the 45 days indicated in the inadvertently filed draft.

Respectfully submitted,


       /s/ John Murdock
John C. Murdock                                      GREGORY G. KATSAS
Murdock Goldenberg Schneider & Groh, LPA             Acting Assistant Attorney General
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202                              JEFFREY A. TAYLOR
(513) 345-8291                                       United States Attorney
(513) 345-8294 (fax)

1

| | |
|---|---|
| Co-Lead Counsel for Plaintiffs | /s/ Heather Phillips<br>ELIZABETH J. SHAPIRO, DC Bar 418925<br>HEATHER R. PHILLIPS, CA Bar 191620<br>ERIC R. WOMACK, IL Bar 6279517<br>Attorneys, Department of Justice<br>20 Mass. Ave., N.W., Room 7122<br>Washington, D.C.  20001<br>Tel: (202) 514-4020<br>Fax: (202) 616-8470<br>E-mail: heather.phillips@usdoj.gov<br>Counsel for Defendants |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS   )<br>AFFAIRS (VA) DATA THEFT            )<br>LITIGATION                                      )<br>_____)<br>                                          )<br>This Document Relates To:              )<br>ALL CASES                                     )<br>_____) | Misc. Action No. 06-0506 (JR)<br>MDL Docket No. 1796 |

**JOINT STATUS REPORT REGARDING MEDIATION**

As the Court is aware, the parties have been engaged in negotiations to settle this matter. Since the parties' last status report on June 19, 2008, the Department of Justice has continued to review the claims at issue in this lawsuit and is seeking approval for the negotiations to go forward. Settlement authority for the federal government resides in a few individuals in order to promote centralized decisionmaking within the Department of Justice. See 28 U.S.C. § 519; 28 C.F.R. §§ 0.160-0.172. This centralized decisionmaking is crucial to the proper and efficient functioning of the Executive Branch. However, the Department of Justice officials vested with full settlement authority in the above-captioned matter have responsibilities beyond evaluating, approving, or denying settlement offers. As such, settlement determinations often encompass significant internal deliberations and discussions, and can take place over a lengthy period of time.

Nonetheless, the Department of Justice anticipates that crucial settlement determinations are forthcoming. Based on this representation, the parties have agreed to a continuation of mediation. Accordingly, the parties respectfully request that mediation be allowed to continue before Magistrate Judge Alan Kay. The parties have updated Judge Kay periodically on the

1

status of negotiations, including confidential specifics of the negotiations, and the parties will continue to do so in the future. The parties will file an additional joint status report with the Court within twenty-one (21) days.

Respectfully submitted,

| | |
|---|---|
|    /s/ John Murdock    | |
| John C. Murdock | GREGORY G. KATSAS |
| Murdock Goldenberg Schneider & Groh, LPA | Acting Assistant Attorney General |
| 35 East Seventh Street, Suite 600 | |
| Cincinnati, Ohio 45202 | JEFFREY A. TAYLOR |
| (513) 345-8291 | United States Attorney |
| (513) 345-8294 (fax) | |
| | |
| Co-Lead Counsel for Plaintiffs |    /s/ Heather Phillips    |
| | ELIZABETH J. SHAPIRO, DC Bar 418925 |
| | HEATHER R. PHILLIPS, CA Bar 191620 |
| | ERIC R. WOMACK, IL Bar 6279517 |
| | Attorneys, Department of Justice |
| | 20 Mass. Ave., N.W., Room 7122 |
| | Washington, D.C. 20001 |
| | Tel: (202) 514-4020 |
| | Fax: (202) 616-8470 |
| | E-mail: eric.womack@usdoj.gov |
| | |
| | Counsel for Defendants |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                          /s/ Heather Phillips
                                        HEATHER R. PHILLIPS