UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: DEPARTMENT OF VETERANS ) <br> AFFAIRS (VA) DATA THEFT ) <br> LITIGATION ) <br> _____) <br> ) <br> This Document Relates To: ) <br> ALL CASES ) <br> _____) | Misc. Action No. 06-0506 (JR) <br> MDL Docket No. 1796 |

**JOINT STATUS REPORT REGARDING MEDIATION**

The parties continue in their belief that further settlement negotiations will be productive. Since the parties' last status report on August 4, 2008, the parties have continued to await Department of Justice approval to go forward. Since that date, progress has been made in obtaining such approval. As of the date of this report, however, the Department of Justice official vested with full settlement authority has not yet granted the necessary approval.

The Department of Justice anticipates that the decision on approval to go forward will be made soon. The parties have therefore agreed to a continuation of mediation. Accordingly, the parties respectfully request that mediation be allowed to continue before Magistrate Judge Alan Kay. The parties will continue to update Judge Kay periodically on the status of negotiations, including confidential specifics of the negotiations.

The parties will file an additional joint status report(s) with the Court within twenty-one (21) days.

Respectfully submitted,

\_\_\_\_\_/s/ John Murdock_____
John C. Murdock
Murdock Goldenberg Schneider & Groh, LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202
(513) 345-8291
(513) 345-8294 (fax)

Co-Lead Counsel for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

_____/s/ Heather Phillips_____
ELIZABETH J. SHAPIRO, DC Bar 418925
HEATHER R. PHILLIPS, CA Bar 191620
ERIC R. WOMACK, IL Bar 6279517
Attorneys, Department of Justice
20 Mass. Ave., N.W., Room 7122
Washington, D.C.  20001
Tel: (202) 514-4020
Fax: (202) 616-8470
E-mail: eric.womack@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2008, I caused a true and correct copy of the foregoing Joint Status Report to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                                              /s/ Heather Phillips
                                                           HEATHER R. PHILLIPS