# EXHIBIT 1 TO SETTLEMENT AGREEMENT

# CLAIM FORM
## VETERANS AFFAIRS CLASS ACTION SETTLEMENT

If you would like to receive a reimbursement payment from the settlement, you need to fill out and mail this claim form. Please read the detailed notice and this claim form to understand all of your legal rights and options under the settlement.

Please print clearly in blue or black ink. This claim form must be mailed and postmarked by **Month 00, 2009**.

1. **CLASS MEMBER INFORMATION.**

    Name: _____

    Mailing Address:

    _____
    *Number and Street*

    _____
    *City*                                    *State*                    *Zip Code*

    Telephone Number: (_____) _____; Email Address: (*optional*) _____

    Veteran Status, Relationship to Veteran or Military Status: _____

2. **OUT-OF-POCKET EXPENSE INFORMATION.** (Attach additional sheets if necessary)

    Expense Amount: $_____          Date of Expense: _____ / ____ / _____
                                                                  *Month   Day    Year*

    Provide a brief description of why you believe this expense is a direct result of the May 3, 2006, theft of computer equipment containing personal information.

    _____
    _____
    _____
    _____

3. **REQUIRED DOCUMENTATION.**

    Attach copies of any paperwork (such as credit card statements, invoices, medical records, cancelled checks, or receipts) that document your out-of-pocket expense(s) between May 3, 2006 and Month 00, 2008.

4. **SIGN AND DATE YOUR CLAIM FORM.**

    I hereby declare under penalty of perjury that the information provided is true and correct to the best of my knowledge, and that all documents attached to this form are real. I authorize the U.S. Department of Justice, Class Counsel, and the Claims Administrator to exchange and/or communicate information about me as necessary to carry out the Settlement Agreement and claims process. I also authorize the Claims Administrator to make all necessary withholdings from any reimbursement payment as required by applicable tax rules.

    _____    _____    _____ / ____ / _____
    *Signature*                         *Print Name*                        *Month   Day    Year*

**QUESTIONS? CALL 1-888-288-9625 OR VISIT WWW.VETERANSCLASS.COM**

5. **MAIL YOUR CLAIM FORM.**

   This claim form must be postmarked by **Month 00, 2009** and mailed to:

   VA Settlement Claims
   PO Box 6727
   Portland, OR 97228-6727

**QUESTIONS? CALL 1-888-288-9625 OR VISIT WWW.VETERANSCLASS.COM**