PO Box 4525

Rome, NY 13442-4525

18 Apr 2009

In Re: DVA Data Theft Litigation

All Cases

Misc. Action No. 06-0506(JR)

MDL Docket No. 1796

In accordance with II. I. 5. (a) – Objections to Settlement, the following is submitted:

Paragraph II. D. 2. – Payment of Cy Pres, directs the Parties in this action to negotiate in good faith one or more replacement beneficiaries should (either of) the currently selected charities (both are IRS TEO 501 (c) (3) ) identified in Paragraph II. D. 1., be unable to accept any such funds. The following charitable military veteran's organizations are suggested for replacement Cy Pres consideration:

The ULSG, LLC (Def: USFSPA Liberation Support Group, LLC)
Suite 108, PMB 125
20770 US Hwy 281 North
San Antonio, TX 78258-7500

website: www.ulsg.org
IRS TEO: 501(c) (4)

And

The ARA (Def: American Retirees Association)
PO Box 2333
Redlands, CA 92373-0781

website: www.americanretirees.org
IRS TEO: 501 (c) (19)

Respectfully,

[signature]

Robert M. Balick
TSgt, USAF (Ret)
315-336-0485

Cys to: (See pg. 2)

RECEIVED

APR 20 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be filed
[signature]
USDJ
APR 28 2009

Cys to:

Clerk, DC District U.S. Court
333 Constitution Ave, NW, Ste 1825
Washington, DC 20001-2899

John Murdock and
Jeffery S. Goldenberg
Murdock, Goldenberg, Schneider & Groh, LPA
35 E Seventh St., Ste 600
Cincinnati, OH 45202-2446

Douglas Rosinski and
Donald Cockrill
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1320 Main St., Ste 600
Columbia, SC 29201-3267

Marc Mezibov
401 E Court St
Cincinnati, OH 45202-1332

Gary E. Mason
The Mason Law Firm, L.L.P.
1225 19th St. NW, Ste 500
Washington, DC 20036-2481

Mark Similow
Weiss & Lurie
The French Bldg
551 Fifth Ave, Ste 1600
New York, NY 10176-1603

Eric Womack, Esq
Dept of Justice
PO Box 883
Washington, DC 20044-0883



Personal File