4100 Virginia Ave. SE
Charleston, WV 25304
May 2, 2009

06 mc 0506

Clerk of the Court
United States District Court
for the District of Columbia
333 Constitution Ave.
Washington, DC 20001

Re.    In Re: Department of Veterans Affairs (VA) Data Theft Litigation, MDL No. 1796

Dear Madam or Sir:

I wish to object to the proposed settlement in this matter as a needless waste of taxpayer resources. So far as I know, I am a member of the class. I did receive notice of potential identity compromise from the Department of Veterans Affairs, and I am a veteran who received VA benefits.

I no longer have the notice in question. I thought it was very responsible of the VA--much more than any private entity which has or might have compromised my personal information, where silence and secrecy reign   It cost the VA a good bit of money to do it.

I am not aware that anyone's identity was actually compromised.

The VA should be commended for its forthright action, and the attorneys for the so-called plaintiffs should be held responsible for costs, including the costs incurred by innocent bystanders like me who only want to be left alone.

Government counsel should show a little more spine in this case. We do not need to set the precedent of anyone who thinks he might have been injured getting paid off in identity theft cases. They are serious when they actually occur, and payment should be reserved for such victims, especially when the party responsible for holding the data is reckless or callous, as the VA was not, in this instance.

Thank you for your attention to this matter.

Very truly yours,

Charles P. Schade

Let this be filed

JUN 30 2009