**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
In Re: DEPARTMENT OF VETERANS    :
AFFAIRS (VA) DATA THEFT          :
LITIGATION                       :
_____  : Misc. Action No. 06-0506 (JR)
                                 : MDL Docket No. 1796
This Document Relates To:        :
ALL CASES                        :
```

## ORDER

Upon consideration of plaintiffs' renewed motion for an appeal bond [#82], good cause having been shown, it is

**ORDERED** that the motion is **granted** and that apppellant Tere Lawyer file a bond or provide other security in the amount of $212,000 to ensure payment of costs on appeal.  See Fed.R.App.P.7, LCvR 65.1.1.

JAMES ROBERTSON
United States District Judge