# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| IN RE: DEPARTMENT OF ) | |
| VETERANS AFFAIRS (VA) ) | Misc. Action No. 06-0506 (JR) |
| DATA THEFT LITIGATION ) | MDL Docket No. 1796 |
| ) | |
| ) | |
| This Document Relates to: ALL CASES ) | |
| ) | |

## NOTICE OF APPEAL OF BOND ORDER

Notice is hereby given that Class Member and Objector Tere Lawyer hereby appeals to the United States Court of Appeals for the D.C. Circuit from the Order granting plaintiffs' renewed motion for an appeal bond (Doc. 83) entered on November 20, 2009, as well as any subsequent orders regarding an appeal bond.

Respectfully submitted,

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
518 East Tyler Street
Athens, TX   75751
903/677-5333
903/677-3657 – facsimile
*Pro hac vice*

Thomas M. Dunlap, DC Bar # 471319
David Ludwig, DC Bar # 975891
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW, Suite 800
Washington, D.C.  20005
Tel:  202-316-8558
Fax:  202-318-0242
tdunlap@dglegal.com
dludwig@dglegal.com
**ATTORNEYS FOR OBJECTOR**

RECEIVED

NOV 2 3 2009

Clerk, U.S. District and
Bankruptcy Courts

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, a true and correct copy of the foregoing was

filed with the Court by hand and sent via U.S. First Class Mail, postage prepaid, to the following:

Jeffrey S. Goldenberg, Esq.
Murdock Goldenberg Schneider
& Groh, LPA
35 East Seventh St., Suite 600
Cincinnati, OH 45202

Eric Womack, Esq.
Department of Justice
PO Box 883
Washington, DC 20044

Jeffrey Weinstein